UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>     Plaintiffs,<br><br>  - against -<br><br>TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,<br><br>     Defendants. | ECF Case<br><br>No. 15 CV 05345 (AJN)<br><br><br>**DEFENDANT TRIADOU SPV S.A.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of Deborah A. Skakel in Support of Defendant Triadou SPV S.A.'s Motion to Dismiss the Complaint, dated July 31, 2015, and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendant Triadou SPV S.A.'s Motion to Dismiss the Complaint, Defendant Triadou SPV S.A. ("Triadou"), by its attorneys, Dickstein Shapiro LLP, will move this Court before the Honorable Alison J. Nathan, at the Courthouse, 40 Foley Square, New York, New York 10007, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint, or, in the alternative, for an order pursuant to Rules 22 and 67 of the Federal Rules of Civil Procedure directing Plaintiffs CF 135 Flat LLC, CF 135 West Members LLC, and The Chetrit Group LLC to deposit into this Court the $21,820,726.00 that is the subject of the Interpleader Complaint, and granting Triadou such other, further, and different relief the Court deems just and proper.

Dated: New York, New York
   July 31, 2015

          DICKSTEIN SHAPIRO LLP

         By:  s/Deborah A. Skakel
           Deborah A. Skakel

Tessa B. Harvey
1633 Broadway
New York, New York  10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
skakeld@dicksteinshapiro.com
harveytessa@dicksteinshapiro.com
Attorneys for Defendant Triadou SPV S.A.


TO:    SUKENIK, SEGAL & GRAFF, P.C.
David C. Segal, Esq.
404 Fifth Avenue, 5th Floor
New York, New York 10018
(212) 725-9300
Attorneys for Plaintiffs

BOIES, SCHILLER & FLEXNER LLP
Matthew L. Schwartz, Esq.
Randall W. Jackson, Esq.
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Attorneys for Defendant City of Almaty

2