UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>                Plaintiffs,<br><br>   - against -<br><br>TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,<br><br>                Defendants. | ECF Case<br><br>No. 15 CV 05345 (AJN)<br><br>**DEFENDANT TRIADOU SPV S.A.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

      PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of Deborah A. Skakel in Support of Defendant Triadou SPV S.A.'s Motion to Dismiss the Complaint, dated July 31, 2015, and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendant Triadou SPV S.A.'s Motion to Dismiss the Complaint, Defendant Triadou SPV S.A. ("Triadou"), by its attorneys, Dickstein Shapiro LLP, will move this Court before the Honorable Alison J. Nathan, at the Courthouse, 40 Foley Square, New York, New York 10007, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint, or, in the alternative, for an order pursuant to Rules 22 and 67 of the Federal Rules of Civil Procedure directing Plaintiffs CF 135 Flat LLC, CF 135 West Members LLC, and The Chetrit Group LLC to deposit into this Court the $21,820,726.00 that is the subject of the Interpleader Complaint, and granting Triadou such other, further, and different relief the Court deems just and proper.

Dated: New York, New York
         July 31, 2015

                                            DICKSTEIN SHAPIRO LLP

                                            By:   s/Deborah A. Skakel
                                                    Deborah A. Skakel

                Tessa B. Harvey
                1633 Broadway
                New York, New York  10019-6708
                Telephone: (212) 277-6500
                Facsimile: (212) 277-6501
                skakeld@dicksteinshapiro.com
                harveytessa@dicksteinshapiro.com
                Attorneys for Defendant Triadou SPV S.A.

TO:  SUKENIK, SEGAL & GRAFF, P.C.
    David C. Segal, Esq.
    404 Fifth Avenue, 5th Floor
    New York, New York 10018
    (212) 725-9300
    Attorneys for Plaintiffs

    BOIES, SCHILLER & FLEXNER LLP
    Matthew L. Schwartz, Esq.
    Randall W. Jackson, Esq.
    575 Lexington Avenue
    New York, New York  10022
    Telephone: (212) 446-2300
    Facsimile: (212) 446-2350
    Attorneys for Defendant City of Almaty