UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP LLC,

                Plaintiffs,

-against-

TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,

                Defendants.

No. 15 Civ. 05345 (AJN) (SN)

**NOTICE OF MOTION TO INTERVENE**

---

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of its Motion to Intervene, BTA Bank, by its attorneys Boies, Schiller & Flexner LLP, will move this Court before the Honorable Alison J. Nathan, at the Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, New York, New York 10007, at such date and time the Court sets, for an order pursuant to Federal Rules of Civil Procedure 22 and 24 granting BTA Bank leave to intervene in the above-captioned action.

Dated:   New York, New York
         October 12, 2015

                                        Respectfully Submitted,

                                        BOIES, SCHILLER & FLEXNER LLP

                                  By:        /s/ Matthew L. Schwartz
                                             Matthew L. Schwartz

                                        Randall W. Jackson
                                        Daniel G. Boyle
                                        Craig Wenner

                                        BOIES, SCHILLER & FLEXNER LLP
                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: 212-446-2300
                                        Facsimile: 212-446-2350

TO:

SUKENIK, SEGAL & GRAFF, P.C.
David C. Segal, Esq.
404 Fifth Avenue, 5th Floor
New York, New York 10018
(212) 725-9300
Attorneys for Plaintiffs

DICKSTEIN SHAPIRO LLC
Deborah A. Skakel
1633 Broadway
New York, New York 10019-6708
 (212) 277-6500
Attorneys for Defendant Triadou SPV. S.A