# SUKENIK, SEGAL & GRAFF, P.C.

ATTORNEYS AND COUNSELORS AT LAW

404 FIFTH AVENUE, FIFTH FLOOR
NEW YORK, N.Y. 10018-2204

212-725-9300 PHONE
212-481-5520 FAX

October 22, 2015

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

> Re:   *CF 135 Flat LLC, CF 135 West Member LLC, and The Chetrit Group, LLC. v. Triadou SPV S.A. and City of Almaty, a foreign city*
> Docket No: 15-CV-5345 (AJN)
> Issue: Letter Motion to Extend Plaintiffs', Joseph Chetrit's, and 227 East 19th Holder LLC's Time to Respond to Almaty's Counterclaims and/or Cross-Claims

Dear Judge Nathan:

The undersigned represents plaintiffs CF 135 Flat LLC, CF 135 West Member LLC, and The Chetrit Group, LLC ("Plaintiffs") in the above-referenced action.

This morning, in view of the complexity of the issues raised by defendant City of Almaty's ("Almaty") counterclaims and cross-claims and the needs of our law firm, Almaty's counsel consented, as a professional courtesy, to our request to extend Plaintiffs' time to reply to Almaty's claims to November 25, 2015. In return, Plaintiffs have also agreed to voluntarily withdraw their October 16, 2015 letter motion (ECF Doc. No. 52) seeking a stay of their time to respond. Shortly, I will file a letter to the Court formally withdrawing such motion.

Without waiving any objections thereto, this firm has further agreed to accept service of Almaty's counterclaims and/or cross-claims on behalf of Joseph Chetrit ("Chetrit") and 227 East 19th Holder LLC ("227 East"), whom Almaty has joined as counterclaim and/or cross-claim defendants. Such service was completed earlier today. Almaty has further consented to our request to extend the time for Chetrit and 227 East to reply to the counterclaims and/or cross-claims to November 25, 2015.

In view of Almaty's consent thereto, we ask that the Court order that the time for Plaintiffs, Joseph Chetrit, and 227 East 19th Holder LLC to answer or otherwise respond to Almaty's counterclaims and/or cross-claims be extended to November 25, 2015.

So ordered

**This Order Resolves Dkt. No. 52 & 59**

SO ORDERED: 10/23/15

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE