# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

MATTHEW L. SCHWARTZ
Tel.:  (212) 303-3646
E-mail:  mlschwartz@bsfllp.com

November 20, 2015

VIA ECF

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   *CF 135 Flat LLC et al. v. Triadou SPV S.A., et al.*,
      No. 15 Civ. 5345 (AJN) (SN)

Dear Judge Nathan:

      We represent the City of Almaty and BTA Bank.  Contemporaneous with their Answer and Crossclaims, Almaty and BTA Bank filed motions for joinder and to intervene, respectively.  Crossclaim Defendant Triadou SPV S.A. opposed those motions, and with today's filing of Almaty's and BTA Bank's reply memoranda, those motions are now fully briefed.

      In accordance with Your Honor's Individual Practices, we are delivering one courtesy copy of each fully-briefed motion to the Court.  Almaty and BTA Bank are available for oral argument should the Court determine that it would be helpful.

Respectfully,

 /s/  Matthew L. Schwartz
Matthew L. Schwartz
Randall W. Jackson

cc:   BY ECF

      All counsel of record