AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CITY OF ALMATY and BTA BANK (Counter- and Crossclaim Plaintiffs) *Plaintiff* v. JOSEPH CHETRIT & MUKHTAR ABLYAZOV, et al. (See Attachment for Full Case Caption) *Defendant* | Civil Action No. 1:15-cv-05345-AJN |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* (See Rider for All New Parties)

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Boies, Schiller & Flexner LLP
> Matthew Lane Schwartz
> 575 Lexington Avenue
> New York, NY 10022
> Phone: (212)-446-2300
> Fax: (212)-446-2350

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/12/2015

/s/ L. Aquino

*Signature of Clerk or Deputy Clerk*

**Attachment – Full Case Caption**

|   |   |   |
|---|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC and THE CHETRIT GROUP, LLC, | ) ) ) ) | Case No. 15-cv-05345-AJN |
| Interpleader Plaintiffs, | ) ) | |
| -against- | ) ) | |
| TRIADOU SPV S.A., CITY OF ALMATY, a foreign city, and BTA Bank, | ) ) ) | |
| Interpleader Defendants. | ) ) | |
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK, | ) ) ) | |
| Counterclaim and Crossclaim Plaintiffs, | ) ) | |
| -against- | ) ) | |
| JOSEPH CHETRIT, CF 135 FLAT LLC, CF 135 WEST MEMBER LLC, THE CHETRIT GROUP LLC, and 227 EAST 19TH HOLDER LLC, | ) ) ) ) ) | |
| Counterclaim Defendants, | ) ) | |
| -and- | ) ) | |
| MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., | ) ) ) ) | |
| Crossclaim Defendants. | ) ) | |

**Rider – All New Parties**

Joseph Chetrit (Counterclaim Defendant)
512 7th Avenue
New York, New York 10018


227 East 19th Holder LLC (Counterclaim Defendant)
512 7th Avenue
New York, New York 10018


Mukhtar Ablyazov (Crossclaim Defendant)
Paris, France


Viktor Khrapunov (Crossclaim Defendant)
Geneva, Switzerland


Ilyas Khrapunov (Crossclaim Defendant)
Geneva, Switzerland