```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CF 135 Flat LLC et al.,

          Plaintiffs,

–v–

Triadou SPV S.A. et al.,

          Defendants.

---

15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 12, 2015, Defendant Almaty notified the Court that it had settled its counterclaims against Plaintiffs. *See* Dkt. No. 69, 71. On November 23, 2015, Defendant Triadou filed a letter motion to compel Defendant Almaty to provide a copy of the settlement agreement. *See* Dkt. No. 77. In this letter, Triadou argued that Almaty's settlement demonstrated that the Plaintiffs do not face double liability for the interpleaded funds, a fact potentially relevant to the pending motion to dismiss. *Id*. Almaty responded that such a request was procedurally improper and that the settlement of counterclaims did not release Almaty's right to pursue a claim against Plaintiffs for the interpleaded funds. *See* Dkt. No. 79.

    Because Defendant Triadou cites no authority permitting the Court to order the production of the settlement agreement and Defendant Almaty has represented that the settlement does not release any claims against the interpleaded funds, the Court denies Defendant Triadou's motion. This resolves Dkt. No. 77.

    SO ORDERED.

Dated: Dec. 3, 2015
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge

1