# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
TRIADOU SPV S.A.,

                        Plaintiff,

                                                                      INDEX # 653462/2014

-   against  -

                                                                      **SUBPOENA DUCES TECUM**


CF 135 FLAT LLC, CF 135 WEST MEMBER LLC,
and THE CHETRIT GROUP LLC,


                        Defendants.

------------------------------------------------------------X

**THE PEOPLE OF THE STATE OF NEW**

To:    Sukenik, Segal & Graff, PC
       ~~404 5th Ave #4~~ 450 Seventh Avenue, 42nd Floor
       New York, NY ~~10018~~ 10123

You are hereby commanded, that all business and excuses being laid aside, to deliver to the undersigned counsel a complete copy of the settlement agreement between the (a) City of Almaty and BTA Bank ("Almaty Group"), and (b) Chetrit Group LLC, CF 135 Flat LLC, CF 135 West Member LLC, and 227 East 19th Holder LLC (the "Chetrit Entities") referred to in the attached letter to the Honorable Alison J. Nathan dated November 12, 2015, and any amendment to such settlement agreement or other settlement agreement between the Almaty Group or any of them and the Chetrit Group or any of them which are in your custody or control, by March 31, 2016.

CIRCUMSTANCES OR REASONS FOR DISCLOSURE: The disclosure sought is relevant to the enforcement of the judgment entered in favor of Plaintiff and against the Defendants in the above-captioned action.

Failure to comply with this subpoena is punishable as a contempt of court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed $150 and for all damages sustained by reason of your failure to comply.]

1

Dated: March 29, 2016

                                             */s/ Craig B. Kravit*

Attorneys for Triadou SPV S.A.

Craig B. Kravit, Esq.
KRAVIT PARTNERS, LLC
79 Madison Avenue, 2nd Floor
New York, NY 10016

Telephone: (212) 252-0550
Email: cbk@kravit.com