UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2016
```

CF 135 Flat LLC et al.,

           Plaintiffs,

–v–

Triadou SPV (N.A.) et al.,

           Defendants.

15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

At the scheduling conference in the above-captioned matter held on April 27, 2016, the Court set the following deadlines to govern the pending preliminary injunction motion:

- The parties shall meet and confer within the next 24 hours about the possibility of limiting the state court motion for receivership. The parties shall submit a letter to the Court no later than noon on April 28, 2016 informing the Court of the result of these negotiations.

- An evidentiary hearing is scheduled from 9:30 a.m. to 12:30 p.m. on Thursday, May 19, 2016. Triadou and Almaty/BTA Bank shall each have a total of 90 minutes to present evidence (including cross examination, re-direct examination, etc.).

    - Almaty/BTA Bank shall provide their witness affidavits to Triadou and the Court by May 2, 2016.

    - Triadou shall advise Almaty/BTA Bank and the Court of which witnesses Triadou intends to cross by May 5, 2016.

    - Triadou shall provide to Almaty/BTA Bank and the Court a list of the witnesses Triadou intends to call by May 5, 2016.

    - Triadou shall provide its witness affidavits to Almaty/BTA Bank and the Court by May 11, 2016.

    - Almaty/BTA Bank shall advise Triadou and the Court of which witnesses they intend to cross by May 14, 2016.

1

- o Almay/BTA Bank shall provide reply witness affidavits, if any, to Triadou and the Court by May 14, 2016.

SO ORDERED.

Dated: April 27, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge