**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBER LLC and THE CHETRIT GROUP, LLC,<br><br>        Interpleader Plaintiffs,<br><br>  -against-<br><br>TRIADOU SPV S.A., CITY OF ALMATY, a foreign city, and BTA BANK JSC,<br><br>        Interpleader Defendants. | 15 Civ. 5345 (AJN) (SN) |
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>        Crossclaim Plaintiffs,<br><br>  -against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>        Crossclaim Defendants. | **DEFENDANTS AND CROSSCLAIM-PLAINTIFFS' NOTICE OF MOTION FOR AN ORDER OF ATTACHMENT** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of their Motion for an Order of Attachment, the accompanying Declaration of Nicolas Bourg, the accompanying Declaration of Abigail Tudor, the accompanying Affidavit of Jehoshua Graff , and the previously-submitted Motion for a Preliminary Injunction and all supporting exhibits [ECF No. 107-108], Defendants and Crossclaim-Plaintiffs BTA Bank and City of Almaty, Kazakhstan, by their attorneys Boies, Schiller & Flexner LLP, will move this Court, pursuant to Federal Rule of Civil Procedure 64 and New York Civil Practice Law Rules §§ 6201 *et seq.*, before the Honorable Alison J. Nathan, at 40 Foley Square, New York, New York 10007,

1

at such date and time the Court sets, for an order of attachment of the assets of Defendant Triadou SPV S.A., and granting movants such other relief as the Court deems just and proper, and/or an evidentiary hearing on this motion.

Dated: New York, New York
May 11, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
Randall W. Jackson
Daniel G. Boyle
Craig Wenner

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: 212-446-2300
Facsimile: 212-446-2350