# Exhibit 4

Subj: **FW: Swifts**
Date: 12/12/2013 3:56:55 P.M. Eastern Standard Time
From: nb@sdg-if.com
To: jochetrit@aol.com

Nicolas Bourg

Chief Executive Officer
SDG Investment Fund

De : Kevin Meyer <km@sdg-if.com>
Date : jeudi, 12 décembre 2013 18:45
À : Nicolas Bourg <nb@sdg-if.com>
Objet : Swifts

Voici plein de documents issus de votre boite d'envoi

Kevin Meyer

SDG Investment Fund
20, Rue Philippe-Plantamour
1201 Genève

M +41 78 637 52 49
T +41 22 545 03 51

The information contained in this communication is fully confidential and intended for the named recipient(s) only. In case you are not an intended recipient, you are hereby (a) strictly forbidden from copying, distributing this email or taking any further action relating to it, and (b) kindly requested to notify the sender and delete any copies immediately. We undertake no responsibility for the accuracy, completeness and absence of virus in this communication or any of its attachment (s). Unless otherwise stated, any views or opinions presented herein are solely those of the author. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell any participation or financial instruments.

The information contained in this communication is fully confidential and intended for the named recipient(s) only. In case you are not an intended recipient, you are hereby (a) strictly forbidden from copying, distributing this email or taking any further action relating to it, and (b) kindly requested to notify the sender and delete any copies immediately. We undertake no responsibility for the accuracy, completeness and absence of virus in this communication or any of its attachment (s). Unless otherwise stated, any views or opinions presented herein are solely those of the author. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell any participation or financial instruments.

-----Original Message-----
From: jgraff <jgraff@ssglaw.com>
To: Kevin Meyer <k.meyer@sdg.ch>
CC: Nicolas Bourg <nb@sdg.ch>
Subject: RE: Flatotel: Telford equity payments
Date: Thu, 28 Feb 2013 18:06:02 +0100

The following wires have been received from Telford:
   1.   $10,500,051.25 on November 9, 2012
   2.   $2,625,053.01 on January 22, 2013
   3.   $15,925,102.16 on February 13, 2013
   4.   $175,101.32 on February 19, 2013

The time and date of Closing has not yet been set. In all likelihood it will not be a sit down Closing. I will keep you posted.

**From:** Kevin Meyer [mailto:k.meyer@sdg.ch]

**Sent:** Thursday, February 28, 2013 9:48 AM
**To:** jgraff
**Cc:** Nicolas Bourg
**Subject:** RE: Flatotel: Telford equity payments

Dear Mr. Graff,

Could I please also ask you for the details regarding the Flatotel deal's closing (time, date, place, attending people, …)?

Thank you very much in advance for your help.

Regards,

Kevin Meyer

SDG Investment Fund
20, Rue Phillipe-Plantamour
1201 Genève

M +41 78 637 52 49
T +41 22 545 03 51

**From:** Kevin Meyer
**Sent:** jeudi 28 février 2013 13:58
**To:** 'jgraff@ssglaw.com'
**Cc:** Nicolas Bourg
**Subject:** Flatotel: Telford equity payments

Dear Mr. Graff,

My name is Kevin Meyer, and I work with Mr. Bourg on the Flatotel deal.

Could you please send us a formal confirmation of the reception the two last equity payments done by Telford?

Best regards,

Kevin Meyer

SDG Investment Fund
20, Rue Phillipe-Plantamour
1201 Genève

M +41 78 637 52 49
T +41 22 545 03 51

-----Original Message-----
From: Nicolas Bourg <nb@sdg-if.com>
To: Arnie Herz <arnie@arnieherz.com>, Felix <felix@regency.net>
Subject: Fw: Swift
Date: Tue, 21 May 2013 07:41:23 +0200

Nicolas Bourg

Chief Executive Officer
SDG Investment Fund

**From:** Nicolas Bourg
**Sent:** Monday, May 20, 2013 5:55:29 PM
**To:** jochetrit@aol.com
**Cc:** Eric Elkain
**Subject:** Swift

Salut Jo,

Je te prie de trouver la copie du swift pour l'envoi des usd 6 millions pour Cabrini.

{1:F01FBMECY2NAXXX1111111111}
{2:I103BKTRUS33XXXXN}
{4:
:20:NICOPSD131400016
:23B:CRED
:32A:130520USD6000189,25
:33B:USD6000189,25
:50K:/CY4511501001402320USDCACC001
TELFORD INTERNATIONAL LIMITED
PO BOX 487922
DUBAI, UNITED ARAB EMIRATES
:57A:CITIUS33
:59:/61768742
SUKENIK SEGAL and GRAFF
ATTORNEY TRUST IOLA ACCOUNT
:70:as per loan agreement
:71A:OUR
-}

**Amitiés,**

**Nicolas**

**Nicolas Bourg**

Chief Executive Officer
SDG Investment Fund


-----Original Message-----
From: Nicolas Bourg <nb@sdg-if.com>
To: Felix SATER <felix@regency.net>
Subject: swift code
Date: Wed, 24 Apr 2013 17:59:26 +0200


{1:F01FBMECY2NAXXX1111111111}

{2:I103BKTRUS33XXXXN}

{4:

:20:NICOPSD131140081

:23B:CRED

:32A:130424USD2800045,23

:33B:USD2800045,23

:50K:/CY4511501001402320USDCACC001

TELFORD INTERNATIONAL LIMITED

PO BOX 487922

DUBAI, UNITED ARAB EMIRATES

:57A:CITIUS33

:59:/37301114

Kramer levin Naftalis and Frankel

LLP Attorney Escrow Account

FOA Reetika Agarwal (212) 559-6299

:70:ABA No. 021000089

:71A:OUR

-}

**Nicolas Bourg**
Chief Executive Officer
SDG Investment Fund

-----Original Message-----
From: Nicolas Bourg <nb@sdg-if.com>
To: Charki Jean-Charles <jcc@iota.eu.com>
CC: Halm Alexandre <ah@iota.eu.com>
Subject: Re: swift
Date: Tue, 16 Apr 2013 20:49:08 +0200

Aujourd'hui.

Bien a toi.

Nicolas Bourg

Chief Executive Officer
SDG Investment Fund

**From:** Charki Jean-Charles
**Sent:** Tuesday, April 16, 2013 7:29:11 PM
**To:** Nicolas Bourg
**Cc:** Halm Alexandre
**Subject:** RE: swift

Tu as la date de valeur ? c'est pour détendre les lawyers qui sont en stress total comme tu as pu le voir

**From:** Nicolas Bourg [mailto:nb@sdg-if.com]
**Sent:** mardi 16 avril 2013 19:25
**To:** Charki Jean-Charles
**Subject:** swift

{1:F01FBMECY2NAXXX1111111111}

{2:I103BKTRUS33XXXXN}

{4:

:20:NICOPSD131060020

:23B:CRED

:32A:130416USD390056,29

:33B:USD390056,29

:50K:/CY4511501001402320USDCACC001

TELFORD INTERNATIONAL LIMITED

PO BOX 487922

DUBAI, UNITED ARAB EMIRATES

:56A:MRMDUS33

:57A:CCFRFRPP

:59:/FR7630056000390039004012516

IOTA SASU

Paris, France

:70:payment for invoice 0042013

:71A:OUR

-}

-----Original Message-----
From: Nicolas Bourg <nb@sdg-if.com>
To: "eric.elkain@gmail.com" <eric.elkain@gmail.com>, Eric Elkain
   <eric@elkain.com>
Subject: Copy of the Swift
Date: Mon, 8 Apr 2013 15:43:40 +0200

{1:F01FBMECY2NAXXX1111111111}

{2:I103BKTRUS33XXXXN}

{4:

:20:NICOPSD130930140

:23B:CRED

:32A:130408USD5660256,77

:33B:USD5660256,77

:50K:/CY4511501001402320USDCACC001

TELFORD INTERNATIONAL LIMITED

PO BOX 487922

DUBAI, UNITED ARAB EMIRATES

:57A:CITIUS33

:59:/61768742

SUKENIK SEGAL and GRAFF

ATTORNEY TRUST IOLA ACCOUNT

:70:ABA NO. 021-0000-89

:71A:OUR

-}


-----Original Message-----
From: Nicolas Bourg
  <IMCEAEX-_O=SDG_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=NB@eurprd04.prod.outlook.com>
To: "eric.elkain@gmail.com" <eric.elkain@gmail.com>, "jochetrit@aol.com"
  <jochetrit@aol.com>
Subject: Swift copy
Date: Thu, 14 Feb 2013 09:18:26 +0100

Dear All,

Please find the copy of the swift:

{1:F01FBMECY2NAXXX1111111111}

{2:I103BKTRUS33XXXXN}

{4:

:20:NICOPSD130440115

:23B:CRED

:32A:130213USD15925102,16

:33B:USD15925102,16

:50K:/CY4511501001402320USDCACC001

TELFORD INTERNATIONAL LIMITED

PO BOX 487922

.

DUBAI, UNITED ARAB EMIRATES

:57A:CITIUS33

:59:/61768742

SUKENIK SEGAL and GRAFF

ATTORNEY TRUST IOLA ACCOUNT

:70:amendment to the loan agreement

dated 07 Nov 12

:71A:OUR

-}

Have a goof day

Nicolas

**Nicolas Bourg**

SWISS DEVELOPMENT GROUP
20 Rue Philippe-Plantamour
1201 Genève Switzerland

M +41 78 888 31 75
T  +41 22 545 03 00

www.sdg.ch

-----Original Message-----
From: Nicolas Bourg
  <IMCEAEX-
_O=SDG_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=NB@eurprd04.prod.outlook.com>
To: "'jochetrit@aol.com'" <jochetrit@aol.com>
Subject: Fw: Fwd: Electronic SWIFT copy
Date: Wed, 23 Jan 2013 09:06:13 +0100

Nicolas Bourg
Swiss Development Group
+41 78 888 31 75

```
----- Original Message -----
From: elvis elvis <theuraniumguy@gmail.com>
To: Nicolas Bourg
Sent: Wed Jan 23 08:54:34 2013
Subject: Fwd: Electronic SWIFT copy
```

```
---------- Forwarded message ----------
From: Eesh Aggarwal
Date: Wednesday, January 23, 2013
Subject: Electronic SWIFT copy
```

Hi

Our client advised us to send the below copy of the electronic swift confirming the transfer to the US lawyers executed yesterday, 22-January-2013.

{1:F01FBMECY2NAXXX1111111111}

{2:I103BKTRUS33XXXXN}

{4:

:20:NICOPSD130220087

:23B:CRED

:32A:130122USD2625053,01

:33B:USD2625053,01

:50K:/CY4511501001402320USDCACC001

TELFORD INTERNATIONAL LIMITED

PO BOX 487922

DUBAI, UNITED ARAB EMIRATES

:57A:CITIUS33

:59:/61768742

SUKENIK SEGAL and GRAFF

ATTORNEY TRUST IOLA ACCOUNT

:70:ABA NO. 021-0000-89

:71A:OUR

-}

Regards

Eesh Aggarwal

For and on behalf of

Azure Consultants JLT