# Exhibit 5

```
22/05/13-19:19:13               OPSPRTOUT-4838-172970                        1
_____

                  -------------------- Instance Type and Transmission ---------------
         Notification (Transmission) of Original sent to SWIFT (ACK)
         Network Delivery Status    : Network Ack
         Priority/Delivery          : Normal
         Message Input Reference    : 1920 130522FBMECY2NAXXX0999601752
                  --------------------------- Message Header ---------------------------
         Swift Input                        : FIN 103 Single Customer Credt Transfer
         Sender   : FBMECY2NXXX
                    FBME BANK LTD
                    NICOSIA CY
         Receiver : BKTRUS33XXX
                    DEUTSCHE BANK TRUST COMPANY AMERICAS
                    NEW YORK,NY US
                  ---------------------------- Message Text ----------------------------
          20: Sender's Reference
              NICOPSD131420130
         23B: Bank Operation Code
              CRED
         32A: Val Dte/Curr/Interbnk Settld Amt
              Date          : 22 May 2013
              Currency      : USD (US DOLLAR)
              Amount        :              #28.000.000,#
         33B: Currency/Instructed Amount
              Currency      : USD (US DOLLAR)
              Amount        :              #28.000.000,#
         50K: Ordering Customer-Name & Address
              /CY45115010014023 20USDCACC001
              TELFORD INTERNATIONAL LIMITED
              PO BOX 487922
              DUBAI, UNITED ARAB EMIRATES
         57D: Account With Inst -Name & Addr
              //FW021000089
              CITIBANK N.A
              153 EAST 53 STREET
              NEW YORK NY 10022
          59: Beneficiary Customer-Name & Addr
              /37301114
              KRAMER LEVIN NAFTALIS AND FRANKEL
              LLP
              ATTORNEY ESCROW ACCOUNT
          70: Remittance Information
              ATTN: REETIKA AGARWAL
              212 559-6299
         71A: Details of Charges
              OUR
                  --------------------------- Message Trailer ---------------------------
         {CHK:32B197A99E0F}
         PKI Signature: MAC-Equivalent
                  ---------------------------- Interventions ---------------------------
         Category        : Network Report
         Creation Time   : 22/05/13 19:18:58
         Application     : SWIFT Interface
         Operator        : SYSTEM
         Text
         {1:F21FBMECY2NAXXX0999601752}{4:{177:1305221920}{451:0}}
```

Received by josh graff

1. $10,500,051.25 on November 9, 2012
2. $2,625,053.01 on January 22, 2013

```
{1:F01FBMECY2NAXXX1111111111}
{2:I103BKTRUS33XXXXN}
{4:
:20:NICOPSD130220087
:23B:CRED
:32A:130122USD2625053,01
:33B:USD2625053,01
:50K:/CY4511501001402320USDCACC001
TELFORD INTERNATIONAL LIMITED
PO BOX 487922
DUBAI, UNITED ARAB EMIRATES
:57A:CITIUS33
:59:/61768742
SUKENIK SEGAL and GRAFF
ATTORNEY TRUST IOLA ACCOUNT
:70:ABA NO. 021-0000-89
:71A:OUR
```

3. $15,925,102.16 on February 13, 2013

```
{1:F01FBMECY2NAXXX1111111111}
{2:I103BKTRUS33XXXXN}
{4:
:20:NICOPSD130440115
:23B:CRED
:32A:130213USD15925102,16
:33B:USD15925102,16
:50K:/CY4511501001402320USDCACC001
TELFORD INTERNATIONAL LIMITED
PO BOX 487922
.
DUBAI, UNITED ARAB EMIRATES
:57A:CITIUS33
:59:/61768742
SUKENIK SEGAL and GRAFF
ATTORNEY TRUST IOLA ACCOUNT
:70:amendment to the loan agreement
```

> dated 07 Nov 12
> :71A:OUR

4. $175,101.32 on February 19, 2013

Other Received by Graff:

5. $5,660,256.77 on April 13, 2013

> 1:F01FBMECY2NAXXX1111111111}
> {2:I103BKTRUS33XXXXN}
> {4:
> :20:NICOPSD130930140
> :23B:CRED
> :32A:130408USD5660256,77
> :33B:USD5660256,77
> :50K:/CY4511501001402320USDCACC001
> TELFORD INTERNATIONAL LIMITED
> PO BOX 487922
> DUBAI, UNITED ARAB EMIRATES
> :57A:CITIUS33
> :59:/61768742
> SUKENIK SEGAL and GRAFF
> ATTORNEY TRUST IOLA ACCOUNT
> :70:ABA NO. 021-0000-89
> :71A:OUR

6. $390,056.29 on April 16, 2013

> {1:F01FBMECY2NAXXX1111111111}
> {2:I103BKTRUS33XXXXN}
> {4:
> :20:NICOPSD131060020
> :23B:CRED
> :32A:130416USD390056,29
> :33B:USD390056,29
> :50K:/CY4511501001402320USDCACC001
> TELFORD INTERNATIONAL LIMITED
> PO BOX 487922
> DUBAI, UNITED ARAB EMIRATES
> :56A:MRMDUS33
> :57A:CCFRFRPP

```
:59:/FR7630056000390039004012516
IOTA SASU
Paris, France
:70:payment for invoice 0042013
:71A:OUR
```

I think was first sent to Kramer Levin: First payment to Kramer bounced, second to Graff here below

7. $6,000,189.25 on May 20, 2013 (Cabrini)

```
SWIFT:
{1:F01FBMECY2NAXXX1111111111}
{2:I103BKTRUS33XXXXN}
{4:
:20:NICOPSD131400016
:23B:CRED
:32A:130520USD6000189,25
:33B:USD6000189,25
:50K:/CY4511501001402320USDCACC001
TELFORD INTERNATIONAL LIMITED
PO BOX 487922
DUBAI, UNITED ARAB EMIRATES
:57A:CITIUS33
:59:/61768742
SUKENIK SEGAL and GRAFF
ATTORNEY TRUST IOLA ACCOUNT
:70:as per loan agreement
:71A:OUR
```

Tricounty money:
8. $2'800'045.23 on April 24, 2013

```
9.  {1:F01FBMECY2NAXXX1111111111}
10. {2:I103BKTRUS33XXXXN}
11. {4:
12. :20:NICOPSD131140081
13. :23B:CRED
:32A:130424USD2800045,23
:33B:USD2800045,23
:50K:/CY4511501001402320USDCACC001
```

> TELFORD INTERNATIONAL LIMITED
> PO BOX 487922
> DUBAI, UNITED ARAB EMIRATES
> :57A:CITIUS33
> :59:/37301114
> Kramer levin Naftalis and Frankel
> LLP Attorney Escrow Account
> FOA Reetika Agarwal (212) 559-6299
> :70:ABA No. 021000089
> :71A:OUR

14. $28,000,000.00 on May 22, 2013