# Exhibit 7

Le 16.07.13 17:10, « Iliyas Khrapunov » <IKhrapunov@sdg.ch> a écrit :

>We need to work on this and find the right answer. We could easily
>provide tax returns of mr. Glatz, his valuations and presantations of
>his companies.
>
>Sent from my iPhone
>
>On 16 Jul 2013, at 17:05, "Nicolas Bourg" <nb@sdg-if.com> wrote:
>
>> Hi Iliyas,
>>
>> The loan was refused from Black see bank for Nicki beach as you can
>> see here under.
>> We are trying to find a solution with another bank.
>>
>> Best
>>
>> Nicolas Bourg
>>
>> Chief Executive Officer
>>
>>
>>
>>
>> SDG Investment Fund
>>
>>
>>
>>

\>\> Le 15.07.13 17:21, « Kevin Meyer » <km@sdg-if.com> a écrit :

\>\>

\>\>> Cher Mr Bourg,

\>\>>

\>\>> Je vous appelle dans 5 mn pour parler de l'email ci-dessous

\>\>>

\>\>> Kevin Meyer

\>\>>

\>\>> SDG Investment Fund

\>\>> 20, Rue Philippe-Plantamour

\>\>> 1201 Genève

\>\>>

\>\>> M +41 78 637 52 49

\>\>> T  +41 22 545 03 51

\>\>>

\>\>>

\>\>> -----Original Message-----

\>\>> From: Michael Tsirikos [mailto:mtsirikos@dolphincp.com]

\>\>> Sent: lundi 15 juillet 2013 17:09

\>\>> To: Kevin Meyer

\>\>> Subject: FW: Financial Report SDG Capital

\>\>>

\>\>> Hi Kevin,

\>\>>

\>\>> Just saw your email and I also wanted to touch base with you today,

\>\>>as I  received the below and attached from BSTDB

\>\>>

\>\>> Can I give you a call at 6pm your time as am in another call now?

\>\>>

\>\>> Many thanks,

\>\>>

\>\>> Michael

\>\>>

\>\>> -----Original Message-----

\>\>> From: Alexey Alekseev [mailto:aalekseev@bstdb.org]

\>\>> Sent: Friday, July 12, 2013 11:49 AM

\>\>> To: Michael Tsirikos

\>\>> Subject: FW: Financial Report SDG Capital

\>\>>

>>> Dear Michael,
>>>
>>> Following our conversation of today, I am forwarding you SDG
>>>consolidated  financial statements:
>>>
>>> 1) SDG has negative equity of CHF 28.5 million. To get involved in a
>>>project finance deal with a sponsor that is technically insolvent
>>>would  not be prudent.
>>> 2) Please see Note 2. Scope of Consolidation of the auditor's report
>>>that  lists subsidiaries that were used for consolidation. If you
>>>compare this  list with the companies mentioned in the attached
>>>newspaper article, you  will find many similaries. The new ultimate
>>>owner of SDG is said to be  Mr. Philippe Glatz. Greencos S.A., the
>>>company through which Mr. Glatz  acquired SDG, has a charter capital
>>>of CHF 100,000 and its financial  strength is estimated by D&B at CHF
>>>90,000. How and where Greencos and  Mr. Glatz found the CHF 10
>>>million that was used to recapitalize SDG is  unclear. I am not
>>>persuaded that there's been any real change in the  ownership of SDG.
>>>
>>> Based on the above, I cannot return the project to our pipeline.
>>>
>>> I will be away from the office next week but you could always call
>>> my mobile.
>>>
>>> Regards,
>>>
>>> Alexey
>>>
>>>
>>> -----Original Message-----
>>> From: Kevin Meyer [mailto:km@sdg-if.com]
>>> Sent: Wednesday, June 19, 2013 8:56 PM
>>> To: Alexey Alekseev
>>> Cc: Cesare Cerrito
>>> Subject: Financial Report SDG Capital
>>>
>>> Dear Mr. Alekseev,
>>>
>>> As requested, please find attached the YE12 financial reports for
>>> SDG Capital, the Swiss entity holding the Luxembourg SPV Porto Heli.
>>>
>>> As you might notice, the reported losses of the Group represent a
>>> significant amount. Nevertheless, this amount is not representative
>>> of the activity of SDG Capital for the following reasons:
>>>

>>> -     Due to the accounting methods used (Swiss GAAP), the Group's
>>> activities is mainly driven by capitalized assets - indeed, the real
>>> estate activity is reflected in the asset segment of the balance
>>> sheet;
>>>
>>> -     Reported losses are mainly linked to elements which can't be
>>> activated due to the accounting principles at hand (e.g. marketing
>>>expenses, VAT, Opex) and off-balance-sheet elements - indeed, the
>>>sales  already completed on the Du Parc Hotel project are not yet
>>>reflected in  the accounts, the Swiss system requiring the official
>>>notary acquisition  report to be executed before the sale can be
>>>accounted for.
>>>
>>> -     Finally, the market value of the assets is not presented in the
>>> financial statements. Each asset is reported at cost, and does not
>>> represent the actual current value of the assets.
>>>
>>> For all the above reasons, you will understand that the financial
>>> statements presented in attachment do not convey a representative
>>> portrait of the accounts, as could be the case had international
>>> accounting standards been used.
>>>
>>> Please do not hesitate to contact me or Mr Cerrito (CFO, cc'd) if
>>> you have any question.
>>>
>>> Regards,
>>>
>>> Kevin Meyer
>>>
>>> SDG Investment Fund
>>> 20, Rue Philippe-Plantamour
>>> 1201 Genève
>>>
>>> M +41 78 637 52 49
>>> T  +41 22 545 03 51
>>>
>>> The information contained in this communication is fully
>>>confidential and  intended for the named recipient(s) only. In case
>>>you are not an intended  recipient, you are hereby (a) strictly
>>>forbidden from copying,  distributing this email or taking any
>>>further action relating to it, and
>>> (b) kindly requested to notify the sender and delete any copies
>>>immediately. We undertake no responsibility for the accuracy,
>>>completeness and absence of virus in this communication or any of its
>>>attachment(s). Unless otherwise stated, any views or opinions

\>>>presented  herein are solely those of the author. This email is
\>>>intended for  informational purposes only and is not a solicitation
\>>>or offer to buy or  sell any participation or financial instruments.
\>>> *** eSafe scanned this email for malicious content ***
\>>> *** IMPORTANT: Do not open attachments from unrecognized senders
\>>>***
\>>>
\>>>********************************************************************
\>>>***
\>>>**
\>>> ******************
\>>> IMPORTANT: The contents of this email and any attachments are
\>>>confidential. They are intended for the named recipient(s) only.
\>>> If you have received this email in error, please notify the system
\>>>manager or the sender immediately and do not disclose the contents to
\>>>anyone or make copies thereof.
\>>> *** eSafe scanned this email for viruses, vandals, and malicious
\>>>content.
\>>> ***
\>>>
\>>>********************************************************************
\>>>***
\>>>**
\>>> ******************
\>>> The information contained in this communication is fully
\>>>confidential and  intended for the named recipient(s) only. In case
\>>>you are not an intended  recipient, you are hereby (a) strictly
\>>>forbidden from copying,  distributing this email or taking any
\>>>further action relating to it, and
\>>> (b) kindly requested to notify the sender and delete any copies
\>>>immediately. We undertake no responsibility for the accuracy,
\>>>completeness and absence of virus in this communication or any of its
\>>>attachment(s). Unless otherwise stated, any views or opinions
\>>>presented  herein are solely those of the author. This email is
\>>>intended for  informational purposes only and is not a solicitation
\>>>or offer to buy or  sell any participation or financial instruments.
\>>
\>> The information contained in this communication is fully confidential
\>>and intended for the named recipient(s) only. In case you are not an
\>>intended recipient, you are hereby (a) strictly forbidden from
\>>copying, distributing this email or taking any further action relating
\>>to it, and
\>>(b) kindly requested to notify the sender and delete any copies
\>>immediately. We undertake no responsibility for the accuracy,
\>>completeness and absence of virus in this communication or any of its

>>attachment(s). Unless otherwise stated, any views or opinions
>>presented herein are solely those of the author. This email is
>>intended for informational purposes only and is not a solicitation or
>>offer to buy or sell any participation or financial instruments.