# Exhibit 8



BY EMAIL AND POSTAL MAIL

Mr. Nicolas BOURG
36, rue de Dormans,
L-1421 Luxembourg

nb@niel.lu; nb@e-1.lu

Geneva, 13 November 2014

Re.: Triadou SPV SA (the "Company")

Dear Mr. Bourg,

We refer to your exchanges with the undersigned on 10 November 2014, and hereby confirm that, due to some recent developments, SDG Capital SA, as sole shareholder of Triadou SPV SA, decided on 31 October 2014 to appoint a new director for the Company and had consequently to terminate your mandate as director of the Company the same day and with immediate effect.

We thank you for the work undertaken under your directorship with the Company.

Yours faithfully,

Philippe GLATZ
On behalf of SDG Capital SA

3 Rue du Mont-Blanc
1211 Genève, Switzerland

T +41 22 545 03 00 · F +41 22 545 03 09

WWW.SDG.CH