# **Exhibit 15**

# Organizational Structure Chart for
# 135 West 52nd Street, New York, New York

