# **Exhibit 16**

# Wire Transfer Authorization and Agreement

citibank

Complete the information below to authorize a Wire Transfer. All fields in **BOLD** are required information.

## Originator (Sender) Information

| **Name/Title of Account** Sukenik, Segal & Graff PC | | **Account Number** 61768742 | Type of Account |
|---|---|---|---|
| **Street Address (No PO Box)** 404 5th Avenue | | | |
| **City** New York | **State/Province** NY | **Zip** 10018 | Country |
| Telephone Number 212-725-9300 | | Wire Sent on Behalf of (If applicable): | |

## Wire Transfer Currency Selections and Amounts

**Check Destination:**
☑ International (Outside US)
☐ Domestic (Inside US)

For international wires, funds will be sent in the currency of the destination country, where available. If you wish for the funds to be sent in US Dollars (Funds will be converted by local Bank, unless recipient has a US dollar account), please indicate by checking this box: ☐

| Currency Type if International (Name of Country and Unit) | **Amount in Words** SEVEN MILLION DOLLARS------------------------- |
|---|---|
| **US Dollar Amount In Numbers:** $7,000,000------------------- OR | **Foreign Currency Amount in Numbers:** |

## Beneficiary (Receiver) Information

| **Name** COMPAGNIE PRIVEE DE CONSEILS ET D'INVESTISSEMENTS SA | | Telephone Number | |
|---|---|---|---|
| Street Address | | | |
| City | State/Province | Zip | Country |
| Account Number | | International Bank Account Number (IBAN) (Required if sending Euros) CH93 0875 7000 01227336 2 | |

## Beneficiary Bank Information

| **Bank Name** BANK VONTOBEL AG | | | |
|---|---|---|---|
| **Street Address** ST ALBAN-ANLAGE 58 | | | |
| **City** | **State/Province** | **Zip** 4052 BASEL | **Country** |

**Circle One – Bank:** ABA   Sort Code   **SWIFT**   CHIPS UID   **Number:** VONTCHZZ

## Intermediary Bank Information (if applicable):

| Bank Name | | Account Number | |
|---|---|---|---|
| Address | | | |
| City | State/Province | Zip | Country |

**Circle One – Bank:** ABA   Sort Code   SWIFT   CHIPS UID   Number:

## Special Instructions

REF. 0300740, SDG CAPITAL SA -LOAN ON BEHALF OF TRIADOU SPV SA

## Originator Authorization

By signing below, I authorize Citibank to execute the above funds transfer instruction in accordance with the Terms and Conditions for Funds Transfers, set forth in this agreement.

| **Authorized Signature and Date** [signature] 5/7/14 | 2nd Authorized Signature (if applicable) and Date |
|---|---|

### BANK USE ONLY:

| Identification – Authorized Signer 1 | | Identification – Authorized Signer 2 (if applicable) | |
|---|---|---|---|
| Primary (if DIP/PIC with card or Signature card only forms required) | | Primary (if DIP/PIC with card or Signature card only forms required) | |
| International Wires | Trader's Contract # | Exchange Rate | Foreign Amount |
| US Dollar Equivalent | Wire Fee | Total Charge (add US dollar and fee) | |
| Bank Preparer's Signature | | Original Document – FC End of Day Wire File Copy to client | |

CONFIDENTIAL FOR SETTLEMENT PURPOSES ONLY

NFC0528W                     Page 1 of 2      ✓                     10/2008

**Wire References**

- **Beneficiary's Name:** Compagnie Privée de Conseils et d'Investissements SA
- **Beneficiary References:** REF. 0300740, SDG CAPITAL SA – Loan on behalf of TRIADOU SPV SA".
- **Beneficiary's Bank:** Bank Vontobel AG, St Alban-Anlage 58, 4052 Basel
- **Swift:** VONTCHZZ
- **Clearing:** 8757
- **IBAN:** CH93 0875 7000 0122 7336 2

CONFIDENTIAL
FOR SETTLEMENT PURPOSES
ONLY