# Exhibit 17

*Native Electronic Files Provided Separately*