# **Exhibit 31**

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

**PRESENT:** _____ COHEN _____                    **PART** 58

_____
**HON. DAVID B. COHEN** Justice
                    **J.S.C.**

TRIADOU SPV, SA

-v-

CF 135 FLAT, LLC, ETAC.

_____

**INDEX NO.** 653462/14

**MOTION DATE** _____

**MOTION SEQ. NO.** 06

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ 1 _____ | No(s)._____

Answering Affidavits — Exhibits _____ | No(s)._____

Replying Affidavits _____ | No(s)._____

Upon the foregoing papers, it is ordered that ~~this motion is~~ the Court declines to sign the Order to Show Cause as the movant has failed to present to the Court sufficient proof of irreparable injury and that it would likely be successful on the merits. Movant has not provided sufficient proof that the alleged deal will fall through, that it lacks the funds to pay the amount ordered by Judge Mills or that equities favor movant.

In this matter (and the related matter) Judge Mills stayed all proceedings for movant to deposit $21 million into Court. The order was based upon representation of movant that it would do so. Now, without any sufficient evidence to the contrary and despite admitting that it owes the money, but just not sure who to who, movant seeks to extend the time for such payment despite its own earlier representations to the Contrary. Without further explanation and proof as to why it seeks to backtrack on its earlier representations, the Court declines to sign the OSC with restraints at this time. [illegible] 3-1-2016 [illegible]

**Dated:** _____ 3-5-2016 _____                    _____ **J.S.C.**

**HON. DAVID B. COHEN**
**J.S.C.**

NON-FINAL DISPOSITION

1. CHECK ONE: ...................................... ☐ CASE DISPOSED

2. CHECK AS APPROPRIATE: ......................MOTION IS: ☐ GRANTED   ☐ DENIED   ☐ GRANTED IN PART   ☐ OTHER

3. CHECK IF APPROPRIATE: .......................................... ☐ SETTLE ORDER   ☐ SUBMIT ORDER

☐ DO NOT POST   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE

**MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):**