# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

<div style="text-align: right;">
MATTHEW L. SCHWARTZ<br>
Tel.: (212) 303-3646<br>
E-mail: mlschwartz@bsfllp.com
</div>

May 14, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    *CF 135 Flat LLC et al. v. Triadou SPV S.A. et al.*, Case No. 15-CV-5345 (AJN)

Dear Judge Nathan:

    As the Court is aware, we represent the City of Almaty and BTA Bank. Pursuant to the Court's April 27, 2016 scheduling order [ECF No. 122], we write to advise the Court and the parties that we intend to cross-examine Triadou's sole witness, Cesare Cerrito, at the evidentiary hearing scheduled for May 19th.

    Simultaneously with this notice, we are also serving upon the Court and the parties the reply declarations of Lee Eichen and Nicholas Bourg. We respectfully request that these declarations be considered in connection with both the pending motions for a preliminary injunction [ECF No. 106] and for attachment [ECF No. 140].

<div style="margin-left: 50%;">
Respectfully submitted,

 /s/ Matthew L. Schwartz
Matthew L. Schwartz
</div>

cc:    All attorneys of record (by ECF)