# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

MATTHEW L. SCHWARTZ<br>
Tel.: (212) 446-2300<br>
E-mail: mlschwartz@bsfllp.com

May 17, 2016

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:  *CF 135 Flat LLC et al. v. Triadou SPV S.A. et al.*
     Case No. 15-CV-5345 (AJN)

Dear Judge Nathan:

    We write jointly on behalf of the City of Almaty and BTA Bank and counsel for Triadou SPV S.A. to request a technology order permitting the parties to bring laptops to the hearing on Thursday. Enclosed with this letter is a proposed order. We are coordinating with the SDNY technology department who will most likely be able to provide the other devices listed (speakers and an ELMO).

    We acknowledge that Your Honor's individual practices require at least 10 business days in advance of the hearing to request a technology order. We ask that Your Honor forgive the lateness of this request, and we hope that our access to laptops will make us more efficient at the hearing in the event we need to play audio files or display documents on a screen.

                                  Respectfully submitted,

                                    /s/ Matthew L. Schwartz
                                  Matthew L. Schwartz, Esq.
                                  Randall W. Jackson, Esq.
                                  BOIES, SCHILLER & FLEXNER LLP
                                  575 Lexington Avenue
                                  New York, NY  10022

cc:   Counsel of Record (via ECF)