UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

—————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this

Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned  CF 135 Flat LLC et al. v. Triadou SPV (N.A.) et al.

——————————————————————————————, No. 15cv5345 . The

date(s) for which such authorization is provided is (are)  May 19, 2016

| Attorney | Device(s) |
|----------|-----------|
| 1.  Daniel Boyle | 2 Laptop Computers, Cell phone Speakers, ELMO projector and screen |
| 2.  Deborah  Skakel | Laptop Computer, Cell phone ELMO projector and screen |

6

| 3. | |
|---|---|
| | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:   _____

_____

United States Judge

Revised: February 26, 2014