UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>    Interpleader Plaintiffs,<br><br>- against -<br><br>TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,<br><br>    Interpleader Defendants.<br><br>CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>    Crossclaim Plaintiffs,<br><br>- against -<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>    Crossclaim Defendants. | ECF Case<br><br>No. 15 CV 05345 (AJN)<br><br><br>**MOTION TO ADMIT ATTORNEY ALEX HASSID *PRO HAC VICE*** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Alex Hassid, Esq., hereby move this Court for an Order for admission to appear *pro hac vice* on behalf of Crossclaim Defendant Triadou SPV S.A. in the above-captioned action.

    I am a member in good standing of the bars of the States of New York and the District of Columbia. True and accurate Certificates of Good Standing from both jurisdictions are attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: Washington, DC
May 17, 2016

                           Respectfully Submitted,

                           By:  /s/ Alex Hassid
                           Alex Hassid
                           **Blank Rome LLP**
                           1825 Eye Street NW
                           Washington, DC 20006
                           Telephone: 202-420-3413
                           Fax: 202-420-2201
                           E-mail: AHassid@BlankRome.com