UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: MAY 1 8 2016             │
└─────────────────────────────────────┘
```

CF 135 Flat LLC *et al.*,

                    Plaintiffs,

          —v—

Triadou SPV (N.A.) *et al.*,

                    Defendants.

15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An evidentiary hearing in the above-captioned matter is scheduled for Thursday May 19, 2016 at 9:30 a.m.  In various letter motions filed with the Court, Triadou had requested to strike several witness affidavits and adjourn the evidentiary hearing.  Dkt. Nos. 134, 136, 147, 149. These requests are denied.  The Court will consider the witness affidavits for whatever purposes they may properly be considered and the hearing will go forward on May 19, 2016 as scheduled.

The parties are further instructed to file all of their witness affidavits and exhibits on ECF prior to the start of the hearing.


          SO ORDERED.

Dated: May 18, 2016
          New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge

1