# EXHIBIT 6

**From:** Cesare Cerrito [mailto:cc@sdg.ch]
**Sent:** mardi 8 avril 2014 17:31
**To:** Nicolas Bourg
**Cc:** Marc Gilliéron; Kevin Meyer; Hélène Le Marchand
**Subject:** Montant dû par Element One au 31.03.2014

Cher Nicolas,

Comme discuté lors de notre dernier meeting, tu trouveras ci-joint les montants dû par Element One au groupe SDG (SDG CAPITAL SA et SDG SA).

### CALCUL DES FRAIS A REFACTURER AU FOND EN 2014 (sur période 2012-2013-2014)

|  |  |  |  | Including correction | | *Credit note & Cash received |
|---|---|---|---|---|---|---|
| Amount due by Element ONE as of 31.03.14 | CHF | Paid as of 31.03.14 | Not Paid as of 31.03.14 | Paid as of 31.03.14 | Not Paid as of 31.03.14 | |
| **SDG CAPITAL** | 1'707'947.05 | 1'426'177.20 | 281'769.85 | 1'426'177.20 | 223'165.25 | |
| FUND (NB Management, Travels, Lawyers & Consulting) | 1'554'069.51 | 1'272'299.66 | 281'769.85 | 1'272'299.66 | 223'165.25 | |
| Interests on FUND until 31.12.2013 | 64'896.00 | 64'896.00 | | 64'896.00 | | |
| Interests on FUND until 31.03.2014 (provision) | 23'000.00 | 23'000.00 | | 23'000.00 | | |
| VAT non recoverable | 65'981.54 | 65'981.54 | | 65'981.54 | | |
| VAT non recoverable 2014 (provision) | - | | | | | |
| **SDG SA** | 407'024.29 | 407'024.29 | - | 407'024.29 | - | |
| Telephone NB 2012 | 17'404.00 | 17'404.00 | | 17'404.00 | | |
| Telephone NB 2013 | 30'629.00 | 30'629.00 | | 30'629.00 | | |
| Telephone NB 2014 | 6'029.67 | 6'029.67 | | 6'029.67 | | |
| Telephone KM 2013 | 5'075.00 | 5'075.00 | | 5'075.00 | | |
| Telephone KM 2014 | 785.25 | 785.25 | | 785.25 | | |
| Telephone Bilal 2013 | 1'201.00 | 1'201.00 | | 1'201.00 | | |
| Telephone Bilal 2014 | 743.20 | 743.20 | | 743.20 | | |
| Salary KM | 140'326.95 | 140'326.95 | | 140'326.95 | | |
| Expenses KM | 20'092.22 | 20'092.22 | | 20'092.22 | | |
| Parking NB | 7'560.00 | 7'560.00 | | 7'560.00 | | |
| MIPIM 2013 (50%) | 93'178.00 | 93'178.00 | | 93'178.00 | | |
| Office rent | 34'000.00 | 34'000.00 | | 34'000.00 | | |
| Share of SDG fixed costs (Accounting / IT / Telephone / F&B...) | 50'000.00 | 50'000.00 | | 50'000.00 | | |
| **Amount due by Element ONE as of 31.12.13** | 2'114'971.34 | 1'833'201.49 | 281'769.85 | 1'833'201.49 | 223'165.25 | |
| **Equivalent USD** | 2'379'313.01 | 2'062'325.89 | 316'987.12 | 2'062'325.89 | 251'057.77 | |
| Taux utilisé USD/CHF | 0.8889 | | | | | |

Les montants pris en correction prennent en comptes les credit note reçues à date à savoir MF travel et le cash reçu pour payer la facture Michael Page.

En date du 31.03.2014, E-1 doit à au Groupe SDG l'équivalent USD de 2'379K soit 379K de plus que le loan ARGON (si on pense à une éventuelle compensation de dette)
De plus, afin de ne pas compliquer la situation de cash de SDG Capital SA, nous souhaiterions que E-1 finance par avance les frais relatifs au téléphone / Expenses / Parking / Office rent et SDG Fixed Cost pour l'année 2014 soit

CONFIDENTIAL

| CALCUL DES FRAIS A REFACTURER AU FOND EN 2014 (sur période 2012-2013-2014) | | | |
|---|---|---|---|
| **Amount due by Element ONE as of 31.03.14** | **CHF** | **Avance sur 2014** | |
| **SDG CAPITAL** | 1'707'947.05 | 20'000.00 | |
| FUND (NB Management, Travels, Lawyers & Consulting) | 1'554'069.51 | | |
| Interests on FUND until 31.12.2013 | 64'896.00 | | |
| Interests on FUND until 31.03.2014 (provision) | 23'000.00 | | |
| VAT non recoverable | 65'981.54 | | |
| VAT non recoverable 2014 (provision) | - | 20'000.00 | |
| **SDG SA** | 407'024.29 | 160'148.20 | |
| Telephone NB 2012 | 17'404.00 | | |
| Telephone NB 2013 | 30'629.00 | | |
| Telephone NB 2014 | 6'029.67 | 18'000.00 | |
| Telephone KM 2013 | 5'075.00 | | |
| Telephone KM 2014 | 785.25 | 2'340.00 | |
| Telephone Bilal 2013 | 1'201.00 | | |
| Telephone Bilal 2014 | 743.20 | 2'250.00 | |
| Salary KM | 140'326.95 | 75'778.20 | |
| Expenses KM | 20'092.22 | 10'000.00 | |
| Parking NB | 7'560.00 | 3'780.00 | |
| MIPIM 2013 (50%) | 93'178.00 | - | |
| Office rent | 34'000.00 | 18'000.00 | |
| Share of SDG fixed costs (Accounting / IT / Telephone / F&B...) | 50'000.00 | 30'000.00 | |
| **Amount due by Element ONE as of 31.12.13** | 2'114'971.34 | 160'148.20 | |
| **Equivalent USD** | 2'379'313.01 | 180'164.47 | 2'559'477.48 |
| Taux utilisé USD/CHF | 0.8889 | | |

Ce qui représente un paiement d'environ 550'000 USD à recevoir pour SDG CAPITAL SA au plus vite.
Merci de nous confirmer ce point.

De plus, PwC souhaiterais obtenir une confirmation que les montants dus au 31.12.2013, s'ils ne sont pas payés en 2014 par E-1 ils seront compensés par le loan ARGON recu en Janvier 2014.
Est-ce possible de m'envoyer un mail en ce sens ?

Merci de ta réponse rapide,
Cesare

*The information contained in this communication is fully confidential and intended for the named recipient(s) only. In case you are not an intended recipient, you are hereby (a) strictly forbidden from copying, distributing this email or taking any further action relating to it, and (b) kindly requested to notify the sender and delete any copies immediately. We undertake no responsibility for the accuracy, completeness and absence of virus in this communication or any of its attachment(s). Unless otherwise stated, any views or opinions presented herein are solely those of the author. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell any participation or financial instruments.*

**CONFIDENTIAL**

**From:** Cesare Cerrito [mailto:cc@sdg.ch]
**Sent:** Tuesday, April 8, 2014 5:31 pm
**To:** Nicolas Bourg
**Cc:** Marc Gilliéron. Kevin Meyer; Hélène Le Marchand
**Subject:** Amount owed by One Element at 3/31/2014

Dear Nicolas,

As discussed at our last meeting, you will find enclosed the amounts owed by One Element to the SDG Group (SDG CAPITAL SA and SDG SA).

**CALCULATION OF THE COSTS TO BE CHARGED BACK TO THE FUND IN 2014 (over period 2012-2013-2014)**

CALCUL DES FRAIS A REFACTURER AU FOND EN 2014 (sur période 2012-2013-2014)

|  |  |  |  | Including correction | | *Credit note & Cash received |
|---|---|---|---|---|---|---|
| Amount due by Element ONE as of 31.03.14 | CHF | Paid as of 31.03.14 | Not Paid as of 31.03.14 | Paid as of 31.03.14 | Not Paid as of 31.03.14 | |
| **SDG CAPITAL** | 1'707'947.05 | 1'426'177.20 | 281'769.85 | 1'426'177.20 | 223'165.25 | |
| FUND (NB Management, Travels, Lawyers & Consulting) | 1'554'069.51 | 1'272'299.66 | 281'769.85 | 1'272'299.66 | 223'165.25 | |
| Interests on FUND until 31.12.2013 | 64'896.00 | 64'896.00 | | 64'896.00 | | |
| Interests on FUND until 31.03.2014 (provision) | 23'000.00 | 23'000.00 | | 23'000.00 | | |
| VAT non recoverable | 65'981.54 | 65'981.54 | | 65'981.54 | | |
| VAT non recoverable 2014 (provision) | - | - | | - | | |
| **SDG SA** | 407'024.29 | 407'024.29 | - | 407'024.29 | - | |
| Telephone NB 2012 | 17'404.00 | 17'404.00 | | 17'404.00 | | |
| Telephone NB 2013 | 30'629.00 | 30'629.00 | | 30'629.00 | | |
| Telephone NB 2014 | 6'029.67 | 6'029.67 | | 6'029.67 | | |
| Telephone KM 2013 | 5'075.00 | 5'075.00 | | 5'075.00 | | |
| Telephone KM 2014 | 785.25 | 785.25 | | 785.25 | | |
| Telephone Bilal 2013 | 1'201.00 | 1'201.00 | | 1'201.00 | | |
| Telephone Bilal 2014 | 743.20 | 743.20 | | 743.20 | | |
| Salary KM | 140'326.95 | 140'326.95 | | 140'326.95 | | |
| Expenses KM | 20'092.22 | 20'092.22 | | 20'092.22 | | |
| Parking NB | 7'560.00 | 7'560.00 | | 7'560.00 | | |
| MIPIM 2013 (50%) | 93'178.00 | 93'178.00 | | 93'178.00 | | |
| Office rent | 34'000.00 | 34'000.00 | | 34'000.00 | | |
| Share of SDG fixed costs (Accounting / IT / Telephone / F&B...) | 50'000.00 | 50'000.00 | | 50'000.00 | | |
| **Amount due by Element ONE as of 31.12.13** | 2'114'971.34 | 1'833'201.49 | 281'769.85 | 1'833'201.49 | 223'165.25 | |
| **Equivalent USD** | 2'379'313.01 | 2'062'325.89 | 316'987.12 | 2'062'325.89 | 251'057.77 | |
| Taux utilisé USD/CHF | 0.8889 | | | | | |

*USD/CHF rate used*

The amounts to be corrected take into consideration the credit notes received to date, namely MF travel and the cash received to pay the Michael Page invoice.

As of the 3/31/2014, E-1 owes the SDG group the USD equivalent of 2,379K i.e. 379K more than the ARGON loan (if we think of a possible debt compensation)
What's more, in order not to complicate the SDG Capital SA cash position, we would like E-1 to finance in advance the costs related to Telephone / Expenses / Parking / Office rent and SDG Fixed Cost for the year 2014 i.e.

CONFIDENTIAL

| CALCULATION OF THE COSTS TO BE BILLED BACK TO THE FUND IN 2014 (over period 2012-2013-2014) |

Advance for 2014

| CALCUL DES FRAIS A REFACTURER AU FOND EN 2014 (sur période 2012-2013-2014) | | | |
|---|---|---|---|
| Amount due by Element ONE as of 31.03.14 | CHF | Avance sur 2014 | |
| **SDG CAPITAL** | **1'707'947.05** | **20'000.00** | |
| FUND (NB Management, Travels, Lawyers & Consulting) | 1'554'069.51 | | |
| Interests on FUND until 31.12.2013 | 64'896.00 | | |
| Interests on FUND until 31.03.2014 (provision) | 23'000.00 | | |
| VAT non recoverable | 65'981.54 | | |
| VAT non recoverable 2014 (provision) | - | 20'000.00 | |
| **SDG SA** | **407'024.29** | **160'148.20** | |
| Telephone NB 2012 | 17'404.00 | | |
| Telephone NB 2013 | 30'629.00 | | |
| Telephone NB 2014 | 6'029.67 | 18'000.00 | |
| Telephone KM 2013 | 5'075.00 | | |
| Telephone KM 2014 | 785.25 | 2'340.00 | |
| Telephone Bilal 2013 | 1'201.00 | | |
| Telephone Bilal 2014 | 743.20 | 2'250.00 | |
| Salary KM | 140'326.95 | 75'778.20 | |
| Expenses KM | 20'092.22 | 10'000.00 | |
| Parking NB | 7'560.00 | 3'780.00 | |
| MIPIM 2013 (50%) | 93'178.00 | - | |
| Office rent | 34'000.00 | 18'000.00 | |
| Share of SDG fixed costs (Accounting / IT / Telephone / F&B...) | 50'000.00 | 30'000.00 | |
| **Amount due by Element ONE as of 31.12.13** | **2'114'971.34** | **160'148.20** | |
| **Equivalent USD** | **2'379'313.01** | **180'164.47** | **2'559'477.48** |
| Taux utilisé USD/CHF | 0.8889 | | |

USD/CHF Rate used

Which represents a payment of approximately USD 550,000 to be received by SDG CAPITAL SA as soon as possible. Please confirm this point.

In addition, PwC would like to get a confirmation that the amounts due at 12/31/2013, if they are not paid in 2014 by E-1, will be offset by the ARGON loan received in January 2014.
Is possible to send me a mail in this regard?

Thank you for your quick response,
Cesare

*The information contained in this communication is fully confidential and intended for the named recipient(s) only. In case you are not an intended recipient, you are hereby (a) strictly forbidden from copying, distributing this email or taking any further action relating to it, and (b) kindly requested to notify the sender and delete any copies immediately. We undertake no responsibility for the accuracy, completeness and absence of virus in this communication or any of its attachment(s). Unless otherwise stated, any views or opinions presented herein are solely those of the author. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell any participation or financial instruments.*

**CONFIDENTIAL**



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: May 11, 2016

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- CC email to NB 08.04.2014

Austin Lowe, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Austin Lowe

WI-44, 6/25/2015, Rev 0

Accurate Translation Services 24/7