UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CF 135 FLAT LLC, et al.

CASE NO. : 15-CV-5345 (AJN)

vs     **Plaintiff**

TRIADOU SPV S.A. et al.

**Defendant**

---

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **8/3/2016** at **2:49 PM** at **270 Madison Avenue, 10th Floor, New York, NY 10016**

deponent served a(n) **Memorandum and Order of Attachment**

on **Hon. Herman Cahn**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: White
Age: Over 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Glasses

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
4th day of August, 2016

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2020

Nicholas DiCanio
License No. 1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160