UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>　　　　Interpleader Plaintiffs,<br><br>　　　　-against-<br><br>TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,<br><br>　　　　Interpleader Defendants.<br><br>CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　Crossclaim Plaintiffs,<br><br>　　　　-against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　Crossclaim Defendants. | No. 15-CV-05345(AJN) |

**DECLARATION OF JOHN P. CURLEY**

　　　　I, JOHN P. CURLEY, hereby declare under penalty of perjury that the following is true and correct:

　　　　1. I am an attorney admitted to practice in the State of New York and before this Court, and I am a partner with Hoguet Newman Regal & Kenney LLP, counsel for Crossclaim Defendants Viktor and Ilyas Khrapunov (the "Khrapunovs") in the above-captioned case.

　　　　2. I submit this declaration in support of the Khrapunovs' motion to dismiss the Crossclaims.

00114385.1

3.  Attached hereto as **Exhibit A** is a true and correct copy of the U.S. State Department's 2015 Human Rights Report for Kazakhstan.

Dated: August 17, 2016
New York, New York

/s/ John P. Curley
John P. Curley
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street, 35th Floor
New York, NY 10016
Phone: 212-689-8808

*Counsel for Viktor Khrapunov and Ilyas Khrapunov*