UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>　　　　　　　Interpleader Plaintiffs,<br><br>　　　　-against-<br><br>TRIADOU SPV S.A., CITY OF ALMATY, a foreign city, and BTA BANK JSC,<br><br>　　　　　　　Interpleader Defendants.<br><br><br>CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　　　　Crossclaim Plaintiffs,<br><br>　　　　-against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　　　　Crossclaim Defendants. | No. 15-cv-05345 (AJN) (SN)<br><br>**CROSSCLAIM DEFENDANT MUKHTAR ABLYAZOV'S NOTICE OF MOTION TO DISMISS THE CROSSCLAIMS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Crossclaim Defendant Mukhtar Ablyazov's Motion to Dismiss the Crossclaims, and the Declaration of Jonathan D. Cogan, dated August 17, 2016, and the exhibits thereto, Mr. Ablyazov, by his attorneys, Kobre & Kim LLP, will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York 10007, at a time and date to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6) dismissing the Crossclaims and granting Mr. Ablyazov any other relief that this Court deems just and proper.

Dated: August 17, 2016
New York, New York

                                  KOBRE & KIM LLP

                                  By: /s/ Jonathan D. Cogan
                                      Jonathan D. Cogan
                                      (jonathan.cogan@kobrekim.com)
                                      KOBRE & KIM LLP
                                      800 Third Avenue
                                      New York, New York 10022
                                      Tel: +1 212 488 1200
                                      Fax: +1 212 488 1220

                                      *Attorney for Crossclaim Defendant*
                                      *Mukhtar Ablyazov*

To: All Counsel of Record (via ECF)