# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

jcurley@hnrklaw.com

April 4, 2017

**VIA ECF**

The Honorable Katherine H. Parker  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1950  
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*  
       Case No. 15-CV-5345 (AJN)

Dear Judge Parker,

We represent crossclaim defendants Viktor and Ilyas Khrapunov (the "Khrapunovs") in the above-referenced matter. We also represent, for the limited purpose of contesting the subpoena at issue here, non-parties Gennady Petelin, Elena Petelin, and Svetlana Chepurnaya (the "Movants").

During the March 28, 2017 Motion Hearing, Your Honor gave us until today to indicate whether we had reached an agreement as to a potential narrowing of the scope of the subpoena BTA Bank JSC and the City of Almaty served on Wells Fargo. Pursuant to Your Honor's instructions, we write to advise the Court that we have attempted to reach an agreement with counsel for the plaintiffs but have been unable to do so. In accordance with Your Honor's

instructions, we will submit an additional letter brief within a week's time.

Respectfully submitted,

John P. Curley