**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF ALMATY, KAZAKHSTAN and BTA
BANK JSC,

                Crossclaim Plaintiffs,              15 Civ. 5345 (AJN) (SN)

     -against-

MUKHTAR ABLYAZOV, VIKTOR
KHRAPUNOV, ILYAS KHRAPUNOV, and
TRIADOU SPV S.A.,

                Crossclaim Defendants.

## CROSSCLAIM PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF ILYAS KHRAPUNOV

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Crossclaim Plaintiffs, by and through their undersigned attorneys, will take the videotaped deposition, upon oral examination, of Ilyas Khrapunov on the following date and time, and at the following location:

| Date/Time | Location |
|---|---|
| April 3, 2017 | Offices of Boies, Schiller & Flexner LLP |
| 9:00 a.m. | 575 Lexington Ave., 7th Floor |
| | New York, NY 10022 |

      The deposition will be taken before a notary public or some other person authorized to administer oaths, pursuant to Fed. R. Civ. P. 28. The testimony shall be recorded by sound-and-visual stenographic means, and real-time transcription will be available.

Crossclaim Plaintiffs reserve their right to request additional deposition time as related documents are produced by Defendants.

Dated:            March 20, 2017

                              Respectfully Submitted,

                              BOIES, SCHILLER & FLEXNER LLP


                              By:____/s/ Matthew L. Schwartz_____
                                      Matthew L. Schwartz

                              Peter M. Skinner
                              Daniel G. Boyle

                              BOIES, SCHILLER & FLEXNER LLP
                              575 Lexington Avenue
                              New York, NY  10022
                              Telephone: 212-446-2300
                              Facsimile: 212-446-2350

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, a copy of Crossclaim Plaintiffs' Notice of Videotaped Deposition of Ilyas Khrapunov was served on counsel of record for Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov and Triadou SPV S.A., as follows:

**BY E-MAIL:**

Deborah A. Skakel
Alex E. Hassid
Robyn L. Michaelson
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
dskakel@blankrome.com
ahassid@blankrome.com
rmichaelson@blankrome.com
*Counsel for Triadou SPV S.A.*

Jonathan D. Cogan
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
jonathan.cogan@kobrekim.com
*Counsel for Mukhtar Ablyazov*

John J. Kenney
John P. Curley
HOGUE NEWMAN REGAL & KENNEDY LLP
10 East 40th Street
New York, NY 10016
jkenney@hnrklaw.com
jcurley@hnrklaw.com
*Counsel for Viktor and Ilyas Khrapunov*

                                   /s/ Matthew L. Schwartz
                                 Matthew L. Schwartz

                                 Boies, Schiller & Flexner LLP
                                 575 Lexington Avenue
                                 New York, NY  10022
                                 Telephone: 212-446-2300
                                 Facsimile: 212-446-2350