# Exhibit A



## Statement of Maria Krasnova regarding a telephone call on 27 Mar 2017

In the evening of 27 March 2017, I received a call on my home landline (022 776 01 66), which is listed in the White Pages. The call originated from a number in the United Kingdom (+44 20 8068 3921). The caller was a man who spoke with a British accent. The caller later introduced himself as Roger HUTCHINS, and I will refer to him as Mr. Hutchins going forward.

At first, Mr. Hutchins asked to speak with Mikhail Krasnov (my husband). I replied that Mikhail was currently away on a business trip to Moscow. Mr. Hutchins then asked me for Mikhail's Moscow mobile phone number. I replied that I do not give out contact details of my husband and asked him what he wished to speak to my husband about. Mr. Hutchins replied that he was calling to speak about our son, Petr Krasnov, and that he believed it would be in my husband's interests to hear him out. I repeated that I do not plan to give him my husband's mobile number, however I could give him my personal email address where he could send his message and I would forward it to my husband. Mr. Hutchins replied that he did not wish to put anything in writing, but that since I was Petr's mother, he would be willing to talk to me about the matter in question if I were interested. I agreed.

Mr. Hutchins informed me that he was working for an investigation agency, although he did not specify its name. He then explained that his employer has been pursuing a group of international criminals for many years. He clarified that until recently his employer was not aware of Petr's existence or involvement. However, according to Mr. Hutchins, his employer had recently become aware of Petr's supposed involvement from documents and testimony, which his employer obtained in a court case in the United States. According to Mr. Hutchins, his employer believes that Petr is *not* knowingly helping these supposed criminals, but that Petr is apparently a witness to their crimes and therefore possesses important information. Mr. Hutchins's employer would like Petr to share with them in exchange for immunity from prosecution.

At this point I asked Mr. Hutchins why he was calling Petr's parents instead of discussing this matter directly with Petr himself. He replied that "Petr is still a young chap and still has his whole life in front of him". I informed Mr. Hutchins that Petr is 33 years old, and is certainly capable of having a conversation on any topic himself. Mr. Hutchins insisted that Petr was nevertheless much younger than his parents and "did not have their wisdom and life experience about what problems can arise in life". He then suggested that my husband and I should convince Petr to come to London to meet with Mr. Hutchins's investigation agency and give testimony. Mr. Hutchins then said that if Petr failed to comply, "who knows what kind of *harm* and *suffering* might come to him and his family". (These were the exact words he used)

I took this statement from Mr. Hutchins as a threat. I informed him that I was a Swiss citizen, that he was calling me from abroad on my Swiss home number, and threatening my family and me. I told him that I would be contacting the Swiss authorities with a complaint about this call. To this, Mr. Hutchins replied that his employer was a sovereign state, which is pursuing the criminal group in several countries, including in Switzerland. Mr. Hutchins added that in Switzerland they (he said "we" presumably referring to his investigation agency) were working in close cooperation with Swiss authorities. I replied that I would

request a confirmation from Swiss authorities that they sanctioned his call. To this he replied, "sure, sure, go ahead. They are aware".

Mr. Hutchins then again repeated that we should strongly encourage Petr to travel to London to give testimony to his employer. He added that we should tell Petr to think long and hard about all the possible negative consequences that can befall him and his family members if he refuses to cooperate with Mr. Hutchins's employer. I asked Mr. Hutchins if this was a threat, to which he replied "no, just a warning".

I asked Mr. Hutchins to spell his name for me and provide me with a phone number where my husband could reach him, if he wanted to. Mr. Hutchins provided the call back number in the UK: +44 20 8068 3921. I then informed Mr. Hutchins that I had nothing further to discuss with him and hung up the phone.

*[signature]*