# Exhibit J

**Document designated Confidential by Triadou SPV S.A.**