# EXHIBIT 2

Search : Keyword    English

CONNECTING POLICE FOR A SAFER WORLD

| HOME | ABOUT INTERPOL | NEWS AND MEDIA | MEMBER COUNTRIES | INTERPOL EXPERTISE | CRIME AREAS |

Back to Search result



### KHRAPUNOV, ILYAS (ILIYAS)
WANTED BY THE JUDICIAL AUTHORITIES OF KAZAKHSTAN FOR PROSECUTION / TO SERVE A SENTENCE

**IDENTITY PARTICULARS**

| | |
|---:|:---|
| Present family name: | **KHRAPUNOV** |
| Forename: | **ILYAS (ILIYAS)** |
| Sex: | **Male** |
| Date of birth: | **15/01/1984 (33 years old)** |
| Place of birth: | **TARAZ CITY, ZHAMBYL REGION, Kazakhstan** |
| Language spoken: | **Kazakh, Russian, English, French** |
| Nationality: | **Kazakhstan** |

**CHARGES**  Published as provided by requesting entity

Charges:   The creation and guidance of an organised criminal group or criminal association (criminal organisation), and participation in a criminal association; Legalization of monetary funds or other property obtained illegally

**PHOTOS**




**IF YOU HAVE ANY INFORMATION PLEASE CONTACT**

Your national or local police
General Secretariat of INTERPOL

This extract of the Red Notice has been approved for public dissemination

Site map   |   FAQs   |   Terms of use   |   Calls for tender   |   Recruitment   |   Contact INTERPOL   |   e-Learning

© INTERPOL 2017. All rights reserved.