UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, | ECF Case |
| Crossclaim Plaintiffs, | No. 15 CV 05345 (AJN) |
| - against - | |
| MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., | |
| Crossclaim Defendants. | |

### DECLARATION OF CESARE CERRITO

I, CESARE CERRITO, hereby declare as follows under penalty of perjury:

1.      I am an Italian national, and currently reside in Switzerland.  Since November 2009, I have been the Chief Financial Officer (CFO) of SDG Capital, S.A. ("SDG").  In that time, I worked with Marc Gilliéron in his role as outside director of SDG.  Since 31 October 2014, I also have been the sole director of Triadou SPV S.A. ("Triadou").

2.      Triadou's counsel received a deposition notice for Mr. Gilliéron on 20 March 2017.  At no time did I contact or inform Mr. Gilliéron of the deposition notice; nor, to the best of my knowledge, did anyone else affiliated with Triadou or SDG.

3.      On 30 May 2017, Mr. Gilliéron resigned as a director of SDG. Attached as Exhibit A is Mr. Gilliéron's letter of resignation, dated 30 May 2017.  Attached as Exhibit B is a publication from the Swiss Official Gazette of Commerce announcing that Mr. Gilliéron's resignation has been registered with effect as of 15 June 2017.  It is standard practice that it takes 10-15 days for a director's resignation to be registered after the notification is sent to the Commercial Register.

4.     I understand from Mr. Gilliéron that he resigned because his role at SDG had substantially lessened due to the increased involvement by SDG's beneficial owner, Philippe Glatz. Mr. Gilliéron indicated he no longer felt that he added value to the board of directors.

5.     Mr. Gilliéron informed me on 19 June 2017 that he was contacted by a journalist named Francois Pilet, who sought comment regarding Mr. Gilliéron's deposition notice and the 7 June 2017 order issued in this case. I understand that the journalist's call was the first time Mr. Gilliéron learned of these matters.

6.     When asked at my deposition when Triadou was transferred from SDG to Greencos S.A., I stated that it was transferred in 2015.  While I was not asked for further specificity as to the date at my deposition, I do know the transfer occurred in May 2015.


I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.


Date: 21ˢᵗ of JUNE, 2017

Cesare Cerrito

2