**HOGUET NEWMAN REGAL & KENNEY,LLP**

10 East 40th Street
New York, New York 10016

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

July 7, 2017

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
      Case No. 15-CV-5345 (AJN) (KHP)

Dear Judge Parker,

Our firm represents Crossclaim defendants Viktor Khrapunov and Ilyas Khrapunov (the "Khrapunovs") in the above-referenced matter. We write to request an extension of time to respond to plaintiffs BTA Bank JSC and the City of Almaty's (together, "BTA/Almaty") opposition to the Khrapunovs Letter Motion of June 27 requesting the continued deposition of Nurlan Nurgabylov and BTA/Almaty's cross-motion for a protective order. Our response is currently due by July 10, 2017. We request that the Court extend our time to July 12, 2017.

We need additional time to address BTA/Almaty's allegations to the extent they are unfounded or misstate the record and require further explication. We will also address BTA/Almaty's failure to carry their burden to show who was responsible for the alleged hacking of the documents at issue.

The Honorable Katharine H. Parker
July 7, 2017
Page 2



We have confirmed with BTA/Almaty's counsel who have consented to extending our time to respond, but only until noon on July 12, 2017.

Respectfully submitted,

John J. Kenney

cc:   All Counsel of Record (*by ECF*)