

*Phone: (212) 885-5148*
*Fax:   (917) 591-7897*
*Email:  dskakel@blankrome.com*

July 11, 2017

**VIA ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             **Case No. 15-CV-5345 (AJN)(KHP)**

Dear Judge Parker:

    We represent Triadou SPV S.A. ("Triadou") and write to respectfully request an extension of time to file Triadou's reply brief in support of its motion for reconsideration of the Court's June 7, 2017 Order. (ECF No. 334). Triadou requests an extension of two business days to file its reply, moving the deadline from Thursday, July 13, 2017, to Monday, July 17, 2017. This is Triadou's first request for an extension of time to file its reply brief.

    Triadou is in need of additional time to respond to the varied allegations and arguments raised in the opposition brief filed by the City of Almaty, Kazakhstan and BTA Bank (together, "Almaty/BTA"), and due to unexpected illness of counsel. We have confirmed with Almaty/BTA's counsel, who does not oppose this relief.

    Thank you for your consideration of Triadou's request.

                                   Respectfully submitted,

                                   s/ Deborah A. Skakel
                                   Deborah A. Skakel

cc:    All Counsel of Record (*via* ECF)

The Chrysler Building 405 Lexington Avenue  New York, NY 10174-0208

www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington