# Exhibit F

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

           Plaintiffs,

   - against -              15 Civ. 5345

                            (AJN)(SN)

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS
KHRAPUNOV and TRIADOU SPV SA,

           Defendants.
------------------------------------------X

      VIDEOTAPED DEPOSITION OF JOSEPH CHETRIT, taken by Defendants, pursuant to Subpoena, at the offices of Blank Rome LLP, 405 Lexington Avenue, New York, New York, on Thursday, May 25, 2017, commencing at 10:38 a.m., before Chandra D. Brown, a Registered Professional Reporter and Notary Public within and for the State of New York.



```
 1                J. Chetrit - 5/25/17
 2      Q     Other than construction, are there any
 3   tasks outstanding with -- in relation to
 4   completing the Flatotel?
 5           MR. SEGAL:  Objection.
 6           MR. SCHWARTZ:  Objection.
 7      A     To the best my knowledge, no.  Just these
 8   open bills to pay.
 9      Q     Open bills to pay?
10      A     Yeah.
11      Q     How much at the moment?
12      A     Probably between 2- to $3 million.  And
13   then you have every month maintenance and taxes
14   on the unsold units.
15      Q     How many unsold units remain?
16      A     As I now?
17      Q     Yes.
18      A     About 13, 14 units.
19      Q     Are any of those due to be sold in the
20   near future?
21      A     We have no contracts.  We are trying to
22   sell them every time, but the last time we had
23   contract is five months ago.
24      Q     Recognizing that you may get more or less
25   than asking price on these 13 or 14 units, what
```

