UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,<br><br>                          Plaintiffs,<br><br>  -against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>                          Defendants. | No. 15-cv-05345-AJN-KHP |

**NOTICE OF MOTION OF KOBRE & KIM LLP
TO WITHDRAW AS COUNSEL TO DEFENDANT MUKHTAR ABLYAZOV**

     PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan D. Cogan, Kobre & Kim LLP will move this Court, before the Honorable Katharine H. Parker, United States Magistrate Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an order pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Kobre & Kim LLP as attorneys of record for Defendant Mukhtar Ablyazov and any other relief that this Court deems just and proper.

Dated: July 18, 2017
New York, New York

                KOBRE & KIM LLP

                By: /s/ Jonathan D. Cogan
                    Jonathan D. Cogan
                    (jonathan.cogan@kobrekim.com)
                    KOBRE & KIM LLP
                    800 Third Avenue
                    New York, New York 10022
                    Tel: +1 212 488 1200
                    Fax: +1 212 488 1220

                    *Attorney for Defendant*
                    *Mukhtar Ablyazov*

To:    Mukhtar Ablyazov
        All Counsel of Record (via ECF)