```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/18/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                                  Plaintiffs,                    **ORDER**

                    -against-                                   **15-CV-05345 (AJN) (KHP)**

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                                  Defendants.

-------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A discovery conference was held on **Thursday, July 13, 2017 at 2:00 p.m.** to address

Triadou SPV S.A.'s motion to remove a confidential designation under the parties' protective

order. (Doc. Nos. 344-345). For the reasons set forth on the record, Triadou's motion is denied.

The Clerk is respectfully directed to terminate the motion pending at document numbers 344

and 345.

        SO ORDERED.

Dated: July 18, 2017
        New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

1