UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN,
and BTA BANK JSC,

          Plaintiffs,

  -against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

          Defendants.

No. 15-cv-05345-AJN-KHP

**Objections to this motion, if any, shall be filed by July 26, 2017.**

7/19/2017

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

## NOTICE OF MOTION OF KOBRE & KIM LLP TO WITHDRAW AS COUNSEL TO DEFENDANT MUKHTAR ABLYAZOV

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan D. Cogan, Kobre & Kim LLP will move this Court, before the Honorable Katharine H. Parker, United States Magistrate Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an order pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Kobre & Kim LLP as attorneys of record for Defendant Mukhtar Ablyazov and any other relief that this Court deems just and proper.

Dated: July 18, 2017
New York, New York

                                                      KOBRE & KIM LLP

                                                      By: /s/ Jonathan D. Cogan
                                                          Jonathan D. Cogan
                                                          (jonathan.cogan@kobrekim.com)
                                                          KOBRE & KIM LLP
                                                          800 Third Avenue
                                                          New York, New York 10022
                                                          Tel: +1 212 488 1200
                                                          Fax: +1 212 488 1220

                                                          *Attorney for Defendant*
                                                          *Mukhtar Ablyazov*

To:    Mukhtar Ablyazov
         All Counsel of Record (via ECF)