

*Phone:*   (212) 885-5148
*Fax:*     (917) 591-7897
*Email:*   dskakel@blankrome.com

August 1, 2017

**VIA ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
           Case No. 15-CV-5345 (AJN)(KHP)

Dear Judge Parker:

    We represent Triadou SPV S.A. ("Triadou") and, pursuant to Rule III.C of Your Honor's Individual Practices, we apologetically write to request another one-page enlargement for a letter-motion to compel the deposition of Nicolas Bourg, the key witness of the City of Almaty and BTA Bank (together, "Almaty/BTA"). Triadou has conferred with counsel for Almaty/BTA, who does not object to this request.

    Triadou respectfully requests this second enlargement because at 3:07 p.m. on August 1, 2017 – hours after the Court granted Triadou's original request for additional pages,[1] and in response to Triadou's communication regarding the sealing of Almaty/BTA's documents in connection with its motion – Almaty/BTA provided two documents that bear heavily on Triadou's requested relief. The documents, dated several months ago, have not previously been produced, despite being responsive to Triadou's requests for production. Nor did Almaty/BTA even hint at the existence of these documents during the parties' meet-and-confer regarding Triadou's motion on July 24, 2017. In short, Almaty/BTA's gamesmanship has prejudiced Triadou. Consequently, Triadou must now address these documents in its letter-motion, but it requires more space to do so. Although this is Triadou's second request, Triadou believes it is fair and reasonable under the circumstances.

    Lastly, Almaty/BTA's counsel have asked Triadou to include in this letter a request for the same additional page for their opposition, to which Triadou does not object.

---

[1] On August 1, 2017, the Court granted Triadou's initial request for two additional pages, and granted Almaty/BTA the same enlargement. (ECF No. 374).



The Honorable Katherine H. Parker
August 1, 2017
Page 2

      Thank you for your consideration.

                                      Respectfully submitted,

                                      _s/ Deborah A. Skakel_
                                      Deborah A. Skakel

cc:    All Counsel of Record (*via ECF*)