AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| City of Almaty, Kazakhstan, et ano. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-5345 (AJN) |
| Mukhtar Ablyazov, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Viktor Khrapunov and Ilyas Khrapunov

Date:    08/02/2017

*Attorney's signature*

Jeffrey A. Miller, 4931622
*Printed name and bar number*

Hoguet Newman Regal & Kenney, LLP
10 East 40th Street
New York, NY 10016
*Address*

jmiller@hnrklaw.com
*E-mail address*

(212) 689-8808
*Telephone number*

(212) 689-5101
*FAX number*