UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>        Crossclaim Plaintiffs,<br><br>        -against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>        Crossclaim Defendants. | No. 15-CV-05345(AJN)(KHP) |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of the Khrapunov Defendants' Motion for Reconsideration of the Court's July 19, 2017 Order Granting In Part Plaintiffs' Request for a Protective Order, Crossclaim Defendants Viktor Khrapunov and Ilyas Khrapunov (the "Khrapunovs") will move this Court before the Honorable Katharine H. Parker at the U.S. District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order, pursuant to Local Rule 6.3, reconsidering the Court's July 19, 2017 Order (ECF No. 369), denying the cross-motion of the City of Almaty and BTA Bank for a protective order (ECF No. 356), and awarding the Khrapunovs such other and further relief as this Court deems just and proper.

Dated: August 2, 2017
      New York, New York

Respectfully submitted,

HOGUET NEWMAN REGAL
  & KENNEY, LLP

By: _____
      John J. Kenney
      John P. Curley
      Jeffrey A. Miller
10 East 40th Street
New York, NY 10016
(212) 689-8808

*Attorneys for Crossclaim Defendants Viktor and Ilyas Khrapunov*