# Exhibit 17

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------)
                                  )
CF 135 FLAT LLC, CF 135           )
WEST MEMBERS LLC                  )
and THE CHETRIT GROUP, LLC,       )
                                  ) Case No.
                                  )15-cv-05345-AJN
                                  )
        Interpleader Plaintiffs,  )
                                  )
              -against-           )
TRIADOU SPV S.A., CITY OF ALMATY, )
a foreign city, and BTA Bank,     ) AMENDED CROSS-
                                  ) CLAIMS
        Interpleader Defendants.  )
                                  )
                                  )
---------------------------------)
                                  )
CITY OF ALMATY, KAZAKHSTAN        )
and BTA BANK,                     )
                                  )
        Crossclaim Plaintiffs,    )
                                  )
                                  )
              -against-           )
                                  )
MUKHTAR ABLYAZOV,                 )
VIKTOR KHRAPUNOV,                 )
ILYAS KHRAPUNOV,                  )
TRIADOU SPV S.A.,                 )
and FBME BANK LTD.,               )
                                  )
        Crossclaim Defendants.    )
                                  )
                                  )
---------------------------------)

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

of
MR. NICOLAS BOURG (DAY ONE)
On Monday, 11th September 2017



Page 81

1

2                  MR. KENNEY:  Fine.

3                  THE VIDEOGRAPHER:  We are going off

4    the record.  The time is 12.10 p.m.

5              (Off the record st 12.10 p.m.)

6              (On the record at 1.27 p.m.)

7                  THE VIDEOGRAPHER:  We are back on

8    the record.  The time is 1.27 p.m.

9    BY MR. SKINNER:

10        Q.     Mr. Bourg, welcome back.  Let me

11   direct your attention to the end of 2013.  Did

12   there come a time at the end of 2013 when you had

13   a meeting with Mr. Ilyas Khrapunov where you

14   discussed some documents that he had obtained?

15        A.     Yes.

16        Q.     And where did this meeting take

17   place?

18        A.     In the Geneva offices.

19        Q.     The offices where you and

20   Mr. Khrapunov had offices physically located next

21   to each other?

22        A.     Yes.

23        Q.     And who was at this meeting?

24        A.     Ilyas, Laurent Foucher and myself.

25        Q.     And what happened at this meeting?



```
 1
 2          A.      Well, it was end of afternoon
 3   informal meeting.  Ilyas showed us a pile of
 4   documents and claimed that this was proof of
 5   hacking, and he maintained that this was hacking
 6   of the -- into the accounts of the French
 7   prosecution authorities and the Kazak -- Kazak
 8   prosecution.
 9          Q.      So this is what Mr. Ilyas Khrapunov
10   told you?
11                  THE WITNESS:  Oui.
12   BY MR. SKINNER:
13          Q.      And when you say there was a pile
14   of documents, there was a physical printout of
15   documents that you saw?
16          A.      (Through the Interpreter)  Yes.
17          Q.      What, if anything, did he say with
18   respect to who had done the hacking?
19          A.      He told me about an Israeli society
20   -- company.
21          Q.      Did Mr. Khrapunov explain what his
22   arrangement was with this Israeli hacking company
23   that allowed him to obtain these documents?
24          A.      No, he just said that he received
25   all these documents every week in printed form,
```



Page 83

1

2  and that he paid every week the sum of $200,000

3  for this service.

4        Q.     Did you have any conversation with

5  him with respect to the size of the amount that he

6  was paying?

7        A.     No.

8        Q.     You said that he indicated that he

9  had documents from French authorities; is that

10 right?

11       A.     Yes, from the French prosecution in

12 the Ablyazov case -- the prosecutor.

13       Q.     Were there documents from any other

14 government authorities other than the French

15 authorities?

16       A.     Yes, he said that there was some

17 from the Kazakhstani prosecutor.

18       Q.     Anyone else, other than the French

19 and the Kazakhstani authorities?

20       A.     Not as far as -- not as far as

21 I know, or at least not what he told me.

22       Q.     What would happen, if you know, in

23 connection with Mr. Ablyazov's case with the

24 French authorities at that point in time; did you

25 talk to Mr. Khrapunov about this?



1

2          A.      In what respect?

3          Q.      Well, were there on-going

4    proceedings in court involving Mr. Ablyazov in

5    France?

6          A.      He had just been imprisoned at that

7    time and Ukraine, Russia and Kazakhstan were all

8    asking for his extradition.

9          Q.      Was he in French custody at the

10   time you had this conversation with Mr. Ilyas

11   Khrapunov about the Israeli hacking?

12         A.      Was he in custody?

13         Q.      Yes.

14         A.      No, he was in prison; he was in

15   custody, but in prison.

16         Q.      What, if anything, did

17   Mr. Khrapunov say about why he was paying hackers

18   $200,000 a week to obtain these documents?

19               MR. HASSID:   Objection.

20         A.      I think it was all part of their

21   strategy to, discover the exchanges which were

22   taking place between prosecutors of various

23   countries and to find a loophole in it.

24   BY MR. SKINNER:

25         Q.      Is that what you think, or is that



1

2  what he said?

3          A.      I don't recall.

4              MR. HASSID:  I objected after the

5  question:  "What, if anything, did Mr. Khrapunov

6  say..." Yes, I am sorry, I will talk louder.

7  BY MR. SKINNER:

8          Q.      Just to make sure I understand,

9  Mr. Bourg, is it your understanding that the

10 hacking was part of a strategy to discover what

11 was taking place between the prosecutors, but you

12 do not know the basis for that understanding?

13             MR. KENNEY:  Objection as to form.

14         A.      No, to tell you the truth I cannot

15 confirm that he said it, I cannot remember, but it

16 was clear that was what the whole thing was about,

17 it was about a strategy.

18             MR. SKINNER:  We do not have

19 anything further, thank you.

20             THE VIDEOGRAPHER:  The time is

21 2.35.

22             QUESTIONS BY MR. HASSID.

23 BY MR. HASSID:

24         Q.    Thank you very much.  Good

25 afternoon, Mr. Bourg.  My name is Alex Hassid and

