# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

        Plaintiffs,

        -against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

        Defendants.

No. 15-CV-05345(AJN)

**AFFIDAVIT OF VIKTOR KHRAPUNOV**

I, VIKTOR KHRAPUNOV, being duly sworn, deposes and state as follows:

1. I am a Crossclaim Defendant in the above matter; as such, I am fully familiar with the facts and circumstances of this litigation.

2. I have never seen, read, reviewed or received the transcript from the deposition of Kenges Rakishev.

3. I do not know how the website ura-inform.com obtained the transcript of the deposition of Kenges Rakishev.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 3, 2017

_____
VIKTOR KHRAPUNOV