**MEMO ENDORSED**

"Subpoenaed Witness"

NOT PRO SE

[Re: Case No. 15 Civ 5345 (AJN)(KHP)]  10th November 2017

Dear Mr. Matthew L. Schwartz,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2017

Greetings. I am in receipt of your correspondence to the Honorable Judge Parker bearing the date October 18, 2017. This was forwarded to me by a family member. It is unclear why I was not sent this previously as it may have avoided numerous, futile efforts. Kindly forward all pertinent correspondence concerning myself in care of the Altona Correctional Facility. I will promptly reply within the confines of correctional procedures and postal timeframes.

While my knowledge as to the underlying facts of your case; to wit: 15 Civ 5345 are de minimus, I will do all possible to assist your efforts.

In your above cited correspondence to Judge Parker you made inferences as to my current incarceration. I will categorize this inappropriate allusion to zealous prosecution toward the best interests of your client's case. As courses in "Civility" and "Good Manners" are not often available at prominent law schools, we can set this aside as a callous indiscretion. No worries. Who am I to judge another?

Now, let us address the matter at hand.

I know very little that may benefit you.

Whatever little I do know, is probably already known by you.

Prior to this exchange, I had not known the name, "Mukhtar Ablyazov".

I only met Mr. Nicolas Bourg on one occassion — and at that time, only long enough for a cup of tea. Green, I believe.

Kindly contact Ms. Diane Artal, Esq., an attorney I was once affiliated with which was cordial/friendly with

1

an attorney in Switzerland who was the referring source of this business. I do not know her whereabouts but I assume this experience in locating me may have some benefits to you now locating her.

I respectfully request [if I may be so bold, as to demand, consider it such] to conduct this deposition via video conference. "Movement" by the Correctional Department is normally a ten (10) day fiasco involving shackles, a modern form of a "paddy" wagon* as well as a stay at a maximum detention facility (Sing Sing). As you may surmise, just enough to convert a helpful witness into a hostile one. Its all very primitive and in poor spirits, really.

As such, and in the dawn of the modern technological era of 2017 we are blessed with an abundance of creative tools... I am available via interrogatories, video or perhaps even an exam in situ. Altona is a brief stroll from Montreal. Hint Hint.

Thank you for appreciating my precarious situation here at the Altona Correctional Facility.

Looking forward to receiving your warm, cooperative reply. Until then, I offer you my best regards and remain,

Sincerely,

L. Rosabianca

---

The Court received this letter today and construes it as a request by a third-party, Rosabianca, for an accommodation as to the location of his deposition. To the extent Plaintiffs' counsel seeks to depose Mr. Rosabianca, they are directed to consider the feasibility of this request. Plaintiffs' counsel shall serve a copy of this memo endorsement on Mr. Rosabianca.  12-7-2017.

SO ORDERED:
Katharine H Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

---

✓ cc: The Honorable Katharine H. Parker (forgive my lack of computer/typewriter)

2

\* No offense intended to my Irish Brethren.

**ALTONA CORRECTIONAL FACILITY**
555 Devils Den Road, P.O. Box 3000
Altona, New York 12910

NAME: Rosabianca    DIN: 16R1212

PRIVILEGED CORRESPONDENCE

ALTONA CORRECTIONAL FACILITY

NEOPOST
12/04/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 12910
041M1/284158

The Honorable Katherine H. Parker
U.S. Magistrate Judge
Southern District of New York
The Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007