# Exhibit 4

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                               :

CITY OF ALMATY, KAZAKHSTAN,          :
et al.,
                                     :   Docket #15cv5345
              Plaintiffs,                1:15-cv-05345-AJN-KHP
                                     :
    - against -
                                     :

MUKHTAR ABLYAZOV, et al.,            :   New York, New York
                                         July 13, 2017
              Defendants.            :

-----------------------------------:

                      PROCEEDINGS BEFORE
              THE HONORABLE KATHARINE H. PARKER
          UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiffs              BOIES SCHILLER & FLEXNER LLP
 City of Almaty &           BY:  MATTHEW LANE SCHWARTZ, ESQ
 BTA Bank:                       DANIEL BOYD, ESQ.
                            575 Lexington Avenue
                            New York, New York 10022
                            (212) 446-2300


For Defendant               BLANK ROME LLP
 Triadou:                   BY:  ALEX HASSID, ESQ.
                            75 Livingston Avenue
                            Short Hills, New Jersey 07078
                            (973) 325-7800




Transcription Service:      Carole Ludwig, *TranscriptionServices*
                            141 East Third Street #3E
                            New York, New York 10009
                            Phone:  (212) 420-0771
                            Fax:  (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
 1                                                       47
 2   discovery.  So we will respond in due course, but we think
 3   this goes a little far, seeking Rule 34 discovery from a
 4   nonparty, an international party.
 5           THE COURT:   Well if there's that objection,
 6   certainly, Mr. Schwartz, you can follow procedures to get
 7   discovery, third-party discovery.
 8           MR. SCHWARTZ:   Well I guess our point is it's not
 9   third-party discovery because of Your Honor's finding that
10   they're alter egos.  I understand the language and the
11   order, but I cannot locate any factual or legal distinction
12   for discovery purposes in the order with respect to the
13   depositions.  And the issue hasn't been raised in respect to
14   documents.  And I don't think you want to relitigate the
15   same issue with every possible form of discovery on the
16   (inaudible).
17           THE COURT:   That is true.
18           MR. SCHWARTZ:   So, you know, I'm happy to take
19   the Court's guidance on this, but I think that that finding
20   was a supported and accurate finding, and it's a basis for
21   party discovery from SDG as the alter-ego for Triadou.  And
22   also, by they way, is the alter-ego of Ilyas Khrapunov based
23   on Judge Nathan's finding, which I've been criticized
24   several times for citing today, although I note although Mr.
25   Kenney's client did not appear at that.  He was served prior
```

```
 1                                                           48
 2   to it, and he did choose to invoke the U.S. proceedings in
 3   U.S. foreign proceedings prior to the attachment hearing.
 4   So that was another strategic choice by him.  Nonetheless,
 5   Judge Nathan made a finding that Triadou's sale or SDG's
 6   sale from Ilyas Khrapunov to Phillip Glatz (phonetic) was a
 7   sham sale.  So I think he's -- I think STG is a double alter
 8   ego of both -- two parties -- Ilyas Khrapunov and Triadou in
 9   this case -- and so party discovery is appropriate.
10            THE COURT:  And my inclination is that I don't
11   know that I would find differently, just from a document
12   request, as opposed to a deposition.  There's an open
13   allegation regarding the alter ego.  And at least for
14   discovery purposes it seems to me that there's no reasonable
15   basis for a distinction.  I don't know if that issue is
16   before me right now.  So if you believe that there's some
17   basis for the distinction, you can let me know, and I'm
18   happy to take a look at that.
19            Since this was just raised today, I'm not going to
20   preclude you from making that argument.  But I'm sort of
21   letter you know I'm not sure there's a distinction.
22            MR. HASSID:  So just a couple of points and then
23   I'd like to clarify what you just said so I make sure I
24   understand.  I think for them to get further discovery from
25   SDG based on the Court's order, they ought to properly brief
```