# EXHIBIT A



# CHABRIER AVOCATS

*Patrick Chabrier
DOCTOR OF LAW

Pierre-Alain Guillaume
LL.M. EUROPEAN LAW

Marc Hassberger
LL.M. INT. BUS. LAW (LONDON)

Hervé Crausaz
LL.M. INT. COMMERCIAL LAW

Marc Gilliéron

Karim Khoury

Corinne Antille

*Bérengère Roig

Alexei Degtiarev

**Delphine Nerfin

Monique Kerguen

Emmanuelle Barasche
LL.M. ENERGY & NAT. RES. (LONDON)

Philippe Bonna

Fabio Leonini

Carlo Ceccarelli
LL.M. MARITIME LAW

Silvio Jobin

Ludivine Candiotti

***Diego Dugerdil

GENEVA

Chabrier Avocats SA
3 Rue du Mont-Blanc
PO Box 1363
CH - 1211 GENEVA 1

t +41 22 702 0700
f +41 22 702 0701

LAUSANNE

Chabrier Avocats SA
50 Avenue de la Gare
PO Box 730
CH - 1001 LAUSANNE

t +41 21 318 8000
f +41 21 318 8001

SINGAPORE

Chabrier Avocats Singapore LLP
12 Marina Boulevard #17-01
MBFC Tower 3
018982 SINGAPORE

t +65 6809 5253
f +65 6809 5001

www.chabrier.ch

*Admitted to the Paris Bar
**LIC. IUR.
***Legal Intern

---

Mr. John P. Curley
**Hoguet Newman Regal & Kenney LLP**
10 East 40th Street
New York 10016
United States of America

Geneva, December 12, 2017

Dear John,

Reference is made to our recent exchanges of emails.

Firstly, I hereby confirm that I have never acted for Mr. Viktor Khrapunov otherwise than in the context of a « typical » activity.

As far as Mr. Iliyas Khrapunov is concerned, according to Swiss law, he is only entitled to request limited information or documentation in relation to our KYC files. His right to access to "his" KYC file does in particular not extend to data, documents or information (including notes and internal memos) which we have gathered for the purpose of our regulatory obligations (pursuant to the Swiss AMLA for instance). These are internal, and proprietary, information and documentation that we cannot disclose to our former client.

As a result, I hand over this day to Mr. Iliyas Khrapunov a copy of the following documents:

- Client profile
- Identification of the Ultimate Beneficial Owner (together with a copy of his passports)
- Corporate documents of the relevant companies, and
- Fiduciary agreements (between Chabrier and Iliyas Khrapunov)

Yours sincerely,

Marc GILLIERON