# EXHIBIT E

```
 1
 2   Niel, the Niel Company, incurred in this business.
 3         Q.    So the other parties to this
 4   agreement agreed to reimburse you for your fees?
 5               MR. HASSID:  Objection.
 6         A.    Yes, the fees incurred by this
 7   business.
 8   BY MR. SKINNER:
 9         Q.    What do you mean by "this
10   business"?
11         A.    Everything which has to do with the
12   recovery of assets.
13         Q.    Do you receive any other benefits
14   other than the release and the reimbursement of
15   fees under the April 2017 agreement?
16         A.    Niel Company receives the 30% of
17   the interest if the assets are found and 70% are
18   received by BTA.
19         Q.    Have you received any reimbursement
20   of expenses under this agreement?
21         A.    Yes.
22         Q.    Roughly how much have you been
23   reimbursed for your expenses?
24         A.    €562,000.
25         Q.    Who paid the €562,000?
```

