19.12.2017

Re:  City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345 (AJN) (KHP)

Я, Мухтар Аблязов, отвечая на ваш запрос от 14 ноября, сообщаю, что у меня нет и не было никаких отношений с Фрэнком Монстрэ и его компаниями.

Я знаю, что у БТА Банка были клиентские отношения с Фрэнком Монстрэ и его компаниями.

У меня нет никаких дополнительных документов и информации по этому поводу.

**ENGLISH TRANSLATION**

I, Mukhtar Ablyazov, in response to your request of 14 November, hereby inform you that I do not have and have not had any relationship with Frank Monstrey and his companies.

I know that BTA Bank had client relations with Franck Monstrey and his companies.

I have no further document or information regarding this matter.

Мухтар Аблязов / Mukhtar Ablyazov       *[signature]*

---

The Court is in reciept of Defendant Ablyazov's letter dated December 19, 2017. It is unclear who is the intended recipient of this letter. However, Ablyazov is reminded that as a pro se defendant, all communications to the Court must be submitted to the Pro Se Intake Unit, United States Court House, 500 Pearl Street, Room 200, New York, NY 10007.

*Katharine H Parker*      12/28/2017