# Exhibit A

| | |
|---|---|
| **From:** | Matthew L. Schwartz |
| **To:** | "John Curley"; Craig Wenner; "John Kenney"; "Allison Angel"; "Hassid, Alex"; "Skakel, Deborah"; "Michaelson, Robyn"; "Jonathan D. Cogan (Jonathan.Cogan@kobrekim.com)"; "Rebecca Mangold (Rebecca.Mangold@kobrekim.com)"; "beau.barnes@kobrekim.com" |
| **Cc:** | Peter Skinner; Daniel Boyle |
| **Subject:** | RE: City of Almaty, et ano, v. Ablayzov, et al (15-cv-5345) // Hearing stips |
| **Date:** | Wednesday, November 15, 2017 7:10:08 PM |

Please let us know as soon as you decide who you intend to call as a witness. As you may be aware, the hearing is scheduled to start at 9 PM on Friday night in Kazakhstan.

In any event we all need to finalize witness lists, so that all parties can prepare accordingly and there are no undue surprises or logistical hiccups. I suggest we exchange final witness lists by noon tomorrow.

-mls


Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)



-----Original Message-----
**From:** John Curley [jcurley@hnrklaw.com]
**Sent:** Wednesday, November 15, 2017 06:24 PM Eastern Standard Time
**To:** Craig Wenner; John Kenney; Allison Angel; Hassid, Alex; Skakel, Deborah; Michaelson, Robyn; Jonathan D. Cogan (Jonathan.Cogan@kobrekim.com); Rebecca Mangold (Rebecca.Mangold@kobrekim.com); beau.barnes@kobrekim.com
**Cc:** Matthew L. Schwartz; Peter Skinner; Daniel Boyle
**Subject:** RE: City of Almaty, et ano, v. Ablayzov, et al (15-cv-5345) // Hearing stips

Craig,

Please make client representatives for BTA and Almaty available to testify in case they are needed on Friday. While we are not certain that we will need to call them as witnesses, you have asked that we confirm with you one way or the other by tomorrow morning. We cannot definitively say that they will not be needed by your deadline, so please go ahead and make the necessary arrangements.

John



John P. Curley



10 East 40th Street
New York, New York 10016
T 212.689.8808 | F 212.689.5101

**website** | **bio** | **vCard** | **email**

---

**From:** Craig Wenner [mailto:CWenner@BSFLLP.com]
**Sent:** Wednesday, November 15, 2017 5:13 PM
**To:** John Curley; John Kenney; Allison Angel; Hassid, Alex; Skakel, Deborah; Michaelson, Robyn; Jonathan D. Cogan (Jonathan.Cogan@kobrekim.com); Rebecca Mangold (Rebecca.Mangold@kobrekim.com); beau.barnes@kobrekim.com
**Cc:** Matthew L. Schwartz; Peter Skinner; Daniel Boyle
**Subject:** City of Almaty, et ano, v. Ablayzov, et al (15-cv-5345) // Hearing stips

Counsel,

Attached are proposed stipulations and Magna's revised affidavits that they tell me they intend to sign tomorrow.

If parties are all comfortable with Blank Rome's testimony presented this way, then our clients will not need to call any Triadou client representatives. (We assume the Khrapunovs do not intend to call a Triadou representative either; if that's wrong we reserve the right to cross-examine). We also assume that no one intends to call any client representatives from BTA or Almaty, but kindly confirm that by tomorrow morning so we can make appropriate logistical arrangements given the time difference.

The testimonial stipulations are based on conversations with Magna and their affidavits, on conversations with Blank Rome, and on our internal discussions at BSF. We have not spoken with John, John, Allison, or anyone else from Hoguet Newman, but we invite them to insert their proposed testimony so that it may be unnecessary for them to testify live. Hoguet folks, if you are so inclined, please do so quickly so that we can decide whether we will still need to call any of you as witnesses.

I will send a zip of the exhibits that are referred to in the stips in a follow-up email.

Best,
Craig

**Craig Wenner**
Associate

**BOIES SCHILLER FLEXNER LLP**

575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7625
cwenner@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]