# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>      Plaintiffs,<br><br> -against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>      Defendants | 15 Civ. 5345 (AJN) (KHP) |

**BTA BANK & THE CITY OF ALMATY'S WITNESS AND EXHIBIT LIST FOR THE NOVEMBER 17, 2017 EVIDENTIARY HEARING**

  BTA Bank and the City of Almaty, Kazakhstan (the "Kazakh Entities") provide the following list of persons they reasonably anticipate calling as witnesses during their case-in-chief at the evidentiary hearing scheduled by the Hon. Katharine H. Parker for November 17, 2017. The Kazakh Entities reserve the right to supplement this list based on information received in response to subopenas, or in response to any future rulings of the Court on pending motions, proposed exhibits, and objections to those exhibits.

  Witnesses identified on this list may testify live in Court, or via affidavit or declaration (subject to any other party's desire to cross-examine). To the extent possible, the Kazakh Entities intend to continue to work with the other parties in good faith to eliminate the need for as many of the below-listed witnesses to testify live. To the extent that such agreement cannot be reached, the other parties are on notice that the following individuals should be available and prepared to testify at the hearing.

| No. | Name | Party |
|---|---|---|
| 1. | John Curley | Khrapunovs |
| 2. | John Kenney | Khrapunovs |
| 3. | Alison Angel | Khrapunovs |
| 4. | Jessica Kaplove | Khrapunovs |
| 5. | Ilyas Khrapunov | Khrapunovs |
| 6. | Viktor Khrapunov | Khrapunovs |
| 7. | Alex Hassid | Triadou |
| 8. | Deborah Skakel | Triadou |

1

| | | |
|---|---|---|
| 9. | Robyn Michaelson | Triadou |
| 10. | Cesare Cerrito | Triadou |
| 11. | Petr Krasnov | Triadou |
| 12. | Marc Gillieron | Triadou |
| 13. | Mukhtar Ablyazov | Ablyazov |
| 14. | Mike Cline | Non-Party (Magna) |
| 15. | Rosalie Margolis | Non-Party (Magna) |
| 16. | Joseph Palermo | Non-Party (Magna) |
| 17. | Kelly Yole | Non-Party (Magna) |
| 18. | Eric Sinclair | Non-Party (Magna) |
| 19. | Matthew Schwartz | Kazakh Entites |
| 20. | Peter Skinner | Kazakh Entites |
| 21. | Randall Jackson | Kazakh Entites |
| 22. | Craig Wenner | Kazakh Entites |
| 23. | Daniel Boyle | Kazakh Entites |
| 24. | Nameer Shukri | Kazakh Entites |
| 25. | Elise Milne | Kazakh Entites |
| 26. | Sophie Roytblat | Kazakh Entites |
| 27. | Abigail Tudor | Kazakh Entites |
| 28. | Lilly Cruz | Kazakh Entites |
| 29. | Ernesto Castillo | Kazakh Entites |

The Kazakh Entities also intend to offer the following exhibits at the hearing. The Kazakh Entities reserve all rights with respect to this list and the exhibits stated, including without limitation the right to supplement, modify, and/or amend this exhibit list at any time. By including an exhibit herein, the Kazakh Entities do not waive any objection and/or the right to withdraw any exhibit listed herein at any time.

| No. | Description |
|---|---|
| 1. | 11/30/16 Stipulated Protective Order [ECF No. 253] |
| 2. | 10/10/17 Protective Order [ECF No. 439] |
| 3. | 9/15/17 V. Khrapunov Facebook Post (with certified translation) |
| 4. | 9/15/17 I. Khrapunov share of 9/15/17 V. Khrapunov Facebook Post |
| 5. | 10/26/17 URA-Inform Article re: Rakishev transcript (with certified translation) |
| 6. | 10/30/17 Declaration of M. Schwartz [ECF No. 454] |
| 7. | Images of Fex.Net website |
| 8. | 11/10/17 Privilege log produced by Hoguet, Newman, Regal & Kenney LLP |
| 9. | 9/25/17 Letter from J. Kenney [ECF No. 422] |
| 10. | 7/12/17 I. Khrapunov Interrogatory Responses |
| 11. | Images from Cryptoheaven.com website |
| 12. | Cryptoheaven.com Users Guide |

| | |
|---|---|
| 13. | Almaty-BTA0166281 |
| 14. | Almaty-BTA0231539 |
| 15. | Almaty-BTA0231587 |
| 16. | Almaty-BTA0231592 |
| 17. | Almaty-BTA0231601 |
| 18. | Almaty-BTA0231611 |
| 19. | Almaty-BTA0231778 |
| 20. | Almaty-BTA0236195 |
| 21. | 9.11.17 N. Bourg Dep. Tr. p. 81-85 |

Dated: New York, New York
November 16, 2017

      /s/ Matthew L. Schwartz
    Matthew L. Schwartz

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2017, copies of Crossclaim Plaintiffs' Witness & Exhibits List for the November 17, 2017 Evidentiary Hearing were served on counsel of record for Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov and Triadou SPV S.A., as follows:

**BY E-MAIL:**
Deborah A. Skakel
Alex E. Hassid
Robyn L. Michaelson
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
dskakel@blankrome.com
ahassid@blankrome.com
rmichaelson@blankrome.com
*Counsel for Triadou SPV S.A.*

John J. Kenney
John P. Curley
Alison Angel
HOGUE NEWMAN REGAL & KENNEDY LLP
10 East 40th Street
New York, NY 10016
jkenney@hnrklaw.com
jcurley@hnrklaw.com
*Counsel for Viktor and Ilyas Khrapunov*

Jonathan D. Cogan
Rebecca Mangold
Beau Barnes
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
jonathan.cogan@kobrekim.com
beau.barnes@kobrekim.com
Rebecca.mangold@kobrekim.com
*Designated Agents for Service for Mukhtar Ablyazov*

              /s/ Daniel G. Boyle
              Daniel G. Boyle

              Boies Schiller Flexner LLP
              575 Lexington Avenue
              New York, NY  10022
              Telephone: 212-446-2300
              Facsimile: 212-446-2350