# Exhibit 2

| | |
|---|---|
| **From:** | Hassid, Alex |
| **Sent:** | Tuesday, December 5, 2017 10:11 AM |
| **To:** | Robert S. Wolf |
| **Cc:** | Skakel, Deborah; Michaelson, Robyn |
| **Subject:** | RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Sater Subpoena |

Robert,

I'm following up on our phone conversation last night. First, as I noted on the phone, Triadou does not waive your client's failure to timely object or respond to Triadou's subpoenas and reserves the right to raise this in the event we need to move to compel. Second, you have indicated that you will speak with your client about documents and get back to me as soon as possible. We request that you provide a response no later than Monday, 12/11, by close of business, and preferably by the end of this week if possible. Lastly, with respect to Mr. Sater's deposition, you have indicated he cannot sit on December 15, 2017. Please provide alternative deposition dates. Please also keep in mind that we will want to obtain Mr. Sater's documents before we depose him.

I look forward to hearing from you.

Best,
Alex

**Alex Hassid**
**Blank Rome LLP**
**(202) 420-3413**

---

**From:** Robert S. Wolf [mailto:rwolf@MOSESSINGER.COM]
**Sent:** Tuesday, November 21, 2017 8:22 AM
**To:** Hassid, Alex <AHassid@blankrome.com>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** Re: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Sater Subpoena

Alex, I had double knee replacement surgery 2 weeks ago and have been out of the office. Will call you later to discuss. Thanks

**Robert S. Wolf, Esq**.
**Moses & Singer LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY   10174
Direct Dial:    212.554.7825
Direct Fax:    917.206.4325
Cell Phone:    917.301.7784
rwolf@mosessinger.com
www.mosessinger.com

On Nov 16, 2017, at 4:43 PM, Hassid, Alex <AHassid@blankrome.com> wrote:

> Robert,

1

I'm following up on the attached subpoena package, which I emailed to you several weeks ago, and which our office served in hard copy on the same day (October 25, 2017).  The date for Mr. Sater to produce documents in response to our subpoena has come and gone (November 13), and we have received no documents or even a response from you.  When can we expect to receive these documents?

Please contact me as soon as possible.  Thank you.

Best,
Alex

**Alex Hassid**
**Blank Rome LLP**
**(202) 420-3413**

---

**From:** Hassid, Alex
**Sent:** Wednesday, October 25, 2017 3:52 PM
**To:** 'Robert S. Wolf' <rwolf@MOSESSINGER.COM>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Sater Subpoena

Robert,

Please find attached subpoenas to your client Felix Sater for the production of documents and a deposition.  Someone from our office will walk down shortly to provide you with hard copies and a check for the witness fee.  We look forward to hearing from you.

Best,
Alex

**Alex Hassid**
**Blank Rome LLP**
**(202) 420-3413**

---

**From:** Robert S. Wolf [mailto:rwolf@MOSESSINGER.COM]
**Sent:** Friday, October 13, 2017 6:52 PM
**To:** Hassid, Alex <AHassid@blankrome.com>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Witnesses

I represent Felix Sater and will accept on his behalf.


**Robert S. Wolf, Esq.**
**Moses & Singer LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Direct Dial:  212.554.7825
Direct Fax:  917.206.4325
Cell Phone:  917.301.7784
rwolf@mosessinger.com
www.mosessinger.com

**From:** Hassid, Alex [mailto:AHassid@blankrome.com]
**Sent:** Friday, October 13, 2017 2:39 PM
**To:** Robert S. Wolf <rwolf@MOSESSINGER.COM>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Witnesses

Robert,

Thank you for the clarification as to Mr. Foucher.  We look forward to hearing from you regarding Mr. Sater.

Best,
Alex

**Alex Hassid**
**Blank Rome LLP**
**(202) 420-3413**

**From:** Robert S. Wolf [mailto:rwolf@MOSESSINGER.COM]
**Sent:** Thursday, October 12, 2017 6:06 PM
**To:** Hassid, Alex <AHassid@blankrome.com>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Witnesses

Alex,
         I am not authorized to accept service on behalf of Laurent Foucher nor do I represent him.  I will get back to you regarding Felix Sater.


**Robert S. Wolf, Esq.**
**Moses & Singer LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Direct Dial:  212.554.7825
Direct Fax:  917.206.4325
Cell Phone:  917.301.7784
rwolf@mosessinger.com
www.mosessinger.com


**From:** Hassid, Alex [mailto:AHassid@blankrome.com]
**Sent:** Thursday, October 12, 2017 12:21 PM
**To:** Robert S. Wolf <rwolf@MOSESSINGER.COM>
**Cc:** Skakel, Deborah <DSkakel@blankrome.com>; Michaelson, Robyn <RMichaelson@blankrome.com>
**Subject:** City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) // Witnesses

Robert,

3

I hope all is well.  I tried to give you a call, but you are out of the office and your cell phone voicemail box is full.

We understand from Boies Schiller that you may currently represent Felix Sater and Laurent Foucher (see the attached Amended Initial Disclosures served by Almaty/BTA).  We intend to serve subpoenas on both individuals – will you accept service on their behalf?  Please let us know, if possible, no later than Tuesday next week (October 17), though we would of course appreciate a response sooner.

Thank you.

Best,
Alex

**Alex Hassid | Blank Rome LLP**
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-3413 | Fax (202) 420-2201 | AHassid@BlankRome.com

*************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*************************************************************************************************

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not print, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not print, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.

<2017.10.25 Triadou Subpoena for Sater.pdf>

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not print, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in

Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.