# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

jcurley@hnrklaw.com

January 9, 2018

**VIA ECF**

The Honorable Katharine H. Parker  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Room 1950  
New York, New York 10007

Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,  
Case No. 15-CV-5345 (AJN)

Dear Judge Parker,

We represent Viktor and Ilyas Khrapunov in the above captioned matter. We write to request a three day extension of time in which to file the Khrapunovs' opposition to BTA/Almaty's motion to strike Viktor and Ilyas' post-evidentiary hearing brief, which is currently due today. The Khrapunovs' brief would then be due on this Friday, January 12, 2018.

Counsel for the City of Almaty, Kazakhstan, BTA Bank and Triadou consent to this request.

Respectfully submitted,

John P. Curley

cc: All Counsel of Record (*by ECF*)