**HOGUET NEWMAN REGAL & KENNEY**, LLP

10 East 40th Street
New York, New York 10016

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

January 9, 2018

**VIA E-MAIL**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
Case No. 15-CV-5345 (AJN)

Dear Judge Parker:

We represent Viktor and Ilyas Khrapunov (the "Khrapunovs") in the above-referenced matter. We submit this letter to join in Triadou SPV S.A.'s request for an extension of time to file opposition papers [ECF 519] to BTA/Almaty's motion seeking reconsideration of the Court's December 23, 2016 Order dismissing the RICO crossclaims [ECF 516].

Triadou SPV S.A.'s January 5, 2018 letter requests that this Court adopt the following briefing schedule:

- Crossclaim Defendants to file their opposition by January 24, 2018;
- BTA/Almaty to file their reply brief by February 2, 2018.

Respectfully submitted,

John J. Kenney

cc: Counsel of Record (*by email*)