# HOGUET NEWMAN REGAL & KENNEY LLP

10 East 40th Street
New York, New York 10016

Tel   212.689.8808
Fax  212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

**CORRECTED LETTER
VIA ECF**

January 9, 2018

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

**SO ORDERED:** 1/10/18

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
      Case No. 15-CV-5345 (AJN)

Dear Judge Parker:

We represent Viktor and Ilyas Khrapunov (the "Khrapunovs") in the above-referenced matter. We submit this letter to join in Triadou SPV S.A.'s request for an extension of time to file opposition papers [ECF 519] to BTA/Almaty's motion seeking reconsideration of the Court's December 23, 2016 Order dismissing the RICO crossclaims [ECF 516].

Triadou SPV S.A.'s January 5, 2018 letter requests that this Court permit the Crossclaim Defendants to file their opposition by **February 23, 2018**[1].

SO ORDERED

Respectfully submitted,

John J. Kenney

cc:   Counsel of Record (*by email*)

---

[1] Our previous letter mistakenly referred to an outdated briefing schedule proposed by Triadou SPV SA. February 23, 2018 is the correct and most recent date requested by Triadou and the Khrapunovs join in this request.