

*Phone:* (212) 885-5148
*Fax:* (917) 591-7897
*Email:* dskakel@blankrome.com

January 11, 2018

**VIA ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

    Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
        **Case No. 15-CV-5345 (AJN)(KHP)**

Dear Judge Parker:

    We represent Triadou SPV S.A. ("Triadou") and submit this letter in connection with Triadou's pending letter-motion to compel third-party witness Felix Sater to produce documents and sit for deposition, dated January 8, 2018.  (ECF 520).  Since the motion was filed, Mr. Sater's counsel has contacted Triadou to inform them that Mr. Sater will produce documents and sit for deposition in the near future.  Because Triadou and Mr. Sater are attempting to cooperatively resolve their dispute, Triadou does not believe the Court needs to consider its motion at this time.

    Accordingly, Triadou respectfully requests that the Court hold in abeyance Triadou's motion to compel Mr. Sater.  If Triadou and Mr. Sater are ultimately unable to resolve their dispute, Triadou will renew its motion through an updated letter to the Court.

                        Respectfully submitted,

                        s/ Deborah A. Skakel
                        Deborah A. Skakel

cc:    All Counsel of Record (*via* ECF)
        Robert S. Wolf, Esq. (*via Email*)