# EXHIBIT A

# Allison Angel

| | |
|---|---|
| **From:** | Daniel Boyle <DBoyle@BSFLLP.com> |
| **Sent:** | Thursday, December 21, 2017 3:35 PM |
| **To:** | John Kenney; John Curley; Allison Angel |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; Craig Wenner; Daniel Boyle; Hassid, Alex (AHassid@blankrome.com); Skakel, Deborah (DSkakel@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); Jonathan D. Cogan (Jonathan.Cogan@kobrekim.com); beau.barnes@kobrekim.com; Rebecca Mangold (Rebecca.Mangold@kobrekim.com) |
| **Subject:** | City of Almaty, et ano v. Ablyazov, et al (15-cv-5345) // Depostions of Ilyas & Viktor Khrapunov |

Counsel:

At the November 17, 2017 evidentiary hearing, counsel for the Khrapunovs indicated that they would confer with their Swiss counsel as to whether questioning about the leak of the Rakishev deposition transcript might be addressed during the Khrapunovs' impending depositions in Switzerland, and would follow up with the parties on that subject. *See* 11/17/17 Hr'g Tr. at 10-13 ("I have to talk with Mr. Schwartz about that.  But that's possible.  And we will do what we can through Swiss counsel to have this issue included in the topics with that deposition."). To date, we have not received any communications regarding the impending depositions.

The Kazakh Entities have conferred with Swiss counsel and reviewed the listed topics for the Swiss depositions again, and currently believe that questioning the Khrapunovs regarding the leak of the Rakishev deposition transcript fairly falls within the topics already identified, and thus can be the subject of questioning at the depositions in Switzerland without further alteration.  **Please confirm that the Khrapunovs, as well as their Swiss counsel, also take the position that questioning regarding the leak of the Rakishev deposition transcript is permissible under the current stated topics**. For scheduling purposes, we ask for this confirmation no later than December 29, 2017.

In addition, with respect to dates for depositions of Ilyas and Viktor Khrapunov, we suggest January 26-27 for Viktor, and January 28-29 for Ilyas, on the assumption that both will need to be translated. Please let us know if either witness intends to testify in English, and if those dates work for all parties.

Regards,
**Daniel Boyle**
Associate

**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
(m) +1 212 446 2300
(d) +1 212 446 2307
dboyle@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]