# EXHIBIT B



Management

You are here: Home / Management

# SWITZERLAND

## Mattias Aggeler
Partner – IT Forensics

*Mattias has been working in the area of Computer Forensics and eDiscovery since 2008 after completing his M.Sc. in Computer Science in Zurich.*

Since then he has been managing various Swiss and international eDiscovery projects. Mattias specializes in managing eDiscovery solutions and optimizing the underlying workflows. Recently he implemented and maintained the workflow on eDiscovery projects and review environments for several financial institutions in Switzerland. He has comprehensive understanding of the different parts of the eDiscovery Reference Model (EDRM).

### Who's who Legal 2016, 2017

[https://www.swiss-fts.com/wp-

WHO'SWHOLEGAL



## Rogier Teo
Partner – eDiscovery

*Rogier has been working in IT since 1998 and holds a degree in Communication Technologies and Informatics. In 2008 he began specializing in eDiscovery and Computer Forensics.*

Since then he has been part of and managed several Swiss and international eDiscovery projects. Rogier specializes in creating custom eDiscovery solutions and optimizing the workflows. Recently he implemented eDiscovery processing and review environments for major financial institutions. Through his long experience he has gained a profound understanding of all aspects of the eDiscovery Reference Model (EDRM).

**Who's who Legal 2016, 2017**