# EXHIBIT A

**Process Server Affidavit**

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA

Maître Andre Tronchet
Court Bailiff
[stamp: [emblem]
FR 4.50]

## Process Server Affidavit

Year two thousand and fifteen, February sixteenth.

At the request of:

**MR. ILIYAS KHRAPUNOV**
REPRESENTED BY MR. PAUL GULLY-HART
ATTORNEY
OFFICE OF SCHELLENBERG WITTMER S.A.
RUE DES ALPES 15BIS
CASE POSTALE 2088
1211 GENEVA 1

I, the undersigned, André TRONCHET, judicial officer at the Courts of the Republic and Canton of Geneva, at 4:00 p.m. on this day, went to the Office of SCHELLENBERG WITTMER S.A., at 15bis, rue des Alpes, Geneva.

My principal wants me to be present in the Office of his counsel, to attest to the printing and downloading of various documents from the internet.

On site, in the presence of Maître Valérie DE SAINT-PIERRE, an attorney, I make the following observations:

I.   Maître Valérie DE SAINT-PIE RRE, in front of me, logs onto my principal's website, at the following address: https://kazaword.wordpress.com.

     She then prints the home page. *(Exhibit A)*

II.  She takes a screenshot of this same home page.

     Five captures are required to cover all of said home page.

     She then proceeds to print these five screenshots. *(Exhibit B)*

III. Finally, through the MEGA website, at: https://mega.co.nz, which is a storage platform, Maître Valérie DE SAINT-PIEERRE downloads fourteen files onto one USB key.

     These are very large files, and the download takes a long time.

     Maître Valérie DE SAI NT-PIERRE makes a screenshot of each download. *(Exhibit C)*

     <u>*Note*</u>*: the second file of January 11, 2015 could not be downloaded, because it is no longer available.*

Once the download completes, Maître Valerie DE SAINT-PIERRE hands me the USB key containing said files. *(Exhibit D)*

A second USB key is given to me, a key containing the same files as those on the aforementioned key. This "copy" will be kept in my Office for an indefinite period of time.

Thus, my intervention is complete.

\* \* \* \* \* \*

I enclose the four aforementioned exhibits with this process server affidavit.

From all of which I have prepared the present process server affidavit for all legal intents and purposes.

IN WITNESS WHEREOF

Maître André TRONCHET
Court Bailiff
122, route de Frontenex
1208 GENEVE
[signature]

REGISTRY             REGISTERED in GENEVA on [stamp: 19 FEB 2015]        [signature]
ADMINISTRATION       Vol. [handwriting: J 2015] No. [stamp: 717]
GENEVA               TAXATION          Francs [handwriting: 216.—]
[emblem]             according to notification of [stamp: 20 FEB 2015]
                     [handwriting: —] insertions [handwriting: —] null words

**EXHIBIT A**

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA



kazaword | Kaz news

# kazaword

Kaz news

## Эхо Магнитского (https://kazaword.wordpress.com/2015/02/16/%d1%8d%d1%85%d0%be-%d0%bc%d0%b0%d0%b3%d0%bd%d0%b8%d1%82%d1%81%d0%ba%d0%be%d0%b3%d0%be/)

🕓 February 16, 2015   👤 kazaword
Сегодня публикуем переписку Андрея Павлова – главы юридической компании Кворум

Четырнадцатый архив (https://mega.co.nz/#!DFQCSRBa!RULvSoshxVT9SevEiMldarTm8s_KGdQPc2bfdyRS0W4)

Пятнадцатый архив (https://mega.co.nz/#!zRwRmAwC!xjAiWRnIoIg9Rj7FPF79z1fkTkMOnE8AP5qq6_H6pSO)

💬 Leave a comment

## Продолжаем разговор… (https://kazaword.wordpress.com/2015/02/11/%d0%bf%d1%80%d0%be%d0%b4%d0%be%d0%bb%d0%bb%d0%b6%d0%b0%d0%b5%d0%bc-%d1%80%d0%b0%d0%b7%d0%b3%d0%be%d0%b2%d0%be%d1%80/)

🕓 February 11, 2015   👤 kazaword

https://kazaword.wordpress.com/                                              16.02.2015



kazaword | Kaz news

На этой неделе мы опубликуем большой массив данных, касающихся переписки казахстанских, российских и украинских чиновников по вопросам Аблязова и Алиева. Сегодня встречайте первую часть:

Двенадцатый архив (https://mega.co.nz/#!KVAVwbRZ!
PriQRc_7PldUiS0PddIUsUZnwgiZtmtOkce9KuLVeZ0)

Тринадцатый архив (https://mega.co.nz/#!qIRhuK5S!
WMbbcaQf9U6VPMkuKZg9w8C17byO50aROdsmOHi7uy0)

💬 Leave a comment

# Новый год, новые публикации (https://kazaword.wordpress.com/2015/01/11/%d0%bd%d0%be%d0%b2%d1%8b%d0%b9-%d0%b3%d0%be%d0%b4-%d0%bd%d0%be%d0%b2%d1%8b%d0%b5-%d0%bf%d1%83%d0%b1%d0%bb%d0%b8%d0%ba%d0%b0%d1%86%d0%b8%d0%b8/)

🕒 January 11, 2015February 2, 2015   👤 kazaword

Новая серия публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова:

Десятый архив (https://mega.co.nz/#!udYnXK4Y!
hCy2J3FOvJnuzSlKDJHtnOgPrABedwAeHDHFnr3e2Z1l)

Одиннадцатый архив (https://mega.co.nz/#!2d4yTIxY!
AcRxEvurlGM9VH0zWrOSn_NRdoiWy0AWBlYPSLBdb34)

💬 Leave a comment

# Четвертая публикация (https://kazaword.wordpress.com/2014/11/10/%d1%87%d0%b5%d1%82%d0%b2%d0%b5%d1%80%d1%82%d0%b0%d1%8f-%d0%bf%d1%83%

# d0%b1%d0%bb%d0%b8%d0%ba%d0%b0%d1% 86%d0%b8%d1%8f/)

© November 10, 2014February 2, 2015    & kazaword

Продолжая серию публикаций, посвящённых политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова, сегодня мы публикуем переписку высокого чиновника генеральной прокуратуры РК

Ссылка на восьмой архив (https://mega.co.nz/#!LYozVAyB! pSNUQRoxLEuxfc24JHlPnrHDIXFOBWD9oXE-lhenGk)

Девятый архив (https://mega.co.nz/#!LE53WTxI! vV5yoHbxEcHucsRSomRngwwi4N5ZJzxZJ9dRZnrxBG8)

Leave a comment

# День третий (https://kazaword.wordpress.com/2014/10/18/% d0%b4%d0%b5%d0%bd%d1%8c-%d1%82%d1% 80%d0%b5%d1%82%d0%b8%d0%b9/)

© October 18, 2014February 2, 2015    & kazaword

Ещё одна порция переписки чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы

Пятый архив (https://mega.co.nz/#!qBpAl5yb! 7LAf6W6FrTUV8fqHAnsFE3XuXneBN2VBRBUyciPwYg0)
Шестой архив (https://mega.co.nz/#!eFgGERKA! HezrYLPvTs3YhOxMTnmuuHvt22J1lvclHm2SEY_LFytl)
Седьмой архив (https://mega.co.nz/#!3ZAW5JTa! PKawtAi0Z3efbK4Q4CFi47ldhyv6CzC_mzhfvpWFxdk)

Leave a comment

# …и увидел он, что это хорошо. (https://kazaword.wordpress.com/2014/09/15/% d0%b8-%d1%83%d0%b2%d0%b8%d0%b4%d0% b5%d0%bb-%d0%be%d0%bd-%d1%87%d1%

kazaword | Kaz news                                          Page 4 of 5

# 82%d0%be-%d1%8d%d1%82%d0%be-%d1%85%d0%be%d1%80%d0%be%d1%88%d0%be/)

🕐 September 15, 2014February 2, 2015     👤 kazaword

Продолжаем публиковать переписку чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы по этому вопросу.

Второй архив (https://mega.co.nz/#!XAYCiRSK!
iGSGIq0GSEJPbSU2x3sFKpa3FAVNI1s6oBdArIpO-_TY)

Третий архив (https://mega.co.nz/#!5Z5G0CBa!rDz_1qagGyujg_sdns0iBgpKS8Rpci3j6P1ftq6gSfs)

Четвертый архив (https://mega.co.nz/#!nUYU15qI!
37nb21B3ZTbPt9Em2VjFxP1AR5yMLpPadmrWqZZV7KQ)

💬 Leave a comment

# В начале было слово… (https://kazaword.wordpress.com/2014/08/08/%d0%b2-%d0%bd%d0%b0%d1%87%d0%b0%d0%bb%d0%b5-%d0%b1%d1%8b%d0%bb%d0%be-%d1%81%d0%bb%d0%be%d0%b2%d0%be/)

🕐 August 8, 2014February 2, 2015     👤 kazaword

Мы начинаем серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова.

Сегодня мы публикуем переписку одного из чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы по этому вопросу.

Ссылка на архив (https://mega.co.nz/#!LQBghS7D!
GtEBz4BRwvy5rg5dMtTUcSAeTJNkaRMvLKLkHNb2ydI)

Для большого объема информации лучше всего использовать программу Mozilla Thunderbird (http://portableapps.com/apps/internet/Thunderbird_portable)

💬 Leave a comment

kazaword (https://kazaword.wordpress.com/)
        Blog at WordPress.com (https://wordpress.com/?ref=footer_blog). The Big Brother Theme (https://wordpress.com/themes/big-brother/).

⊙ Follow

Follow "kazaword"

https://kazaword.wordpress.com/                                          16.02.2015



Build a website with WordPress.com (https://wordpress.com/?ref=lof)

**Exhibit B**

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA



**KAZAWORD**

## Эхо Магнитского

February 16, 2015

Сегодня публикуем переписку Андрея Павлова – главы юридической компании Кворум

Четырнадцатый архив

Пятнадцатый архив

Leave a comment

## Продолжаем разговор…

February 17, 2015

На этой неделе мы опубликуем большой массив данных, касающихся переписки казахстанских, российских и украинских чиновников по вопросам Аблязова и Алиева. Сегодня встречайте первую часть!

Search

**RECENT POSTS**

Эхо Магнитского
Продолжаем разговор…
Новый год, новые публикации
Чичваркин публикации
День третий

**RECENT COMMENTS**

**ARCHIVES**

February 2015
January 2015
November 2014
October 2014
September 2014
August 2014

**CATEGORIES**

Uncategorized

**META**

Register
Log in



## Продолжаем разговор…

February 11, 2015

На этой неделе мы опубликуем большой массив данных, касающихся переписки казахстанских, российских и украинских чиновников по вопросам Аблязова и Алиева. Сегодня встречайте первую часть:

Двенадцатый архив

Тринадцатый архив

Leave a comment

## Новый год, новые публикации

January 11, 2015

Новая серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова:

Десятый архив

Одиннадцатый архив

Leave a comment

September 2014
August 2014

**CATEGORIES**

Uncategorized

**META**

Register
Log in
Entries RSS
Comments RSS
WordPress.com



## Четвертая публикация

⊙ November 10, 2014

Продолжая серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова, сегодня мы публикуем переписку высокого чиновника генеральной прокуратуры РК

Ссылка на восьмой архив

Девятый архив

💬 Leave a comment

## День третий

⊙ October 18, 2014

Еще одна порция переписки чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы

Пятый архив
Шестой архив
Седьмой архив

💬 Leave a comment



## …и увидел он, что это хорошо.

September 15, 2014

Продолжаем публиковать переписку чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы по этому вопросу

Второй архив
Третий архив
Четвертый архив

Leave a comment

## В начале было слово…

August 2, 2014

Мы начинаем серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова.

Сегодня мы публикуем переписку одного из чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы по этому вопросу.

Ссылка на архив

Для большего объема информации лучше всего использовать программу
Mozilla Thunderbird



Второй архив
Третий архив
Четвертый архив

Leave a comment

## В начале было слово...

August 6, 2014

Мы начинаем серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова.

Сегодня мы публикуем переписку одного из чиновников, непосредственно участвовавших в осуществлении политического давления на правоохранительные органы по этому вопросу.

Ссылка на архив

Для большого объема информации лучше всего использовать программу Mozilla Thunderbird

Leave a comment

Create a free website or blog at WordPress.com.   The Big Brother Theme.

Exhibit C

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA

























# KAZAWORD

**MONTH: NOVEMBER 2014**

## Четвертая публикация

© November 10, 2014

Продолжая серию публикаций, посвященных политическому участию руководства Казахстана в делах Р. Алиева и М. Аблязова, сегодня мы публикуем переписку высокого чиновника генеральной прокуратуры РК

Ссылки на досковой архив

Дерктый архив

@ свое и сорячее

**RECENT POSTS**

Эни Магниченко
Правильному редактору
Новый год, новые публикации
Четвертая публикация
Лица улиц

**RECENT COMMENTS**

**ARCHIVES**

February 2015
January 2015
November 2014
October 2014
September 2014
August 2014

**CATEGORIES**

Uncategorized













**MONTH: FEBRUARY 2015**

## Эхо Магнитского

February 14, 2015

Сегодня публикуем переписку Андрея Павлова - главы юридической компании Каверум

Четырнадцатый архив

Пятнадцатый архив

Leave a comment

## Продолжаем разговор...

February 11, 2015

На этой неделе мы опубликуем большой замятая длинных, касающихся переписки казахстанских, российских и управлении чиновников по вопросам Аблязова и Аптева. Сегодня встречайте первую часть:

Двенадцатый архив

Тринадцатый архив

Leave a comment

**RECENT POSTS**

Эхо Магнитского
Продолжаем разговор...
Новый год, новые публикации
Четвертый публикации
День третий

**RECENT COMMENTS**

**ARCHIVES**

February 2015
January 2015
November 2014
October 2014
September 2014
August 2014

**CATEGORIES**

Uncategorized

**META**

Register
Log in
Entries feed
Comments feed
WordPress.com









Exhibit D

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA

Exhibit D





City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document "**Proces-Verbal De Constant**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Angela Lo

Sworn to before me this
July 10, 2017

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356764
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public