# **EXHIBIT B**

# EXHIBIT B

# PROCÈS-VERBAL DE CONSTAT

*COPIE*

Etude de Maître André TRONCHET
Huissier Judiciaire près les Tribunaux de Genève
122, route de Frontenex – CH-1208 GENEVE

# Procès-Verbal de Constat

L'an deux mille seize et le six octobre.

A la requête de :

**MONSIEUR ILIYAS KHRAPUNOV**
REPRESENTE PAR MONSIEUR PAUL GULLY-HART
AVOCAT
ETUDE SCHELLENBERG WITTMER SA
RUE DES ALPES 15BIS
CASE POSTALE 2088
1211 GENEVE 1

Je soussigné, André TRONCHET, huissier judiciaire près les Tribunaux de la République et Canton de Genève, me suis transporté ce jour, à 10 heures, en l'Etude SCHELLENBERG WITTMER SA, à l'adresse 15bis, rue des Alpes à Genève.

Sur place, en compagnie de :

- Maître Valérie DE SAINT-PIERRE, avocate,

- Maître Georges AYOUB, avocat ;

- Maître Paul GULLY-HART, avocat ;

je constate que mon mandant, Monsieur Iliyas KHRAPUNOV, procède à la copie de fichiers internet provenant du site : kazaword.wordpress.com, sur une clé USB 16 Go. *(Pièce A)*

Le volume des fichiers copiés sur cette clé USB *(Pièce A)* est de 7.35 GB.

Le contenu de cette clé *(Pièce A)* est alors dupliqué sur une seconde clé.

La première clé USB *(Pièce A)* est jointe au présent procès-verbal de constat ; la seconde est conservée en mon Etude, pour une durée indéterminée.

Mon intervention prend ainsi fin.

* * * * * *

De tout quoi, j'ai dressé le présent procès-verbal de constat pour servir et valoir ce que de droit.

DONT ACTE

Me André TRONCHET
Huissier Judiciaire
22, route de Frontenex
1208 GENEVE

2



*Copie des fichiers du procès-verbal de constat du 6 octobre 2016*

**Process Server Affidavit**

*COPY*

Office of Maître André TRONCHET
Judicial Bailiff at the Geneva Court
122, route de Frontenex - CH-1208 GENEVA

**Process Server Affidavit**

Year two thousand and sixteen, October sixth.

> At the request of:
>
> **MR. ILIYAS KHRAPUNOV**
> REPRESENTED BY MR. PAUL GULLY-HART
> ATTORNEY
> OFFICE OF SCHELLENBERG WITTMER S.A.
> RUE DES ALPES 15BIS
> CASE POSTALE 2088
> 1211 GENEVA 1

I, the undersigned, André TRONCHET, judicial officer at the Courts of the Republic and Canton of Geneva, at 4:00 p.m. on this day, went to the Office of SCHELLENBERG WITTMER S.A., at 15bis, rue des Alpes, Geneva.

1

On site, in the presence of:

- Maître Valérie DE SAINT-PIERRE, at an attorney,

- Maître Georges AYOUB, an attorney;

- Maître Paul GULLY-HART, an attorney;

I note that my principal, Mr. Iliyas KHRAPUNOV, copies internet files from the site: kazaword.wordpress.com onto a 16 GB USB stick. **(Exhibit A)**

The volume of files copied onto this USB stick **(Exhibit A)** is 7.35 GB.

The contents of this stick **(Exhibit A)** are then copied onto a second stick.

The first USB stick **(Exhibit A)** is attached to this process server affidavit; the second will be kept in my Office for an indefinite period of time.

Thus, my intervention is complete.

* * * * * *

From all of which I have prepared the present process server affidavit for all legal intents and purposes.

IN WITNESS WHEREOF

Maître André TRONCHET
Court Bailiff
122, route de Frontenex
1208 GENEVE
[signature]



*Copy of process server affidavit files of October 6, 2016*



City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document "Proces-Verbal De Constant - Copie" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Angela Lo

Sworn to before me this
July 10, 2017

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE