# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

jkenney@hnrklaw.com

January 16, 2018

**VIA E-MAIL**

The Honorable Katharine H. Parker  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Room 1950  
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*  
      Case No. 15-CV-5345 (AJN)

Dear Judge Parker:

We represent Viktor and Ilyas Khrapunov (the "Khrapunovs") in the above-referenced matter. We submit this letter to join in the discovery schedule proposed by Triadou SPV S.A. in their January 16, 2018 letter [ECF No. 533]. We also join in BTA/Almaty's request [ECF No. 531] that oral argument on the sanctions motion be adjourned until after the depositions of Viktor and Ilyas Khrapunov, which will be held on January 30th through February 1, 2018 in Geneva, Switzerland.

Respectfully submitted,

John J. Kenney

cc:   Counsel of Record (*by email*)