UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



City of Almaty, Kazakhstan and BTA Bank JSC,

        Plaintiffs,

–v–

Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov, and Triadou SPV S.A.,

        Defendants.

15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of the discovery schedule in the above-captioned matter ordered by Magistrate Judge Katherine H. Parker on January 16, 2018, Dkt. No. 535, the status conference currently scheduled for February 23, 2018 is hereby ADJOURNED to May 25, 2018 at 3:15 PM.

    SO ORDERED.

Dated: January 17, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge