

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

February 2, 2018

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

    **Re:**   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
           **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

    We represent the City of Almaty, Kazakhstan and BTA Bank ("the Kazakh Entities"), and write on behalf of all parties (other than Mukhtar Ablyazov) pursuant to the Court's Order of January 10, 2018, in connection with Triadou SPV S.A.'s motion to compel dated December 7, 2017 [ECF No. 492].

    In accordance with the Court's Order, the Kazakh Entities invoked their rights as crime victims under Kazakh law to request the documents in question, and provided a copy of that request to counsel for Triadou on January 19, 2018. Attached, please find a copy of the response from the Republic of Kazakhstan Anti-Corruption Bureau (formerly known as the Financial Police) to the Kazakh Entities' request, as well as an unofficial translation.

    The parties propose to update the Court on this issue again in 30 days.

                                              Respectfully,

                                                /s/  Matthew L. Schwartz
                                               Matthew L. Schwartz



| ҚАЗАҚСТАН РЕСПУБЛИКАСЫ МЕМЛЕКЕТТІК ҚЫЗМЕТ ІСТЕРІ ЖӘНЕ СЫБАЙЛАС ЖЕМҚОРЛЫҚҚА ҚАРСЫ ІС-ҚИМЫЛ АГЕНТТІГІНІҢ СЫБАЙЛАС ЖЕМҚОРЛЫҚҚА ҚАРСЫ ІС-ҚИМЫЛ ҰЛТТЫҚ БЮРОСЫ (СЫБАЙЛАС ЖЕМҚОРЛЫҚҚА ҚАРСЫ ҚЫЗМЕТ) | НАЦИОНАЛЬНОЕ БЮРО ПО ПРОТИВОДЕЙСТВИЮ КОРРУПЦИИ (АНТИКОРРУПЦИОННАЯ СЛУЖБА) АГЕНТСТВА РЕСПУБЛИКИ КАЗАХСТАН ПО ДЕЛАМ ГОСУДАРСТВЕННОЙ СЛУЖБЫ И ПРОТИВОДЕЙСТВИЮ КОРРУПЦИИ |
|---|---|
| 010000, Астана қаласы. С.Сейфуллин көшесі, 37 тел.: (7172) 90 92 60, факс: 90 91 73 anticorruption@nab.gov.kz | 010000, город Астана, улица С.Сейфуллина, 37 тел.: (7172) 90 92 60, факс: 90 91 73 anticorruption@nab.gov.kz |

01.02.2018, № 3-2-11/549

Заместителю Председателя
Правления АО «БТА Банк»
Нургабылову Н.Т.
г.Алматы, ул.Жолдасбекова, 97

Национальным бюро по противодействию коррупции Ваше письмо №11НН-256-4/317 от 17.01.2018 года относительно запроса консультанта Правительства компании «Boies Schiller Flexner LLP» от 15.01.2018 года на основании решения Мирового Судьи США Кэтрин Х.Паркер Федерального окружного суда США от 10.01.2018 года о раскрытии и предоставлении материалов и видеозаписей допросов Николаса Бурга и Лорана Фуше, рассмотрено.

Сообщаем, что следственные действия с участием Н. Бурга и Л. Фуше получены в ходе расследования казахстанского уголовного дела, в связи с чем они являются данными досудебного расследования.

В соответствии со статьей 201 Уголовно-процессуального кодекса РК данные досудебного расследования могут быть преданы гласности только с разрешения прокурора.

В этой связи итоговый ответ на Ваше письмо будет представлен после согласования данного вопроса с органами прокуратуры.

В случае необходимости в АО «БТА Банк» будет запрошена дополнительная информация, необходимая для рассмотрения вышеуказанного письма.

Вместе с тем сообщаем, что Вы вправе обжаловать действия органа уголовного преследования в прокуратуру и суд в порядке статей 105 и 106 Уголовно-процессуального кодекса Республики Казахстан.

Заместитель руководителя Управления
Следственного департамента                                              К. Рашит

NATIONAL ANTI-CORRUPTION BEUARU
(ANTI-CORRUPTION SERVICE)
OF AGENCY
OF THE REPUBLIC OF KAZAKHSTAN
FOR SIVIL SERVICE AFFAIRS
AND ANTI-CORRUPTION

37, S. Seifullin str., Astana,
010000, Kazakhstan
Tel.: (7172) 9092 60, fax: 90 91 73
anticorruption@nab.gov.kz

**Nurlan Nurgabylov**
**Deputy Chairman of the Management Board**
**BTA Bank JSC**
**97, Zholdasbekov str., Almaty**

Your letter No. 11HH-256-4/317 from 17.01.2018 regarding inquiry of consultant "Boies Schiller Flexner LLP" from 15.01.2018 based on the order of the United States magistrate Ms. Parker of the US Federal Court from 10.01.2018 concerning the disclosure and provision of materials and video recordings of interrogations of Nicolas Bourg and Laurent Foucher was considered by National Anti-Corruption Bureau.

We report that investigative actions with N. Bourg and L. Fouchier's participation are received during the investigation of the Kazakhstan criminal case, in this connection they are data of pre-judicial investigation

In accordance with article 201 of the Criminal Procedure Code of Kazakhstan, pre-trial investigation data can be made public only with the permission of the prosecutor.

In this regard, the final response to your letter will be submitted after the approval of this issue with the prosecutor's office.

If necessary, BTA Bank JSC will be requested additional information necessary to consider the above letter.

At the same time, we inform you that you have the right to appeal against the actions of the criminal investigative body to the prosecutor's office and the court in accordance with Articles 105 and 106 of the Criminal Procedure Code of the Republic of Kazakhstan.

**Deputy Head of the Investigation Department**                                                               **K.Rashit**