# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street
New York, New York 10016

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

February 16, 2018

**VIA ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  City of Almaty, Kazahkstan, et al. v. Mukhtar Ablyazov, et al., Case No. 1:15-cv-05345-AJN-KHP

Dear Judge Parker,

Our firm represents Viktor Khrapunov and Ilyas Khrapunov in the above matter. During oral arguments on BTA/Almaty's motion for sanctions, your honor granted the Khrapunovs permission to submit excerpts from Mr. Ilyas Khrapunov's deposition in Geneva, Switzerland on February 1st and 2nd to put the testimony that BTA/Almaty referenced during the argument in an appropriate context. In enclosed testimony at pages 137-140 of the deposition, Mr. Ilyas Khrapunov describes attempts to hack his, his family's and other email accounts during the period of 2012 and 2014.

Respectfully submitted,

John J. Kenney