# EXHIBIT A

Confidential
ILYAS KHRAPUNOV - 02/02/2018

```
                    *** CONFIDENTIAL ***
 1                    STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
      -------------------------------
 3    CITY OF ALMATY, KAZAKHSTAN,
      and BTA BANK JSC,
 4
                       Plaintiffs,
 5              v.

 6    MUKHTAR ABLYAZOV, ILYAS,
      KHRAPUNOV, VIKTOR KHRAPUNOV
 7    and TRIADOU SPV SA,

 8                       Defendants.
      ------------------------------
 9
                  Case No. 1:15-cv-05345
10
                  -----------------------
11

12            Videotaped deposition of:

13

                    ILYAS KHRAPUNOV
14                     (Vol. II)

15          taken at the offices of:

16                    LaLive
                35 Rue de la Mairie
17                  1211 Geneva
                   Switzerland
18
             on Friday, February 2nd, 2018
19               commencing at 8.40 am

20

21               -----------------------

22

23

24

25
```

1    journalists to spread, for example, any kind of

2    favourable and obviously disfavourable news

3    favourable news to them, disfavourable news to us, and

4    so this kind of process just eliminates any

5    possibility to conduct any normal business activity.

6           Q.   And were the --

7           MR SCHWARTZ:  Objection.  Non-responsive.

8    Narrative answer.  Move to strike.

9           MR KENNEY:  I take it all of these articles

10   and accusations had a negative impact on your

11   business?

12          A.   Very much so.

13          Q.   And was there any truth to the articles

14   or accusations that were being made?

15          MR SCHWARTZ:  Objection

16          A.   Those articles were very much defamatory

17   and libellous in nature and actually are now part of

18   several criminal complaints targeting Kazakh --

19   various Kazakh entities and people for being

20   manufactured as -- intentionally as defamatory

21   articles.

22          MR KENNEY:  And did there come a time when

23   you experienced hacking on your own electronic

24   equipment?

25          A.   Yes.

1         Q.  And when was that?  What time frame?

2         A.  So there was heavy I would say daily

3  attempts at hacking that were happening between 2012

4  and up to 2014.  Those were very active and then since

5  then also there was always constant attempts to

6  hacking that happened.

7         Q.  And did the -- did you experience

8  hacking on any of your business associates or

9  customers?

10        A.  Yes.  Kazakhstan basically cast a very

11  wide net.  So it went after any person who has some

12  kind of a relationship with -- with me or my family.

13  So lawyers, law firms, let's say peer company,

14  business associates, employees and a lot of them were

15  successfully hacked.

16        Q.  And did you -- did you complain to the

17  government about this hacking?

18        A.  Yes, I complained, but also my family

19  complained, as a lot of our service providers made

20  their own criminal complaints for hacking in various

21  jurisdictions, including Switzerland.

22        COURT REPORTER:  Could we just pause for

23  a second?

24        MR KENNEY:  Sure.

25        COURT REPORTER:  Could we go off the record

1   ~~for a record.~~

2           ~~MR KENNEY:  And are criminal complaints --~~

3           COURT REPORTER:  Could we just --

4           MR KENNEY:  Oh, I'm sorry.

5           VIDEOGRAPHER:  This is end of tape number 2

6   in the deposition of Ilyas Khrapunov.  Going off the

7   ~~record at 12:42.~~

8           ~~(off the record)~~

9           VIDEOGRAPHER:  This is the beginning of tape

10  number 3 in the deposition of Ilyas Khrapunov.  Going

11  ~~on the record at 12:50.~~

12          MR KENNEY:  Now let me ask you what is the

13  effect of hacking when it occurs through your computer

14  in your office?

15          MR SCHWARTZ:  Objection.

16          A.  So, I mean, it's probably technical, but

17  in the complaint that we filed there was certain work

18  that was done by Swiss Federal Police and Swiss

19  prosecutors, Federal Prosecutor Office, which in its

20  analysis came to conclusion that basically there was a

21  -- messages that were made to appear, to look as if

22  they come from someone you know -- so I think they

23  call them phishing or something like that -- and

24  that -- but really inside them there's a virus and

25  that particular viruses were with the aim of taking

```
 1   control of your device, so the computer or the phone,
 2   and also to effect afterwards that information to be
 3   sent somewhere to location wherever the sender wanted
 4   -- of the virus wanted it to be, and in their analysis
 5   I believe they also concluded that there is -- that
 6   this Kazakhstan government is involved some way with
 7   this hacking.
 8             MR KENNEY:  Are there presently complaints
 9   or criminal complaints pending?
10             A.  Yes, there's pending active criminal
11   complaints as to their regard.
12             Q.  Let me direct your attention to the
13   latter part, the fall of 2013.  During that time where
14   was your office located?
15             A.  I believe it was 3 Rue du Mont-Blanc.
16             Q.  And where was Mr Bourg's office located?
17             A.  It was on Rue Plantamour.
18             Q.  And where was Mr Foucher's office
19   located?
20             A.  I believe it was somewhere in Rue du
21   Marché.
22             Q.  So how far away was Mr Bourg's office
23   from your office?
24             A.  It was behind Kempinski.  So in Geneva
25   Geneva people are very spoiled in terms of distances.
```