UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>        Crossclaim Plaintiffs,<br><br>- against -<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>        Crossclaim Defendants. | 15-CV-05345 (AJN)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Local Rule 1.3"), Eugene G. Illovsky hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear for Gennady Petelin and Elena Petelina who are non-parties in the above-captioned action.

  I am a member in good standing of the bars of the State of California and the District of Columbia and an inactive member of the Bar in the Commonwealth of Pennsylvania with no disciplinary history. There are no pending disciplinary proceedings against me in any state or federal court.

  I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

1

I submit concurrently herewith the affidavit required pursuant to Local Rule 1.3.

Dated:

February 20, 2018

Respectfully submitted,

Eugene G. Illovsky

Applicant Signature: *[signature]*

Applicant's Name:   Eugene G. Illovsky

Firm Name:   Illovsky Law Office

Address:   1611 Telegraph Avenue, Suite 806, Oakland, CA 94612

Telephone:  (510) 394-5885

Email:   eugene@illovskylaw.com