UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

                              Crossclaim Plaintiffs,

- against -

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

                              Crossclaim Defendants.

15-CV-05345 (AJN)

### AFFIDAVIT OF EUGENE G. ILLOVSKY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF CALIFORNIA   )
                                  : ss.:
COUNTY OF ALAMEDA    )

       EUGENE G. ILLOVSKY, being duly sworn, deposes and says:

       1.     I am principal of the law firm Illovsky Law Office, attorney for Gennady Petelin and Elena Petelina, both non-parties in the above-captioned case.

       2.     I submit this affidavit in support of my admission to practice *pro hac vice* in the above-captioned case.

       3.     I was admitted to the Bar of the State of California on June 11, 1985, the Bar in the Commonwealth of Pennsylvania on June 11, 1990, and the Bar of the District of Columbia on July 25, 1986. I am a member in good standing in California and the District of Columbia and I am an inactive member in Pennsylvania.

1

4. True and correct copies of a Certificate of Standing from the State Bar of California, a Certificate of Good Standing from the Clerk of the Supreme Court of California, and a Certificate of Good Standing from the Bar in the District of Columbia are attached. I have requested a Certificate of Disciplinary History from Pennsylvania and will provide a true and correct copy of that document to the Court upon my receipt. I have no disciplinary history in Pennsylvania.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any state or federal court.

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Gennady Petelin and Elena Petelina as the pending matter requires.

_____
Eugene G. Illovsky

Sworn to before me this __21__ day
of February 2018, by _Eugene Illovsky_,
proved to me on the basis of satisfactory evidence
to be the person who appeared before me.

_____
Roxanne Vorkoeper
Notary Public

ROXANNE MICHELLE VORKOEPER
Notary Public - California
Alameda County
Commission # 2147247
My Comm. Expires Mar 22, 2020

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 16, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EUGENE GABRIEL ILLOVSKY, #117892 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### EUGENE GABRIEL ILLOVSKY

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that* **EUGENE GABRIEL ILLOVSKY, #117892**, *was on the* **11th** *day of* **June, 1985,** *duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of February, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Robert R. Toy, Senior Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Eugene G. Illovsky*

was duly qualified and admitted on **July 25, 1986** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on February 20, 2018 .

*Julio A. Castillo*

Issued By: *Emily E. Tate*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.