UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, <br><br>           Crossclaim Plaintiffs, <br><br> - against - <br><br> MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., <br><br>           Crossclaim Defendants. | 15-CV-05345 (AJN) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

  The motion of Eugene G. Illovsky for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that he is a member of good standing of the bars of the State of California and of the District of Columbia and an inactive member of the Pennsylvania Bar with no disciplinary history, and that his contact information is as follows:

  Applicant's Name: Eugene G. Illovsky

  Firm Name: Illovsky Law Office

  Address: 1611 Telegraph Avenue, Suite 806, Oakland, CA 94612

  Telephone: (510) 394-5885

  **IT IS HEREBY ORDERED** that Eugene G. Illovsky is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this

1

Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
February __, 2018

SO ORDERED:

_____

Hon. Katharine H. Parker
United States Magistrate Judge