USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/'23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

        Crossclaim Plaintiffs,

- against -

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

        Crossclaim Defendants.

15-CV-05345 (AJN)

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The motion of Eugene G. Illovsky for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bars of the State of California and of the District of Columbia and an inactive member of the Pennsylvania Bar with no disciplinary history, and that his contact information is as follows:

Applicant's Name:  Eugene G. Illovsky

Firm Name:  Illovsky Law Office

Address:  1611 Telegraph Avenue, Suite 806, Oakland, CA 94612

Telephone: (510) 394-5885

**IT IS HEREBY ORDERED** that Eugene G. Illovsky is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
February 23, 2018

SO ORDERED:

*Katharine H Parker*

Hon. Katharine H. Parker
United States Magistrate Judge