# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

March 19, 2018

**VIA ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
              No. 15-CV-5345 (AJN)(KHP)

Dear Judge Parker:

      We represent Triadou SPV S.A. ("Triadou") and we write pursuant to Rule III.C of Your Honor's Individual Practices to request a two-page enlargement for a letter-motion Triadou intends to file to compel the production of a document that has been clawed back as purportedly privileged by the producing non-party, Kevin Meyer.

      Triadou respectfully seeks this two-page enlargement for its letter-motion because of (i) the nature of the dispute regarding the clawed-back document; and (ii) the history of the issue, which is needed for proper context. Triadou has tailored its request to seek only a minor enlargement, and therefore submits that its request is fair and reasonable under the circumstances.

      Mr. Meyer does not consent to Triadou's request for additional pages, though if the Court grants this request, Triadou does not object to Mr. Meyer also receiving the same number of additional pages should he choose to file a letter in opposition to Triadou's upcoming motion.[1]

      Thank you for your consideration.

                                    Respectfully submitted,

                                    *s/ Deborah A. Skakel*
                                    Deborah A. Skakel

Cc:    Peter Guirguis, Counsel for Non-Party Kevin Meyer (via *email*)
        Maria Garcia, Counsel for Non-Party Kevin Meyer (via *email*)

---

[1] Triadou intends to ask the Court for expedited consideration of its upcoming letter-motion.