UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                                        Plaintiffs,

                    -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                                        Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2018

**ORDER SCHEDULING TELEPHONE
CONFERENCE**

**15-CV-05345 (AJN) (KHP)**

        A telephone conference will be held on **Wednesday, March 28, 2017 at 2:00 p.m.** to

address the Petelins' motion pending at Document Number 571.  Counsel for all parties and

Defendant Ablyazov himself are directed to call Judge Parker's chambers on one line. Please

dial 212-805-0234.

        SO ORDERED.

Dated: March 23, 2018
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1