**BLANKROME**

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:   (212) 885-5148
Fax:     (917) 591-7897
Email:   dskakel@blankrome.com

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

3/29/2018

March 20, 2018

<u>**VIA ELECTRONIC MAIL**</u>

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             **Case No. 15-CV-5345 (AJN) (KHP)**

Dear Judge Parker:

      We represent Triadou SPV S.A. ("Triadou") and write to respectfully request that the Court accept for filing under seal the enclosed letter-motion to compel the production of a document that was clawed back by non-party Kevin Meyer. As required by Paragraph III(e) of the Court's Individual Practices, the accompanying email includes a version of Triadou's letter-motion to compel and exhibits to remain under seal subject to the Court's approval (in the folder labeled "To be filed under seal"), and a version of the letter-motion and exhibits with highlights reflecting proposed redactions, to be filed publicly (in the folder labeled "To be filed publicly"). Pursuant to the Court's rules, Triadou will electronically file the proposed redacted version of its letter-motion to compel and the exhibits thereto.

      Triadou respectfully requests the sealing of its letter-motion on several grounds. First, the letter-motion references a document that Mr. Meyer, a non-party, has clawed back based on a claim of privilege. Second, and relatedly, the Stipulated Protective Order requires a party seeking to challenge a claim of privilege for a document that was purportedly inadvertently produced to file their motion under seal. (ECF 253, ¶ 16). Likewise, Federal Rules of Civil Procedure 26(b)(5)(2) and 45(e)(2)(B) also require such motions to be filed under seal. Further, Triadou also requests permission to file certain exhibits to its letter-motion under seal because they explicitly reference the purportedly privileged document in question.

      In accordance with the Federal Rules of Civil Procedure, the Stipulated Protective Order, and the Court's prior orders granting sealing of motions and exhibits in connection with discovery-related motions, Triadou respectfully requests that its letter-motion to compel be filed under seal.

BLANKROME

The Honorable Katherine H. Parker
March 20, 2018
Page 2

                                                        Respectfully submitted,

                                                        *s/ Deborah A. Skakel*
                                                        Deborah A. Skakel

cc:    All Counsel of Record (*via* email)
        Peter Guirguis, Counsel for Non-Party Kevin Meyer (*via* email)
        Maria Garcia, Counsel for Non-Party Kevin Meyer (*via* email)