The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

09.04.2018/9th of April, 2018

Re: City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345 (AJN) (KHP)

*Ответы на исправленную жалобу*

Уважаемый Судья Натан

Я хотел бы попросить дополнительное время ответить на исправленную жалобу. Это существенный документ и потребует времени для переводов.

Я с уважением прошу суд еще дополнительные 3 недели для ответа.

С уважением,

Мухтар Аблязов

---

ENGLISH TRANSLATION

*Answers to the Amended Complaint*

Dear Judge Nathan

I would like to request an additional time to respond to the amended complaint. It is a substantial document and will require time for translations.

I respectfully ask the court for an additional 3 weeks to respond.

Sincerely,

Mukhtar Ablyazov

United States District Court
of the Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007