```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 4-20-2018            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN, and
BTA BANK JSC,

                                        Plaintiffs,

                -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                                        Defendants.

-------------------------------------------------------------X

**ORDER**

**15-CV-05345 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court denies Plaintiff's motion to compel (Doc. No. 616) without prejudice.  The

parties are directed to meet and confer regarding any discovery issues with the documents

allegedly obtained from Kazaword.  The parties are further directed to file a joint letter to the

Court by **May 4, 2018** advising the Court on whether issues remain with respect to the

Kazaword documents that require resolution by the Court.

The Court grants Plaintiff's request to file under seal the letter and corresponding

accompanying exhibits at Document Number 617.  The parties need not do anything further

with respect to these sealing requests, as the Court will file the documents under seal.

The Clerk is respectfully directed to terminate Docket Number 616.

SO ORDERED.

Dated: April 20, 2018
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1