UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                               Plaintiffs,

           -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

**15-CV-05345 (AJN) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-23-18

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of the Motion to Withdraw as Counsel (Doc. No. 619) filed by John J. Kenney of Hoguet Newman Regal & Kenney, LLP, counsel for Defendants Viktor and Ilyas Khrapunov (the "Khrapunovs").  The Khrapunovs and all other parties have until **May 11, 2018** to object to the motion.  Counsel for the Khrapunovs shall serve a copy of this Order on the Khrapunovs and file an affidavit of service of same with the Court.

**SO ORDERED.**

Dated: April 23, 2018
       New York, New York

                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge