UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　　　　　Defendants. | No. 15-CV-05345(AJN)<br><br>**DECLARATION** |

　　　　I, ALLISON N. ANGEL, make this Declaration pursuant to 18 U.S.C. § 1746.  I declare under penalty of perjury that the following is true and correct.

　　　　1.　　I am an attorney admitted to practice law in the State of New York.  I am an associate with the law firm of Hoguet Newman Regal & Kenney, LLP.  I submit this declaration in response to the Court's April 23, 2018 Order (ECF No. 623) requesting proof of service of the Order and corresponding motion papers on the Khrapunovs.

　　　　2.　　On April 23, 2018, I emailed the following documents to Ilyas Khrapunov: Notice of Motion of Hoguet Newman Regal & Kenney, LLP to Withdraw as Counsel to Defendants Viktor and Ilyas Khrapunov (ECF No. 619); Declaration of John J. Kenney In Support of Motion to Withdraw as Counsel (ECF No. 620); and the Court's April 12, 2018 Order (ECF No. 623).  On April 24, 2018, Ilyas Khrapunov responded via email confirming receipt of same.

　　　　3.　　On April 25, 2018, I emailed both English versions and Russian translations of the following documents to Viktor Khrapunov: Notice of Motion of Hoguet Newman Regal & Kenney, LLP to Withdraw as Counsel to Defendants Viktor and Ilyas Khrapunov (ECF No. 619); Declaration of John J. Kenney In Support of Motion To Withdraw as Counsel (ECF No.

620); and the Court's April 12, 2018 Order (ECF No. 623).  On April 26, 2018, Viktor Khrapunov responded via email confirming receipt of same.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Dated:  April 26, 2018

                                                      _____
                                                      ALLISON N. ANGEL