

**HOGUET NEWMAN REGAL & KENNEY, LLP**

10 East 40th Street
New York, New York 10016

Tel  212.689.8808
Fax 212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

May 4, 2018

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *City of Almaty, Kazahkstan, et al. v. Mukhtar Ablyazov, et al.,*
      Case No. 1:15-cv-05345-AJN-KHP

Dear Judge Parker:

    We represent defendants Viktor and Ilyas Khrapunov in the above-referenced matter. We write on consent to request a one-week extension of time in which to file the joint letter regarding the Kazaword documents that Your Honor directed the parties to file today, May 4, 2018. ECF No. 621.

    Counsel for the City of Almaty, Kazakhstan, BTA Bank and counsel for Triadou consent to this request.

Respectfully submitted,

*/s/ John J. Kenney*

John J. Kenney