**HOGUET NEWMAN REGAL & KENNEY, LLP**

10 East 40th S[t]
New York, Ne[w]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/04/2018

May 4, 2018

**MEMO ENDORSED**

VIA ECF

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *City of Almaty, Kazahkstan, et al. v. Mukhtar Ablyazov, et al.,*
      Case No. 1:15-cv-05345-AJN-KHP

Dear Judge Parker:

We represent defendants Viktor and Ilyas Khrapunov in the above-referenced matter. We write on consent to request a one-week extension of time in which to file the joint letter regarding the Kazaword documents that Your Honor directed the parties to file today, May 4, 2018. ECF No. 621.

Counsel for the City of Almaty, Kazakhstan, BTA Bank and counsel for Triadou consent to this request.

Respectfully submitted,

*/s/ John J. Kenney*

John J. Kenney

**APPLICATION GRANTED:** The parties' joint letter regarding the Kazaword documents shall be filed on or before **May 11, 2018**.

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**05/04/2018**