UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

Plaintiffs,

-against-

MUKHTAR ABLYAZOV, VIKTOR
KHRAPUNOV, ILYAS KHRAPUNOV,
and TRIADOU SPV S.A.,

Defendants.

No. 15-CV-05345(AJN)

**MUKHTAR ABLYAZOV'S
ANSWER TO THE SECOND
AMENDED CROSSCLAIMS**

Ответчик Мухтар Аблязов, отвечая в качестве самостоятельного защитника на Вторые Исправленные Перекрестные Требования, почтительно заявляет следующее.

## ВВЕДЕНИЕ

1. Я отрицаю обвинения, изложенные в пункте 1.

2. Я отрицаю обвинения в 1-м предложении пункта 1 и соглашаюсь со вторым предложением, но добавляю, что решения были получены, поскольку мне не разрешили защищаться в суде.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-18

3. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 3 и, следовательно, отрицаю обвинения.

4. Я отрицаю обвинения, изложенные в пункте 4.

5. Я отрицаю обвинения, изложенные в пункте 5.

6. Я отрицаю обвинения, изложенные в пункте 6.

7. Я отрицаю обвинения, изложенные в пункте 7.

8. Я отрицаю обвинения, изложенные в пункте 8.

9. Я отрицаю обвинения, изложенные в пункте 9.

10. Я отрицаю обвинения, изложенные в пункте 10.

11. Я отрицаю обвинения, изложенные в пункте 11.

12. Я признаю, что в мае 2014 года город Алматы подал в федеральный суд штата Калифорния иск против различных подсудимых, в том числе Виктора и Ильяса Храпуновых, но не включая меня. Я отрицаю остальные обвинения в пункте 12.

13. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 13 и, следовательно, отрицаю обвинения.

14. В пункте 14 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

**СТОРОНЫ**

15. Я признаю, что Алматы является бывшей столицей Республики Казахстан. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 15 и, следовательно, отрицаю обвинения.

16. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 16 и, следовательно, отрицаю обвинения.

17. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 17 и, следовательно, отрицаю обвинения.

18. Я допускаю обвинения, изложенные в пункте 18.

19. Я допускаю, что БТА Банк возбудил против меня в судах Великобритании 11 дел и мне известно что суд вынес решение о моем неуважении к суду. Так же был приговорен к 22 месяцам лишения свободы, если я не исправлю свое неуважение к суду. Я отрицаю остальные обвинения в пункте 19.

20. Я допускаю обвинения, изложенные в пункте 20.

21. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 21 и, следовательно, отрицаю обвинения.

**ЮРИСДИКЦИЯ И МЕСТО ПРОВЕДЕНИЯ**

22. В пункте 22 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

23. В пункте 23 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

24. В пункте 24 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

25. В пункте 25 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

26. В пункте 26 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

27. В пункте 27 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

## ФАКТИЧЕСКАЯ ПРЕДЫСТОРИЯ

28. Я признаю, что Ильяс Храпунов женат на моей дочери Мадине и отрицаю остальные обвинения в пункте 28.

29. Я отрицаю обвинения, изложенные в пункте 29.

30. Я отрицаю обвинения, изложенные в пункте 30.

31. Я отрицаю обвинения, изложенные в пункте 31.

32. Я отрицаю обвинения, изложенные в пункте 32.

33. Я отрицаю обвинения, изложенные в пункте 33.

34. Я отрицаю обвинения, изложенные в пункте 34.

35. Я признаю, что было решение по заморозке активов по всему миру. Я отрицаю остальные обвинения в пункте 35.

36. Я признаю, что было принято решение о введение "ресивершип". Я отрицаю остальные обвинения в пункте 36.

37. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 37 и, следовательно, отрицаю обвинения.

38. Я дпускаю, что было принято решение о проявление неуважения к суду. Я отрицаю остальные обвинения в пункте 38.

39. Я отрицаю обвинения в пункте 39.

40. В пункте 40 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

41. Я признаю, что были приняты решения против меня, но решения были получены, поскольку мне не разрешили защищаться в суде. Я отрицаю остальные обвинения в пункте 41.

42. Я признаю, что я был задержан во Франции 31 июля 2013 года. Я отрицаю остальные обвинения в пункте 42.

43. Я отрицаю, изложенные обвинения в пункте 43.

44. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 44 и, следовательно, отрицаю обвинения.

45. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 45 и, следовательно, отрицаю обвинения.

46. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 46 и, следовательно, отрицаю обвинения.

47. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 47 и, следовательно, отрицаю обвинения.

48. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 48 и, следовательно, отрицаю обвинения.

49. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 48 и, следовательно, отрицаю обвинения.

50. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 50 и, следовательно, отрицаю обвинения.

51. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 51 и, следовательно, отрицаю обвинения.

52. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 52 и, следовательно, отрицаю обвинения.

53. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 53 и, следовательно, отрицаю обвинения.

54. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 54 и, следовательно, отрицаю обвинения.

55. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 55 и, следовательно, отрицаю обвинения.

56. Я отрицаю обвинения, изложенные в пункте 56.

57. Я признаю, что Ильяс Храпунов и его жена в настоящее время проживают в Швейцарии. Я отрицаю остальные обвинения в пункте 57.

58. Я признаю, что Ильяс Храпунов создал SDG Capital S.A. и отрицаю остальные обвинения в пункте 58.

59. Я отрицаю обвинения, изложенные в пункте 59.

60. Я отрицаю обвинения, изложенные в пункте 60.

61. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 61 и, следовательно, отрицаю обвинения.

62. Я признаю, что Ильяс Храпунов и Мадина Аблязов проживали в Швейцарии в ноябре 2007 года и отрицаю остальные обвинения в пункте 62.

63. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 63 и, следовательно, отрицаю обвинения.

64. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 64 и, следовательно, отрицаю обвинения.

65. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 65 и, следовательно, отрицаю обвинения.

66. Я отрицаю обвинения, изложенные в пункте 66.

67. Я отрицаю обвинения, изложенные в пункте 67.

68. Я отрицаю обвинения, изложенные в пункте 68.

69. Я отрицаю обвинения, изложенные в пункте 69.

70. Я отрицаю обвинения, изложенные в пункте 70.

71. Я отрицаю обвинения, изложенные в пункте 71.

72. Я признаю, что дочь Виктора Храпунова замужем за сыном Геннадия Петелина. Я отрицаю остальные обвинения в пункте 72.

73. Я отрицаю обвинения, изложенные в пункте 73.

74. Я признаю, что меня арестовали во Франции и отрицаю остальные обвинения в пункте 74.

75. Я отрицаю обвинения, изложенные в пункте 75.

76. Я отрицаю обвинения, изложенные в пункте 76.

77. Я отрицаю обвинения, изложенные в пункте 77.

78. Я отрицаю обвинения, изложенные в пункте 78.

79. Я отрицаю обвинения, изложенные в пункте 79.

80. Я отрицаю обвинения, изложенные в пункте 80.

81. Я отрицаю обвинения, изложенные в пункте 81.

82. Я отрицаю обвинения в пункте 82.

83. Я отрицаю обвинения в пункте 83.

84. Я отрицаю обвинения, изложенные в пункте 84.

85. Я отрицаю обвинения, изложенные в пункте 85.

86. Я отрицаю обвинения, изложенные в пункте 86.

87. Я отрицаю обвинения, изложенные в пункте 87.

88. Я отрицаю обвинения, изложенные в пункте 88.

89. Мне не хватает знаний о встрече и поэтому отрицаю эти обвинения. Я отрицаю остальные обвинения в пункте 89.

90. Я отрицаю обвинения, изложенные в пункте 90.

91. Я отрицаю обвинения, изложенные в пункте 91.

92. Я отрицаю обвинения, изложенные в пункте 92.

93. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 93 и, следовательно, отрицаю обвинения.

94. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 94 и, следовательно, отрицаю обвинения.

95. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 95 и, следовательно, отрицаю обвинения.

96. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 96 и, следовательно, отрицаю обвинения.

97. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 97 и, следовательно, отрицаю обвинения.

98. Я отрицаю обвинения, изложенные в пункте 98.

99. Я отрицаю обвинения, изложенные в пункте 99, касающиеся предполагаемой «группы Аблязова-Храпунова». Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности остальных утверждений в пункте 99 и, следовательно, отрицаю обвинения.

100. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 100, касающихся процедур дью дилидженс (due dilligence) Банка, и отрицаю остальные обвинения в этом пункте.

101. Я отрицаю обвинения, изложенные в пункте 101.

102. Я отрицаю обвинения, изложенные в пункте 102.

103. Я отрицаю обвинения, изложенные в пункте 103.

104. Я отрицаю обвинения, изложенные в пункте 104.

105. Я отрицаю обвинения, изложенные в пункте 105.

106. Я отрицаю обвинения, изложенные в пункте 106.

107. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 107 и, следовательно, отрицаю обвинения.

108. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 108 и, следовательно, отрицаю обвинения.

109. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 109 и, следовательно, отрицаю обвинения.

110. Мне не хватает знаний или информации, достаточных для формирования мнения в отношении точности утверждений в предложении 1 пункта 110. Мне не хватает знаний или информации, достаточных для формирования мнения в отношении точности утверждений, что FBME банк находится под контролем Центрального банка Кипра. Я отрицаю остальные обвинения в пункте 110.

111. Мне не хватает знаний об инвестициях в проект медицинского центра Кабрини, и поэтому отрицаю эти обвинения. Я отрицаю остальные обвинения в пункте 111.

112. Мне не хватает знаний относительно $6 млн. инвестиции в проект медицинского центра Кабрини и что проект должен был получить вексель. Я отрицаю остальные обвинения в пункте 112.

113. Я отрицаю обвинения, изложенные в пункте 113.

114. Я отрицаю обвинения, изложенные в пункте 114.

115. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 115 и, следовательно, отрицаю обвинения.

116. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 116 и, следовательно, отрицаю обвинения.

117. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 117 и, следовательно, отрицаю обвинения.

118. Я отрицаю обвинения, изложенные в пункте 118.

119. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 119 и, следовательно, отрицаю обвинения.

120. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 120 и, следовательно, отрицаю обвинения.

121. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 121 и, следовательно, отрицаю обвинения.

122. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 122 и, следовательно, отрицаю обвинения.

123. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 123 и, следовательно, отрицаю обвинения.

124. Мне не хватает достаточных знаний или информации, для формирования мнения в отношении точности утверждений в пункте 124 и, следовательно, отрицаю обвинения.

125. В пункте 125 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

126. В пункте 126 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

## ПЕРВОЕ ПО ПЯТОЕ ПРИЧИНЫ ДЕЙСТВИЯ (RICO) - СНЯТЫ

127. В ответ на пункт 127 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 126, как если бы они были полностью изложены здесь.

128. Пункты 128-161 являются обвинениями, касающимися к требованиям по предполагаемым нарушениям Закона РИКО (RICO), которые были сняты. Я не отвечаю на эти обвинения. Если требуется ответ, я отрицаю эти обвинения.

## Шестая причина действия (АКТУАЛЬНЫЙ МОШЕННИЧЕСКИЙ ПЕРЕВОД)

129. В ответ на пункт 162 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 161, как если бы они были полностью изложены здесь.

130. В пункте 163 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

131. В пункте 164 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

132. В пункте 165 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

133. В пункте 166 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

134. В пункте 167 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

## СЕДЬМАЯ ПРИЧИНА ДЕЙСТВИЯ (КОНСТРУКТИВНЫЙ МОШЕННИЧЕСКИЙ ПЕРЕВОД)

135. В ответ на пункт 168 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 167, как если бы они были полностью изложены здесь.

136. В пункте 169 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

137. В пункте 170 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

138. В пункте 171 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

139. В пункте 172 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

140. В пункте 173 содержатся юридические заключения, на которые не требуются ответы. Если требуется ответ, я отрицаю эти обвинения.

## ВОСЬМАЯ ПРИЧИНА ДЕЙСТВИЯ (НЕДОБРОСОВЕСТНОЕ ОБОГАЩЕНИЕ) - СНЯТО ПРОТИВ ОТВЕТЧИКА АБЛЯЗОВА

141. В ответ на пункт 174 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 173, как если бы они были полностью изложены здесь.

142. Пункты 175 и 176 - это обвинения, связанные с требованием о недобросовестном обогащении, которое было снято в отношении ответчиков Храпуновых и Аблязова. Я не отвечаю на эти обвинения. Если требуется ответ, я отрицаю эти обвинения.

## ДЕВЯТАЯ ПРИЧИНА ДЕЙСТВИЯ (КОНВЕРТАЦИЯ) - СНЯТО ПРОТИВ ОТВЕТЧИКА АБЛЯЗОВА

143. В ответ на пункт 177 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 176, как если бы они были полностью изложены здесь.

144. Пункты 178 по 180 являются обвинениями, связанными с требованием о конвертации, которое было снято в отношении ответчиков Храпуновых и Аблязова. Я не отвечаю на эти обвинения. Если требуется ответ, я отрицаю эти обвинения.

## ДЕСЯТАЯ ПРИЧИНА ДЕЙСТВИЯ (КОНСТРУКТИВНОЕ ДОВЕРИЕ) - СНЯТО ПРОТИВ ОТВЕТЧИКА АБЛЯЗОВА

145. В ответ на пункт 181 я повторяю и вновь подтверждаю свои ответы на пункты с 1 по 180, как если бы они были полностью изложены здесь.