**BLANKROME**

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

May 7, 2018

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 2102
New York, New York 10007

      Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
            No. 15-CV-5345 (AJN)(KHP)

Dear Judge Nathan:

      We represent Triadou SPV S.A. ("Triadou") and write in brief response to the letter submitted by the City of Almaty and BTA Bank (together, "Almaty/BTA") seeking an additional day to respond to Triadou's May 4, 2018 letter regarding the Syracuse property – which request Triadou does not oppose. Initially, Almaty/BTA concede that the Court's Attachment Order does not cover the Syracuse property, (ECF 636 at 1 (acknowledging that the attachment order would need to be extended to cover the Syracuse property)), and thus underscore why Triadou's May 4 letter did not move the Court for any relief, but simply advised the Court of the intention of Triadou's affiliate Syracuse Center LLC.[1]

      Second, Almaty/BTA's purported discovery "concerns" regarding the documents appended to Triadou's May 4 letter are unfounded. Almaty/BTA's subpoena to Syracuse Center LLC was issued more than a year ago in late January 2017, and documents were produced in response thereto throughout the spring and summer of 2017. Any obligations under that subpoena were therefore fulfilled well in advance of Triadou's May 4 letter. Further, Triadou objected to Almaty/BTA's Rule 34 document requests pertaining to the Syracuse property in October 2016, and produced documents subject to those objections. In any event, most of the documents appended to Triadou's May 4 letter were produced in discovery (and Bates stamped with a "TRIA" prefix), while most of the remaining documents were created or received (by Syracuse Center LLC) within the last 60 days. Nothing was hidden, and Triadou shared with Almaty/BTA information regarding the Syracuse property's tax and physical statuses in September 2017. As noted in Triadou's May 4 letter, Almaty/BTA have been silent on the subject since then, and Triadou should not be penalized for their strategic decision.

---

[1] Despite Almaty/BTA's admission, Triadou understands that Syracuse Center LLC intends to abide by the schedule set forth in Triadou's May 4 letter.

BLANKROME

May 7, 2018
Page 2

    Thank you for your consideration.

                                                        Respectfully submitted,

                                                  *s/ Deborah A. Skakel*
                                                  Deborah A. Skakel