

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

May 7, 2018

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**SO ORDERED**

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

5/8/18

Re:   *CF 135 Flat LLC et al. v. Triadou SPV S.A. et al.*,
      Case No. 15-CV-5345 (AJN)

Dear Judge Nathan:

   We represent the City of Almaty and BTA Bank (the "Kazakh Entities") and write regarding the May 4, 2018 letter from Defendant Triadou SPV S.A. ("Triadou") [ECF No. 634], concerning property owned by Triadou's wholly-owned subsidiary located in Syracuse, New York.

   The Kazakh Entities note that there was no meet and confer prior to Triadou's filing its May 4th letter, nor did Triadou provide any indication by phone, e-mail, or otherwise that it intended to move the Court regarding the Syracuse property. The Kazakh Entities first learned of the developments described therein on Friday evening, and saw for the first time many of the documents Triadou attached to its letter, a number of which do not appear to have been produced in discovery. The Kazakh Entities have serious concerns that the information in Triadou's May 4th letter was not previously disclosed because Triadou feared that revealing this information would lead the Kazakh Entities to move to extend this Court's attachment order to the Syracuse property.

   Under Your Honor's Individual Practice 2.C, the Kazakh Entities' response is currently due tomorrow, May 8, 2018. In light of the above, the Kazakh Entities respectfully request one additional day to respond to Triadou's May 5th Letter, making their response due on May 9, 2018. **SO ORDERED.**

Respectfully submitted,

/s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022

cc:   All attorneys of record (by ECF)