

Peter M. Skinner
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

May 18, 2018

**BY ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
            **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

    We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to update the Court as to the status of Wells Fargo's response to the Kazakh Entities' subpoena for account records relating to Gennady Petelin. As we explained in our letter of April 25, 2018 [*see* ECF No. 625 (memo endorsed)], Wells Fargo's production of documents to counsel to Mr. Petelin was delayed due to a technical issue. Counsel to Mr. Petelin informed the Kazakh Entities that they received a production from Wells Fargo by UPS yesterday and that they expect to complete their review of those records by the end of this week. At that point, the Kazakh Entities expect that Mr. Petelin will produce responsive records for which there is no dispute, and that the Kazakh Entities and Mr. Petelin will resume the meet and confer process regarding any responsive documents that Mr. Petelin withholds. The Kazakh Entities therefore respectfully request that the Court continue to reserve decision on Mr. Petelin's objection to Wells Fargo's production of unredacted records. With the Court's permission, the Kazakh Entities will provide another update to the Court by May 18, 2018.

                                          Respectfully,

                                          /s/ Peter M. Skinner
                                          Peter M. Skinner

cc:    All counsel of record (by ECF)

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com