# Exhibit A

## Holding Structure



## Legal Structure of U.S. Entities:

**ARGON HOLDING, Corp.:** Argon Holding, Corp. is a USA corporation, 100% owned by Triadou SPV S.A., and represented by Nicolas Bourg, as Sole Director and President.

**ARGON OPCO, Inc.:** Argon OPCO, Inc. is a USA corporation, 100% owned by Argon Holding, Corp., and represented by Nicolas Bourg, as Sole Director and President. Currently not used.

**SYRACUSE CENTER, LLC:** Syracuse Center, LLC is a USA LLC, 100% owned by Argon Holding, Corp., and represented by Nicolas Bourg, as Sole Member and Manager.

**TRI-COUNTY MALL INVESTORS, LLC:** Tri-County Mall Investors, LLC is a USA LCC, 100% owned by Triadou SPV S.A., and represented by Nicolas Bourg, as Sole Member and Manager.