# Exhibit C

```
STATE OF NEW YORK
COUNTY OF ONONDAGA        :        SUPREME COURT
-----------------------------------------------------------
BLACKHAWK TACTICAL SECURITY SERVICES, LLC,
                                        Plaintiff,

        - against -

SYRACUSE CENTER, LLC,
                                        Defendant.

                INDEX #2017-EF-254
                RJI #33-17-0727
-----------------------------------------------------------
                                Motion Decision
                                June 29, 2017

                                Onondaga County Courthouse
                                401 Montgomery Street
                                Syracuse, NY 13202

BEFORE:

                HONORABLE GREGORY R. GILBERT,
                        SUPREME COURT JUSTICE

APPEARANCES:


        THE LAW OFFICE OF FRANCIS E. HUNT, JR., PLLC
        250 Harrison Street
        Syracuse, NY 13202
        Attorney for Plaintiff


        PEYROT & ASSOCIATES
        62 William Street, 8th Floor
        New York, NY 10005
        BY:  DAVID VAN LEEUWEN, ESQ.
             Attorney for Defendant
```

JAMIE L. PACHECO, RMR, SENIOR COURT REPORTER

```
 1          THE COURT:  On the record, please.  This is a
 2     motion to dismiss plaintiff's complaint based on
 3     documentary evidence and failure to state a cause of
 4     action.  The defendant also seeks to cancel a notice
 5     of pendency and to discharge a mechanic's lien.
 6          Plaintiff's first cause of action under a
 7     service agreement of December 31, 2013, is dismissed
 8     based on the agreement entered into March 9, 2016.
 9          Plaintiff's third cause of action, to the
10     effect that it is entitled to a lis pendens, is
11     dismissed.  It fails to state a cause of action.  The
12     lis pendens is cancelled.  Any contract claim
13     possessed by this plaintiff does not affect the
14     title, use or enjoyment of the real property at
15     issue, as required by CPLR Section 6501.
16          Plaintiff's fourth cause of action for account
17     stated is dismissed.  The statements of account
18     referenced by the complainant are for services
19     pre-dating the March 9, 2016 agreement.
20          Plaintiff's fifth cause of action for unjust
21     enrichment is dismissed.  There is no dispute as to
22     the existence of the March 9, 2016 contract.  The
23     complaint attaches and makes a claim based on it.
24     Defendant attaches a copy as documentary evidence
25     upon which dismissal is sought.
```

JAMIE L. PACHECO, RMR, SENIOR COURT REPORTER

```
 1        This leaves plaintiff's second cause of action.
 2   The motion to dismiss is denied.  The March 9, 2016
 3   agreement required plaintiff to "immediately cancel
 4   the mechanic's lien" but also provided that plaintiff
 5   "may re-file the mechanic's lien if the terms in this
 6   agreement are not upheld by" defendant.
 7        The agreement quite clearly states that the
 8   property was to be sold, and it was not sold.  And
 9   according to the responding papers, it is not even
10   listed for sale and it has been withdrawn from the
11   market due to some attachment problems pending down
12   in the Southern District of New York that they are
13   attempting to resolve.
14        Assuming these allegations as true for the
15   purpose of a motion to dismiss, the complaint states
16   a claim upon which relief maybe granted and the
17   mechanic's lien would have been properly re-filed.
18        The motion to discharge the mechanic's lien is
19   denied on the same basis.  Re-filing was allowed by
20   the March 9, 2016 agreement.
21        Mr. VanLeeuwen, I will ask you prepare the
22   order on notice, and attach the minutes of today
23   thereto.  I appreciate your time this morning,
24   gentlemen.  I hope you have a nice weekend.
25        MR. VAN LEEUWEN:  I am not familiar with the
```

JAMIE L. PACHECO, RMR, SENIOR COURT REPORTER

```
 1         court procedure.  Should I get a copy of the
 2         transcript?
 3              THE COURT:  If you give her your information.
 4         You may approach and make those arrangements with
 5         her.
 6                     *         *         *
 7    CERTIFICATE:  I do hereby certify that I am a Senior Court
 8    Reporter with the Fifth Judicial District; that I attended
 9    and reported the above-entitled proceeding; that I have
10    compared the foregoing with my original minutes and that it
11    is a true and accurate transcript thereof and of all the
12    proceedings had therein.
13
14         _____
15              Jamie L. Pacheco    07-03-17
16
```

JAMIE L. PACHECO, RMR, SENIOR COURT REPORTER