# Exhibit F

**From:** Adam Ibrahim [adamibme@gmail.com]
**Sent:** 4/11/2017 4:10:08 PM
**To:** Martin Dowd [martin.dowd@cbre-syr.com]; Arnie Herz [arnie@arnieherz.com]
**Subject:** Re: Syracuse

Truly infuriating.  Not sure how to proceed here.

Adam

Sent from my iPhone

> On Apr 11, 2017, at 12:07 PM, Martin Dowd <martin.dowd@cbre-syr.com> wrote:
>
> We can only make a claim if they sell it during our listing period or within
> a year afterwards to somebody we engaged in discussions with.
>
> My gut tells me that the buyer will be laundering money and likely this will
> be a sale of the LLC, not a transfer of title.  If title transfers, then I
> have a case to sue as it's easy to track a "sale".  If they transfer the
> LLC, it has been proven to be an extremely difficult claim to sue on that
> basis, unless that sale goes to a party with whom I had previously engaged
> in discussions.
>
> They are clearly scum.  I'm pissed, but I really feel for Mike.  That poor
> guy is probably going to hang on.
>
> Martin Dowd | Senior Broker
> CBRE|Syracuse | Brokerage Services
> 313 E. Willow St., Suite 202 | Syracuse, NY 13203
> T 315 422 4200 ext. 316 | F 315 422 7533
> martin.dowd@cbre-syr.com | www.cbre.com
> Please consider the environment before printing this email.
> Part of the CBRE affiliate network. This email may contain information that
> is confidential or attorney-client privileged and may constitute inside
> information. The contents of this email are intended only for the
> recipient(s) listed above. If you are not the intended recipient, you are
> directed not to read, disclose, distribute or otherwise use this
> transmission. If you have received this email in error, please notify the
> sender immediately and delete the transmission. Delivery of this message is
> not intended to waive any applicable privileges.
>
> -----Original Message-----
> From: Adam Ibrahim [mailto:adamibme@gmail.com]
> Sent: Tuesday, April 11, 2017 12:01 PM
> To: Martin Dowd
> Subject: Re: Syracuse
>
> Shit. Should we sue?
>
> Adam
>
> Sent from my iPhone
>
>> On Apr 11, 2017, at 8:23 AM, Martin Dowd <martin.dowd@cbre-syr.com> wrote:
>>
>> Suite
>

Almaty-BTA0231517