

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

May 10, 2018

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

    Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
            **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

    We represent the City of Almaty, Kazakhstan and BTA Bank ("the Kazakh Entities"), and write pursuant to the Court's Order of March 6, 2018 [ECF No. 566], in connection with Triadou SPV S.A.'s motion to compel dated December 7, 2017. [ECF No. 492].

    In accordance with the Court's Order of January 10, 2018, the Kazakh Entities invoked their rights as crime victims under Kazakh law to request certain documents from the Republic of Kazakhstan's Anti-Corruption Bureau (formerly known as the Financial Police). On February 2, 2018, the parties provided to the Court a copy of the Anti-Corruption Bureau's initial response to that request, which stated that "pre-trial investigation data can be made public only with the permission of the prosecutor," and that a "final response to [the Kazakh Entities' request] will be submitted after the approval of this issue with the prosecutor's office." [ECF No. 542].

    Counsel apologize for their delay in updating the Court on this issue, as we have been in communication with our clients on this issue and had hoped to receive a response prior to the currently-scheduled close of fact discovery. At this time, however, the Kazakh Entities still have not received any update from the Anti-Corruption Bureau regarding their request. The Kazakh Entities propose to update the Court on this issue when any update from the Anti-Corruption Bureau is received, or at the close of fact discovery.

                                                    Respectfully,

                                                  /s/ Matthew L. Schwartz
                                                  Matthew L. Schwartz