

Peter M. Skinner
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

May 10, 2018

**BY ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
              **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to update the Court regarding the Kazakh Entities' motion to compel Gennady Petelin to comply with third-party subpoenas. As the Court will recall, the Kazakh Entities originally moved to compel Mr. Petelin's compliance at the same time the Kazakh Entities renewed their motion to compel Wells Fargo to produce Petelin's unredacted bank records. At the direction of the Court, the Kazakh Entities filed the motion to compel Petelin's compliance in the United States District Court for the Central District of California, and also filed a motion to transfer that case back to Your Honor. The California motions were fully briefed and set for argument on May 15, 2018. Earlier today, the Honorable Jacqueline Chooljian granted the Kazakh Entities' motion to transfer, and ordered that the motion to compel be transferred back to this Court. Attached is a copy of the transfer order.

      The Kazakh Entities are also providing with this letter courtesy copies of the briefing, which has been filed under seal.[1] Because the briefing on the Kazakh Entities' motion to compel was completed in California, we respectfully request that the Court consider the motion fully-submitted. We are of course available for argument, if it would be helpful to the Court.

      Thank you for your consideration.

                                          Respectfully,

                                          /s/ Peter M. Skinner
                                          Peter M. Skinner

---

[1]     Because the motion to compel was filed as a separate action in California that has been transferred to this Court, the defendants in the above-referenced case are technically not parties to the motion to compel and the Kazakh Entities are therefore unable to share the under-seal briefing with them under the California court's orders. We have no objection, however, to the defendants being provided with copies if Your Honor believes it appropriate to modify the sealing order.