# Exhibit 14

| | |
|---|---|
| **From:** | Daniel Boyle <DBoyle@BSFLLP.com> |
| **Sent:** | Wednesday, February 22, 2017 4:17 PM |
| **To:** | Hassid, Alex |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; Daniel Boyle |
| **Subject:** | RE: Triadou 30(b)(6) Deposition |

Alex-

My apologies for missing your call. Following up on some open points from our discussion last week:

- Regarding the deposition of Triadou's Rule 30 (b)(6) witness, Mr. Cerrito:
    - We confirm that March 9th In New York City is acceptable for a date, with possible extension into March 10th if needed due to translation. The deposition will be at our New York office, at 575 Lexington Avenue.
    - We agree to using a joint translator. We typically use Magna for translations, which I believe you said was an option for you was well, but please let me know.
    - For costs, on the agreement that Triadou is willing to pay the same for our witnesses who need to travel to depositions, we agree with the general proposal of business class travel and 3-4 nights hotel fare as needed. Please confirm that is acceptable to your client.
- Regarding the deposition subpoena of Mr. Bourg:
    - To be clear, we do not regard Mr. Bourg as within our control in any way. That said, we are reaching out to Mr. Bourg's representatives to inquire whether he will voluntarily appear for a deposition. We have not yet received a response, but will let you know once we do.
- Regarding the document subpoenas of Syracuse Center, LLC, Argon Holding, Corp, and SDG-US, Corp:
    - We are willing to temporarily hold these subpoenas in abeyance pending Triadou's production of documents responsive to these subpoenas. Upon receipt of those productions, assuming they are complete, we are happy to discuss withdrawing the subpoenas to the subsidiaries with the proviso that if we are going to treat these subsidiaries as indistinct for the purposes of document production (and thus withdraw them), we will need a stipulation saying that these subsidiaries have been treated as indistinct in Triadou's course of business (for example, with respect to record-keeping and governance).
- We have reached out to our clients for the purposed of scheduling 30(b)(6) depositions of Almaty and BTA, as well as depositions of other individuals identified in our initial disclosures. Considering the cost of bringing all of these witnesses to New York, which would be borne by Triadou according to the agreement above, one alternative would be to arrange a slate of depositions in Kazakhstan. We would work to arrange these depositions in one trip if that option is preferable. It would be helpful to know which individual witnesses you are contemplating depositions for, so we can confirm their availability with our clients.

---

**From:** Hassid, Alex [mailto:AHassid@blankrome.com]
**Sent:** Wednesday, February 22, 2017 4:03 PM
**To:** Daniel Boyle
**Subject:** Triadou 30(b)(6) Deposition

Dan,

I know you indicated when we spoke on Friday last week that you would get back to me around today with answers to the several issues we discussed, including your team's view of "reasonable travel costs" associated with the deposition. I'm given to understand that the price of flights to New York from Switzerland for those dates are increasing rapidly, so

we'd like to get them booked as soon as possible. Please let me know today where you stand on the reasonable costs issue (and apologies for pushing on this, but ultimately, we're trying to save your client money).

Best,
Alex

**Alex Hassid | Blank Rome LLP**
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-3413 | Fax (202) 420-2201 | AHassid@BlankRome.com

********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]