# Exhibit 16

## WRITTEN CONSENT OF THE MANAGERS
## OF
## SYRACUSE CENTER, LLC

The undersigned Managers of Syracuse Center, LLC a New York limited liability company (the "Company") and acting pursuant to New York Law and the Company's Operating Agreement, do hereby consent and adopt the resolutions set forth below with the same force and effect as if they were approved and adopted at a duly constituted meeting of the Managers of the Company.

RESOLVED, that Adam Ibrahim, an individual residing at 51B Edgewood Road, Port Washington, NY 11050 with New York driver's license number 572919787 issued September 23, 2009, is hereby authorized to open a business checking account for the Company, and have check signing authority as an authorized signature on such account.

The Consent may be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one document. Facsimile and scanned signatures shall be deemed as originals.

IN WITNESS WHEREOF, the undersigned Managers have executed this written consent as of the dates set forth next to their respective signatures.

_____  9/14/13          _____  9/4/13
Felix Sater, Manager       Dated             Daniel Ridloff, Manager    Dated

10 March 2010

HERZ0000433
Almaty-BTA0166823