UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, Kazakhstan and BTA Bank JSC,

        Plaintiffs,

—v—

Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov, and Triadou SPV S.A.,

        Defendants.

15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In the past week, Defendant Triadou and the Plaintiffs (the "Kazakh Entities") have written the Court about an anticipated mortgage on a property in Syracuse, New York. *See* Dkt. Nos. 634, 647, 657.

    It is unclear the exact application that either party makes to the Court. To the extent the letters constitute a motion, or if a motion for an injunction is intended, the Court refers the matter to Magistrate Judge Parker for a Report and Recommendation by separate order.

    SO ORDERED.

Dated: May 11, 2018
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge