UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Plaintiff,    City of Almaty, Kazakhstan et al.

-v-

Defendant.    Triadou SPV S.A., et al.

-----------------------------------------------------------x

Amended

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

15-cv-5345  (AJN ) (KHP )

MAY 11 2018

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Dkt. Nos. 634, 647, and 657 or related anticipated motion

All such motions: _____

*Do not check if already referred for general pretrial.

Dated May 11, 2018

SO ORDERED:

_____
United States District Judge