# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

**Phone:** (212) 885-5148
**Fax:** (917) 591-7897
**Email:** dskakel@blankrome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-14-18

May 14, 2018

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

## MEMO ENDORSED

**Re:**   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
**No. 15-CV-5345 (AJN)(KHP)**

Dear Judge Parker:

We represent Triadou SPV S.A. ("Triadou") and submit this letter in connection with Judge Nathan's Order and Amended Order referring to Your Honor letters related to a property in Syracuse, New York that is owned by Triadou's affiliate, Syracuse Center LLC, (ECF 665, 668, 671), and this Court's Scheduling Order issued today, (ECF 672). As the Court will see from Triadou's letter submissions, there is some urgency from Triadou's perspective regarding the issues raised therein. (*See* ECF 634).[1]

Triadou therefore respectfully requests that the Court schedule a teleconference to discuss the issues set forth in the parties' letters and believes doing so will facilitate a more prompt resolution. Counsel for Triadou can be available at the Court's convenience, but has confirmed with counsel for Almaty/BTA and the Khrapunovs that they can be available at 10:00 a.m. tomorrow morning, Tuesday, May 15, 2018, if the Court is available at that time. If the Court is not available at that time, Triadou respectfully requests that it schedule a teleconference as soon as practicable to address these issues.

APPLICATION GRANTED:
A telephone conference in this matter is scheduled for **Tuesday, May 15, 2018 at 1:15 p.m.**
Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.
Counsel for Triadou is directed to serve a copy of this Order on the pro se Defendant Mukhtar Ablyazov.

Respectfully submitted,

*s/ Deborah A. Skakel*
Deborah A. Skakel

**SO ORDERED:**                                  ECF 672).

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
5-14-18