# EXHIBIT B



10 East 40th Street
New York, New York 10016

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

May 8, 2018

<u>VIA EMAIL</u>

Peter Skinner
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et. al.*,
Case No. 15-CV-5345 (AJN)

Dear Mr. Skinner:

We have received your letter of May 3, 2018 regarding sanctions payments and provided a copy of the letter to our client, Ilyas Khrapunov. Mr. Khrapunov is aware of the total amount due under the Court's April 30, 2018 order (ECF No. 628) and the deadline by which you requested payment.

Due to the size of the sum in question, Mr. Khrapunov requests that he be permitted to make payments to Boies Schiller Flexner LLP in quarterly installments, the first of which would be wired on May 18, 2018, continuing at three month markers thereafter.

Please let us know if this arrangement is agreeable to you.

Sincerely,

John J. Kenney

cc: All Counsel of Record (via email)