# EXHIBIT C

**Jessica Kaplove**

| | |
|---|---|
| **From:** | Daniel Boyle <DBoyle@BSFLLP.com> |
| **Sent:** | Tuesday, May 08, 2018 9:58 AM |
| **To:** | Allison Angel |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com |
| **Subject:** | RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345) |

Allison,

Thank you for your letter. I believe this narrow the issues significantly, but we still have a few points of discussion. If you're available, let's plan to speak at 4pm today.

-Dan

---

**From:** Allison Angel [mailto:aangel@hnrklaw.com]
**Sent:** Monday, May 7, 2018 6:16 PM
**To:** Daniel Boyle
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

As promised, please see the attached and let us know when you would like to meet and confer. We are available tomorrow after 3PM. Thanks.

---

**From:** Daniel Boyle [mailto:DBoyle@BSFLLP.com]
**Sent:** Monday, May 07, 2018 1:11 PM
**To:** Allison Angel
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

Allison-

We'll await your letter and revert then.

-Dan Boyle

---

**From:** Allison Angel [mailto:aangel@hnrklaw.com]
**Sent:** Monday, May 7, 2018 12:19 PM
**To:** Daniel Boyle
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

Hi Dan,

We are going to get a letter out to you today on the remaining Kazaword documents and questions. I think it would make most sense for you review that letter before we have the call. We are available between 3 and 5 tomorrow for a meet and confer. Does that work for you?

---

**From:** Daniel Boyle [mailto:DBoyle@BSFLLP.com]
**Sent:** Monday, May 07, 2018 12:00 PM
**To:** Allison Angel
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

Allison –

To keep moving this forward, is your team available to meet and confer this afternoon on the Kazaword issue? We can be available between 2 and 4.

Regards,
-Dan Boyle

---

**From:** Daniel Boyle
**Sent:** Thursday, May 3, 2018 10:52 PM
**To:** 'Allison Angel'
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

Allison-

I think we would be fine consenting to a one-week extension, so we can meet and confer Monday morning and keep discussing this issue. We can put in a short letter to the Court requesting the extension tomorrow.

Regards,
Dan

---

**From:** Allison Angel [mailto:aangel@hnrklaw.com]
**Sent:** Thursday, May 3, 2018 7:26 PM
**To:** Daniel Boyle
**Cc:** Matthew L. Schwartz; Peter Skinner; Craig Wenner; Skakel, Deborah (DSkakel@blankrome.com); Hassid, Alex (AHassid@blankrome.com); Michaelson, Robyn (RMichaelson@blankrome.com); John Kenney; John Curley; beau.barnes@kobrekim.com
**Subject:** RE: City of Almaty, et ano v. Ablyazov, et al, (15-cv-5345)

Dan,

Would you consent to pushing this out one week? We are available to meet and confer on Monday morning, and can file our joint letter to the Court on Friday, May 11th. Please let me know if this acceptable to you and, if so, what your availabilities on Monday are.

Thanks,
Alli