●AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK
　　　　　　　Plaintiff (s),

v.

ABLYAZOV, ET AL
　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-05345(AJN)(KHP)

Notice is hereby given that, subject to approval by the court, VIKTOR & ILYAS KHRAPUNOV substitutes
(Party (s) Name)

ANDREW T. SOLOMON , State Bar No. 2758597 as counsel of record in
(Name of New Attorney)

place of HOGUET NEWMAN REGAL & KENNY, LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
　Firm Name:　　SOLOMON & CRAMER LLP
　Address:　　　1441 BROADWAY, SUITE 6026
　Telephone:　　(212) 884-9102　　　　Facsimile (516) 368-2896
　E-Mail (Optional):　ASOLOMON@SOLOMONCRAMER.COM

I consent to the above substitution.
Date: 5/21/2018

VIKTOR KHRAPUNOV
(Signature of Party (s))

I consent to being substituted.
Date: 5/21/18

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/21/2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/22/18

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK
　　　　　　　　Plaintiff(s),
V.
ABLYAZOV, ET AL
　　　　　　　　Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-05345(AJN)(KHP)

Notice is hereby given that, subject to approval by the court, **VIKTOR & ILYAS KHRAPUNOV** substitutes
(Party (s) Name)

**ANDREW T. SOLOMON**, State Bar No. **2758597** as counsel of record in
(Name of New Attorney)

place of **HOGUET NEWMAN REGAL & KENNY, LLP**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
　　Firm Name:　　SOLOMON & CRAMER LLP
　　Address:　　1441 BROADWAY, SUITE 6026
　　Telephone:　　(212) 884-9102　　Facsimile (516) 368-2896
　　E-Mail (Optional):　　ASOLOMON@SOLOMONCRAMER.COM

I consent to the above substitution.
Date: 5/21/2018
(Signature of Party (s))

I consent to being substituted.
Date: 5/21/18
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/21/2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/22/18
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]