# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:   (212) 885-5148
Fax:     (917) 591-7897
Email:   dskakel@blankrome.com

May 24, 2018

**VIA EMAIL**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
      *No. 15-CV-5345 (AJN)(KHP)*

Dear Judge Parker:

We represent Triadou SPV S.A. ("Triadou") and write to respectfully request a technology order for the settlement conference currently scheduled for June 1, 2018. We will endeavor to bring copies of documents we anticipate referencing, but believe the conferences will proceed most efficiently if we are able to pull up other evidence as needed. We therefore ask the Court to so order the attached application for certain attorneys to bring personal electronic devices into the Courthouse, to be used only in a manner consistent with the Court's technology Standing Order.

Thank you for your consideration.

Respectfully submitted,

*s/ Deborah A. Skakel*
Deborah A. Skakel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  City of Almaty, Kazakhstan, et ano v. Mukhtar Ablyazov, et al.
_____, No. 15-cv-5345 .

The date(s) for which such authorization is provided is (are)  June 1, 2018

| Attorney | Device(s) |
|---|---|
| 1. Deborah Skakel | Surface/laptop |
| 2. Alex Hassid | Surface/laptop, cellphone |
| 3. Robyn Michaelson | Surface/laptop, wireless hotspot |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014