UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　　　　　　　　Defendants. | **ORDER**<br><br>1:15-CV-05345 (AJN) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

　　　　Currently before the Court is the City of Almaty, Kazakhstan and BTA Bank's ("the Kazakh Entities") motion for an order permitting the Kazakh Entities to share the deposition transcripts of Ilyas and Viktor Khrapunov, which the Khrapunovs have designated as Confidential, with the lawyers representing the City of Almaty in an action in the Central District of California (the "California Action"). (Doc. 684.) For the reasons stated below, the Kazakh Entities' motion is DENIED.

　　　　The parties in the California Action are disputing the form of the future depositions of the Khrapunovs, including who will take the deposition and whether the depositions will take place under the Hague Convention. As the depositions are part of the California Action, the California court is the proper court to resolve this dispute. This Court will not interfere with case management of an action that is not before it.

　　　　Further, according to counsel for the Khrapunovs, the discussions have not yet reached an impasse, and the City of Almaty's concerns may be alleviated without court intervention. (Doc. 688.)

1

Accordingly, the Kazakh Entities' motion is DENIED. The Kazakh Entities' request to seal its motion and accompanying exhibits, which contain portions of deposition transcripts that have been designated Confidential, is GRANTED.

**SO ORDERED.**

Dated:   May 24, 2018
         New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge