

Peter M. Skinner<br>
Tel.:  (212) 303-3654<br>
E-mail:  pskinner@bsfllp.com

May 25, 2018

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
             **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to update the Court on the Kazakh Entities' subpoena to Wells Fargo.

      As explained in the Kazakh Entities' last update, on May 18, 2018, counsel to Mr. Petelin completed his review of the handwritten Wells Fargo records. [*See* ECF No. 680.] Counsel to the Kazakh Entities and Mr. Petelin conferred on May 21 regarding the responsive names, and Mr. Petelin wrote a letter to the Kazakh Entities on May 22 withdrawing his privacy objections to the production of records relating to all responsive names but one. The parties then conferred on May 24, and the Kazakh Entities explained again the relevance of the last name. The Kazakh Entities expect a final response from Mr. Petelin on this last remaining name shortly.

      As before, the Kazakh Entities respectfully request that the Court reserve decision on Mr. Petelin's objection to the production of unredacted Wells Fargo records. With the Court's permission, the Kazakh Entities will provide another update to the Court on the last remaining name in dispute by June 1, 2018.

Respectfully,<br><br>
  /s/ Peter M. Skinner<br>
Peter M. Skinner

cc:    All counsel of record (by ECF)