# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:   (212) 885-5148
Fax:     (917) 591-7897
Email:   dskakel@blankrome.com

May 29, 2018

**VIA ELECTRONIC MAIL & ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York  10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             **Case No. 15-CV-5345 (AJN) (KHP)**

Dear Judge Nathan:

      We represent Triadou SPV S.A. ("Triadou") and write pursuant to the Court's Individual Practices to respectfully request that the Court accept for filing under seal Triadou's enclosed letter and accompanying exhibit concerning its affiliate's real property in Syracuse, New York.  As required by Section III(d) of the Court's Individual Practices, Triadou has submitted a version of its letter with highlights reflecting proposed redactions, and will electronically file the proposed redacted version of its letter.  Triadou has also submitted sealed copies of its letter and exhibit.

      Triadou respectfully requests the sealing of its letter and the accompanying exhibit for the same reasons as set forth in its original requests to seal its May 4, 2018 Letter and May 10, 2018 Letter-Response—which were granted, (ECF 654 and 659)—including because Triadou's letter and exhibit reference sensitive commercial information concerning a non-party to this suit.  Triadou has tailored its proposed redactions to be as narrow as possible to afford these protections.

      In accordance with the Federal Rules of Civil Procedure, the Stipulated Protective Order, and the Court's prior orders granting sealing of letters and exhibits, Triadou respectfully requests that its letter and accompanying exhibit be filed under seal.

                            Respectfully submitted,

                            *s/ Deborah A. Skakel*
                            Deborah A. Skakel

cc:   All Counsel of Record (*via* email)