**BLANKROME**

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

*Phone:  (212) 885-5148*
*Fax:     (917) 591-7897*
*Email:   dskakel@blankrome.com*

May 29, 2018

**VIA ECF & EMAIL**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

      Re:  *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
            No. 15-CV-5345 (AJN)(KHP)

Dear Judge Parker:

    We represent Triadou SPV S.A. ("Triadou") and submit this letter in connection with Judge Nathan's referral to this Court of letters submitted by Triadou and Almaty/BTA regarding a property in Syracuse, New York that is owned by Triadou's affiliate, Syracuse Center LLC. (ECF 665, 668, 671). Specifically, we write to provide the Court with ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

    Triadou is providing this information only to confirm its earlier representations and to facilitate the Court's decision on this matter, which remains urgent.

                                                     Respectfully submitted,

                                                     *s/ Deborah A. Skakel*
                                                     Deborah A. Skakel

---

[1] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.