```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-11-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                               Plaintiffs,                            **ORDER**

          -against-                             15-CV-05345 (AJN) (KHP)

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of Plaintiffs' request to file the letter-motion requesting de-designation of the confidential deposition transcripts of Ilyas and Viktor Khrapunov (doc. 684) under seal; Plaintiffs' request to file its letter seeking permission to take certain depositions (doc. 693) under seal; Defendant Triadou's request to file its letter concerning the Syracuse property (doc. 699) under seal; and Defendants Khrapunovs' response (doc. 709) to Plaintiffs' letter seeking permission to take certain depositions (doc. 693) under seal. The Court hereby GRANTS these sealing requests.

      The Court finds that these sealing requests meet the standard for sealing set forth by the Second Circuit. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 141 (2d Cir. 2016); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

      The parties need not do anything further with respect to these sealing requests, as the Court will file the documents under seal.

**SO ORDERED**.

Dated: June 11, 2018
       New York, New York

                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge