

Peter M. S[...]
Tel.: (212[...]
E-mail: p[...]

June 7, 20[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2018

**BY ECF**

The Honorab[...]
United States [...]
Southern Dis[...]
500 Pearl Str[...]
New York, N[...]

**MEMO ENDORSED**

Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
**Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to update the Court on the Kazakh Entities' subpoena to Wells Fargo pursuant to Your Honor's memo endorsement last week [ECF No. 697].

Tuesday evening, counsel for Gennady Petelin informed the Kazakh Entities that Petelin withdrew his objection to the production of records relating to the last name in dispute. As a result, Wells Fargo must now produce records responsive to the Kazakh Entities' second list of 170 names. Wells Fargo identified text-searchable hits, but for the handwritten records, counsel to Petelin conducted a manual review. Wells Fargo has indicated it is waiting for a "list certain" for the handwritten records before it should be required to produce documents.

Accordingly, the Kazakh Entities ask that the Court direct Petelin to identify no later than Friday, June 8, 2018, the responsive names and corresponding bates ranges for those handwritten records that the parties agree Wells Fargo should produce in addition to the text-searchable hits that Wells Fargo identified.

Respectfully,

/s/ Peter M. Skinner
_____
Peter M. Skinner

cc: Kenneth Rudd, counsel to Wells Fargo (via ECF)

**APPLICATION GRANTED IN PART**:

By <u>Wednesday, June 13, 2018</u>, Petelin shall identify the responsive names and corresponding bates ranges for the handwritten records that the parties agree Wells Fargo should produce.

SO ORDERED:

*/s/ Katharine H. Parker*   6/11/2018

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

BOIES SCHILLER FLEXNER LLP
[...] Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com