UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC, <br><br> Plaintiffs, <br><br> v. <br><br> MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV and TRIRDOU SPV S.A., <br><br> Defendants. | No. 15-cv-05345(AJN)(KHP) <br><br> **NOTICE OF MOTION** |

---

PLEASE TAKE NOTICE that upon the Declaration of Andrew T. Solomon, dated June 20, 2018, the exhibits thereto, the accompanying memorandum of law, and all prior proceedings had herein, defendant Viktor Khrapunov, through his counsel, Solomon & Cramer LLP, will move this Court, before the Honorable Alison J. Nathan, at the U.S. District Court for the Southern District of New York located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, granting his renewed motion to dismiss the Second Amended Crossclaims [ECF 433] of plaintiffs BTA Bank, JSA and the City of Almaty.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within 14 days after service of this motion.

Dated: New York, New York
June 20, 2018

SOLOMON & CRAMER LLP
*Counsel for Defendants Viktor Khrapunov and Ilyas Khrapunov*

By: /s/Andrew T. Solomon
    Andrew Todd Solomon
1441 Broadway, Suite 6026
New York, New York 10018
t: (212) 884-9102
f: (516) 368-3896
asolomon@solomoncramer.com