# EXHIBIT D

Confidential / Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,
                            Plaintiffs,
     -vs-          Case Number:
                        15 Civ. 5345
                        (AJN)(SN)
MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,
ILYAS KHRAPUNOV and TRIADOU SPV SA,

                            Defendants.
-------------------------------------------

CONFIDENTIAL

VIDEOTAPED DEPOSITION
OF
MARC GILLIERON
TUESDAY, OCTOBER 3, 2017
9:30 a.m.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by: Adrienne M. Mignano, RPR



Confidential / Attorneys' Eyes Only

Page 47

```
 1                   Gillieron
 2   liability company?
 3        A    No.  It is a limited company.
 4   Well, I don't know if you have this form
 5   in the U.S., but --
 6             MR. HASSID:  I'm going to
 7        belatedly object to that question just
 8        to get it on record.
 9        Q    Am I correct that Helvetic
10   Capital was formed in Switzerland under
11   Swiss law?
12        A    Correct.
13        Q    When did you first meet Viktor
14   Khrapunov?
15        A    I think I met him -- he attended
16   one of the meetings I had with his wife.
17        Q    When was that meeting?
18        A    I don't remember, but he was
19   there quite regularly.  Probably the first
20   time in 2006.
21        Q    Does Mr. Khrapunov speak
22   English?
23        A    No.
24        Q    Does Leila speak English?
25        A    A little bit, yes.
```

