# EXHIBIT E

```
                    *** CONFIDENTIAL ***
 1                    STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2
     ---------------------------------
 3   CITY OF ALMATY, KAZAKHSTAN,
     and BTA BANK JSC,
 4
                              Plaintiffs,
 5              v.

 6   MUKHTAR ABLYAZOV, ILYAS,
     KHRAPUNOV, VIKTOR KHRAPUNOV
 7   and TRIADOU SPV SA,

 8                        Defendants.
     ---------------------------------
 9
                          Case No. 1:15-cv-05345
10
                         -----------------------
11

12              Videotaped deposition of:

13
                        ILYAS KHRAPUNOV
14                         (Vol. II)

15             taken at the offices of:

16                         LaLive
                     35 Rue de la Mairie
17                       1211 Geneva
                         Switzerland
18
                 on Friday, February 2nd, 2018
19                  commencing at 8.40 am

20

21                      -----------------------

22

23

24

25
```

 1            A.   I held that position -- I don't actually
 2   recollect exact time, but I held it at least for
 3   a couple of years, at which -- at which point there
 4   was another CEO brought in and I took the position of
 5   Chairman I believe.
 6            Q.   Was there any specific reason for that
 7   change?
 8            A.   I believe that I would be better served
 9   as a Chairman, you know, looking over strategic
10   development of SDG and -- and I took -- I found and
11   employed a very senior and seasoned person to run the
12   company as CEO.
13            Q.   Who was that?
14            A.   That was Nicolas Garnier.
15            Q.   Now in your -- both in your role as CEO
16   and as Chairman were you making unilateral decisions
17   about SDG Capital and Swiss Development Group or were
18   you making them in concert with the board?
19            MR SCHWARTZ:   Objection.
20            A.   I tried to make important decisions in
21   concert with the board.
22            MR HASSID:   With respect to the management
23   of Swiss Development Group and SDG Capital did Mukhtar
24   Ablyazov have any role?
25            A.   No.

```
 1              Q.  What about Viktor Khrapunov?
 2              A.  No.
 3              Q.  They never held any positions --
 4   officer, employee, consultant, anything like that --
 5   with the company?
 6              A.  No, they haven't.
 7              Q.  Did they make any decisions about
 8   investments the company would or would not make?
 9              A.  No, they have not.
10              Q.  Now you said I think that you were CEO
11   and at some point that changed to Chairman.  Did there
12   come a time when your position changed again?
13              A.  Yes.  I might have -- it doesn't work
14   exactly the same as in the US, but I would be
15   equivalent at some point as a board member and then --
16   and then at some point I quit being on the board and
17   I sort of continued being more of an adviser to the
18   board.
19              Q.  Was that before the sale to Mr Glatz?
20              MR SCHWARTZ:  Objection.
21              A.  I believe that was before the sale to
22   Mr Glatz.
23              MR HASSID:  Okay.  Why did you remove
24   yourself from the board and act -- and into an adviser
25   role?
```