# EXHIBIT F

```
                        *** CONFIDENTIAL ***
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2
     ---------------------------------
 3   CITY OF ALMATY, KAZAKHSTAN,
     and BTA BANK JSC,
 4
                                    Plaintiffs,
 5              v.

 6   MUKHTAR ABLYAZOV, ILYAS,
     KHRAPUNOV, VIKTOR KHRAPUNOV
 7   and TRIADOU SPV SA,

 8                                  Defendants.
     ---------------------------------
 9
                          Case No. 1:15-cv-05345
10
                       ------------------------
11

12              Videotaped deposition of:

13
                          VIKTOR KHRAPUNOV
14                           (Vol. II)

15              taken at the offices of:

16                           LaLive
                        35 Rue de la Mairie
17                         1211 Geneva
                           Switzerland
18
                on Wednesday, January 31st, 2018
19                    commencing at 9.06 am

20

21                     ------------------------

22

23

24

25
```

| | | |
|---|---|---|
| 1 | MR SCHWARTZ:  What do you understand Ilyas' | 10:38:48 |
| 2 | business to be? | 10:38:50 |
| 3 | MR HASSID:  Objection to form. | 10:39:09 |
| 4 | A.  What do you mean by the word "how" or | 10:39:10 |
| 5 | "what"? | 10:39:12 |
| 6 | MR SCHWARTZ:  What does Ilyas do for | 10:39:14 |
| 7 | a living? | 10:39:15 |
| 8 | MR HASSID:  Same objection.  Counsel, do you | 10:39:23 |
| 9 | mean presently or in the past? | 10:39:24 |
| 10 | MR SCHWARTZ:  Presently. | 10:39:27 |
| 11 | MR HASSID:  I was just wanted to clarify the | 10:39:28 |
| 12 | timing. | 10:39:30 |
| 13 | INTERPRETER:  I'm sorry.  I didn't hear what | 10:39:30 |
| 14 | you said. | 10:39:31 |
| 15 | MR HASSID:  I asked counsel whether he meant | 10:39:32 |
| 16 | presently or in the past.  He clarified that he meant | 10:39:34 |
| 17 | presently. | 10:39:37 |
| 18 | A.  I would ask you to ask this question to | 10:40:01 |
| 19 | Ilyas tomorrow.  I have never tried to get involved in | 10:40:03 |
| 20 | Ilyas' business.  I have not exercised any influence | 10:40:18 |
| 21 | on it.  The only thing I told him, that any business | 10:40:22 |
| 22 | must be exercised in compliance with the laws of | 10:40:40 |
| 23 | Switzerland, period. | 10:40:44 |
| 24 | Q.  What do you understand to be Ilyas' | 10:40:45 |
| 25 | business? | 10:40:49 |

| | | |
|---|---|---|
| 1 | A. Please again ask this question to him | 10:41:12 |
| 2 | directly tomorrow. I don't want to be involved in | 10:41:14 |
| 3 | trying to transform or transmit something that I am | 10:41:21 |
| 4 | unaware of. | 10:41:29 |
| 5 | Q. You are unaware of what Ilyas does for | 10:41:35 |
| 6 | a living? | 10:41:39 |
| 7 | A. Mr Schwartz, I would like to repeat | 10:42:00 |
| 8 | again I have never got interested or interfered in the | 10:42:02 |
| 9 | business exercised by my son Ilyas. He has been | 10:42:09 |
| 10 | living in Switzerland since the age of 14. He got a | 10:42:25 |
| 11 | Swiss education. He has been living and working in | 10:42:40 |
| 12 | Switzerland for twenty years. That is why I have | 10:42:43 |
| 13 | never got involved in his activities. He is an | 10:42:54 |
| 14 | independent autonomous person. | 10:42:59 |
| 15 | Q. Is -- | 10:43:03 |
| 16 | A. He is diligently exercising his business | 10:43:04 |
| 17 | and I am quite happy about it. | 10:43:15 |
| 18 | Q. Is Ilyas a real estate entrepreneur? | 10:43:18 |
| 19 | A. Maybe, yes. | 10:43:33 |
| 20 | Q. Maybe? | 10:43:34 |
| 21 | A. Maybe. | 10:43:36 |
| 22 | Q. You don't know? | 10:43:37 |
| 23 | A. I can imagine. | 10:43:43 |
| 24 | Q. You don't know whether your son Ilyas is | 10:43:47 |
| 25 | a successful real estate entrepreneur? | 10:43:49 |

| | | |
|---|---|---|
| 1 | Q. Have you ever worked with Mr Petelin? | 10:56:07 |
| 2 | A. No, I have not. | 10:56:12 |
| 3 | Q. Have you ever invested money with | 10:56:14 |
| 4 | Mr Petelin? | 10:56:16 |
| 5 | A. No. | 10:56:28 |
| 6 | Q. Have you ever worked with him on an | 10:56:29 |
| 7 | investment? | 10:56:30 |
| 8 | A. Never. | 10:56:39 |
| 9 | Q. Did he ever assist you in making an | 10:56:40 |
| 10 | investment or potentially making an investment? | 10:56:43 |
| 11 | A. Mr Schwartz, I have not been involved in | 10:56:58 |
| 12 | business activities, and we have relationships between | 10:57:00 |
| 13 | us as parents of two successful kids.  To prevent any | 10:57:14 |
| 14 | further questions from being asked, my relations with | 10:57:25 |
| 15 | Mr Petelin are the relationship between parents.  We | 10:57:38 |
| 16 | call each other.  We congratulate each other on the | 10:57:46 |
| 17 | occasion of birthday, other holidays, when we get our | 10:57:49 |
| 18 | grandchildren born.  We discuss political issues. | 10:57:55 |
| 19 | That's all. | 10:58:06 |
| 20 | Q. Would you describe your relationship | 10:58:07 |
| 21 | with Mr Petelin as purely social and familial then? | 10:58:10 |
| 22 | A. Correct.  I would call them as | 10:58:28 |
| 23 | parent-like, not family-like, relations. | 10:58:30 |
| 24 | Q. To your knowledge has your wife ever | 10:58:34 |
| 25 | done business or discussed doing business with | 10:58:38 |

| | | |
|---|---|---|
| 1 | (Off the record) | 15:47:51 |
| 2 | VIDEOGRAPHER:  Back on the record at 3.54. | 15:54:32 |
| 3 | Cross-examination by MR HASSID | 15:54:36 |
| 4 | MR HASSID:  Good afternoon, Mr Khrapunov. | 15:54:37 |
| 5 | My name is Alex Hassid and I represent defendant | 15:54:42 |
| 6 | Triadou in this case. | 15:54:46 |
| 7 | INTERPRETER:  Alex? | 15:54:49 |
| 8 | MR HASSID:  Hassid.  Now earlier you -- | 15:54:51 |
| 9 | Mr Schwartz asked you a lot of questions yesterday and | 15:54:56 |
| 10 | today.  I'm going to try not to repeat them, but I may | 15:54:59 |
| 11 | accidentally and it will be related to more questions | 15:55:03 |
| 12 | I'm going to ask.  So I apologise in advance.  If you | 15:55:05 |
| 13 | don't understand any of my questions, please let me | 15:55:22 |
| 14 | know and I'll try to rephrase them. | 15:55:25 |
| 15 | A.   Good. | 15:55:37 |
| 16 | Q.   So, as I said, I represent Triadou. | 15:55:39 |
| 17 | When Mr Schwartz was asking you questions before, | 15:55:42 |
| 18 | I believe you testified that you'd never heard of it. | 15:55:44 |
| 19 | Is that correct? | 15:55:46 |
| 20 | A.   Correct. | 15:56:00 |
| 21 | Q.   So you don't know who owned it? | 15:56:01 |
| 22 | A.   No, I do not. | 15:56:04 |
| 23 | Q.   And you're not familiar with any | 15:56:06 |
| 24 | investments it made? | 15:56:08 |
| 25 | MR SCHWARTZ:  Objection. | 15:56:14 |

| | | |
|---|---|---|
| 1 | A.  No, I'm not aware. | 15:56:20 |
| 2 | MR HASSID:  And were you involved in any | 15:56:21 |
| 3 | investments Triadou made? | 15:56:23 |
| 4 | MR SCHWARTZ:  Objection. | 15:56:27 |
| 5 | MR HASSID:  What's the basis for your | 15:56:27 |
| 6 | objection, counsellor? | 15:56:30 |
| 7 | MR SCHWARTZ:  He may -- that he may know | 15:56:32 |
| 8 | that he was involved in the investment but not that | 15:56:33 |
| 9 | Triadou was involved. | 15:56:37 |
| 10 | INTERPRETER:  I didn't get what Mr Schwartz | 15:56:39 |
| 11 | said.  It was too low.  I'm sorry. | 15:56:41 |
| 12 | MR SCHWARTZ:  I was explaining to Mr Hassid | 15:56:44 |
| 13 | why I was objecting. | 15:56:46 |
| 14 | MR HASSID:  Have you ever heard of the | 15:56:56 |
| 15 | Flatotel? | 15:56:57 |
| 16 | INTERPRETER:  Sorry? | 15:56:59 |
| 17 | MR HASSID:  Flatotel, F-L-A-T-O-T-E-L. | 15:56:59 |
| 18 | A.  Never heard of. | 15:57:05 |
| 19 | Q.  Have you ever heard of Cabrini Medical | 15:57:07 |
| 20 | Center? | 15:57:07 |
| 21 | A.  No. | 15:57:10 |
| 22 | Q.  Have you ever heard of Tri-County Mall? | 15:57:10 |
| 23 | A.  No. | 15:57:18 |
| 24 | Q.  Have you ever heard of Syracuse Center? | 15:57:18 |
| 25 | A.  Nyet. | 15:57:26 |

| | | |
|---|---|---|
| 1 | of red cards crossing borders, European borders? | 17:10:03 |
| 2 | A.  As of today, yes, because my name is | 17:10:22 |
| 3 | a red drafted name in the list of Interpol. | 17:10:33 |
| 4 | Q.  And it's your understanding that if | 17:10:37 |
| 5 | you're stopped because of a red card, the country that | 17:10:39 |
| 6 | stops you holds you until Kazakhstan has the right and | 17:10:43 |
| 7 | has the opportunity to, if they wish, to bring an | 17:10:45 |
| 8 | extradition proceeding? | 17:10:47 |
| 9 | MR SCHWARTZ:  Objection. | 17:10:53 |
| 10 | A.  Correct, or until the moment my Swiss | 17:11:09 |
| 11 | lawyers get involved and manage to save me from this. | 17:11:17 |
| 12 | If it doesn't happen, then what expects me in | 17:11:25 |
| 13 | Kazakhstan, it would be death for sure. | 17:11:32 |
| 14 | MR KENNEY:  Let me turn to another area. | 17:11:39 |
| 15 | Have you ever travelled to the state of New York in | 17:11:44 |
| 16 | the United States? | 17:11:46 |
| 17 | A.  Yes, I was in New York. | 17:11:58 |
| 18 | Q.  Do you remember the year? | 17:11:59 |
| 19 | A.  2001. | 17:12:06 |
| 20 | Q.  And what was the purpose of the trip? | 17:12:07 |
| 21 | A.  That was a delegation from the city of | 17:12:13 |
| 22 | Almaty, which visited the city of Tucson in the state | 17:12:16 |
| 23 | of Arizona.  That is our sister city, the sister city | 17:12:24 |
| 24 | of Almaty.  So we made a stopover in New York just to | 17:12:31 |
| 25 | have a look at New York. | 17:12:40 |

| | | |
|---|---|---|
| 1 | Q.  And how long were you in New York? | 17:12:42 |
| 2 | A.  Two days max. | 17:12:45 |
| 3 | Q.  Were you in the city of New York or | 17:12:47 |
| 4 | elsewhere in the state of New York? | 17:12:49 |
| 5 | A.  City of New York only. | 17:13:02 |
| 6 | Q.  And am I correct that the purpose of the | 17:13:03 |
| 7 | trip was acting on behalf of the Kazakhstan | 17:13:06 |
| 8 | government? | 17:13:09 |
| 9 | MR SCHWARTZ:  Objection. | 17:13:15 |
| 10 | A.  Correct.  I was the head of the | 17:13:21 |
| 11 | delegation. | 17:13:22 |
| 12 | MR KENNEY:  And was it from the country of | 17:13:23 |
| 13 | Kazakhstan or just from the city of Almaty? | 17:13:25 |
| 14 | A.  From the city of Almaty. | 17:13:32 |
| 15 | Q.  Because you were visiting your sister | 17:13:34 |
| 16 | city? | 17:13:39 |
| 17 | A.  Correct. | 17:13:41 |
| 18 | Q.  And in New York is it fair to say you | 17:13:42 |
| 19 | were acting as a tourist? | 17:13:44 |
| 20 | A.  Yes, but for one thing.  The ambassador | 17:13:57 |
| 21 | of Kazakhstan to the United States was escorting me. | 17:14:02 |
| 22 | So he was escorting me round.  So we together with him | 17:14:10 |
| 23 | went up to the 55th floor of the World Trade Centre, | 17:14:25 |
| 24 | those famous two towers.  So we were discussing with | 17:14:28 |
| 25 | the Director General of World Trade Organisation the | 17:14:40 |

| | | |
|---|---|---|
| 1 | prospects of Kazakhstan joining the World Trade | 17:14:45 |
| 2 | Organisation. | 17:14:51 |
| 3 | Q.  Do you remember the month in 2001? | 17:14:55 |
| 4 | A.  It was on 26th July 2001.  So I was | 17:14:59 |
| 5 | unable to resist the temptation and asked the | 17:15:15 |
| 6 | ambassador to go with me on the top of the building to | 17:15:20 |
| 7 | have a Manhattan view.  I was standing on the roof of | 17:15:23 |
| 8 | one of the two towers looking at the other that had | 17:15:36 |
| 9 | a huge antenna on top of it and it was a complete | 17:15:38 |
| 10 | beauty, and then on 11th September this dramatic thing | 17:15:51 |
| 11 | happened when we were all watching TV.  I was watching | 17:15:59 |
| 12 | the tower slowly going down with an antenna on top of | 17:16:12 |
| 13 | it and that was exactly the antenna I was watching | 17:16:20 |
| 14 | from the top of the other, and it was only, say, | 17:16:24 |
| 15 | a month after I was on top of one of these towers.  So | 17:16:30 |
| 16 | I just imagined that I could have been that chosen on | 17:16:37 |
| 17 | that moment. | 17:16:45 |
| 18 | So I -- I would add to this while we are | 17:16:46 |
| 19 | discussing when this happened in the States, I as a | 17:16:53 |
| 20 | Mayor of Almaty made arrangements to increase security | 17:17:09 |
| 21 | and safety measures at the perimeter of the US | 17:17:14 |
| 22 | Embassy.  Larry Nepper was the US ambassador in Almaty | 17:17:19 |
| 23 | at that time.  So he approached me in order to get | 17:17:26 |
| 24 | a permit in put metal blocks, huge metal valves, | 17:17:40 |
| 25 | around the perimeter of the embassy. | 17:17:45 |

| | | |
|---|---|---|
| 1 | Q. It must have been a great shock for you. | 17:17:48 |
| 2 | A. Absolutely. | 17:17:52 |
| 3 | Q. And you learned certain things from it | 17:17:53 |
| 4 | which you implemented in Almaty. That is very | 17:17:55 |
| 5 | interesting. | 17:17:57 |
| 6 | A. Correct. In one day I fulfilled all the | 17:18:11 |
| 7 | procedure to give this permit to Larry Nepper. | 17:18:13 |
| 8 | I summoned the heads of the Land Committee, | 17:18:19 |
| 9 | Architecture Committee. | 17:18:22 |
| 10 | Q. So now I want to keep you in New York | 17:18:25 |
| 11 | for a minute, if you don't mind. | 17:18:26 |
| 12 | A. Thank you for that. | 17:18:33 |
| 13 | Q. When you were in New York, you didn't | 17:18:34 |
| 14 | conduct any business of any kind, albeit political or | 17:18:35 |
| 15 | diplomatic? | 17:18:39 |
| 16 | A. But for this discussion with the | 17:18:54 |
| 17 | Director General of the WTO -- | 17:18:56 |
| 18 | Q. Right. | 17:18:59 |
| 19 | A. -- when we were discussing prospects of | 17:18:59 |
| 20 | Kazakhstan accessing to WTO. | 17:19:02 |
| 21 | Q. Yes. So you were talking about on | 17:19:05 |
| 22 | behalf -- you were talking about doing something | 17:19:09 |
| 23 | that's good for Almaty -- right -- politically and | 17:19:10 |
| 24 | internationally? | 17:19:14 |
| 25 | A. Correct. | 17:19:26 |

| | | |
|---|---|---|
| 1 | Q.  And then do you go from there to -- let | 17:19:26 |
| 2 | me withdraw that. | 17:19:29 |
| 3 | Did you stop in Washington DC on this trip? | 17:19:31 |
| 4 | A.  I can't remember.  I was in Washington | 17:19:52 |
| 5 | back in 1995 when I used to be the Minister of Energy. | 17:19:54 |
| 6 | No, no, no.  I'm completely wrong.  Yes, we did went | 17:20:05 |
| 7 | to Washington, because at that very period the | 17:20:08 |
| 8 | ambassador was inaugurating a new building of our | 17:20:12 |
| 9 | embassy in Washington DC.  So I was a part of this | 17:20:16 |
| 10 | inauguration procedure, inauguration of the new | 17:20:28 |
| 11 | building of Kazakhstan in Washington DC. | 17:20:32 |
| 12 | Q.  And did you do anything else in | 17:20:37 |
| 13 | Washington that you can recall besides attend the | 17:20:38 |
| 14 | opening of the embassy? | 17:20:40 |
| 15 | A.  Together with the ambassador we drove to | 17:20:56 |
| 16 | a neighbouring town where he made arrangements for | 17:20:59 |
| 17 | a meeting with five to six senators.  So it was a kind | 17:21:07 |
| 18 | of private chat we had, refreshments brought.  So we | 17:21:12 |
| 19 | were discussing politically just the state of affairs | 17:21:25 |
| 20 | in Kazakhstan.  That's it.  That's all I did in | 17:21:28 |
| 21 | Washington. | 17:21:35 |
| 22 | Q.  Did you go -- do you remember if you | 17:21:37 |
| 23 | went from New York to Washington and then to Tucson, | 17:21:39 |
| 24 | Arizona? | 17:21:43 |
| 25 | A.  Correct. | 17:21:47 |

| | | |
|---|---|---|
| 1 | Q.  And did you stop any place else in the | 17:21:48 |
| 2 | United States during that trip? | 17:21:50 |
| 3 | A.  No.  We flew to the airport at Phoenix | 17:21:59 |
| 4 | and then in Phoenix we took cars and we drove up to | 17:22:06 |
| 5 | Tucson and then we flew back from Phoenix.  We flew | 17:22:12 |
| 6 | back to Kazakhstan. | 17:22:21 |
| 7 | Q.  When you were in -- when you were in | 17:22:24 |
| 8 | Phoenix, am I correct that you attended some | 17:22:25 |
| 9 | celebrations as with -- as with your sister city?  Let | 17:22:29 |
| 10 | me withdraw that. | 17:22:40 |
| 11 | When you were in Tucson -- yes -- when you | 17:22:41 |
| 12 | were in Tucson, did you attend certain events and | 17:22:47 |
| 13 | celebrations in honour of the relationship between the | 17:22:49 |
| 14 | two cities? | 17:22:52 |
| 15 | A.  Correct.  The Mayor of Tucson organised | 17:23:07 |
| 16 | an event.  There were many people who knew Kazakhstan | 17:23:10 |
| 17 | very well, who were helping handicapped people, | 17:23:21 |
| 18 | sending garments, you name it.  They were sending | 17:23:28 |
| 19 | sewing machines, necessary tools for the enterprises | 17:23:35 |
| 20 | employing handicapped people to be able to work. | 17:23:40 |
| 21 | I must say that it was a very warm welcome and I do | 17:23:44 |
| 22 | remember these friendly people.  I was ecstatic about | 17:23:51 |
| 23 | it. | 17:23:57 |
| 24 | Q.  Now you flew then from Tucson to Almaty. | 17:23:58 |
| 25 | Is that correct? | 17:24:02 |

| | | |
|---|---|---|
| 1 | A.  This I cannot tell. | 17:24:12 |
| 2 | Q.  Did you go back to Phoenix and fly | 17:24:14 |
| 3 | perhaps? | 17:24:16 |
| 4 | A.  I can't tell.  Maybe we flew direct to | 17:24:22 |
| 5 | New York, then took a plane to go to Europe, then from | 17:24:26 |
| 6 | somewhere in Europe we flew back to Kazakhstan. | 17:24:35 |
| 7 | Q.  So you were flying commercial planes. | 17:24:39 |
| 8 | Is that correct? | 17:24:41 |
| 9 | A.  Sure. | 17:24:45 |
| 10 | Q.  So you weren't flying Kazakhstan's | 17:24:45 |
| 11 | official air or anything like that? | 17:24:47 |
| 12 | MR SCHWARTZ:  Objection. | 17:24:50 |
| 13 | A.  No, just a regular airline. | 17:24:55 |
| 14 | MR KENNEY:  So following -- following that | 17:25:00 |
| 15 | trip, have you been in the state of New York at any | 17:25:02 |
| 16 | time since then? | 17:25:05 |
| 17 | A.  No, never. | 17:25:14 |
| 18 | Q.  Have you been in the United States any | 17:25:14 |
| 19 | time after July? | 17:25:17 |
| 20 | A.  No, I have not -- | 17:25:24 |
| 21 | Q.  Do you have any business -- | 17:25:26 |
| 22 | A.  -- unfortunately. | 17:25:27 |
| 23 | Q.  We'll welcome you back. | 17:25:29 |
| 24 | A.  Thank you for that. | 17:25:32 |
| 25 | Q.  We'll welcome you back in the future. | 17:25:35 |

| | | |
|---|---|---|
| 1 | A. Thank you very much. | 17:25:38 |
| 2 | Q. Do you have any businesses in the United | 17:25:40 |
| 3 | States? | 17:25:41 |
| 4 | A. No. | 17:25:50 |
| 5 | Q. Do you have any bank account in the | 17:25:50 |
| 6 | United States or in the state of New York? | 17:25:52 |
| 7 | A. No. | 17:26:01 |
| 8 | Q. Do you own any real estate in the state | 17:26:01 |
| 9 | of New York? | 17:26:04 |
| 10 | A. No. | 17:26:10 |
| 11 | Q. Would that include -- do you have any | 17:26:11 |
| 12 | homes in New York? | 17:26:13 |
| 13 | A. No. | 17:26:15 |
| 14 | Q. Do you have any property in New York? | 17:26:15 |
| 15 | A. No. I live here. | 17:26:26 |
| 16 | Q. Do you have any contact in New York | 17:26:27 |
| 17 | other than perhaps with your family in California on | 17:26:28 |
| 18 | WhatsApp? | 17:26:32 |
| 19 | MR SCHWARTZ: Objection. | 17:26:34 |
| 20 | A. No. Apart from my relatives nobody | 17:26:46 |
| 21 | else. | 17:26:51 |
| 22 | MR KENNEY: Okay. Thank you. Excuse me | 17:26:52 |
| 23 | a minute. | 17:26:59 |
| 24 | Could you remind me what is your | 17:27:18 |
| 25 | relationship with Gennady Peletin (sic) -- Petelin? | 17:27:21 |