# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,


                    Plaintiffs,


vs.                           INDEX NO.:  15 Civ. 5345
                                    (AJN) (SN)
MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV and
TRIADOU SPV SA,


                    Defendants.
_____/


            DEPOSITION OF:   LUIGI ROSABIANCA
                             DIN #:  16R1912
                             555 Devils Den Road
                             Altona, NY  12910


            DATE:            January 17, 2018
            TIME:            10:00 a.m. to 3:01 p.m.
            LOCATION:        Altona Correctional Facility
                             555 Devils Den Road
                             Altona, NY  12910
            TAKEN BY:        Counsel for the Plaintiffs



Page 33

1      Q      Had you ever met Ilyas Khrapunov?

2      A      No.

3      Q      Have you ever heard of him?

4      A      No.

5      Q      Viktor Khrapunov?

6      A      No.

7             MS. MICHAELSON:  Objection.  I don't

8             know -- sorry, vague.

9      Q      Sorry.  Have you ever met Viktor

10 Khrapunov?

11     A      I have not.

12     Q      Have you ever heard of Viktor Khrapunov?

13     A      No.

14     Q      Have you ever met Mukhtar Ablyazov?

15     A      I have not.

16     Q      Have you ever heard of Mukhtar Ablyazov?

17     A      I have not.  But just to clarify, I have

18 not heard of him prior to these exchanges.

19     Q      By these exchanges --

20     A      I'm going back to our -- your package

21 sent to me in mid December as well as our several

22 conversations.  That's when I was first made aware

23 of these people.

24     Q      And have you ever met Felix Sater?

