```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,
                              Plaintiffs,

            -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                              Defendants.
-----------------------------------------------------------------X

-----------------------------------------------------------------X
TRIADOU SPV S.A.
                              Plaintiff,

            -against-

KEVIN MEYER

                              Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-21-2018

**ORDER**

15-CV-05345

**ORDER**

18-MC-275

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant Triadou SPV S.A.'s ("Triadou") motion to compel Kevin Meyer to produce a clawed back document. The Court cannot resolve the pending motion without reviewing the document at issue. Mr. Meyer is hereby directed to produce the document to the Court for *in camera* review by **Wednesday, July 11, 2018**.

Triadou is directed to serve a copy of this Order on Mr. Meyer and on Mr. Meyer's counsel, Mintz & Gold LLP.

SO ORDERED.

Dated: June 21, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge