send email login



Home Products Clients Sign Up Support About Us

**Support**
FAQ
Quick Tour
User's Guide
CryptoHeaven Security
Connectivity
Data Protection
User Feedback
Service Agreement
Privacy Policy
Search

Tell a Friend
Signup/Upgrade Account

## Frequently Asked Questions

Frequently asked questions were moved to our Support Center.

What is CryptoHeaven?
What is the difference between CryptoHeaven and Hotmail?
What is the difference between CryptoHeaven and x-drive?
I have sent hundreds of e-mail messages. Why do I need to encrypt them now?
What is encryption?
Why is there no spam on CryptoHeaven?
Why is CryptoHeaven not a "Free" Service?
Who benefits from CryptoHeaven?

### What is CryptoHeaven?

CryptoHeaven is the premier provider of secure email hosting and encrypted email hosting. The automatic and transparent encryption ensure end-to-end security that is unmatched in the industry. Software and web browser compatibility provides access to your secure email account from any Internet connected computer.

Messages and documents sent through or stored on our system are private and confidential. You write a message and we securely deliver it to the recipient. You upload a file and we securely store it "for your eyes only" viewing. Nobody, not even the government has the ability to intercept the content of your account. For more detailed information regarding security built into our system see CryptoHeaven Security.

### What is the difference between CryptoHeaven and Hotmail?

CryptoHeaven is fully encrypted **"for your eyes only"** private secure email hosting provider. Hotmail, as well as most free and paid e-mail services is wide open to hackers, snoops, government, government spy agencies, and practically anyone who wants to get at your messages.

CryptoHeaven is a private secure email hosting provider, it is much more then an e-mail service, it is a secure communications and storage solution. With CryptoHeaven, your communication and files are safe and encrypted from the moment you send them to our system. Having complete logs of all transmissions made and all of the data stored on our servers, but lacking account access codes, does not give access to the plain-text information content.

### What is the difference between CryptoHeaven and x-drive?

One of CryptoHeaven's integrated services - CryptoVault - facilitates secure storage of your documents. Unlike other services, CryptoHeaven provides extremely strong cryptography and security for all your documents. In addition, CryptoHeaven allows you to securely distribute digital documents electronically.

### I have sent hundreds of e-mail messages. Why do I need to encrypt them now?

Many people who use traditional e-mail systems assume the e-mail they send is private. This is simply not the case. A message sent by a user travels in plain text (i.e.. easily readable) from the originating computer to a mail server. It is stored on a server as text and subsequently forwarded from one mail server to another until it reaches the destination. Messages are stored on the servers for days, sometimes weeks and months. Most servers do daily backups, storing your messages on tapes for even longer periods of time. Once your message is sent it can be intercepted, copied and

Cited in City of Almaty v Ablyazov 1:15cv05345 Decided 3/5/18
Archived on 3/12/18
This document is protected by copyright.
Further reproduction is prohibited without permission.

stored. You don't know who has access to what may be your sensitive information. Refer to our Security section for more information.

### What is encryption?

Encryption is a procedure used in cryptography to convert plaintext into ciphertext in order to prevent any but the intended recipient from reading the data.

### Why is there no spam on CryptoHeaven?

CryptoHeaven is a private secure email hosting provider. You have the complete control over your account. You explicitly define whom you communicate with by adding people to your contact list. More information on the issue is available in the tutorial.

### Why is CryptoHeaven not a "Free" Service?

Nothing in this world is free. Anyone who claims to offer any professional service for "free" is not telling the truth. Internet services cost money to run and maintain. Some providers recover costs through selling addresses to advertisers, some recover their costs through sponsored advertising. Others have their own reasons for allowing you to use their so called "secure" services at no apparent cost to you.

### Who benefits from CryptoHeaven?

CryptoHeaven allows private individual and business users to communicate securely in absolute privacy. Any professional who needs a fast, reliable and extremely secure means of communicating with his partners benefits from using CryptoHeaven.

Potential users include: sensitive business users, journalists, political and public individuals, and everyone else engaged in sensitive areas of work.

More information on CryptoHeaven security is available here.

© 2001-2010 CryptoHeaven, Inc.



Cited in City of Almaty v Ablyazov
1-15cv05345 Decided 3/5/18
Archived on 3/12/18
This document is protected by copyright.
Further reproduction is prohibited without permission.