UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN, and
BTA BANK JSC,

                          Plaintiffs,

        -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                         Defendants.
-----------------------------------------------------------------X

**ORDER**

15-CV-05345 (AJN) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-27-2018

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This Court previously ordered Defendants Ilyas and Viktor Khrapunov (the "Khrapunovs") to produce all documents obtained from the Kazaword Website. (Doc. No. 418.) Upon review of the documents, counsel for Plaintiffs, the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") identified 19 documents that did not appear to have come from the website but were labeled as such and filed a letter with the Court. (Doc. No. 616.) This Court ordered the parties to meet and confer about these documents. (Doc. Nos. 621, 631.) The Khrapunov's former counsel subsequently explained the discrepancies. (Doc. No. 618.) Several of the documents purportedly came from the website but were downloaded by Swiss counsel for Viktor and Leila Khrapunov and for unexplained reasons were not contained in the trove downloaded by Ilyas Khrapunov or his agents. Some of the documents identified by Plaintiffs were in fact produced as part of the trove downloaded by Ilyaz Khrapunov or his agents. A few documents were incorrectly identified as having come from the website, but upon inspection were provided to Ilyas Khrapunov by either Olesya Pavlenko or Rakhat Aliyev.

1

Upon learning of new sources of documents, on May 11, 2018, the Kazakh Entities requested by letter that the Court compel the Khrapunovs to produce documents responsive to their document requests obtained from Pavlenko or Aliyev, as well as documents downloaded by Ilyas Khrapunov or his Swiss counsel from Kazaword.  (Doc. No. 669.)

As of the date of this Order, counsel for the Khrapunovs has not objected to the request.  Accordingly, this Court grants Plaintiffs' request.  The Khrapunovs shall produce any additional documents responsive to Plaintiffs' document requests obtained from Pavlenko or Aliyev, as well as documents downloaded by Ilyas Khrapunov or his Swiss counsel from Kazaword.

**SO ORDERED.**

Dated: June 27, 2018
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge