# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-12-2018

July 11, 2018

**VIA** [MEMO ENDORSED]

Th[e] ...
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

    Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             No. 15-CV- 5345 (AJN) (KHP)

Dear Judge Parker:

    We represent Triadou SPV S.A. ("Triadou") and write pursuant to the Court's Individual Practices to respectfully request that the Court accept for filing under seal the enclosed letter-motion seeking to postpone the deposition of Frank Monstrey. As required by Section III(d) of the Court's Individual Practices, Triadou has submitted a version of its letter with highlights reflecting proposed redactions, and will electronically file the proposed redacted version of its letter and exhibits. Triadou has also submitted sealed copies of its letter and exhibits to this Court.

    Triadou respectfully requests that its letter-motion and certain exhibits thereto be sealed because they reference material from a settlement agreement that has been designated as "Confidential" under the parties' Stipulated Protective Order by the City of Almaty, Kazakhstan and BTA Bank JSC (together, "Almaty/BTA"). In accordance with the Court's Individual Practices, Triadou contacted counsel for Almaty/BTA at 9:49 a.m. today to confirm whether they would like the document and related information to be filed under seal. Given the urgent nature of Triadou's letter-motion, Triadou requested a response by 12:30 p.m. today. As of the filing of this letter, Triadou has not received a response. Triadou therefore seeks to preliminarily seal its letter and certain exhibits thereto based on their designation by Almaty/BTA under the Protective Order, and expects that Almaty/BTA will file their own specific request for filing under seal (to which Triadou would not object).

    In accordance with the Stipulated Protective Order in this case, as well as this Court's prior orders granting the sealing of information in connection with discovery motions, Triadou respectfully requests that its letter-motion and certain accompanying exhibits be filed under seal.

**APPLICATION GRANTED**:

Triadou's request to file its letter-motion and exhibits under seal is GRANTED. The parties need not do anything further as the Court will file the documents under seal.

7-12-2018

SO ORDERED:
*/s/ Katharine H. Parker/*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

  *s/ Deborah A. Skakel*
Deborah A. Skakel