

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 13, 2018

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2018**

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1950
New York, New York 10007

## MEMO ENDORSED

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
      **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

We represent the City of Almaty, Kazakhstan and BTA Bank ("the Kazakh Entities"), and write pursuant to the Court's Order of May 11, 2018 [ECF No. 664], in connection with Triadou SPV S.A.'s motion to compel dated December 7, 2017. [ECF No. 492].

Pursuant to the Court's Order of January 10, 2018, the Kazakh Entities invoked their rights as crime victims under Kazakh law to request certain documents from the Republic of Kazakhstan's Anti-Corruption Bureau (formerly known as the Financial Police). On February 2, 2018, the parties provided to the Court a copy of the Anti-Corruption Bureau's initial response to that request, which stated that "pre-trial investigation data can be made public only with the permission of the prosecutor," and that a "final response to [the Kazakh Entities' request] will be submitted after the approval of this issue with the prosecutor's office." [ECF No. 542]. The parties have provided a series of updates to the Court as they await a response from the Anti-Corruption Bureau, and on May 11, 2018 the Court directed the Kazakh Entities to provide a new status update by today. [ECF No. 664].

As of today, the Kazakh Entities have not received any update from the Anti-Corruption Bureau regarding their request. Counsel for the parties have met and conferred on this issue, and the Kazakh Entities have agreed to send a follow up request to the Anti-Corruption Bureau requesting a status update on their previously-submitted request.

The Kazakh Entities propose to update the Court on this issue if any response from the Anti-Corruption Bureau is received, or if there continues to be no response, by August 31, 2018, the current close of fact discovery.

Respectfully,

 /s/  Matthew L. Schwartz
Matthew L. Schwartz

**The Court thanks Plaintiffs for the update and requests an update by August 31, 2018.**

**SO ORDERED:**

*Katharine H Parker*

**HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE**

07/16/2018

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com