UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



City of Almaty, Kazakhstan and BTA
Bank JSC,

                Plaintiffs,

      —v—

Mukhtar Ablyazov, Viktor Khrapunov, Ilyas
Khrapunov, and Triadou SPV S.A.,

                Defendants.

15-CV-5345 (AJN)(KHP)

ORDER

ALISON J. NATHAN, District Judge:

On September 26, 2017, the Court issued an Amended Memorandum Opinion & Order in
the above-captioned action, concluding, in part, that the Plaintiffs had failed to make a *prima
facie* showing of personal jurisdiction over Viktor Khrapunov under New York law, but allowing
the Plaintiffs to conduct additional jurisdictional discovery.  Dkt. No. 426 at 45-52.

On June 20, 2018, Viktor Khrapunov renewed his motion to dismiss the crossclaims for
lack of personal jurisdiction. *See* Dkt. No. 736.  In opposing his motion, the Plaintiffs argued that
Viktor Khrapunov had not sufficiently participated in jurisdictional discovery and filed a cross-
motion to compel him to participate in further jurisdictional discovery. *See generally* Dkt. No.
768.  Per the Court's referral of this action to Magistrate Judge Parker for general pretrial
supervision, Judge Parker considered the Plaintiffs' cross-motion to compel, granting the motion
in part on July 23, 2018. *See* Dkt. No. 800.

Accordingly, the Court hereby DENIES Viktor Khrapunov's renewed motion to dismiss
without prejudice to his ability to file a new motion to dismiss after the close of jurisdictional
discovery.

This Order resolves Dkt. Nos. 736 & 739.

1

SO ORDERED.

Dated: July _____, 2018
        New York, New York

ALISON J. NATHAN
United States District Judge