UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
CITY OF ALMATY, KAZAKHSTAN, and )
BTA BANK JSC, )
                        Crossclaim Plaintiffs, )   No. 15-cv-05345(AJN)(KHP)

v. )

MUKHTAR ABLYAZOV, ILYAS )
KHRAPUNOV, VIKTOR KHRAPUNOV and )
TRIRDOU SPV S.A., )
                        Crossclaim Defendants. )
---------------------------------------------------------------

CROSSCLAIM-DEFENDANT, MUKHTAR ABLYAZOV'S RESPONCES AND OBJECTIONS TO SECOND SET OF REQUESTS FOR ADMISSION FROM CROSSCLAIM-PLAINTIFFS.

1. Admit, but met in a limited capacity of a Chairman of the Board of Directors of BTA Bank meeting a major client of BTA Bank.

2. Admit, but was introduced in a limited capacity of a Chairman of the Board of Directors of BTA Bank being introduced to a major client of BTA Bank.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied. I do not have knowledge as to that affect.

9. Denied.

10. Denied.

11. Denied.

12. Denied. I do not have knowledge as to that affect.

27th AUGUST 2018

Regards,

*[signature]*

Mukhtar Ablyazov

M. Ablyazov
c/o SCP REBSTOCK CERDA & ASSOCIES
11, rue Emeric David, BP 20069
13101 Aix en Provence Cedex 1

USMS SDNY

U.S. District Court, Southern District of New York
PRO SE INTAKE UNIT
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007

2018 AUG 28 AM 10:46
RECEIVED
SDNY DOCKET UNIT