USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-31-2018

The Honorable Katharine h. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

29th August, 2018

Re: City of Almaty, Kazakhstan, et ano. V. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345 (AJN) (KHP)

Deposition of Mukhtar Ablyazov in France on 20th September 2018

Dear Judge Parker

I have received a letter from the Tribunal de Grand Instance of Aix en Provence (attached) inviting me to attend the deposition. I confirm that I will attend.

As you have seen, I complied and wrote a letter to the Tribunal de Grand Instance asking for the expedition of The Hague request.

I have finally received a letter from my French lawyer (attached) explaining that he didn't receive any information prior from the Tribunal de Grand Instance. This shows that I was not in any way tried to avoid the deposition and in fact before BTA Bank and City of Almaty's lawyers made the motion, I was never asked to do anything to try to expedite the process.

I respectfully ask the Judge to confirm that deposition on the 20th September doesn't violate the Order of the Judge ruling that the deposition has to take before the 12th September.

I also, respectfully ask for my security reasons that the Judge order Bois Schiller Flexner lawyers to not reveal the details of where and when my deposition would take place to their clients.

Sincerely,

Mukhtar Ablyazov

*[signature]*

---

**APPLICATION GRANTED:**

The deposition shall be conducted on September 20, 2018. Ablyazov's request is otherwise denied; provided, however, Plaintiffs' counsel shall inform its clients that the deposition shall not be used to serve papers on or to effectuate any other type of legal or criminal process with respect to Ablyazov. The deposition shall be conducted for the sole purpose of obtaining information relevant to this action.

Counsel for Triadou shall serve a copy of this memo endorsement on Mr. Ablyazov.

SO ORDERED:

*[signature]* 8-31-2018

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

TRIBUNAL DE GRANDE INSTANCE  
40 Boulevard Carnot  
13100 AIX EN PROVENCE  
Tel 04.42.33.83.21  
04.42.33.83.07

AIX, le   2 7 AOUT 2018

par LRAR

LE GREFFIER  
de la 1ère chambre civile

à

Monsieur Mukhtar ABLYAZOV  
chez Maître Bruno REBSTOCK  
SCP REBSTOCK CERDA & associés  
11 rue Emeric David  
BP 20069  
13101 AIX EN PROVENCE CEDEX 1

OBJET : commission rogatoire internationale civile (RG n°18/01)

AFFAIRE : **Municipalité d'Almaty au Kazakhstan et BTA Bank JSC c/ Mukhtar ABLYAZOV, Ilyas KHRAPUNOV, Viktor KHRAPUNOV, Triadou SPV SA  (affaire n°15-cv-05345)**

Monsieur,

Dans le cadre de la commission rogatoire émise par le juge Alison J. Nathan de la Cour fédérale du District Sud de New York, dans l'affaire citée en référence ci-dessus, j'ai l'honneur de vous inviter à **comparaître en qualité de témoin muni de la présente convocation et d'une pièce d'identité**, devant Monsieur Eric Bienko Vel Bienek, Président du Tribunal, aux fins d'audition :

**le 20 septembre 2018 à 09 h 00, salle 1A95**  
au Tribunal de Grande Instance d'Aix en Provence - Site Pratési - impasse des Frères Pratési (quartier du Jas de Bouffan) 13100 AIX EN PROVENCE.

LE GREFFIER.

*Rappel des dispositions de l'article 207 alinéas 1 et 2 du code de procédure civile*

*Les témoins défaillants peuvent être cités à leurs frais si leur audition est jugée nécessaire.*

*Les témoins défaillants et ceux qui, sans motif légitime, refusent de déposer ou de prêter serment peuvent être condamnés à une amende civile d'un maximum de 10 000 €.*



**REBSTOCK CERDA & ASSOCIES**
AVOCATS A LA COUR

Monsieur Mukhtar ABLYAZOV

Par @

**BRUNO REBSTOCK**
DIPLÔMÉ DE L'INSTITUT DE SCIENCES
PÉNALES ET DE CRIMINOLOGIE

**VANESSA CERDA**
MASTER II CARRIÈRES JUDICIAIRES
LAURÉATE DE L'ORDRE

AVOCATS ASSOCIES

EN COLLABORATION

**JEAN-BAPTISTE
DE GUBERNATIS**
DIPLÔMÉ DE L'INSTITUT DE SCIENCES
PÉNALES ET DE CRIMINOLOGIE

**CAMILLE FRIEDRICH**
MASTER DROIT PRIVE
ET SCIENCES CRIMINELLES

AVOCATS

Aix en Provence, le 27 août 2018

N.REF. : 1300200 - ABLYAZOV (RUSSIE)
OBJET :
DEMANDE DE COOPERATION JUDICIAIRE INTERNATIONALE

Cher Monsieur,

Vous m'informez que les autorités judiciaires américaines auraient sollicité la coopération judiciaire des autorités françaises concernant une procédure suivie aux Etats-Unis.

J'ai pris attache avec le Tribunal de Grande Instance d'Aix en Provence qui m'indique n'avoir reçu à ce jour aucune demande de coopération.

Je vous rappelle que la coopération internationale transite par le Ministère des Affaires étrangères, le Ministère de la Justice puis le Parquet général près la Cour d'appel (d'Aix en Provence) et, le cas échéant, le Tribunal de Grande Instance.

Le temps de traitement de ces procédures est relativement long, sauf urgence particulière.

Enfin, et bien que j'ai entrepris une démarche auprès du Tribunal de Grande Instance et du Parquet général, je vous rappelle que cette intervention n'est pas prévue par les dispositions légales.

Je reste à votre disposition.

Je vous prie d'agréer, Cher Monsieur, l'expression de mes sentiments dévoués.

**Bruno REBSTOCK**

SOCIÉTÉ CIVILE PROFESSIONNELLE

11, RUE ÉMERIC DAVID - BP 20069 - 13101 AIX EN PROVENCE CEDEX 01
TÉL. +33 (0) 4 42 93 10 16 – FAX +33 (0) 4 42 93 11 45 – cabinet@rpc-avocats.com

CABINET SECONDAIRE LA PYRAMIDE LOT 12, 1, RUE DE L'EQUERRE – 13800 (SUR RDV UNIQUEMENT)

MEMBRE D'UNE ASSOCIATION AGRÉÉE, LE RÈGLEMENT DES HONORAIRES PAR CHÈQUE EST ACCEPTÉ - N° SIRET 538 350 638 00010