USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-14-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                                Plaintiffs,

                -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                                Defendants.
-------------------------------------------------------------------X

**ORDER**

15-CV-05345 (AJN) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On September 14, 2018, the parties appeared for a status conference. Defendant Mukhtar Ablyazov appeared telephonically with an interpreter for the conference. As discussed at the conference, Mr. Ablyazov's deposition, which is currently scheduled to proceed on September 20, 2018, will be adjourned to a date between October 12, 2018 and October 30, 2018. Counsel for Plaintiffs City of Almaty, Kazakhstan, and BTA Bank JSC (the "Kazakh Entities") will file a proposed order by **Monday September 17, 2018** for this Court to sign before Plaintiffs send the order to the Tribunal de Grande Instance to reschedule the deposition.

      Defendants Triadou SPV S.A. ("Triadou") and Ilyas Khrapunov and Viktor Khrapunov (the "Khrapunovs") are seeking additional discovery based on information learned during the deposition of Felix Sater. By **September 20, 2018**, the Khapunovs must file a letter-motion addressing their request for additional discovery. Triadou's letter-motion (which shall not exceed 5 pages) on this additional discovery shall be filed by **September 21, 2018**. The Kazakh Entities' response (which shall not exceed 10 pages) to Triadou's and the Khrapunovs' letter

1

motions shall be filed by **October 3, 2018**. Triadou's and the Khrapunovs' replies shall be filed by **October 10, 2018**.

The parties are directed to discuss dates with Mr. Sater's counsel to continue his deposition in late October.

The Kazakh Entities shall produce their privilege log to Defendants by **October 19, 2018**.

A case management conference is scheduled for **Wednesday, November 14, 2018 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street. Mr. Ablyazov may appear telephonically at the conference. Mr. Ablyazov is directed to e-mail a telephone number where he may be reached to the courtroom deputy at Parker_NYSDChambers@nysd.uscourts.gov so that the courtroom deputy may call Mr. Ablyazov during the conference.

Counsel for Triadou is directed to serve a copy of this Order and a transcript from today's proceeding on Mr. Ablyazov.

**SO ORDERED.**

Dated: September 14, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge