TRIBUNAL DE GRANDE INSTANCE
40 boulevard Carnot
13100 AIX EN PROVENCE

AIX, le    2 7 AOUT 2018

Le Greffier
de la 1ère Chambre

à

**Juge Alison J. Nathan**
Cour fédérale du District sud de New York
Tribunal fédéral Thurgood Marshall
40 Foley Square, bureau 2102
NEW YORK, Etat de New York 10007

OBJET : commission rogatoire internationale civile (**RG n°18/01**)

AFFAIRE : Municipalité d'Almaty et BTA BANK JSC c/ Mukhtar ABLYAZOV, Ilyas KHRAPUNOV, Viktor KHRAPUNOV, TRIADOU SPV SA  (affaire n°15-cv-05345)

Madame le Juge,

J'ai l'honneur de vous informer, suite à la commission rogatoire dans l'affaire citée en références, que l'audition de Monsieur Mukhtar ABLYAZOV en qualité de témoin, se déroulera le 20 septembre 2018 à 09h00 devant Monsieur Eric Bienko Vel Bienek, Président du Tribunal de Grande Instance d'AIX EN PROVENCE (site Pratési -Impasse des Frères Pratési – 13100 Aix en Provence).

LE GREFFIER.