## Solomon & Cramer LLP

1441 Broadway, Suite 6026
New York, NY 10018
Main Tel: (212) 884-9102
E-Fax: (516) 368-3896

-----------
Andrew T. Solomon
Jennifer G. Cramer

September 20, 2018

**By Email (parker_nysdchambers@nysd.uscourts.gov) & ECF**

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

Re:     *City of Almaty v. Ablyazov*, Case No. 15-cv-5345 (AJN)(KHP)

Dear Judge Parker:

This firm represents Defendants Ilyas Khrapunov and Viktor Khrapunov.

By this letter, we respectfully request that the Court accept for filing under seal the enclosed letter motion and its exhibits, most of which have been marked confidential.  As required under Section III(d) of the Court's individual practices we have submitted a version of this letter motion and its exhibits with highlights reflecting the proposed redactions and will file the proposed redacted version of the letter motion by ECF.  We are also submitting hardcopy of the letter motion and exhibits to the Court in unredacted form.

The Khrapunovs respectfully request sealing of the letter motion because it concerns highly sensitive information.  As to the exhibits, we have consulted with all counsel and have acceded to their requests to file certain of these documents under seal.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon

Enclosures

cc:  All Counsel by Email