The Honorable Katharine h. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

RECEIVED
SDNY DOCKET UNIT

2018 SEP 20  PM 3: 56

19th September, 2018

**Re: City of Almaty, Kazakhstan, et ano. V. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345 (AJN) (KHP)**

Order of 18th September 2018

Dear Judge Parker

I respectfully ask clarification of your order dated 18th September 2018.

I would like to reiterative that I will be attending the deposition in France once it would be set sometimes in October of this year.

I would also like to say that I will assist in any way that is asked of me to expedite this deposition.

However, there is only so much that is in my hands. I still rely on Almaty/BTA Bank lawyers to do things on time and also on the State of France to process The Hague request.

After succeeding against my extradition from France, I have filed for political asylum in France and have surrendered all of my travel documents. Until, the asylum process is complete I am not allowed to leave the territory of France and indeed without my travel documents I physical can't do so.

Thus, I respectfully seek clarification regarding your order for me to travel for deposition outside of France in case the deposition doesn't happen by 31st October 2018.

I will be assisting in any way possible for the deposition to happen by the 31st October but if it doesn't occur by then for reasons out of my control, then I ask not to be penalized by forcing me to travel outside of France when I physically unable to do so.

Sincerely,

Mukhtar Ablyazov

492 13th Street, #2
Brooklyn, NY 11215



RECEIVED
SDNY DOCKET UNIT
2018 SEP 20 PM 3:56

U.S. District Court Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007