USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-24-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                      Plaintiffs,

      -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

15-CV-05345 (AJN)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Court is in receipt of Defendant Ablyazov's letter seeking clarification of the Court's September 18, 2018 Order (Doc. No. 842). The parties shall advise the Court by letter as soon as the new date for Ablyazov's deposition in France has been set. Ablyazov is directed to cooperate in facilitating the scheduling of the deposition. The Court is sympathetic to Ablyazov's concerns about travel but expects that his deposition will occur in October. If Ablyazov seeks relief for travel outside of France for his deposition, he must send a letter to this Court no later than October 25, 2018 setting forth the efforts he made to facilitate his deposition in France within the time frame set by this Court, whether a date certain for his deposition can be set in France and any other facts which may constitute good cause for relief from travel outside of France.

     SO ORDERED.

Dated: September 24, 2018
       New York, New York

                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge