# Solomon & Cramer LLP

1441 Broadway, Suite 6026<br>
New York, NY 10018<br>
Main Tel: (212) 884-9102<br>
E-Fax: (516) 368-3896<br>
-----------<br>
Andrew T. Solomon<br>
Jennifer G. Cramer

October 17, 2018

**By Email (parker_nysdchambers@nysd.uscourts.gov) & ECF**

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

Re:   *City of Almaty v. Ablyazov*, Case No. 15-cv-5345 (AJN)(KHP)

Dear Judge Parker:

This firm represents Defendants Ilyas Khrapunov and Viktor Khrapunov.

By this letter, we respectfully request that the Court accept for filing under seal the enclosed letter—filed in response to the Kazakh Entities letter to the Court dated October 9, 2018 and pursuant to the Court's order of October 12, 2018 (Dkt. 868)—a small portion of which has been marked confidential.  As required under Section III(d) of the Court's individual practices we have submitted a version of this letter and its exhibits with highlights reflecting the proposed redactions and will file the proposed redacted version of the letter by ECF.  We are also submitting hardcopy of the letter and exhibits to the Court in unredacted form.

The Khrapunovs respectfully request sealing of this letter because it concerns highly sensitive information.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon

Enclosures

cc:  All Counsel by Email