

PETER M. SKINNER
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

November 27, 2018

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.,*
              **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Parker:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write pursuant to Your Honor's order of November 21, 2018 [ECF No. 891], which directed the parties to meet and confer and submit a proposed briefing schedule on the Kazakh Entities' proposed Third Amended Crossclaims. [*See* ECF No. 882].

      The parties have met and conferred, and the defendants proposed the following briefing schedule:

- The Kazakh Entities will file their opening brief no later than January 7, 2019.
- The defendants will each file opposition briefs no later than January 23, 2019.
- The Kazakh Entities will file replies to the defendants' oppositions no later than February 1, 2019.

The defendants further agreed that they will not oppose the motion to amend on the grounds of delay caused by this briefing schedule. Given this agreement, the Kazakh Entities consent to the defendants' proposed briefing schedule.

      The Kazakh Entities respectfully request that the Court so-order the above briefing schedule. Thank you for your consideration.

                                        Respectfully,

                                        /s/ Peter M. Skinner
                                        Peter M. Skinner