**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK,<br><br>Plaintiffs,<br><br>v.<br><br>MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 15-cv-05345 (AJN) (KHP) |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Matthew L. Schwartz, Crossclaim-Plaintiffs City of Almaty and BTA Bank, by and through their attorneys Boies Schiller Flexner LLP, will move this Court before the Honorable Katharine H. Parker, at the U.S. District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time the Court sets, for an order pursuant to Federal Rules of Civil Procedure 15 and 16 granting leave to amend the operative pleading in this action, the Second Amended Crossclaims [ECF No. 433], and granting the City of Almaty and BTA Bank other relief as the Court deems just and proper.

Dated:  January 7, 2019
        New York, New York

Respectfully submitted,

 /s/ Matthew L. Schwartz
Matthew L. Schwartz

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: mlschwartz@bsfllp.com