# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, | |
| Crossclaim Plaintiffs, | ECF Case |
| - against - | No. 15-cv-05345 (AJN) (KHP) |
| MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., | |
| Crossclaim Defendants. | |

## TRIADOU SPV S.A.'S NOTICE OF MOTION
## TO COMPEL AND FOR DISCOVERY SANCTIONS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and Declaration of Deborah A. Skakel in support of Triadou SPV S.A.'s ("Triadou") motion to compel, for discovery sanctions, and to preclude witnesses, dated February 22, 2019, Triadou, by and through its undersigned counsel, will move this Court before the Honorable Katharine H. Parker, at the U.S. District Courthouse for the Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, for an order compelling the production of certain documents improperly withheld as privileged, for sanctions due to discovery misconduct by Plaintiffs the City of Almaty, Kazakhstan and BTA Bank JSC (together, "Almaty/BTA"), to preclude witnesses who were belatedly added to Almaty/BTA's Rule 26(a) disclosures, and granting to Triadou such other, further, and different relief the Court deems just and proper.

Dated: New York, New York
February 22, 2019

Respectfully submitted,

**BLANK ROME LLP**

By: *s/ Deborah A. Skakel*
    Deborah A. Skakel
    Alex E. Hassid
    Robyn L. Michaelson
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
dskakel@blankrome.com
ahassid@blankrome.com
rmichaelson@blankrome.com

*Counsel for Crossclaim Defendant Triadou SPV S.A.*