# EXHIBIT K

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CITY OF ALMATY, KAZAKHSTAN,                    ECF Case No.
and BTA BANK, JSC.,
                                               1:15-cv-05345
                                                   (AJN)(KHP)
              Crossclaim Plaintiffs,

         -against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,,
ILYAS KHRAPUNOV, and TRIADOU SPV, S.A.,

              Crossclaim Defendants.


========================================================
========================================================


SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------x
TRIADOU SPV S.A.,

              Plaintiff,              Index Nos.
                                      653462/2014
         -against-                    650239/2015
                                      154681/2015
CF 135 FLAT LLC, CF 135 WEST MEMBER LLC,   and 156907/2
and THE CHETRIT GROUP LLC,

              Defendants.


                              Hon. David B. Cohen, J.S.C.
------------------------------------------x

                         270 Madison Avenue, 10th Floor
                         New York, New York

                         December 3, 2018
                         2:02 p.m.

HUDSON REPORTING & VIDEO 1-800-310-1769


New York        Hudson Reporting and Video        New Jersey
Connecticut       Nationwide 1-800-310-1769       Pennsylvania

2

1

2

3          TELEPHONIC CONFERENCE before the Monitor, the

4     Hon. Howard Cahn, relating to the above-captioned

5     matters, with the attorneys for their respective parties,

6     held at the above place and time before Aline Akelis, a

7     Stenographic Reporter and Notary Public within and for

8     the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1

 2    A P P E A R A N C E S :

 3

                  WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
 4                      270 Madison Avenue
                       New York, New York 10016
 5
              BY:     THE HON. HOWARD CAHN, Special Counsel
 6                       - and -
                      BENJAMIN Y. KAUFMAN, ESQ.
 7

 8

 9

10                WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                  BOIES SCHILLER FLEXNER LLP
                  Attorneys for Almaty and BTA
11                      575 Lexington Avenue, 7th Floor
                       New York, New York 10022
12
              BY:     CRAIG WENNER, ESQ. (by teleconference)
13

14

15

16                BLANK ROME LLP
                  Attorneys for Triadou SPV, S.A.
17                      The Chrysler Building
                       405 Lexington Avenue
18                     New York, New York 10174

19            BY:     DEBORAH A. SKAKEL, ESQ.
                         - and -
20                    ALEX E. HASSID, ESQ. (by teleconference)

21

22

23

24

25
```

4

```
 1

 2        A P P E A R A N C E S  (CONT'D)

 3
                   KRAVIT SMITH LLP
 4                 Attorneys for Triadou SPV, S.A.
                        79 Madison Avenue, 2nd Fl
 5                      New York, New York 10016

 6        BY:        CRAIG KRAVIT, ESQ.
                     -and-
 7                   PHILIP M. SMITH, ESQ. (by teleconference)

 8

 9

10

11                 SUKENIK, SEGAL & GRAFF, P.C.
                   Attorneys for The Chetrit Group
12                      450 Seventh Avenue, 42nd Floor
                        New York, New York 10123
13
          BY:        DAVID SEGAL, ESQ. (by teleconference)
14                    - and -
                     DAVID SALHANICK, ESQ. (by teleconference)
15

16

17

18

19                        *  *  *  *  *

20

21

22

23

24

25
```

5

```
 1                  Telephonic Conference -- 12/3/18
 2                  JUDGE CAHN:  Good afternoon, all.
 3         Thank you for for coming.
 4                  As we have noted, the way we're
 5         holding this hearing, as it was, is a
 6         little bit unusual; some of the attorneys
 7         are in the room, some of the attorneys are
 8         here by telephone.  We've made note of
 9         that in the transcript, the court reporter
10         has made note of that.
11                  This is basically relating to a
12         letter order that Justice Nathan has made.
13         I think all of you have gotten a copy of
14         that letter order.  We got a copy of it
15         from Counsel.  The letter order
16         specifically relates to direction as far
17         as the federal case goes here.
18                  Notwithstanding that, I have directed
19         that the attorneys in the state court also
20         be present either by phone or in person so
21         that if necessary we can make much more
22         progress by having everyone here.
23                  Throughout this conference, I really
24         need to have everyone, all counsel here,
25         speak one at a time and identify
```

6

1            Telephonic Conference -- 12/3/18

2       yourselves when you are speaking.  The

3       reason for this is that not everyone is

4       present in the room, and the court

5       reporter will have problems if lawyers

6       don't speak in the way I've just

7       described.

8            The immediate reason for this

9       conference is Judge Nathan's direction in

10      response to my own letter to her of

11      November 20, 2018.  She directed that the

12      parties confer with the Monitor.

13           As Monitor, I have additionally

14      directed the attorneys in the state action

15      to be present; I've just discussed that

16      here.

17           As counsel are well aware, there is

18      an attachment order in place by Judge

19      Nathan, and the Monitor may not move any

20      funds out without her order.

21           The easiest and most sensible way to

22      move funds and to obtain an order from

23      her, permitting that to be done, is by

24      stipulation and order.

25           I'd like to hear first from counsel

```
 1              Telephonic Conference -- 12/3/18
 2         from Boies Schiller on, 1) whether they or
 3         their client object to placing the funds
 4         that we're talking about, which is
 5         approximately 23-and-some-million dollars
 6         into Treasury bills; and 2) whether they
 7         have any specific objections to the
 8         stipulation, and/or whether they will sign
 9         this stipulation.
10              So Counsel, I'd appreciate if you
11         would start; Boies Schiller, would you
12         start.
13              MR. WENNER:  Yes, Your Honor.  You
14         asked two questions.
15              On the first, our clients have no
16         problem placing money in an
17         interest-bearing account, in T-bills.  If
18         there is a stipulation to that effect that
19         has only that provision, we would be
20         willing to sign that immediately.
21              We do object to your second question
22         on signing a stipulation moving assets out
23         of the monitorship account or keeping them
24         separate for future expenditures.
25              Our clients are not going to agree to
```

8

1          Telephonic Conference -- 12/3/18

2          any expenditure from the attached assets.

3          We expect to win in the federal case.

4              As Your Honor noted, the Monitor may

5          not move funds without an order permitting

6          modification of the attachment order from

7          federal court.

8              As we have this attachment for about

9          70 million which covers property in which

10         Triadou has an interest, the only hard

11         assets right now are the 23 million in the

12         monitorship account.  We consider that any

13         expenditures from that account would

14         dissipate our ultimate recovery.

15         JUDGE CAHN:  I'm sorry, would you

16         repeat what you just said, Counsel.

17         MR. WENNER:  Your Honor, we view any

18         expenditures from the monitorship account

19         as dissipating our ultimate recovery in

20         the federal action.  Those assets have

21         been attached and are the only money we

22         expect that we will actually be able to

23         obtain from Triadou.  We do not agree to

24         spending that money for any purpose.

25         JUDGE CAHN:  Let me just ask, would

9

1          Telephonic Conference -- 12/3/18
2     you agree to sign that stipulation to the
3     extent that specifically it permits
4     movement into T-bills?
5          MR. WENNER:  We would agree to
6     placing the money into an interest-bearing
7     account for T-bills, yes, we would agree
8     to that.
9          JUDGE CAHN:  Does anybody else want
10    to be heard?
11         MR. KRAVIT:  We have already long ago
12    agreed that that was the appropriate
13    course of action.
14         MR. SMITH:  As I understand it, the
15    Almaty/BTA parties agreed to the first
16    paragraph in the proposed stipulated order
17    but not the second.  So they're just not
18    agreeing that funds can be withdrawn from
19    the account to pay the Monitor.
20         So it seems to me that what will have
21    to happen is that the Monitor, or I guess
22    Triadou could do it -- it would probably
23    be more appropriate for Judge Cahn to do
24    it -- is to make a motion with Judge
25    Nathan to get leave to withdraw funds to

1               Telephonic Conference -- 12/3/18

2        pay the Monitor's incurred fees.

3               MR. WENNER:  The stipulations for the

4        federal court and for the state court, the

5        stipulations are different.

6               The stipulation in state court

7        describes not just fees the Monitor has

8        incurred, but also expected future

9        expenditures relating to, for example, the

10       hiring of an accountant.  There are

11       differences.

12              MR. SMITH:  Fair enough.

13              MR. WENNER:  I'm not sure if you've

14       just described the expenditures of the

15       Monitor that have already been incurred,

16       but there are additional provisions in the

17       stipulation.

18              MR. SMITH:  That's fair enough.

19       That's correct.

20              JUDGE CAHN:  What you're basically

21       doing is saying, "Okay, I'll agree to the

22       first paragraph, and then the second

23       paragraph you'll go back to the judges,

24       basically Judge Cohen has effectively

25       agreed to it, so you will go back to Judge

11

```
 1              Telephonic Conference -- 12/3/18
 2    Nathan."  That's what I gather.
 3              MR. SMITH:  Judge Cahn, I just want
 4    to clarify something.  I just hope that
 5    you recognize that I on behalf of Triadou
 6    was suggesting that now that we finally
 7    have a clear answer from the Almaty BTA
 8    parties that they will not agree to let
 9    you get paid, that you will need to make a
10    motion to Judge Nathan for leave to take
11    money out of the monitorship account to
12    pay yourself, notwithstanding the
13    attachment order.  I think that's where we
14    stand now.
15              JUDGE CAHN:  I presume that that's
16    what I had intended to say.  I guess I
17    wasn't clear enough.  That's exactly what
18    I was intending.
19              All this means is that we go back
20    before Judge Nathan sooner rather than
21    later and get her permission to make those
22    other payments.  And if she does not
23    permit, if Judge Nathan says, well, maybe
24    we ought to wait until the end of the
25    case, so be it.
```

12

1          Telephonic Conference -- 12/3/18

2          MS. SKAKEL:  May I just say one

3      thing, and I believe everybody already

4      knows this, but just to punctuate this

5      matter.

6          The monitor order which Judge Nathan

7      had in front of her before she issued the

8      attachment order specifically says,

9      "Defendants will bear the cost of the

10     Monitor."

11         Then it continues, "The parties agree

12     that the costs of the Monitor shall be

13     paid by the defendants," -- and the

14     "defendants" mean Chetrit, "only from the

15     Monitor account."

16         So again, not to beat a dead horse,

17     but apparently it's not quite as dead as

18     we thought.  I just wanted that to be part

19     of the record, Your Honor.

20         JUDGE CAHN:  Mr. Segal, do you want

21     to be heard at all?

22         MR. SEGAL:  Not at all.

23         MR. SMITH:  Judge Cahn, I think in

24     all fairness to you we might ask counsel

25     for Almaty BTA to tell us why they have

1           Telephonic Conference -- 12/3/18

2     taken three months take a position on a

3     stipulation that's been circulated for

4     three months.

5           JUDGE CAHN:  No, I think if you get

6     in front of Judge Nathan on this issue,

7     I'm sure you might want her to ask that

8     question.  That's not my place right now.

9           Having gone this far, I believe that

10    we've now effectively resolved as much as

11    as we're going to resolve.

12          Question:  Who is going to advise

13    Judge Nathan of this?  Frankly, we will,

14    but besides what I do, is there anybody

15    else who wants to write to Judge Nathan?

16          No one?

17          MR. HASSID:  Judge, Judge Nathan's

18    order required that the parties in the

19    federal action submit a status report to

20    her, I think -- and Craig, you can tell me

21    if you disagree -- I think today.

22          And so we can coordinate the filing

23    of a short letter to provide Judge Nathan

24    a status update.

25          JUDGE CAHN:  Obviously, you will send

14

1           Telephonic Conference -- 12/3/18

2      copies of that to everybody.

3           MR. HASSID:  Yes.

4           JUDGE CAHN:  And I'd like you to send

5      a copy of it to the attorneys in the state

6      court action as well as to myself.

7           I'm sorry, I interrupted somebody.

8           MR. SMITH:  I think it might make

9      sense that -- will you then make an

10      application to Judge Nathan for approval

11      to withdraw the funds to pay your firm and

12      keep a reserve for future expenses so that

13      we could include that in the letter as to

14      what the status is, is that she should

15      expect a motion from you?

16           JUDGE CAHN:  I suspect that you can

17      tell her that I will expect to present her

18      with the documents necessary for me to

19      move the money into T-bills.  That's

20      number one.

21           I probably will make a motion on the

22      other.  Again, I say probably to give

23      myself a little bit of leeway.

24           MR. SMITH:  Very good.

25           JUDGE CAHN:  That includes, I will

```
 1              Telephonic Conference -- 12/3/18
 2         specifically ask Judge Nathan or advise
 3         Judge Nathan that unless she objects, I
 4         intend to retain an accountant to help me
 5         with the necessary examination of the
 6         documents and so on.  And I plan to do
 7         that earlier rather than later.
 8              As most of you know, I have been in
 9         touch with the Anshin firm and they have
10         been at least starting to do some work on
11         that.
12              MR. SMITH:  So do we have agreement
13         that we can leave the first two paragraphs
14         of the proposed stipulation, we take out
15         the third paragraph, and that the counsel
16         in the federal action will sign the
17         stipulated order and present it to Judge
18         Nathan with the agreements to invest the
19         monitorship funds in T-bills; do we have
20         agreement that that's what we're going to
21         do?
22              JUDGE CAHN:  No, no, you don't,
23         because frankly I want to think about it.
24         And I will probably ask, probably take the
25         position that we ought to have all three
```

1        Telephonic Conference -- 12/3/18

2        paragraphs agreed to by Judge Nathan.

3            MR. HASSID:   I think what I would

4        recommend for the federal court, given

5        that Almaty and BTA and Triadou need to

6        submit a status report there, is we would

7        keep it fairly simple, indicating that we,

8        as the judge required, conferred with the

9        monitor; that Almaty and BTA and Triadou

10       agree that the monitor funds can be moved

11       into T-bills, but the parties disagree

12       about how and whether the Monitor should

13       be paid out of the the monitor funds.

14           And we can speak with Almaty and

15       BTA's counsel about language to use in any

16       status update.

17           Otherwise, we federal court lawyers

18       would not submit a signed stipulation.  We

19       would as you suggest, wait and you would

20       do that.  That way we're not stepping on

21       anyone's toes.

22           JUDGE CAHN:  Fine.  Fine.  If

23       everybody else agrees to that I have no

24       problem.

25           Thank you one and all.

```
 1              Telephonic Conference -- 12/3/18

 2              MS. SKAKEL:  Thank you, Judge.

 3              JUDGE CAHN:  And last thing, get us a

 4         transcript.

 5              (Time noted:  2:21 p.m.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

18

```
 1
 2                    C E R T I F I C A T I O N
 3      STATE OF NEW YORK    )
                             :ss
 4      COUNTY OF NEW YORK   )
 5
 6                I, ALINE AKELIS, a Notary Public
 7      within and for the State of New York, do hereby
 8      certify:
 9                That the foregoing transcript is a
10      true, complete and accurate record of the
11      telephonic proceeding of December 3 2018.
12                I further certify that I am not
13      related to any of the parties to this action by
14      blood or marriage and that I am in no way
15      interested in this matter.
16                IN WITNESS WHEREOF, I have hereunto
17      set my hand, this 4th day of December, 2018.
18
19
20                        _____
                                  ALINE AKELIS
21
22
23
24
25
```

19

```
 1                SIGNATURE PAGE OF Hon. Howard Cahn

 2    Page      Line               Should be Changed to Read

 3    _____    _____     _____

 4    _____    _____     _____

 5    _____    _____     _____

 6    _____    _____     _____

 7    _____    _____     _____

 8    _____    _____     _____

 9    _____    _____     _____

10    _____    _____     _____

11    _____    _____     _____

12    _____    _____     _____

13    _____    _____     _____

14    _____    _____     _____

15    _____    _____     _____

16    _____    _____     _____

17    _____    _____     _____

18

19         I, Hon. Howard Cahn, hereby certify that I have read the
      transcript of my testimony taken under oath and that the
20    transcript is a true and complete record of my testimony, and
      that the answers on the record as given by me are true and
21    correct.

22                                  _____
                                    Hon. Howard Cahn

23         Sworn to before me
           this_____ day of _____, 2017
24    _____

25    Notary Public
```

**A**

able 8:22
ABLYAZOV
  1:7
above-caption...
  2:4
account 7:17,23
  8:12,13,18 9:7
  9:19 11:11
  12:15
accountant
  10:10 15:4
accurate 18:10
action 6:14 8:20
  9:13 13:19
  14:6 15:16
  18:13
additional 10:16
additionally
  6:13
ADLER 3:3
advise 13:12
  15:2
afternoon 5:2
against- 1:6,16
ago 9:11
agree 7:25 8:23
  9:2,5,7 10:21
  11:8 12:11
  16:10
agreed 9:12,15
  10:25 16:2
agreeing 9:18
agreement 15:12
  15:20
agreements
  15:18
agrees 16:23
AJN 1:5
Akelis 2:6 18:6
  18:20
ALEX 3:20
Aline 2:6 18:6
  18:20
Almaty 1:3 3:10
  11:7 12:25

16:5,9,14
Almaty/BTA
  9:15
and- 4:6
and/or 7:8
Anshin 15:9
answer 11:7
answers 19:20
anybody 9:9
  13:14
anyone's 16:21
apparently
  12:17
application
  14:10
appreciate 7:10
appropriate
  9:12,23
approval 14:10
approximately
  7:5
asked 7:14
assets 7:22 8:2
  8:11,20
attached 8:2,21
attachment 6:18
  8:6,8 11:13
  12:8
attorneys 2:5
  3:10,16 4:4,11
  5:6,7,19 6:14
  14:5
Avenue 1:22 3:4
  3:11,17 4:4,12
aware 6:17

**B**

B 1:20
back 10:23,25
  11:19
BANK 1:4
basically 5:11
  10:20,24
bear 12:9
beat 12:16
behalf 11:5
believe 12:3 13:9

BENJAMIN 3:6
bills 7:6
bit 5:6 14:23
BLANK 3:16
blood 18:14
Boies 3:10 7:2
  7:11
BTA 1:4 3:10
  11:7 12:25
  16:5,9
BTA's 16:15
Building 3:17

**C**

C 3:2 4:2 18:2,2
Cahn 2:4 3:5 5:2
  8:15,25 9:9,23
  10:20 11:3,15
  12:20,23 13:5
  13:25 14:4,16
  14:25 15:22
  16:22 17:3
  19:1,19,22
case 1:3 5:17 8:3
  11:25
certify 18:8,12
  19:19
CF 1:17,17
Changed 19:2
Chetrit 1:18
  4:11 12:14
Chrysler 3:17
circulated 13:3
CITY 1:3
clarify 11:4
clear 11:7,17
client 7:3
clients 7:15,25
Cohen 1:20
  10:24
coming 5:3
complete 18:10
  19:20
confer 6:12
conference 2:3
  5:1,23 6:1,9
  7:1 8:1 9:1

10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1
conferred 16:8
consider 8:12
CONT'D 4:2
continues 12:11
coordinate
  13:22
copies 14:2
copy 5:13,14
  14:5
correct 10:19
  19:21
cost 12:9
costs 12:12
counsel 3:5 5:15
  5:24 6:17,25
  7:10 8:16
  12:24 15:15
  16:15
COUNTY 1:13
  18:4
course 9:13
court 1:2,13 5:9
  5:19 6:4 8:7
  10:4,4,6 14:6
  16:4,17
covers 8:9
Craig 3:12 4:6
  13:20
Crossclaim 1:5,9

**D**

David 1:20 4:13
  4:14
day 18:17 19:23
dead 12:16,17
DEBORAH
  3:19
December 1:23
  18:11,17
defendants 1:9
  1:19 12:9,13
  12:14
described 6:7
  10:14

describes 10:7
differences
  10:11
different 10:5
directed 5:18
  6:11,14
direction 5:16
  6:9
disagree 13:21
  16:11
discussed 6:15
dissipate 8:14
dissipating 8:19
DISTRICT 1:2
  1:2
documents
  14:18 15:6
doing 10:21
dollars 7:5

**E**

E 3:2,2,20 4:2,2
  18:2
earlier 15:7
easiest 6:21
ECF 1:3
effect 7:18
effectively 10:24
  13:10
either 5:20
ESQ 3:6,12,19
  3:20 4:6,7,13
  4:14
everybody 12:3
  14:2 16:23
exactly 11:17
examination
  15:5
example 10:9
expect 8:3,22
  14:15,17
expected 10:8
expenditure 8:2
expenditures
  7:24 8:13,18
  10:9,14
expenses 14:12

extent 9:3

**F**

**F** 18:2
fair 10:12,18
fairly 16:7
fairness 12:24
far 5:16 13:9
federal 5:17 8:3
　8:7,20 10:4
　13:19 15:16
　16:4,17
fees 10:2,7
filing 13:22
finally 11:6
Fine 16:22,22
firm 14:11 15:9
first 6:25 7:15
　9:15 10:22
　15:13
Fl 4:4
FLAT 1:17
FLEXNER 3:10
Floor 1:22 3:11
　4:12
foregoing 18:9
frankly 13:13
　15:23
FREEMAN 3:3
front 12:7 13:6
funds 6:20,22
　7:3 8:5 9:18,25
　14:11 15:19
　16:10,13
further 18:12
future 7:24 10:8
　14:12

**G**

gather 11:2
give 14:22
given 16:4 19:20
go 10:23,25
　11:19
goes 5:17
going 7:25 13:11
　13:12 15:20

good 5:2 14:24
gotten 5:13
GRAFF 4:11
Group 1:18 4:11
guess 9:21 11:16

**H**

HALDENSTE...
　3:3
hand 18:17
happen 9:21
hard 8:10
HASSID 3:20
　13:17 14:3
　16:3
hear 6:25
heard 9:10
　12:21
hearing 5:5
held 2:6
help 15:4
hereunto 18:16
HERZ 3:3
hiring 10:10
holding 5:5
Hon 1:20 2:4 3:5
　19:1,19,22
Honor 7:13 8:4
　8:17 12:19
hope 11:4
horse 12:16
Howard 2:4 3:5
　19:1,19,22
HUDSON 1:25

**I**

identify 5:25
ILYAS 1:8
immediate 6:8
immediately
　7:20
include 14:13
includes 14:25
incurred 10:2,8
　10:15
Index 1:15
indicating 16:7

intend 15:4
intended 11:16
intending 11:18
interest 8:10
interest-bearing
　7:17 9:6
interested 18:15
interrupted 14:7
invest 15:18
issue 13:6
issued 12:7

**J**

J.S.C 1:20
JSC 1:4
judge 5:2 6:9,18
　8:15,25 9:9,23
　9:24 10:20,24
　10:25 11:3,10
　11:15,20,23
　12:6,20,23
　13:5,6,13,15
　13:17,17,23,25
　14:4,10,16,25
　15:2,3,17,22
　16:2,8,22 17:2
　17:3
judges 10:23
Justice 5:12

**K**

KAUFMAN 3:6
KAZAKHST...
　1:3
keep 14:12 16:7
keeping 7:23
KHP 1:5
KHRAPUNOV
　1:7,8
know 15:8
knows 12:4
KRAVIT 4:3,6
　9:11

**L**

language 16:15
lawyers 6:5

16:17
leave 9:25 11:10
　15:13
leeway 14:23
letter 5:12,14,15
　6:10 13:23
　14:13
Lexington 3:11
　3:17
Line 19:2
little 5:6 14:23
LLC 1:17,17,18
LLP 3:3,10,16
　4:3
long 9:11

**M**

M 4:7
Madison 1:22
　3:4 4:4
marriage 18:14
matter 12:5
　18:15
matters 2:5
mean 12:14
means 11:19
MEMBER 1:17
million 8:9,11
modification 8:6
money 7:16 8:21
　8:24 9:6 11:11
　14:19
monitor 2:3 6:12
　6:13,19 8:4
　9:19,21 10:7
　10:15 12:6,10
　12:12,15 16:9
　16:10,12,13
Monitor's 10:2
monitorship
　7:23 8:12,18
　11:11 15:19
months 13:2,4
motion 9:24
　11:10 14:15,21
move 6:19,22
　8:5 14:19

moved 16:10
movement 9:4
moving 7:22
MUKHTAR 1:7

**N**

N 3:2 4:2 18:2
Nathan 5:12
　6:19 9:25 11:2
　11:10,20,23
　12:6 13:6,13
　13:15,23 14:10
　15:2,3,18 16:2
Nathan's 6:9
　13:17
necessary 5:21
　14:18 15:5
need 5:24 11:9
　16:5
New 1:2,13,13
　1:22,22 2:8 3:4
　3:4,11,11,18
　3:18 4:5,5,12
　4:12 18:3,4,7
Nos 1:15
Notary 2:7 18:6
　19:25
note 5:8,10
noted 5:4 8:4
　17:5
notwithstandi...
　5:18 11:12
November 6:11
number 14:20

**O**

O 18:2
oath 19:19
object 7:3,21
objections 7:7
objects 15:3
obtain 6:22 8:23
Obviously 13:25
Okay 10:21
order 5:12,14,15
　6:18,20,22,24
　8:5,6 9:16

11:13 12:6,8
13:18 15:17
**ought** 11:24
15:25

_____

**P**

**P** 3:2,2 4:2,2
**P.C** 4:11
**p.m** 1:24 17:5
**Page** 19:1,2
**paid** 11:9 12:13
16:13
**paragraph** 9:16
10:22,23 15:15
**paragraphs**
15:13 16:2
**part** 12:18
**parties** 2:5 6:12
9:15 11:8
12:11 13:18
16:11 18:13
**pay** 9:19 10:2
11:12 14:11
**payments** 11:22
**permission**
11:21
**permit** 11:23
**permits** 9:3
**permitting** 6:23
8:5
**person** 5:20
**PHILIP** 4:7
**phone** 5:20
**place** 2:6 6:18
13:8
**placing** 7:3,16
9:6
**Plaintiff** 1:15
**Plaintiffs** 1:5
**plan** 15:6
**position** 13:2
15:25
**present** 5:20 6:4
6:15 14:17
15:17
**presume** 11:15
**probably** 9:22

14:21,22 15:24
15:24
**problem** 7:16
16:24
**problems** 6:5
**proceeding**
18:11
**progress** 5:22
**property** 8:9
**proposed** 9:16
15:14
**provide** 13:23
**provision** 7:19
**provisions** 10:16
**Public** 2:7 18:6
19:25
**punctuate** 12:4
**purpose** 8:24

_____

**Q**

**question** 7:21
13:8,12
**questions** 7:14
**quite** 12:17

_____

**R**

**R** 3:2 4:2 18:2
**read** 19:2,19
**really** 5:23
**reason** 6:3,8
**recognize** 11:5
**recommend**
16:4
**record** 12:19
18:10 19:20,20
**recovery** 8:14,19
**related** 18:13
**relates** 5:16
**relating** 2:4 5:11
10:9
**repeat** 8:16
**report** 13:19
16:6
**reporter** 2:7 5:9
6:5
**REPORTING**
1:25

**required** 13:18
16:8
**reserve** 14:12
**resolve** 13:11
**resolved** 13:10
**respective** 2:5
**response** 6:10
**retain** 15:4
**right** 8:11 13:8
**ROME** 3:16
**room** 5:7 6:4

_____

**S**

**S** 3:2 4:2
**S.A** 1:8,14 3:16
4:4
**SALHANICK**
4:14
**saying** 10:21
**says** 11:23 12:8
**Schiller** 3:10 7:2
7:11
**second** 7:21 9:17
10:22
**Segal** 4:11,13
12:20,22
**send** 13:25 14:4
**sense** 14:9
**sensible** 6:21
**separate** 7:24
**set** 18:17
**Seventh** 4:12
**short** 13:23
**sign** 7:8,20 9:2
15:16
**SIGNATURE**
19:1
**signed** 16:18
**signing** 7:22
**simple** 16:7
**SKAKEL** 3:19
12:2 17:2
**SMITH** 4:3,7
9:14 10:12,18
11:3 12:23
14:8,24 15:12
**somebody** 14:7

**sooner** 11:20
**sorry** 8:15 14:7
**SOUTHERN**
1:2
**speak** 5:25 6:6
16:14
**speaking** 6:2
**Special** 3:5
**specific** 7:7
**specifically** 5:16
9:3 12:8 15:2
**spending** 8:24
**SPV** 1:8,14 3:16
4:4
**ss** 18:3
**stand** 11:14
**start** 7:11,12
**starting** 15:10
**state** 1:13 2:8
5:19 6:14 10:4
10:6 14:5 18:3
18:7
**STATES** 1:2
**status** 13:19,24
14:14 16:6,16
**Stenographic**
2:7
**stepping** 16:20
**stipulated** 9:16
15:17
**stipulation** 6:24
7:8,9,18,22 9:2
10:6,17 13:3
15:14 16:18
**stipulations** 10:3
10:5
**submit** 13:19
16:6,18
**suggest** 16:19
**suggesting** 11:6
**SUKENIK** 4:11
**SUPREME** 1:13
**sure** 10:13 13:7
**suspect** 14:16
**Sworn** 19:23

_____

**T**

**T** 18:2,2
**T-bills** 7:17 9:4
9:7 14:19
15:19 16:11
**take** 11:10 13:2
15:14,24
**taken** 13:2 19:19
**talking** 7:4
**teleconference**
3:12,20 4:7,13
4:14
**telephone** 5:8
**telephonic** 2:3
5:1 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:11
**tell** 12:25 13:20
14:17
**testimony** 19:19
19:20
**Thank** 5:3 16:25
17:2
**thing** 12:3 17:3
**think** 5:13 11:13
12:23 13:5,20
13:21 14:8
15:23 16:3
**third** 15:15
**thought** 12:18
**three** 13:2,4
15:25
**time** 2:6 5:25
17:5
**today** 13:21
**toes** 16:21
**touch** 15:9
**transcript** 5:9
17:4 18:9
19:19,20
**Treasury** 7:6
**Triadou** 1:8,14
3:16 4:4 8:10
8:23 9:22 11:5
16:5,9
**true** 18:10 19:20

19:20
**two** 7:14 15:13

---

**U**

**ultimate** 8:14,19
**understand** 9:14
**UNITED** 1:2
**unusual** 5:6
**update** 13:24
   16:16
**use** 16:15

---

**V**

**VIDEO** 1:25
**view** 8:17
**VIKTOR** 1:7

---

**W**

**wait** 11:24 16:19
**want** 9:9 11:3
   12:20 13:7
   15:23
**wanted** 12:18
**wants** 13:15
**wasn't** 11:17
**way** 5:4 6:6,21
   16:20 18:14
**we're** 5:4 7:4
   13:11 15:20
   16:20
**we've** 5:8 13:10
**WENNER** 3:12
   7:13 8:17 9:5
   10:3,13
**WEST** 1:17
**WHEREOF**
   18:16
**willing** 7:20
**win** 8:3
**withdraw** 9:25
   14:11
**withdrawn** 9:18
**WITNESS**
   18:16
**WOLF** 3:3
**work** 15:10
**write** 13:15

---

**X**

**x** 1:3,14,21

---

**Y**

**Y** 3:6
**York** 1:2,13,13
   1:22,22 2:8 3:4
   3:4,11,11,18
   3:18 4:5,5,12
   4:12 18:3,4,7

---

**Z**

---

**0**

---

**1**

**1** 7:2
**1-800-310-1769**
   1:25
**1:15-cv-05345**
   1:4
**10016** 3:4 4:5
**10022** 3:11
**10123** 4:12
**10174** 3:18
**10th** 1:22
**12/3/18** 5:1 6:1
   7:1 8:1 9:1
   10:1 11:1 12:1
   13:1 14:1 15:1
   16:1 17:1
**135** 1:17,17
**154681/2015**
   1:17
**156907/2** 1:17

---

**2**

**2** 7:6
**2:02** 1:24
**2:21** 17:5
**20** 6:11
**2017** 19:23
**2018** 1:23 6:11
   18:11,17
**23** 8:11
**23-and-some-...**
   7:5

**270** 1:22 3:4
**2nd** 4:4

---

**3**

**3** 1:23 18:11

---

**4**

**405** 3:17
**42nd** 4:12
**450** 4:12
**4th** 18:17

---

**5**

**575** 3:11

---

**6**

**650239/2015**
   1:16
**653462/2014**
   1:16

---

**7**

**70** 8:9
**79** 4:4
**7th** 3:11

---

**8**

---

**9**