# Exhibit 27

# Document Filed Under Seal