UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, Kazakhstan and BTA Bank JSC,

        Plaintiffs,

—v—

Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov, and Triadou SPV S.A.,

        Defendants.



15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The status conference currently scheduled for April 12, 2019 is hereby adjourned sine die. The Court will schedule a joint conference in this and the related matter, *City of Almaty et al. v. Sater et al.*, 19-cv-2645, by separate order.

    SO ORDERED.

Dated: April 11, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge