## Solomon & Cramer LLP
1441 Broadway, Suite 6026
New York, NY 10018
Main Tel: (212) 884-9102
E-Fax: (516) 368-3896

-----------

Andrew T. Solomon
Jennifer G. Cramer

April 22, 2019

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 17D
New York, New York 10007

Re:     City of Almaty v. Ablyazov, No. 1:15-cv-05345-AJN-KHP

Dear Judge Parker:

My firm represents defendants Ilyas and Viktor Khrapunov.  I am writing regarding conflict dates concerning any upcoming conferences.

I have a slew of out-of-town depositions in the coming weeks, most of which I will likely have to attend personally.  If at all possible, I ask that the Court *not* schedule a conference on the following dates:  April 25-26, April 30-May 3 (a.m.), May 7 (p.m.)-May 10, May 21-23, and May 28-29.

Respectfully yours,

/s/Andrew T. Solomon

Andrew T. Solomon
asolomon@solomoncramer.com
(m) 917.664.5575