UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

          Plaintiffs,

v.

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

          Defendants.
-----------------------------------------------------------

No. 15-cv-05345(AJN)(KHP)

**DECLARATION OF NATHAN B. ROBERTS**

I, Nathan B. Roberts, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the law firm of Solomon & Cramer LLP. I make this declaration in support of my motion for admission to appear *pro hac vice* on behalf of defendants Viktor Khrapunov and Ilyas Khrapunov in the above-captioned action.

2. I have personal knowledge of the following facts, and if called as a witness could and would competently testify thereto.

3. I have never been convicted of a felony.

4. I am a member in good standing of the bar of the Commonwealth of Massachusetts. Attached hereto as Exhibit A is a true copy of a Certificate of Good Standing dated June 4, 2019 and signed by Maura S. Doyle, Clerk of the Supreme Judicial Court for the County of Suffolk.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any state or federal court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 26, 2019                            By: /s/ Nathan B. Roberts
                                                                                       Nathan B. Roberts