UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

        Plaintiffs,

  -against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

        Defendants.

15 Civ. 5345 (AJN) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2019

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, the Court previously entered a Stipulated Protective Order in this action concerning the treatment of information produced in the above-referenced action (the "First Action") that the producing party designated Confidential or Attorneys' Eyes Only (referred to as "Confidential Discovery Material") [*see* ECF No. 253 (the "Stipulated Protective Order")];

**WHEREAS**, under Paragraph 2 of the Stipulated Protective Order, Confidential Discovery Material is "solely for use in connection with the above-captioned action, unless otherwise agreed by the producing party, ordered by the Court, or otherwise provided for [in the Stipulated Protective Order]" [ECF No. 253 ¶ 2];

**WHEREAS**, the City of Almaty, Kazakhstan and BTA Bank JSC ("Plaintiffs") have commenced separate litigation, *see City of Almaty, Kazakhstan et ano. v. Sater et al.*, No. 19 Civ. 2645 (AJN) (KHP) (S.D.N.Y.) (the "Second Action"), that the Court previously determined is related to the First Action [*see* Docket Entry dated March 29, 2019, in Case No. 19 Civ. 2645];

**WHEREAS**, in the interests of a more just, speedy, and inexpensive determination in the Second Action, the Plaintiffs seek to produce Confidential Discovery Material from the First Action in the Second Action; and

**WHEREAS**, the defendants in the First Action consent to the production of Confidential Discovery Material in the Second Action subject to the terms of this Stipulation and Order;

**NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED:**

1. That notwithstanding Paragraph 2 of the Stipulated Protective Order, Plaintiffs may produce Confidential Discovery Material from the First Action in the Second Action subject to the following conditions:

    a. Any person who receives Confidential Discovery Material in the Second Action as that term is defined in the Stipulated Protective Order agrees that the Confidential Discovery Material will be held and used by that person solely for use in connection with the Second Action, unless otherwise agreed by the producing party, ordered by the Court, or otherwise provided for in the Stipulated Protective Order;

    b. Any person who receives Confidential Discovery Material in the Second Action agrees to use the Confidential Discovery Material in the Second Action under the terms provided for in the Stipulated Protective Order; and

    c. Any person who receives Confidential Discovery Material in the Second Action has first executed a Non-Disclosure Agreement in the form annexed as an Exhibit hereto.

2. Nothing in this Order affects the parties' obligations in the First Action or the

Second Action to comply with the Court's Individual Practices in Civil Cases governing redactions and filing under seal.

**SO STIPULATED AND AGREED.**

Name: Matthew Schwartz
Dated: 7/3/19

*Attorney for BTA Bank and City of Almaty, Kazakhstan*

Name: Andrew T. Solomon
Dated: July 3, 2019

*Attorney for Viktor and Ilyas Khrapunov*

Name:
Dated:

*Mukhtar Ablyazov, pro se*

Name:
Dated:

*Attorney for Triadou SPV S.A*

**IT IS SO ORDERED.**

Dated: July 8, 2019
New York, New York

Katharine H. Parker
United States Magistrate Judge

3

Second Action to comply with the Court's Individual Practices in Civil Cases governing redactions and filing under seal.

**SO STIPULATED AND AGREED.**

_____
Name:
Dated:
*Attorney for BTA Bank and City of Almaty, Kazakhstan*

_____
Name:
Dated:
*Attorney for Viktor and Ilyas Khrapunov*

_____
Name:
Dated:
*Mukhtar Ablyazov, pro se*

Name: Deborah A. Skakel / Blank Rome LLP
Dated: 7.3.2019
*Attorney for Triadou SPV S.A*

**IT IS SO ORDERED.**

Dated: _____, 2019
New York, New York

_____
Katharine H. Parker
United States Magistrate Judge