USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC, <br><br> Plaintiffs, <br><br> -against- <br><br> MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., <br><br> Defendants. | **OPINION & ORDER** <br><br> 1:15-CV-05345 (AJN) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Upon consideration of the parties' joint letter (Doc. No. 1077) and further review of the parties' respective sanctions motions, this Court will hold an evidentiary hearing for purposes of taking witness testimony on limited topics as outlined herein. (Doc. Nos. 918, 967, and 971.) The evidentiary hearing will be held on **August 8, 2019 at 10:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, NY 10007. The parties shall present the following witnesses who will testify on the following limited topics:

- Cesare Cerrito will provide testimony concerning the alleged spoliation of evidence by Triadou and, specifically, the deletion of Triadou's and SDG's emails and/or failure to preserve emails.

- The following witnesses will provide testimony concerning Arcanum's, Boies Schiller Flexner LLP's ("BSF"), and Plaintiffs' knowledge of Felix Sater's ownership of Litco:

  - A representative from Arcanum
  - A representative from BSF
  - A representative from City of Almaty
  - A representative from BTA Bank
  - A representative from Todd & Levi LLP
  - Robert Wolf
  - Felix Sater

No additional witnesses will be permitted. Because the testimony will be on limited topics, each witness's direct and cross examination shall be limited to 45 minutes in the aggregate. The parties shall provide the order of witnesses to the Court by **August 6, 2019**, along with the estimated time allocation for direct and cross examination.

**SO ORDERED.**

Dated:   July 11, 2019
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge