The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court-S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

SDNY
2019 JUL 10 PM 12:42

9th July, 2019

Motion for Reconsideration

Re: Report and Recommendation of The Honorable Katherine H. Parker dated 7th July 2019

Dear Judge Parker

After having reviewed your Report and Recommendation dated 7th July 2019, I noticed that on page 4, you state "Ablyazov did not submit any response to this Motion" and that is incorrect. I have submitted my extensive response to the said motion on 30th January 2019 (see ECF 949). Thus, the court has overlooked an important submission in making its determination.

For the reason set forth above, I respectfully ask for reconsideration of your Report and Recommendation.

I also, respectfully ask for a stay of the requirement for a motion setting out the attorney's fees and costs and the 17-day deadline to file written objections to the Report and Recommendation.

Sincerely,

Mukhtar Ablyazov

M. ABLYAZOV
892 13TH ST, #2
Brooklyn, NY 11215

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 10  AM 11:31
S.D. OF N.Y.

U.S. District Court, SDNY
Pro-Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, NY 10007

USM5W
SDNY