**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

August 6, 2019

<u>VIA ECF</u>

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court – S.D.N.Y.
500 Pearl Street, Room 750
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
      <u>No. 1:15-cv-05345 (AJN)(KHP)</u>

Dear Judge Parker:

Pursuant to the Court's July 11, 2019 Order, (ECF 1103), we respectfully submit this letter on behalf of Triadou SPV S.A., the Khrapunov Defendants, and the Kazakh Entities concerning the procedure for the upcoming evidentiary hearing scheduled for this Thursday, August 8, at 10:00 am. The parties expect that the witnesses will be examined in the following order:

1. A representative from Boies Schiller Flexner LLP
2. A representative from Todd & Levi LLP
3. Robert Wolf
4. Felix Sater
5. A representative from Arcanum
6. A representative from BTA Bank
7. A representative from the City of Almaty

The parties have agreed to allocate the time for witness examination equally by side—*i.e.*, the 45 minutes per witness will be split 22.5 minutes to the Khrapunov Defendants and Triadou on the one hand and 22.5 minutes to the Kazakh Entities on the other hand, inclusive of all rounds of questioning.

Thank you for your consideration.

Respectfully submitted,

  *s/ Deborah A. Skakel*
Deborah A. Skakel