# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:    (212) 885-5148
Fax:      (917) 591-7897
Email:    dskakel@blankrome.com

October 2, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 2102
New York, New York 10007

> Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
> **No. 15-CV-5345 (AJN)(KHP)**

Dear Judge Nathan:

We represent Triadou SPV S.A. ("Triadou") and submit this letter as a courtesy in light of the Court's permission to extend Triadou's time to file objections to Magistrate Judge Parker's August 30, 2019 opinion.  (ECF 1151; ECF 1156).  Upon further consideration, Triadou has decided to forego filing such objections.

Thank you for your consideration.

Respectfully submitted,

  _s/ Deborah A. Skakel_
Deborah A. Skakel