# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:     (212) 885-5148
Fax:       (917) 591-7897
Email:     dskakel@blankrome.com

December 13, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 2102
New York, New York 10007

> Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
>       **No. 15-CV-5345 (AJN)(KHP)**

Dear Judge Nathan:

We represent Triadou SPV S.A. ("Triadou") and submit this letter to provide the Court with notice of a recently-issued order by Justice Cohen in Triadou's state court actions against the Chetrit entities. Justice Cohen's order, filed on December 12, 2019 and attached hereto as Exhibit 1, relates to the motion currently pending before this Court that was submitted March 21, 2019 by the state court Monitor, Hon. Herman Cahn, to transfer Monitorship funds and for leave to withdraw payment from those funds. (ECF 987-989).

In submitting this letter, Triadou does not intend to raise any additional argument concerning that motion; it simply intends to provide notice to the Court. Thank you for your consideration.

Respectfully submitted,

*s/ Deborah A. Skakel*
Deborah A. Skakel