UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, Kazakhstan and BTA Bank JSC,

    Plaintiffs,

—v—

Mukhtar Ablyazov, Ilyas Khrapunov, and Triadou SPV S.A.,

    Defendants.



15-CV-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the pending motion for judgment on the pleadings and motion to dismiss, the Court hereby adjourns the briefing schedule for summary judgment and *Daubert* motions by ninety days. Because the outcome of the pending motions may affect the nature and scope of the forthcoming motions, it would be more efficient to brief those motions after the pending motions are decided. Opening briefs are now due on April 16, 2020. Opposition briefs are now due on June 4, 2020. Reply briefs are now due on July 2, 2020. There will be no further extensions of this briefing schedule absent good cause.

SO ORDERED.

Dated: December 27, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge