USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                              Plaintiffs,

      -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                             Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

15-CV-05345 (AJN) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conference in this matter scheduled for **Tuesday, March 17, 2020 at 10:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to set up a telephone conference line and email Judge Parker's Chambers with the call-in information for the day of the conference .

      SO ORDERED.

Dated: March 12, 2020
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge