USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/16/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN, and BTA
BANK JSC,

Plaintiffs,

-against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,
ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

Defendants.

**ORDER**

1:15-CV-05345 (AJN) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

For the telephone conference scheduled for March 17, 2020 at 10:30 a.m., the parties

should dial the following number: (866) 434-5269.  The access code is: 4858267 (if prompted to

put in security code, re-enter access code).

**SO ORDERED.**

Dated:    March 16, 2020
           New York, New York

KATHARINE H. PARKER
United States Magistrate Judge