UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 15-cv-05345 (AJN) (KHP) |
| MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV and TRIADOU SPV S.A., | ) ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF MATTHEW L. SCHWARTZ

MATTHEW L. SCHWARTZ, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am a Partner in the law firm of Boies Schiller Flexner ("BSF"), counsel for Plaintiffs BTA Bank and the City of Almaty, Kazakhstan (the "Kazakh Entities") in the above-referenced action. I make this declaration in support of the Kazakh Entities' objection the March 12, 2020 Opinion & Order of the Honorable Katharine H. Parker granting Defendant Triadou SPV S.A.'s motion for sanctions against Plaintiffs.

2. Attached hereto are true and correct copies of the following documents:

   a. Exhibit 1 is a copy of the transcript of the September 19, 2019 deposition of Kairat Sadykov.

   b. Exhibit 2 is a copy of the transcript of the September 19, 2019 deposition of Akhzhan Moldakhmet.

1

    c.  Exhibit 3 is a copy of the transcript of the September 18, 2019 deposition of Zaure Junussova.

    d.  Exhibit 4 is a copy of excerpts from the September 12, 2019 evidentiary hearing before Judge Parker.

Dated:   New York, New York
           March 26, 2020

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz