

1271 Avenue of the Americas |New York, NY 10020
blankrome.com

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

June 3, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 906
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
            No. 1:15-cv-05345 (AJN) (KHP)

Dear Judge Nathan:

      We represent Triadou SPV S.A. ("Triadou") and write to respectfully seek (i) confirmation regarding the current deadline to file summary judgment and *Daubert* briefs, and (ii) leave to file an overlength memorandum of law and Local Civil Rule 56.1 statement in support of Triadou's motion for summary judgment.

      First, on May 7, 2020, the Court "SO ORDERED" Triadou's request to extend the deadline for "opening summary judgment and *Daubert* briefs" to "30 days after the Court decides [Triadou's second Rule 12(c)/reconsideration motion and Ilyas Khrapunov's motion to dismiss]"; for opposition briefs to be filed seven weeks later; and for reply briefs to be filed four weeks after oppositions. (ECF 1245 at 1). We therefore understand the current briefing schedule for summary judgment and *Daubert* motions is (i) July 1, 2020 for opening briefs; (ii) August 19, 2020 for opposition briefs; and (iii) September 16, 2020 for reply briefs. Triadou has conferred with counsel for Plaintiffs, who agree with this schedule.[1]

      Second, pursuant to this Court's Individual Practices, Triadou respectfully requests leave to file an overlength memorandum of law and Rule 56.1 statement in connection with its summary judgment motion. Specifically, Triadou requests leave to submit a memorandum of law that does not exceed 50 pages, and a Rule 56.1 statement that does not exceed 55 pages. Triadou will make every effort to keep its filings concise, but there are several issues to be addressed on summary judgment and a complex factual record—developed over several years of discovery—that requires exposition. For frame of reference, the Court previously allowed Triadou to file overlength findings of fact and conclusions of law (35 pages each) in connection with the parties' pre-discovery attachment hearing. (ECF 169-170). The record on summary judgment, both legally and factually, is significantly larger. The City of Almaty and BTA Bank do not oppose this request.

---

[1] Triadou seeks confirmation because the Court's May 7, 2020 memorandum endorsement order for the briefing schedule was accompanied by an ECF notification that listed June 11, 2020 as the deadline for opening briefs, and a subsequent ECF notification reset the deadlines for submitting opposition and reply briefs to follow from the June 11 date.



Thank you for your consideration.

                                                    Respectfully submitted,

                                                  *s/ Deborah A. Skakel*
                                                 Deborah A. Skakel