USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and BTA
BANK JSC,

                              Plaintiffs,

            -against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV,
ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

                              Defendants.

-----------------------------------------------------------------X

**ORDER NOTING CORRECTIONS TO ECF 1248**

**15-CV-05345 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed Defendant Triadou SPV S.A.'s ("Triadou") letter regarding certain factual corrections that should be noted by the Court. None of these factual issues are material to the Court's decision. For the sake of clarity, however, the Court notes the following corrections to its prior decision at ECF No. 1248 based on clarifications provided by Triadou:

- The Eesh Aggarwal documents produced by Plaintiffs in this case were obtained from Dubai law enforcement and not directly from Aggarwal.

- The Bourg and Meyer emails were deleted from SDG's servers prior to August 2014, not in connection with the August 2014 office move. Their accounts were deactivated in August 2014.

- Kevin Meyer first produced the email referencing Litco in January 2018.

The Court finds no other clarifications or corrections are required.

**SO ORDERED.**

Dated: June 4, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge