# Exhibit 39

# Document Filed Under Seal