# Exhibit 159

# NIEL
# Corporate Presentation

Luxembourg

January 2016

CONFIDENTIAL

Almaty-BTA0232029

EXHIBIT 7

CONFIDENTIAL

# Niel's Top Management Team

Nicolas Bourg, the Chief Executive Officer of Niel, has for many years been active in the private equity and investment sectors. Over the past 15 years he has been the principal lead generator for transactions with a total value in excess of € 2 billion. As a result of his expertise and success, his network of contacts includes portfolio managers, developers, and investors worldwide.



Laurent Foucher, the Chairman of the Board of Niel, has developed a strong expertise and completed, in partnership with various private and public key players, investments in or with companies with strong growth potential, including junior oil companies such as Maurel et Prom in France. He has a strong track record of exiting investments with significant gains.



Almaty-BTA0232030

CONFIDENTIAL

CONFIDENTIAL

# Structure and Entities



- Niel Finance & Services
  - Landscape
  - Niel Infrastructures
  - Niel China
  - Niel Telecom
  - M&P Congo
  - Niel Natural Resources Investments

CONFIDENTIAL

# Niel Natural Resources Investments

Niel Natural Resources Investments Fund offers an opportunity for qualified investors to gain private equity access to a highly diversified portfolio of natural resources assets with significant potential for high return on investment. The Luxembourg Fund will invest in high quality, but underexploited, exploration and mining projects primarily in Africa and Latin America. Specifically, the Fund will focus on basic natural resources, including oil and gas, gold, and diamonds. Value will be maximized through an innovative approach to financial investments in concert with a strategic approach to risk management.



- Acquisition / participations in:
  - Oil and gas projects
  - Precious commodities mines (gold, diamonds)
  - Industrial commodities mines

- Main Geographic Focus:
  - Africa, Latin America

Almaty-BTA0232032
CONFIDENTIAL

CONFIDENTIAL

# Niel Natural Resources Investments

## Republic of Congo – Diamond production



- 3 Exploitation permits in Northern Congo where some of the best "gem quality" diamonds are found, the project offers the best opportunity for a fast valorisation.

- Production in riverbeds via barge dredging

- The ROC is a member of the Kimberley Process, which imposes extensive requirements on its members to enable them to certify shipments as "conflict-free" and ethical.

- **NIEL INVESTMENT = 0.5 MUSD** (already performed)

- Value as of 4Q2015: 8 MUSD

CONFIDENTIAL

Almaty-BTA0232033

CONFIDENTIAL

# Niel Natural Resources Investments

## Mali – Gold Production



- NNRI owns 11,5 % of Ison which owns three exploration permits covering 135 km² and one exploitation Permit covering 40 km² via two Malian companies: NGM and Tichitt. The project is located 130 km South-West of Bamako, 15 km from Guinean border and 10 km from Niger River.
- Resources:
  - M + I = 815,000 oz Au
  - Inferred = 470,000 oz Au
- Definitive Feasibility Study in progress, expected Q2 2016.
- Up to US$ 38,000,000 spent on the project by all partners.
- Niel is the operator of the consortium.
- **NIEL INVESTMENT = 12.5 MUSD** (already performed)
- Value as of 4Q2015: 12.5 MUSD

CONFIDENTIAL

Almaty-BTA0232034

Case 1:15-cv-05345-JGK-KHP   Document 1285-39   Filed 07/01/20   Page 8 of 19

CONFIDENTIAL

# M&P Congo
## Republic of Congo – Exploration for Oil & Gas





- 100% owner of the company MP Congo SA
- 100% owner of the exploration permit "La Noumbi" (1'057 km²)
- Assets previously held by Maurel et Prom who provides technical support and keeps an interest on the results
- Located onshore on the prolific Congolese coastal Basin
- Same basin and same play as the Mboundi field which has reserves of 450 MMbls recoverable
- Prospective Resources of 122 MMbbls (mean estimate certified by De Golyer & Mac Naughton)
- **Value as of 4Q2015: ≈ Approx. 50 MUSD**

CONFIDENTIAL

Almaty-BTA0232035

CONFIDENTIAL

# Niel Telecom – Finance & Services

Niel Telecom plans to be a global, integrated telecom operator focused on high-growth markets. Niel Telecom's original idea is to develop essential mobile telecommunication services in high-growth countries to serve local populations and business customers. This idea is based on the belief that mobile telecommunications, be it mobile telephony, internet or other innovative mobile telecommunication services, have an extraordinary potential to foster economic development and improve the living standards of millions.

- Following a failure to close a major acquisition of companies Leo Burundi and Telecel Centrafrique from Vimpelcom/GTH, Niel Telecom has entered into an arbitration process to recuperate its investment.

- In another transaction, Niel F&S bought 100% of Telecel Centrafrique



WEBSITE:

Almaty-BTA0232036

CONFIDENTIAL

CONFIDENTIAL

# Niel Finance & Services

## Central African Republic – Telecel CAR



- Leading operator in Central African Republic with over 45% market share

- Since acquisition, Niel added significant value by opening the company to new network of contacts, experts and financial advisors

- The Central African Republic's geopolitical, economic and social's conditions are improving regularly, with security issues being managed by highly trained international forces (Sangaris, Minusca, Eufor, …).

- Thanks to a growing population, an increasing penetration rate and the presence of high ARPU spender (NGO, military, …), and Telecel's leading position, the company's mid-term projections show high dividend returns.

- **Value as of 4Q2015: = 57 MUSD**

CONFIDENTIAL
Almaty-BTA0232037

CONFIDENTIAL

# Niel Telecom
## Arbitrage – Telecel Globe (Malta)



- Part payment of acquisition of Telecel Globe: USD 50 million out of USD 100 million;
- Due to failure to close, Seller (Vimpelcom/GTH) kept the deposit amount and the holding company, refusing to refund Niel Telecom;
- Niel Telecom has engaged into an London arbitration process with a leading UK law-firm;
- Experts expect Niel Telecom to recuperate deposit plus damages (minus costs of arbitration of approx. USD 1 million);
- **Value as of 4Q2015: = Approx. 50 MUSD**

10
Almaty-BTA0232038
CONFIDENTIAL

CONFIDENTIAL

# Niel China

Niel China holds interests of the Group in China, including a 50% stake in Beijing Happy Family Domestic Service.

- Acquisition / participations in:
  - Social development projects
- Main Geographic Focus:
  - China
- NIEL INVESTMENT = 3.5 MUSD (already performed)
- Value as of 4Q2015: 3.5 MUSD

ARTICLE: <u>CLICK HERE</u>



Almaty-BTA0232039
CONFIDENTIAL

CONFIDENTIAL

# Niel China (Press)

## Project to train domestic helpers

The All China Women's Federation signed an agreement on Friday to help at least 4,000 women each year from underprivileged rural areas in western China receive free professional trainings in domestic services and land a job in the industry.

The joint project between the federation's Huaying Adventure Center and Beijing Happy Family Domestic Services Co, reportedly the largest such business on the mainland with a registered capital of 110 million yuan ($17.2 million), seeks to help more western women land decent-paying home-service jobs in big cities like Beijing via tailor-made and high-quality skill training, said Yun Pengju, who heads the center.

After the huge economic development of the past decades, a growing number of affluent urban families began hiring domestic helpers. In Beijing alone, nearly 800,000 out of the 6 million families need such services, which require more than 1 million workers.

CHINADAILY USA

Almaty-BTA0232040

CONFIDENTIAL

CONFIDENTIAL

# Niel Infrastructures

Niel Infrastructures invests in infrastructure projects across developing countries, including railways and other international transport ventures.

The first major investment of Niel Infrastructures is a 22.3% participation in IMIC plc, a UK company, through the conversion of a convertible bond. In this transaction, Lynchwood (BNP) acted as Nominee for Niel Infrastructures. USD 2.7 million remain as bonds.

IMIC has recently taken over Afferro Mining Inc., a company listed in TSX-V and AIM in London. Afferro holds the most important Iron Ore reserves in Cameroon.



- Acquisition / participations in:
  - Infrastructure projects linked to major mining developments in Africa
  - Major mining project
- Main Geographic Focus:
  - Developing countries
- Value as Sept 2015: : USD 11 million

IMIC's Website:  IMIC

CONFIDENTIAL

Almaty-BTA0232041

13

CONFIDENTIAL

# Niel Infrastructures (Press)

**MORNINGSTAR®**

## IMIC Bond Conversion To Make Lynchwood Nominees Largest shareholder

LONDON (Alliance News) - International Mining & Infrastructure Corporation PLC Monday said ....

LONDON (Alliance News) - International Mining & Infrastructure Corporation PLC Monday said Lynchwood Nominees Ltd is set to become the iron ore mining company's largest shareholder after giving notice to convert USD22.3 million of bonds to equity.

IMIC said the conversion notice was received on March 5 and will result in the creation of 45.0 million new shares, with USD2.7 million of the bonds remaining in issue, giving Lynchwood Nominees a 27.67% stake in the company.

According to Morningstar, Delorean Trading Inc is the current largest shareholder in IMIC with a 24.89% stake.

The 12% convertible bonds, which were issued in June 2013 and due October 2016, can be turned into into shares at 29.64 pence each, upon written notification by the bondholder.

Almaty-BTA0232042
CONFIDENTIAL

CONFIDENTIAL

# Landscape

Landscape Assets is a Luxembourg investment vehicle, financed in parts by Niel Group. It holds companies investing in and holding real estate assets. Its affiliates' investments comprise of flagship buildings in Brussels and other European hubs.



- Acquisition / participations in:
  - Residential real estate projects
  - Hospitality projects
  - Mixed-use real estate assets
- Main Geographic Focus:
  - European Hubs
- Value as of 4Q2015: USD 2.5 million

Almaty-BTA0232043
CONFIDENTIAL

CONFIDENTIAL

# Valuation: Niel Group Consolidation

Summary situation as of 4Q2015



Pie chart:
- Niel Telecom + F&S: 53%
- Niel NRI: 17%
- M&P Congo: 16%
- Niel Infrastructures: 9%
- Niel China: 3%
- Landscape: 2%

| Entity | Valuation |
|---|---|
| Niel NRI | USD 20'500'000.00 |
| M&P Congo | USD 20'000'000.00 |
| Niel Telecom + F&S | USD 107'000'000.00 |
| Niel China | USD 3'500'000.00 |
| Niel Infrastructures | USD 11'000'000.00 |
| Landscape | USD 2'500'000.00 |
| TOTAL | USD 164'500'000 |

Almaty-BTA0232044  CONFIDENTIAL

CONFIDENTIAL

# Corporate Social Responsibility

Through the Telecel Foundation, now renamed UPCAR (United People for Central African Republic), Niel Group has contributed to multiple projects in CAR, including the financing of a children's hospital in Bangui, the bettering of a orphanage in Bangui, food packages, sponsoring of the National Boxing Federation, and the training of police officers and the Gendarmerie in CAR (over 120 troops and officers).



On the picture to the right, the French security group Gallice presents the newly trained troops.

CONFIDENTIAL

# Contact Details

CONFIDENTIAL

If you require any further information, please write to Niel headquarters:

Niel Group

60, Grand-Rue,

L-1660, Luxembourg

Or contact us by email at:

info@niel.lu



Almaty-BTA0232046

CONFIDENTIAL