**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ALMATY, KAZAHKSTAN and BTA BANK JSC,<br><br>               Plaintiffs,<br><br>      v.<br><br>MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV, VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>               Defendants. | No. 15 Civ. 5345 (AJN) (KHP) |

**NOTICE OF PLAINTIFFS' MOTION TO**
**PRECLUDE THE OPINIONS OF S. ILAN GUEDJ**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law and the Declaration of Matthew L. Schwartz and annexed exhibits, Plaintiffs City of Almaty, Kazakhstan, and BTA Bank JSC, by their attorneys at Boies Schiller Flexner LLP, will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, New York, New York 10007, at such date and time the Court sets, for an order precluding the testimony of Defendant Triadou SPV S.A.'s expert witness S. Ilan Guedj.

**PLEASE TAKE FURTHER NOTICE THAT** any opposing affidavits and answering memoranda shall be served no later than August 19, 2020, pursuant to the Court's June 3, 2020, Order.  *See* ECF No. 1258.

Dated: New York, New York
July 1, 2020

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz
Peter M. Skinner
Craig Wenner
Valecia Battle

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380

*Attorneys for Plaintiffs*