

**Adam Miller**
Partner
2001 M Street, NW, Suite 500
Washington, DC  20036
T (202) 349-7958
amiller@buckleyfirm.com

February 5, 2021

**Via ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J.
02/07/2021

Re:   *City of Almaty v. Kazakhstan, et al. v. Mukhtar Ablyazov, et al.*,
       No. 15 Civ. 5345 (AJN) (KHP)

Dear Judge Parker:

We represent non-party Frank Monstrey in connection with the above-referenced case. Concurrently with this letter, we are submitting to the Court a separate letter opposing Ilyas Khrapunov's request that the Court lift the confidentiality designation of an expert report prepared on behalf of BTA Bank JSC by Bruce G. Dubinsky. [ECF No. 1395.]

Our letter expressing Mr. Monstrey's position contains one paragraph that quotes from and summarizes portions of Mr. Dubinsky's Report – the very document that Mr. Monstrey seeks to keep confidential.  Allowing public access to that paragraph of the letter would undermine its purpose.  Accordingly, Mr. Monstrey respectfully requests leave to submit on the public docket the letter with the paragraph quoting and/or summarizing Mr. Dubinsky's Report redacted from the version available to the public.  The version of the unredacted letter is being submitted under seal according to the provisions of Section III(c) of your Individual Practices in Civil Actions.  Pursuant to Rule 26(c), the Court has broad authority to permit the limited redaction Mr. Monstrey seeks.

Thank you for your consideration.

Sincerely,

Adam Miller