# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5148
Fax:     (917) 591-7897
Email:   dskakel@blankrome.com

March 24, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 906
New York, New York 10007

      Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
              **No. 1:15-cv-05345 (AJN) (KHP)**

Dear Judge Nathan:

We represent Triadou SPV S.A. ("Triadou") in the above-referenced matter. Consistent with Rule 3(H) of the Court's Individual Practices, which provides that "[i]f a motion is not decided within 90 days of the time that it has become fully briefed, counsel for the movant shall send a letter to alert the Court," we write regarding Triadou's pending motion for summary judgment and *Daubert* motions. Those motions were fully briefed and submitted to the Court as of December 21, 2020. (ECF 1274-79, 1282-88, 1295-97, 1342-47, 1352-53, 1378-81, 1383-86).

Because the ninety-day window expired on March 22, 2021, Triadou submits this letter to comply with the Individual Practice Rule by alerting the Court that Triadou's motion for summary judgment and *Daubert* motions have not been decided or calendared for argument.

Thank you for your consideration.

                                                      Respectfully submitted,

                                                     *s/ Deborah A. Skakel*
                                                     Deborah A. Skakel