UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2021
```

---

City of Almaty, Kazakhstan, *et al.*,

                         Plaintiffs,

         –v–

Mukhtar Ablyazov, *et al.*,

                        Defendants.

15-cv-5345 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

      On March 29, 2021, the Court issued an Opinion in this case under temporary seal to allow any interested parties to propose redactions to the Opinion.  Dkt. No. 1422.  The Court has received no redaction requests and thus lifts the temporary seal on its March 29 Opinion addressing Triadou's motion for summary judgment.

      SO ORDERED.


Dated: April 8, 2021
      New York, New York

                                 _____
                                    ALISON J. NATHAN
                             United States District Judge