UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　Crossclaim Plaintiffs,<br><br>　- against -<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　Crossclaim Defendants. | ECF Case<br><br>No. 15-cv-05345 (AJN) (KHP) |

**TRIADOU SPV S.A.'S NOTICE OF MOTION FOR
LIMITED RECONSIDERATION OR, IN THE ALTERNATIVE, FOR
LEAVE TO AMEND ITS ANSWER TO ADD THE DEFENSE OF *IN PARI DELICTO***

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Declaration of Deborah A. Skakel, and the exhibits thereto, Triadou SPV S.A.("Triadou"), by and through its undersigned counsel, will move this Court before the Honorable Alison J. Nathan, at the U.S. District Courthouse for the Southern District of New York, 40 Foley Square, New York, N.Y. 10007, to reconsider its March 29, 2021 Order to the extent it held that Triadou waived the defense of *in pari delicto* (ECF 1428), or, in the alternative, for an order granting leave to amend Triadou's Answer to add the affirmative defense of *in pari delicto*, and granting to Triadou such other, further, and different relief as the Court deems just and proper.

Dated: New York, New York
      April 12, 2021

Respectfully submitted,

**BLANK ROME LLP**

By:   *s/ Deborah A. Skakel*
      Deborah A. Skakel
      Alex E. Hassid
      Robyn L. Michaelson
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
dskakel@blankrome.com
ahassid@blankrome.com
rmichaelson@blankrome.com

*Counsel for Crossclaim Defendant Triadou SPV S.A.*