UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/5/2021

City of Almaty, Kazakhstan, *et al.*,

        Plaintiffs,

–v–

Mukhtar Ablyazov, *et al.*,

        Defendants.

15-cv-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has reviewed the proposed redactions to the Dubinsky Report submitted by Frank Monstrey (Dkt. No. 1430) and by the Kazakh Entities (Dkt. No. 1434) on April 12, 2021, and the proposed redactions to the parties' Rule 56.1 statements and motion papers submitted on April 19, 2021 (Dkt. Nos. 1437, 1439). The Court concludes that these proposed redactions are narrowly tailored to balance the interests set forth in the Court's March 29, 2021 Order addressing the parties' motions to seal (Dkt. No. 1422). Thus, for the reasons set forth in that Order, the Court accepts the proposed redactions.

    It is therefore ORDERED that by May 10, 2021, the Kazakh Entities shall file the Dubinsky Report on the public docket with the proposed redactions.

    It is further ORDERED that by May 10, 2021, the parties shall file their Rule 56.1 statements and motion papers on the public docket with the proposed redactions.

    SO ORDERED.

Dated: May 5, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge