

CRAIG WENNER
Tel.: (212) 909-7***
E-mail: cwenner***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/21

October 27, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
              **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (AJN) (KHP)**

Dear Judge Nathan:

      We represent the City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write pursuant to Your Honor's Individual Practices to respectfully request that the Court so-order a proposed briefing schedule with respect to defendant MeM Energy Partners LLC's Motion to Dismiss. [ECF No. 326]. MeM Energy consents to this request.

      To accommodate trial schedules and other commitments of the attorneys working on this matter, including the Kazakh Entities' preparation of the pretrial submissions currently due on November 10 in the related case against Triadou SPV S.A., the Kazakh Entities conferred with counsel to MeM Energy to request their consent to an extension of the opposition deadline to November 22, 2021. MeM Energy agreed to our request and asked for an extension of its reply deadline to December 28, 2021, to which we do not object. We therefore respectfully request that the Court so-order the following briefing schedule:

- Motion to dismiss opposition brief due no later than November 22, 2021.
- Reply brief due no later than December 28, 2021.

SO ORDERED.

Thank you for your consideration.

*[signature: Alison J. Nathan]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
10/29/21

Respectfully,

 */s/ Craig Wenner*
Craig Wenner

cc: All Counsel of Record (by ECF)