# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com



Phone: (212) 885-5148
Fax: (917) 591-7897
Email: dskakel@blankrome.com

November 30, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 906
New York, New York 10007

   Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
      *No. 1:15-cv-05345 (AJN) (KHP)*

Dear Judge Nathan:

  We represent Triadou SPV S.A. ("Triadou") in the above-referenced case and write jointly with BTA Bank JSC to respectfully request relief from two deadlines recently set by the Court concerning the parties' submission of motions *in limine*, presently due on December 3, 2021, [ECF No. 1460], and proposed jury charges, voir dire questions, and verdict forms, presently due on December 10, 2021, [ECF No. 1464]. Specifically, the parties request that the Court adjourn both deadlines in light of the Court's November 5, 2021 Order *sua sponte* adjourning the deadline to file the Joint Pretrial Report pending clarity about the trial schedule. [ECF No. 1464].[1] This will allow the parties to avoid the inefficiencies of submitting ancillary filings *before* filing the Joint Pretrial Report with the Court.

  The parties propose instead to submit a new schedule (i) for filing motions *in limine* and proposed jury charges after the Court sets a deadline for the submission of the Joint Pretrial Report, or, alternatively, (ii) that includes these items as well as a deadline to submit the Joint Pretrial Report, in the event that trial will not go forward on February 7, 2022, [*see* ECF No. 1460 at 2]. The parties can use the additional time to continue to work through disputes germane to these materials.

  Thank you for your consideration of this request.

> The deadlines for filing motions in limine and the proposed jury charge are hereby adjourned.
>
> SO ORDERED.
>
> *(signed)* Alison J. Nathan 12/2/2021
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.

Respectfully submitted,

  */s/ Deborah A. Skakel*
Deborah A. Skakel

---

[1] The Court's November 5, 2021 Order suggested that it might have more information about a firm trial date after the parties return Juror Questionnaires to the Clerk's Office. [ECF No. 1464]. The parties would welcome any information that the Court is able to provide in that regard. In particular, although Plaintiff is ready, willing, and able to proceed on February 7, 2022, its principal trial counsel (Mr. Schwartz) is scheduled to conduct a two-week trial before Judge Engelmayer beginning on January 24, 2022, which the Court has indicated is a firm date. *See United States v. Sadleir*, No. 20 Cr. 320 (PAE). Conducting the two trials back-to-back, if that occurs, will require advanced planning.