```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/6/21___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Almaty, Kazakhstan, et al.,

                Plaintiffs,

        –v–

Ablyazov et al.,

                Defendants.

15-cv-5345 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On May 20, 2021, the Court informed the parties that it set a tentative trial date for February 7, 2022. Dkt. No. 1452. The Court accordingly requested a jury trial for that date pursuant to the COVID rules for centralized jury trial scheduling in the district. The Court did not receive the date requested as a firm trial date.

The parties shall by December 10, 2021, submit a letter indicating whether they wish the Court to request that the case be placed on a trial-ready calendar for March[1] or whether they wish to propose new dates for Quarter 2 of 2022.

      SO ORDERED.

Dated: December 6, 2021
       New York, New York

                                 _____
                                  ALISON J. NATHAN
                               United States District Judge

---

[1] These cases may proceed if both the primary and backup cases for one of the days during the week do not go forward.