# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/21

Phone:  (212) 885-5148
Fax:    (917) 591-7897
Email:  dskakel@blankrome.com

December 10, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court – S.D.N.Y.
40 Foley Square, Room 906
New York, New York 10007

    Re:  *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
          <u>No. 1:15-cv-05345 (AJN) (KHP)</u>

Dear Judge Nathan:

    We represent Triadou SPV S.A. ("Triadou") in the above-referenced case and write jointly with BTA Bank JSC in response to the Court's December 6, 2021 order instructing the parties to submit a joint letter stating whether they would like this matter to be placed on the trial-ready calendar for March 2022 or if they would prefer to submit proposed dates for trial in the second quarter of 2022. (ECF 1474).

    Given the need to coordinate overseas travel for many potential witnesses, the parties agree that this matter should not be placed on the trial-ready calendar for March 2022. Instead, the parties intend to propose trial dates for the second quarter of 2022, but respectfully request additional time to submit that information. The parties have worked diligently to determine the availability of their witnesses and experts, but additional time is needed to gather further information and work through several potential scheduling conflicts. ==The parties propose to file a letter with proposed trial dates no later than December 17, 2021.==

    Thank you for your consideration of this request.

SO ORDERED.

Respectfully submitted,

  /s/ *Deborah A. Skakel*
Deborah A. Skakel

[Signature of Alison J. Nathan]
12/13/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.