An official website of the United States government  Here is how you know

 United States Department of Labor

**U.S. BUREAU OF LABOR STATISTICS**

Follow Us | Release Calendar | Blog

Search BLS.gov

# Databases, Tables & Calculators by Subject

PRINT:

- TOP PICKS
- SERIES REPORT
- PUBLIC DATA API
- DISCONTINUED DATABASES
- FAQS
- SPECIAL NOTICES
- MORE SOURCES OF DATA

## CPI Inflation Calculator



$ [        ]
in  January  2000
has the same buying power as
in  December  2019
[Calculate]

Mobile Browser? View full screen.

*Cited City of Almaty v Ablyazov
15CV5345 Decided 2/7/20
Archived on 2/11/20
This document is protected by copyright.
Further reproduction is prohibited without permission.*

### About the CPI Inflation Calculator

The CPI inflation calculator uses the Consumer Price Index for All Urban Consumers (CPI-U) U.S. city average series for all items, not seasonally adjusted. This data represents changes in the prices of all goods and services purchased for consumption by urban households.

RECOMMEND THIS PAGE USING:   Facebook   Twitter   LinkedIn

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

**U.S. BUREAU OF LABOR STATISTICS**

Postal Square Building
2 Massachusetts Avenue NE
Washington, DC 20212-0001

Telephone:1-202-691-5200
Federal Relay Service:1-800-877-8339
www.bls.gov
Contact Us

**INFO**
What's New
FAQs
A-Z
Glossary
About BLS
Careers @ BLS
Find It! DOL
Join our Mailing Lists

**RESOURCES**
Inspector General (OIG)
Budget and Performance
No Fear Act
USA.gov

**ABOUT THIS SITE**
Sitemap
Freedom of Information Act
Privacy & Security Statement
Disclaimers
Linking & Copyright Info
Important Website Notices
Help & Tutorials

Connect With BLS