

MATTHEW L. SCHWARTZ
Tel: (212) 303-3646
Email: mlschwartz@bsfllp.com

April 5, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 906
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
              **Case No. 15 Civ. 5345 (AJN) (KHP)**

Dear Judge Nathan:

      We represent plaintiff BTA Bank JSC and write to respectfully request that the Court schedule this case for trial in September 2022. We have consulted with defendant Triadou SPV S.A., who does not oppose this request.

      With the last trial status update to the Court, the parties reported that they could be available for trial within the period from July 11 to August 5, 2022. The Court stated in its memo endorsement that it would request a trial date beginning July 11, 2022, [ECF No. 1479], but no trial date has yet been set.  In the interim, BTA Bank has learned that it will likely be unable to secure the voluntary appearance of certain witnesses in July who are important to the presentation of the plaintiff's case, and whose appearance cannot be compelled.  In addition, one of BTA's expert witnesses has a conflict in July, and a July trial would present logistical difficulties for me personally that I can explain if the Court would like details.

      In view of these conflicts, BTA conferred with Triadou, and the parties are available to try the case between September 8 and October 18, 2022.  We therefore respectfully request that the Court request a trial date in that window, preferably in early September if possible.  The parties still anticipate that the trial will last 15 to 20 trial days.  If there is a time in the September-October window that is acceptable to the Court, the parties will also jointly propose a schedule for pretrial submissions.  (Likewise, if the Court for some reason does not schedule the case for trial in the fall and intends to proceed with a trial starting July 11, the parties can jointly propose a submission schedule).

      Thank you for your consideration of this request.

                              Respectfully,

                              */s/ Matthew L. Schwartz*
                              Matthew L. Schwartz