UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITY OF ALMATY KAZAHKSTAN, et al,
                Plaintiffs,

                                                       15 civ 5345 (JGK)

       -against-

MUKHTAR ABLYAZOV, et al,,
                Defendants.
-----------------------------------------------------------X

## ORDER

A status conference before this Court will be held on **Thursday, May 5, 2022, at 3:30pm. Dial-in: 888 363-4749. Access code: 8140049.**

**Trial in this matter is adjourned to Monday, October 3, 2022, at 9:00am.**

**SO ORDERED.**

                                                                              JOHN G. KOELTL
                                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 14, 2022