UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

              Plaintiffs,

- against -

MUKHTAR ABLYAZOV, ET AL.,
              Defendants.

15 Civ. 5345 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court if they have current addresses for Mukhtar Ablyazov and Svetlana Chepurnaya.

SO ORDERED.

Dated:    New York, New York
          April 19, 2022

                                      John G. Koeltl
                              United States District Judge