UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

               Plaintiffs,

- against -

MUKHTAR ABLYAZOV, ET AL.,
               Defendants.

15 Civ. 5345 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Objections, if any, to Magistrate Judge Parker's order dated May 4, 2022, ECF No. 1494, must be filed by **May 20, 2022**. Any responses must be filed by **May 27, 2022**.

SO ORDERED.

Dated:    New York, New York
           May 6, 2022

                                            John G. Koeltl
                                    United States District Judge