UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

    Crossclaim Plaintiffs,

- against -

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

    Crossclaim Defendants.

ECF Case

No. 15-cv-05345 (JGK) (KHP)

---

### [PROPOSED] ORDER

In view of the parties' requests set forth in the joint letter filed by Defendant Triadou SPV S.A. ("Triadou") on May 13, 2022, it is hereby:

**ORDERED** that trial in this matter is adjourned to *November 28, 2022*;

**IT IS FURTHER ORDERED** that the time for the parties to submit responses and objections to pretrial filings is extended from July 15, 2022 to July 29, 2022; and

**IT IS FURTHER ORDERED** that the parties are permitted to submit charts containing affirmative and counter designations for deposition testimony, together with a copy of each deposition transcript with designated portions highlighted, as set forth in the joint letter filed by Triadou on May 13, 2022. *Color coded copies of the depositions with designations, counter-designations, objections and responses should be submitted on a flash drive.*

                                     */s/ G. Koeltl*
                                   JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 24, 2022