```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

               Plaintiffs,        15 Civ. 5345 (JGK)

      - against -               ORDER

MUKHTAR ABLYAZOV, ET AL.,
               Defendants.

JOHN G. KOELTL, District Judge:

    The motion to strike, ECF No. 1501, is **denied** as moot. The offer of judgment that is the subject of the motion, ECF No. 1492, is "considered withdrawn" if not accepted within fourteen days. See Fed. R. Civ. P. 68(a), (b). More than fourteen days have elapsed since the offer of judgment was filed, and it was not accepted by any party.

    The Clerk is directed to close Docket No. 1501.

SO ORDERED.

Dated:    New York, New York
          May 31, 2022

                                        John G. Koeltl
                                   United States District Judge