# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

June 17, 2022

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   City of Almaty, Kazakhstan *et al.* v. Mukhtar Ablyazov *et al.*
                No. 15-cv-05345-AJN-KHP

Dear Judge Nathan:

      On August 8, 2017 [DE 393], the Court permitted Kobre & Kim LLP to withdraw as counsel of record for Defendant Mukhtar Ablyazov, but required that Kobre & Kim LLP "remain Mr. Ablyazov's agent solely for the purpose of receiving service of Court papers in this litigation, which shall be accomplished by sending those papers via email to jonathan.cogan@kobrekim.com, beau.barnes@kobrekim.com and rebecca.mangold@kobrekim.com, unless and until Mr. Ablyazov has retained new counsel." On January 25, 2021 [DE 1396], Kobre & Kim LLP informed the Court that Beau Barnes would no longer be employed by Kobre & Kim LLP. On January 27, 2021 [DE 1398], this Court ordered that "[s]ervice of Court papers shall hereafter be accomplished by sending those papers via email to the email addresses noted above for Jonathan D. Cogan and Rebecca G. Mangold unless and until Mr. Ablyazov has retained new counsel."

      We write to inform the Court that Rebecca G. Mangold will no longer be employed by Kobre & Kim LLP after June 17, 2022, but pursuant to the Court's order, Jonathan D. Cogan will remain Mr. Ablyazov's agent solely for the purpose of receiving service of Court papers in this matter.

                                    Respectfully submitted,

                                      /s/ Jonathan D. Cogan
                                      Jonathan D. Cogan
                                      +1 212 488 1200

Cc:   Mukhtar Ablyazov
       All Counsel of Record (via ECF)

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.