UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

           Plaintiffs,

- against -

MUKHTAR ABLYAZOV, ET AL.,

           Defendants.

15-cv-5345 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to strike Docket No. 1492. See, e.g., Michael Grecco Prods., Inc. v. Jukely, Inc., No. 18-cv-605, 2019 WL 1284256, at *2 (E.D.N.Y. Mar. 20, 2019) ("It is . . . well established that if an unaccepted offer of judgment is filed with the Court in disregard of the dictates of Rule 68(a), it should be stricken from the docket."); Fair Hous. Advocs. Ass'n v. NPA Hous. Prop., LLC, No. 2:09-cv-538, 2010 WL 596477, at *2-3 (S.D. Ohio Feb. 16, 2010) (sua sponte striking improperly filed offer of judgment); Kason v. Amphenol Corp., 132 F.R.D. 197, 197 (N.D. Ill. 1990) (same).

SO ORDERED.

Dated:    New York, New York
           July 11, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge