

BOIES
SCHILLER
FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3654
E-mail: mschwartz@bsfllp.com

July 8, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
7/11/22

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
      Case No. 15 Civ. 5345 (JKG) (KHP)

Dear Judge Koeltl:

We represent Plaintiff BTA Bank JSC ("BTA"). We write to respectfully request that the Court accept for filing under seal the following documents and exhibits appended to the Declaration of Matthew L. Schwartz In Support of Plaintiff's Motions *In Limine*:

- Certain portions of the memorandum of law in support of Plaintiff's Motion *In Limine* # 2;

- Exhibit 2.1 to the Schwartz Declaration;

- Plaintiff's memorandum of law in support of Plaintiff's Motion *In Limine* # 3;

- Exhibit 3.1 to the Schwartz Declaration;

- Exhibit 3.7 to the Schwartz and Declaration; and

- Exhibit 5.41 to the Schwartz Declaration.

In accordance with the Court's Individual Practices Section VI, BTA is filing the proposed sealed documents and exhibits on the Court's ECF system. BTA is filing these documents and exhibits under seal because they have been designated confidential by third parties under the Court's Protective Order in this case. [ECF No. 253]. BTA makes no claim of confidentiality with respect to these documents, but consistent with the Court's order of July 6, 2022 [ECF No. 1509], these documents are being provisionally filed under seal to permit third parties the opportunity to submit a letter-motion to the Court identifying the basis for maintaining these documents under seal by August 10, 2022.

Thank you for your consideration.

Respectfully,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com