UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN, and BTA BANK, JSC,<br><br>                                Plaintiffs,<br><br>v.<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV and TRIADOU SPV S.A.,<br><br>                                Defendants. | No. 15 Civ 5345(JGK) (KHP)<br><br>**NOTICE OF MOTION TO WITHDRAW** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Alyssa M. Helfer, the undersigned respectfully moves to withdraw as attorney of record for non-party Frank Monstrey pursuant to Local Civil Rule 1.4.  This request is being made as the undersigned will no longer be associated with Buckley LLP.  No parties will be prejudiced in this matter as Adam Miller of Buckley LLP will continue its representation as counsel for non-party Frank Monstrey.

Dated:  July 22, 2022
           New York, NY

                                                            Respectfully submitted,

                                                            */s/ Alyssa M. Helfer*
                                                            Alyssa M. Helfer
                                                            Buckley LLP
                                                            1133 Avenue of the Americas, Suite 3100
                                                            New York, NY 10036
                                                            T (212) 600-2344
                                                            F (212) 600-2405
                                                            ahelfer@buckleyfirm.com

                                                            *Attorney for Non-Party Frank Monstrey*