# EXHIBIT 4

**Defendant Triadou SPV S.A.'s**  
**Exhibit List with Objections**

August 5, 2022  
15-cv-5345

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 1 | Contract for the Sale of Company Shares - SDG Capital SA, with English translation | 3/12/2013 | KHRAPUNOV0000186-205 | ** | |
| 2 | Email chain between Glatz and I. Khrapunov re: SDG, with English translation | 1/14/2013 | KHRAPUNOV0000207-08 | * | |
| 3 | Email chain between Glatz to Chabrier re: SDG Sale with English translation | 2/5/2013 | TRIA0012364-65 | ** | |
| 4 | Email from Chabrier to Katz and Glatz re: SDG with English translation | 2/5/2013 | TRIA0012224-25 | ** | |
| 5 | The Corporate Finance Group Valuation of SDG Capital S.A. | 1/14/2013 | KHRAPUNOV0000001-62 | | |
| 6 | Emails from Chabrier to Katz, Glatz and others re: SDG with English translation | 3/1/2013 | TRIA0012527-30 | ** | |
| 7 | JPh Hottinguer report re: Project SDG | 3/7/2013 | KHRAPUNOV0000177-80 | * | |
| 8 | Letter from Glatz/Greencos to Gillieron/SDG re: Purchase of SDG Capital SA with English translation | Mar-13 | KHRAPUNOV0000063-65 | * | |
| 9 | Email from Gillieron/Chabrier to Glatz re: Purchase of SDG with English translation | 3/11/2013 | KHRAPUNOV0000206 | ** | |
| 10 | Email from Chabrier to Glatz copying Gillieron re: Discharge of First Payment with attachment and English translation | 3/12/2013 | TRIA0012367-69 | ** | |
| 11 | Credit Suisse account statement, Clinique des Grangettes, SA | 3/9/2013 | TRIA0012990 | ** | |
| 12 | Credit Suisse Record of Payment | 11/16/2016 | KHRAPUNOV0000212 | ** | |
| 13 | Email from Chabrier to Glatz copying Gillieron re: Discharge of payment discharge with attachment and English translation | 7/5/2013 | TRIA0012969-71 | ** | |
| 14 | Credit Suisse account statements for PIDJI | Various | TRIA0012991-98 | ** | |
| 15 | UBS Credit Notice | 7/6/2013 | KHRAPUNOV0000211 | ** | |
| 16 | UBS Debit Notice | 7/6/2013 | KHRAPUNOV0000210 | ** | |
| 17 | Letter from Gillieron/Chabrier to Swiss Prosecutor re: SDG Capital SA with English translation | 3/22/2013 | TRIA0013363-64 | * | |
| 18 | SDG Press Release, "Philippe Glatz Acquires Swiss Development Group" | 3/27/2013 | TRIA0009031-32 | * | |
| 19 | PIDJI Financial Statement for year ending 12/31/2013 | 11/11/2014 | TRIA0012943-49 | | |
| 20 | SDG Organizational Chart | 12/31/2013; 6/14/2014 | TRIA0000907-908 | ** | |
| 21 | Triadou Corporate & Financial Report | 11/14/2013 | N/A | ** | |
| 22 | Email from Herz to Graff re: Traidou [sic] with attachments | 3/13/2013 | Almaty-BTA0152086-98 | ** | |
| 23 | Loan Agreement with Amendments | 11/7/2012 | Almaty-BTA0150297-305 | * | |
| 24 | Letter from Petelin to SDG Capital S.A. | 11/1/2012 | TRIA0004176 | * | |
| 25 | Telford Trust and Telford International Ltd. Corporate Documents | 3/26/2012 | N/A | ** | |
| 26 | Chart of Triadou investment payments | 4/25/2014 | TRIA0007214 | ** | |
| 27 | Articles of Incorporation for Element One Fund SIF SICAV-SCA | 3/24/2014 | Almaty-BTA0127342-72 | ** | |
| 28 | Letter from Chetrit Group LLC to Bourg with attachments | 10/23/2012 | Almaty-BTA0153432-36 | ** | |
| 29 | CF West Member Operating Agreement and other documents | 11/7/2012 | Almaty-BTA0127579-644 | | |
| 30 | Organizational Structure Chart for 135 W. 52nd Street | Undated | N/A | ** | |
| 31 | Email from Meyer to Cerrito copying Bourg re: Triadou Documents with attachments | 4/25/2014 | TRIA0006145-79 | ** | |
| 32 | Loan Sale Agreement (Tri-County Mall) | 4/23/2013 | MCA0000001-47 | ** | |
| 33 | Escrow Activity for Tri-County Mall | Undated | Almaty-BTA0166888 | ** | |
| 34 | Triadou - Adlux Loan Agreement | 12/13/2013 | TRIA0011679-80 | ** | |
| 35 | Compilation of SWIFT confirmations | Various | N/A | ** | |
| 36 | Email from Bourg to Chetrit re: FW: Swifts | 12/12/2013 | N/A | ** | |
| 37 | Email from Meyer to Cerrito copying Bourg re: Triadou rough numbers | 4/25/2014 | N/A | ** | |
| 38 | Letter from Chetrit to Triadou | 5/6/2014 | Almaty-BTA0127764-66 | ** | |
| 39 | Letter from The Chetrit Group to Triadou SPV S.A. | 5/6/2014 | TRIA0005554-55 | ** | |
| 40 | Fiscus Memorandum Re: Assessment of Triadou's Options for Flatotel Investment | 7/25/2014 | TRIA0012972-74 | * | |
| 41 | Assignment Agreement | 8/4/2014 | N/A | ** | |

1

**Defendant Triadou SPV S.A.'s**  
**Exhibit List with Objections**

August 5, 2022  
15-cv-5345

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 42 | Metropolitan Valuation Services, "Self-Contained Appraisal of The Proposed Condominium Redevelopment of the Flatotel" | 3/12/2013 | MVS00000203-337 | | |
| 43 | Miller Cicero, "An Appraisal of A Proposed Condominium Conversion" | 8/15/2014 | MillerCicero00000432-649 | | |
| 44 | Email from Cerrito to Ben Alla and Fernandez re: salaries and CS with English translation | 8/21/2014 | TRIA0006993 | ** | |
| 45 | Email from I Khrapunov to Meyer re: Triadou | 4/25/2014 | Almaty-BTA0243661 | ** | |
| 46 | Email from Junussova to Kalenova with attachments and English translation | 2/24/2006 | Almaty-BTA0077421-24 | * | BTA MIL 4 |
| 47 | Email from Junussova to Duysenbina with attachments and English translation | 8/13/2007 | Almaty-BTA0078916-17; Almaty-BTA0078932-22 | * | BTA MIL 4 |
| 48 | Color-printed version of BTA Tradestock spreadsheet, English translation | 8/13/2007 | Almaty-BTA0078933 | * | BTA MIL 4 |
| 49 | Trasta Kommerz Bank Tradestock Account Summary 2003-2009 | Undated | Almaty-BTA0230862-89 | * | BTA MIL 4 |
| 50 | BTA Tradestock and related spreadsheets, including English language translations not originally saved to the thumb drive exhibit | 8/13/2007 | Almaty-BTA0078916-83; Almaty-BTA0080199-202; Almaty-BTA0080303-384; Almaty-BTA0086656-723; Almaty-BTA0087484 | * | BTA MIL 4 |
| 51 | BTA Comwork Spreadsheet, English translation | 1/29/2008 | Almaty-BTA0080322 | * | BTA MIL 4 |
| 52 | Trast.Net Account Statement, Comwork, 2005, English translation | 4/22/2008 | Almaty-BTA0082043-46 | * | BTA MIL 4 |
| 53 | Trast.Net Account Statement, Comwork, 2006, English translation | 4/22/2008 | Almaty-BTA0082061-74 | * | BTA MIL 4 |
| 54 | Trast.Net Account Transactions Report, Comwork | 4/22/2008 | Almaty-BTA0082086-96 | * | BTA MIL 4 |
| 55 | BTA United Clearing & Processing Spreadsheet, English translation | 2/8/2008 | Almaty-BTA0086685 | * | BTA MIL 4 |
| 56 | BTA Balgaven Spreadsheet, English translation | 10/13/2008 | Almaty-BTA0086683 | * | BTA MIL 4 |
| 57 | Trasta Kommerz Bank United Clearing & Processing Account Summary 2003 to 2009 | Undated | Almaty-BTA0230922-52 | * | BTA MIL 4 |
| 58 | BTA Expert Opinion Concerning Balgaven Invest Inc., with English translation | Undated | Almaty-BTA0109447-55 | * | |
| 59 | Email from Junussova to Duysenbina with attachments | 6/25/2007 | Almaty-BTA0078485, 78486, 78507, 78508, 78509, 78510, 78515, 78516 | * | BTA MIL 4 |
| 60 | BTA Credit Committee Meeting Minutes | 9/27/2007 | Almaty-BTA0114139-42 | * | |
| 61 | BTA Credit Committee Meeting Minutes with English translation | 9/24/2007 | Almaty-BTA0114594-601 | * | |
| 62 | BTA Credit Committee Meeting Minutes, English translation | 9/27/2007 | Almaty-BTA0230861 | * | |
| 63 | Kazakhstan Legal Group opinion related to loan with English translation | 5/26/2004 | Almaty-BTA0109496-99 | * | |
| 64 | BTA letter to Barclays and White & Case | 8/26/2004 | Almaty-BTA0393480 | * | |
| 65 | Second Witness Statement of Frank Joseph Monstrey | 5/11/2017 | N/A | * | |
| 66 | Loan Agreement | 7/8/2004 | N/A | * | |
| 67 | Letter from Aitzhanova to Thyler | 6/12/2008 | N/A | ** | |
| 68 | Sartfield-Lineford Deed | 7/16/2007 | N/A | ** | |
| 69 | Letter from Ablyazov to SMP Partners Limited re: Lineford Limited | 4/10/2009 | N/A | ** | |
| 70 | Deed Poll | 4/10/2009 | N/A | * | |
| 71 | Deed of Settlement | 4/10/2009 | N/A | * | |
| 72 | Loan Facility Agreement | 4/10/2009 | N/A | * | |
| 73 | Sartfield-Lineford Agreement | 12/21/2009 | N/A | ** | |
| 74 | G. Petelin Passport | Undated | N/A | ** | |
| 75 | Letter from Transcapital Bank to Petelin | 10/18/2011 | FM-1190 | * | |
| 76 | Settlement Agreement among BTA, Frank Monstrey, and Monstrey Entities | 6/1/2017 | N/A | * | |
| 77 | Resolution Agreement | 11/16/2018 | N/A | * | |
| 78 | Chart of Meetings | Various | N/A | * | |
| 79 | Settlement Agreement | Nov-15 | Almaty-BTA0162920-34 | ** | |
| 80 | Agreement among Chetrit Entities, BTA, and Almaty | 3/8/2018 | Almaty-BTA0249803-19 | ** | |
| 81 | Letter from SDG to Bourg re Triadou SPV SA | 11/13/2014 | N/A | ** | |
| 82 | Email from Bourg to Chetrit re: Bourg invoice | 7/9/2014 | CHETRIT00000145-47 | ** | |
| 83 | Release and Confidentiality Agreement | 6/16/2015 | Almaty-BTA0190182-85 | ** | |
| 84 | Release and Confidentiality Agreement | 4/4/2016 | Almaty-BTA0201934-41 | ** | |
| 85 | Deed of Settlement | 4/13/2017 | Almaty-BTA0231186-226 | ** | |
| 86 | Declaration of Nicolas Bourg | 3/31/2016 | Almaty-BTA0166287-96 | ** | |
| 87 | Declaration of Nicolas Bourg | 5/2/2016 | N/A | ** | |

Defendant Triadou SPV S.A.'s
Exhibit List with Objections

August 5, 2022
15-cv-5345

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 88 | Minutes of Witness Interview of Bourg | 6/14/2016-6/17/2016 | Almaty-BTA0232469-552 | * | |
| 89 | Minutes of Additional Witness Interview of Bourg | 8/22/2016-8/25/2016 | Almaty-BTA0232639-784 | * | |
| 90 | Audio Recording of March 22, 2015 Meeting | 3/22/2015 | Almaty-BTA0127671 | * | |
| 91 | Transcript of Recording of March 22, 2015 Meeting | 3/22/2015 | N/A | * | |
| 92 | Audio Recording of March 23, 2015 Meeting | 3/23/2015 | Almaty-BTA0127689 | * | |
| 93 | Transcript of Recording of March 23, 2015 Meeting | 3/23/2015 | N/A | * | |
| 94 | Confidential Assistance Agreement | 6/12/2015 | Almaty-BTA0252978-89 | ** | |
| 95 | Confidentiality and Non-Disclosure Agreement | 7/8/2015 | Almaty-BTA0252994-96 | ** | |
| 96 | Confidentiality and Common Interest Agreement | 5/18/2016 | Almaty-BTA0252990-93 | ** | |
| 97 | Chart of meetings | Various | Almaty-BTA0253257 | ** | |
| 98 | Moses & Singer Invoice re: Litco LLC | 8/28/2015 | Almaty-BTA0396513-18 | * | |
| 99 | Litco Invoice | Apr-16 | Almaty-BTA0252855-57 | | |
| 100 | Chart of Payments by BTA | 10/10/2019 | Almaty-BTA0399155 | * | |
| 101 | Chart of Payments from BTA and RJI Middle East | Various | N/A | * | |
| 102 | Email chain between Wolf and Foucher copying Bourg re: general matter | 9/30/2016 | MEYER000028-29 | * | |
| 103 | Email from Heath forwarding email from Turnbull to Manser re: Thyler Holding | 8/19/2004 | Almaty-BTA0311460 | ** | |
| 104 | Mees Pierson Intertrust Client Agreement for Jubilata Investments Ltd. | 10/6/2004 | Almaty-BTA0308502-06 | ** | |
| 105 | Mees Pierson Intertrust Client Agreement for Claydon Industrial Ltd. | 10/6/2004 | Almaty-BTA0308517-21 | ** | |
| 106 | BTA Press Release | 12/20/2004 | N/A | * | |
| 107 | Email chain between Monstrey and Parker copying others, re Instructions | 1/11/2005 | Almaty-BTA0295166-68 | ** | |
| 108 | Mees Pierson Intertrust Client Agreement for Jubilata Investments Ltd. | 1/26/2005 | Almaty-BTA0308497-501 | ** | |
| 109 | Mees Pierson Intertrust Client Agreement for Claydon Industrial Ltd. | 1/26/2005 | Almaty-BTA0308512-16 | ** | |
| 110 | Email from Heath forwarding email from Parker to Denton, Manser, and Mutter [no subject], with attachment | 2/1/2005 | Almaty-BTA0312292-94 | ** | |
| 111 | BTA Press Release | 5/20/2005 | N/A | * | |
| 112 | Mees Pierson Intertrust Client Agreement for Jubilata Investments Ltd. | 7/11/2005 | Almaty-BTA0308484-88 | ** | |
| 113 | Mees Pierson Intertrust Client Agreement for Claydon Industrial Ltd. | 7/11/2005 | Almaty-BTA0308507-11 | ** | |
| 114 | Email from Heath forwarding email from Manser to Shortland re: Thyler etc, with attachments | 7/12/2005 | Almaty-BTA0311655-60 | ** | |
| 115 | Mees Pierson Intertrust Internal Memo from Taylor to Shortland with copy to Mutter re: Client Agreements | 7/21/2005 | Almaty-BTA0393510 | ** | |
| 116 | Agreement with English translation | 9/5/2005 | PETELIN001386 | * | |
| 117 | Aitzhanova Letter to Thyler | 9/8/2005 | PETELIN001360 | * | |
| 118 | BTA Unaudited Interim Financial Statements as of 6/30/2005 | 10/5/2005 | Almaty-BTA0122803-30 | ** | |
| 119 | BTA Unaudited Interim Financial Statements as of 9/30/2005 | 11/8/2005 | Almaty-BTA0122743-71 | ** | |
| 120 | BTA Annual Report, 2005 | 2005 | Almaty-BTA0121450-599 | ** | |
| 121 | BTA Consolidated Financial Statements for year ended 12/31/2005 (EY) | 2/23/2006 | Almaty-BTA0122185-239 | ** | |
| 122 | Deloitte Report: BTA Development Strategy | 9/4/2006 | Almaty-BTA0058519-772 | * | |
| 123 | Letter from Fyodorov to Monstrey and Thyler | 2/10/2007 | PETELIN001383 | * | |
| 124 | Email from Monstrey to Whitehead and McGowan re: Tripartite Agreement - Declaration of Trust by Harrison in favor of Sartfield | 7/11/2007 | Almaty-BTA0295977 | ** | |
| 125 | Email chain between Monstrey and Whitehead, with copy to McGowan re: Tripartite Agreement - Declaration of Trust by Harrison in favor of Sartfield | 7/11/2007 | Almaty-BTA0295981-82 | ** | |
| 126 | Deed among Sartfield, Lineford, Harrison, Thyler | 7/16/2007 | PETELIN001387-403 | ** | |
| 127 | Email from Heath forwarding email chain between Whitehead and McGowan, copying others re: FW: Project Bluestar: Sartfield, Thyler, Scoulton, Zhaikmunai etc. | 10/17/2007 | Almaty-BTA0309935-37 | ** | |
| 128 | KR KzRating of BTA | 10/31/2007 | Almaty-BTA0124306-30 | * | |
| 129 | Deed of Trust for Northern Seas Waterage | 11/26/2007 | FM1389 | * | |
| 130 | US $550,000,000 Senior Secured Reducing Facility Agreement between Zhaikmunai LLP, BNP Paribas (Suisse) S.A., and others | 12/12/2007 | FM1001-128 | ** | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 131 | Email from Grumeau to Cerrito, copying Gillieron, forwarding I. Khrapunov Employment Agreement | 3/10/2008 | TRIA0010423-28 | ** | |
| 132 | BTA Consolidated Financial Statements for years ended 12/31/2006 and 12/31/2007 | 3/26/2007; 3/26/2008 | Almaty-BTA0121902-69 | ** | |
| 133 | Funding Agreement Between ING Bank N.V., London Branch, Thyler Holdings Limited, Sartfield Limited, Scoulton Holdings, Limited, Amery Capital Limited, and Claremont Holdings Limited | 3/28/2008 | FM1129-54 | ** | |
| 134 | Unit Purchase Agreement between ING Bank N.V., London Branch and Claremont Holdings Limited | 3/28/2008 | FM1159-78 | ** | |
| 135 | BTA Unaudited Financial Statements through 6/30/2008 | 8/26/2008 | Almaty-BTA0122382-426 | ** | |
| 136 | SMP Client Agreement for Amery Capital Ltd. | 11/13/2008 | Almaty-BTA0308546-52 | ** | |
| 137 | SMP Client Agreement for Claydon Industrial Ltd. | 11/13/2008 | Almaty-BTA0339884-90 | ** | |
| 138 | SMP Client Agreement for Jubilata Investments Ltd. | 11/13/2008 | Almaty-BTA0347072-78 | ** | |
| 139 | SMP Client Agreement for Thyler Holdings Ltd. | 11/13/2008 | Almaty-BTA0393354-60 | ** | |
| 140 | BTA Unaudited Financial Statements through 9/30/2008 | 11/20/2008 | Almaty-BTA0122300-38 | ** | |
| 141 | BTA Press Release | 2/2/2009 | N/A | * | |
| 142 | Letter from Petelin to SMP Partners re Lineford Limited | 4/10/2009 | PETELIN001361-62 | * | |
| 143 | Deed of Settlement Among Lineford, Sartfield, and Northern Seas Waterage | 4/10/2009 | PETELIN001363-78 | ** | |
| 144 | Deed Poll | 4/10/2009 | PETELIN001379-82 | * | |
| 145 | BTA Consolidated Financial Statements for year ended 12/31/2008 (EY) | 5/8/2009 | Almaty-BTA0121752-821 | ** | |
| 146 | KPMG Project Griboedov Due Diligence Report | 6/4/2009 | Almaty-BTA0126946-7057 | ** | |
| 147 | Letter from Ernst & Young to Audit Committee, Board of Directors and Management of BTA Bank | 6/5/2009 | Almaty-BTA0124589-93 | ** | |
| 148 | Heads of Terms between Claremont Holdings Limited and KazStroyService Holding Limited | 2009 | FM1512-21 | ** | |
| 149 | Amended and Restated Investment Deed between Claremont Holdings Limited, Dehus Dolmen Nominees Limited and Thyler Holdings Limited | 8/12/2009 | FM1262-333 | ** | |
| 150 | Letter from Petelin to Monstrey, Delivered by Hand | Undated | PETELIN001385 | * | |
| 151 | Letter from Petelin to Fyodorov with English Translation | Undated | PETELIN001384 | * | |
| 152 | KPMG Project Aronne Report | 9/3/2009 | Almaty-BTA0127058-137 | ** | |
| 153 | Letters from KazStroyService BV and Sale and Purchase and Investment Agreement between Claremont Holdings Limited and KazStroyService Global B.V. | 11/6/2009 | FM1455-511 | ** | |
| 154 | KPMG Project Aronne: Corporate Credit Provision Report | 11/12/2009 | Almaty-BTA0127138-68 | ** | |
| 155 | Escrow Agreement among KazStroyService Global B.V., Claremont Holdings Limited, and Citibank, N.A. | 9/9/2010 | FM1416-33 | ** | |
| 156 | Loan Note Instrument between KazStroyService Global B.V. and Claremont Holdings Limited | 9/9/2010 | FM1522-46 | ** | |
| 157 | Security Deed between KazStroyService Global B.V. and Claremont Holdings Limited | 9/9/2010 | FM1547-80 | ** | |
| 158 | Blackstone Consulting, "Property Condition Assessment for the Flatotel" | 10/27/2010 | HERZ0000490-601 | * | |
| 162 | Bourg-SDG Consulting Agreement | 7/8/2011 | Almaty-BTA0127205-10 | ** | |
| 164 | Email from Sater to I. Khrapunov | 11/20/2011 | FS_00275-77 | ** | |
| 165 | Compilation of Sartfield Corporate Documents | 11/21/2011 | Almaty-BTA0249619-59 | ** | |
| 166 | Letter from Claremont Holdings Ltd. to ING Bank | 11/24/2011 | Almaty-BTA0249197 | ** | |
| 167 | Compilation of Letters from Claremont Holdings Ltd. and Sartfield Ltd. to ING Bank | Various | Almaty-BTA0249409-14 | ** | |
| 168 | Claremont Holdings Ltd ING Bank Statement for Nov. 2011 | 11/30/2011 | Almaty-BTA0249582-84 | ** | |
| 169 | Swiss Development Group SA Swiss trade register extract | 12/14/2011 | TRIA0004325 | ** | |
| 170 | Sater-Swiss Promotion Group Consulting Agreement | 2/8/2012 | FS_00370-81 | ** | |
| 171 | Swiss Development Group 2010 Annual Report | 3/26/2012 | TRIA0008304-30 | * | |
| 172 | Compilation of Letters from Sartfield Ltd. to ING Bank | Various | Almaty-BTA0249438-47 | ** | |
| 173 | SMP Administration Agreement for Claydon Industrial Ltd. | 6/6/2012 | Almaty-BTA0308530-37 | ** | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 174 | Niel Finance and Services Trade Register Extract | 6/8/2012 | Almaty-BTA0231931-32 | | |
| 175 | Niel Finance & Services S.A. Articles of Incorporation | 7/6/2012 | Almaty-BTA0231914-20 | | |
| 176 | Niel Finance & Services S.A. Share Register | 7/6/2012; 2/26/2013 | Almaty-BTA0232022-23 | | |
| 177 | Email from Elkain to Chetrit re signature cannes palace | 9/5/2012 | CHETRIT00000761-67 | ** | |
| 178 | Compilation of emails and attachments involving Bourg, Chetrit, and others | 9/12/2012 | Almaty-BTA0191116-58 | | |
| 179 | SDG Capital S.A. Senior Unsecured Notes | 9/21/2012 | PETELIN000126-131 | ** | |
| 180 | Email from Crivelli to Chetrit and copying others | 9/24/2012 | CHETRIT00000920-21 | ** | |
| 182 | Email from Bourg to Chetrit re Flathotel with attachment | 10/17/2012 | CHETRIT00000273-75 | ** | |
| 183 | Letter from Chetrit Group LLC to Bourg re Flatotel | 10/23/2012 | N/A | ** | |
| 184 | Investment Factsheet: Flatotel | Undated | MEYER0002310 | ** | |
| 185 | Agreement of Sale and Purchase between RPAP Hotel Debt and 135 West 52nd Street Owner LLC | 10/29/2012 | Almaty-BTA0127407-77 | ** | |
| 186 | Letter from Bourg to Chetrit Group | 10/31/2012 | Almaty-BTA0127373 | ** | |
| 187 | Email from Bourg to Chetrit re: Chetrit/Element One | 11/2/2012 | CHETRIT00000071-72 | ** | |
| 188 | Email from Graff to Chetrit re: 135 West 52nd Street Operating Agreement | 11/6/2012 | Almaty-BTA0153887-900 | | |
| 189 | Email from Herz to Graff and others re: Flatotel, with attachments | 11/7/2012 | CHETRIT00000161-90 | ** | |
| 190 | Loan Agreement with Amendments | 11/7/2012 | PETELIN000156-64 | ** | |
| 191 | Douglas Elliman, Market Research - New Development Comparable Study | 11/26/2012 | MVS00000140-48 | * | |
| 192 | Meridian Capital Group, LLC, Confidential Financing Memo | Dec-12 | MVS00000174-85 | | |
| 194 | Email from Cerrito to Williams re: shareholders of SDG Capital SA, with attachment | 1/9/2013 | TRIA0009380-81 | ** | |
| 195 | Email from Cerrito to Gillieron, copying I. Khrapunov re: TCFG - SDG Group Valuation, with attachment | 1/14/2013 | TRIA0000100-63 | | |
| 196 | Non-Disclosure Agreement | 1/25/2013 | TRIA0012127-30 | ** | |
| 197 | Partnership Agreement (Landscape) | 2013 | Almaty-BTA0127197-200 | | |
| 198 | Partnership Agreement (Happy Family) | 2013 | Almaty-BTA0127201-04 | | |
| 199 | Email from AMEC/Crivelli to Chetrit copying Elkain and Sanchez re: Beijing Happy Family Deal - Summary and Recommendations | 2/12/2013 | Almaty-BTA0153698-700 | * | |
| 200 | Email from AMEC/Crivelli to Chetrit copying Elkain and Sanchez re: Landscape Assets SA - Summary and Recommendations | 2/12/2013 | Almaty-BTA153704-05 | * | |
| 201 | Letter from Metropolitan Valuation Services to Jorge Perez, AIG re Appraisal of 135 West 52nd Street | 2/20/2013 | MVS00000129-32 | * | |
| 202 | Email from AMEC/Crivelli to Chetrit and Sanchez copying Elkain re: execution version Landscape with attachment | 2/25/2013 | CHETRIT00000135-41 | ** | |
| 203 | Email from AMEC/Crivelli to Chetrit and Sanchez copying Elkain re: draft text lawyer | 3/1/2013 | CHETRIT00000124-25 | * | |
| 204 | 1st Amendment to Agreement of Sale and Purchase between RPAP Hotel Debt and 135 West 52nd Street Owner | 3/4/2013 | Almaty-BTA0148665-69 | ** | |
| 205 | Compilation of handwritten notes and papers | Undated | Almaty-BTA0154461-96 | | |
| 206 | Email from Bourg to Chetrit re: Commission Wahib | 3/5/2013 | CHETRIT00000079-80 | * | |
| 207 | Email chain between Gillieron and Glatz re: SDG with English translation | 3/10/2013 | KHRAPUNOV0000185 | ** | |
| 208 | Vilder SA - Elvira Kudryashova Assignment of Claims | 3/11/2013 | TRIA0000064-71 | ** | |
| 209 | Invoice from Metropolitan Valuation Services to Jorge Perez, AIG | 3/12/2013 | MVS00000374 | * | |
| 210 | Email from Herz to Graff re: Flast [sic] with attachments | 3/20/2013 | Almaty-BTA0152108-12 | * | |
| 211 | Compilation of emails and attachments involving Bourg, Chetrit, and others re: Happy Family and Landscape | Various | Almaty-BTA0153377-87 | | |
| 212 | Compilation of various documents | Various | Almaty-BTA0233453-96 | * | |
| 213 | Mission Capital Advisors Loan Sale Overview | Undated | MCA0000052-55 | ** | |
| 214 | Mission Capital Advisors Offering Memorandum | Undated | MCA0000056-58 | ** | |
| 215 | Tri-County Mall PowerPoint presentation | 4/16/2013 | MCA0000088-135 | ** | |
| 216 | Mission Capital Advisors, Tri-County Mall Final Bid Report | 4/16/2013 | MCA0000048-51 | ** | |

**Defendant Triadou SPV S.A.'s**  
**Exhibit List with Objections**

August 5, 2022  
15-cv-5345

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 217 | Letter from Ridloff to Kaminski re: Tri-County Mall, Ohio, with attachments | 4/16/2013 | MCA0000059-87 | * | |
| 218 | Email from Mission Capital to Ridloff and others re: CWCapital - Loan Sale Award - Tri County Mall LLC | 4/22/2013 | Almaty-BTA0168814-15 | ** | |
| 219 | Email from Sater to Chetrit, copying others re: Cabrini | 5/14/2013 | CHETRIT00001128-30 | ** | |
| 220 | Email chain between I Khrapunov and Chabrier, copying others re: County Mall | 5/22/2013 | Almaty-BTA0243518-19 | ** | |
| 221 | Email chain between Cerrito and Meyer re: SDG IF: Meeting Agenda 23 May 2013 | 5/22/2013 | TRIA0007706-07 | ** | |
| 223 | Email chain between I. Khrapunov, Sater and others re: Italian Press | 6/9/2013 | FS_00003-17 | | |
| 224 | Stock Certificate, SDG-US Holdings, Corp. | 6/10/2013 | TRIA0005133 | ** | |
| 225 | Email from Cerrito to Deutsche Bank re: Shareholders SDG Capital SA, with attachments | 6/14/2013 | TRIA0009220-25 | ** | |
| 226 | Email from Bourg to Glatz [no subject], with attachments | 6/26/2013 | TRIA0012733-35 | ** | |
| 227 | Email from Murcia to Glatz [no subject], with attachment | 7/3/2013 | TRIA0012762-64 | ** | |
| 228 | Email chain between Bourg and I. Khrapunov and others re: Financial Report SDG Capital | 7/16/2013 | ECF 142-7 | ** | |
| 231 | Swiss Development Group PowerPoint presentation | 8/10/2013 | TRIA0003329-43 | ** | |
| 233 | Chase Bank Account Statement | 8/29/2013-8/30/2013 | Almaty-BTA0243536-39 | ** | |
| 234 | Chase Wire Transfer Outgoing Request | 8/30/2013 | Almaty-BTA0158699-700 | ** | |
| 235 | Email chain between Cerrito, Krasnov, and others re: TR: Due Diligence - Financial Statements | 9/5/2013 | TRIA0003316-18 | ** | |
| 236 | Chase Wire Transfer Outgoing Request | 9/18/2013 | Almaty-BTA0158733-34 | ** | |
| 237 | Email from Cerrito to Bourg and Meyer re: Finance related communication | 9/20/2013 | TRIA0001484 | ** | |
| 238 | Chase Wire Transfer Outgoing Request | 9/24/2013 | Almaty-BTA0158735-36 | ** | |
| 239 | Resolution Adopted by the Sole Member of Tri-County Mall Investors, LLC | 10/11/2013 | TRIA0004253-56 | ** | |
| 240 | Written Consent of the Sole Director of SDG-US Holdings, Corp. in lieu of a Meeting | 10/16/2013 | TRIA0004162 | ** | |
| 241 | State of Delaware Certificate of Amendment of Certification of Incorporation | 10/16/2013 | TRIA0004164 | ** | |
| 242 | Email from Artal to Wolf and others re: Tri County and Affiliate/Related Entities Dispute - CONFIDENTIAL | 10/17/2013 | Almaty-BTA0243599 | ** | |
| 243 | Letter from Moses & Singer to Gillieron and Rosabianca re: Felix Sater v. Iliyas Khrapunov | 10/30/2013 | Almaty-BTA0243600-03 | ** | |
| 244 | Memorandum from Artal to Bourg and Meyer re: Flatotel | 11/6/2013 | MEYER0002235-37 | * | |
| 246 | Email from Tiwari to Meitern, copying Foucher re: Meeting 2 Dec 2013 with M. Laurent Foucher with attachment | 12/1/2013 | Almaty-BTA0214120-21 | ** | |
| 248 | Email from Bourg to Chetrit forwarding Triadou accounting | 12/12/2013 | CHETRIT00000248-50 | ** | |
| 249 | Triadou SPV S.A. Minutes of the Meeting of the Board of Directors with attachments | 12/17/2013 | TRIA0011250-55 | * | |
| 250 | Tri-County Complaint | 12/19/2013 | N/A | * | |
| 251 | Settlement Agreement and General Release | 12/23/2013 | TRIA0011817-26 | ** | |
| 252 | Mutual General Release (Tri-County) | 12/23/2013 | MEYER0001454-65 | ** | |
| 254 | 135 West 52nd Street Loan/Equity Breakdown | 2/7/2014 | MEYER0000075 | | |
| 255 | Triadou Corporate Profile and Financial Report | 4/3/2014 | Almaty-BTA0232823-35 | ** | |
| 256 | Email chain between Cerrito, Bourg and others re: Amount owed by One Element at 3/31/2014, with English translation | 4/8/2014 | N/A | | |
| 257 | Triadou Corporate Profile and Financial Report | 4/18/2014 | MEYER0001716-25 | ** | |
| 258 | Letter from Bourg to Chetrit Group, with attachment | 4/28/2014 | CHETRIT00000726-28 | ** | |
| 259 | SWIFT transfer confirmation | 5/2/2014 | Almaty-BTA0150324 | ** | |
| 260 | Letter from Artal to Graff, with attachment | 5/6/2014 | Almaty-BTA0152970-71 | ** | |
| 261 | Citibank Wire Transfer Authorization | 5/7/2014 | N/A | ** | |
| 262 | Satisfaction of Promissory Note | 5/9/2014 | Almaty-BTA0127697 | ** | |
| 263 | Email chain between Artal and Graff re: Triadou with attachments | 5/9/2014 | Almaty-BTA0153035-38 | ** | |
| 264 | Complaint | 5/13/2014 | N/A | * | |
| 266 | BTA Press Release | 7/4/2014 | N/A | * | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 268 | Letter from SDG to Compagnie Privee de Conseils et d'Investissements S.A. re Bank transfer to M. Iliyas Khrapunov | 7/18/2014 | TRIA0007007 | ** | |
| 269 | PWC Audit Report, SDG Capital | 7/23/2014 | TRIA0004693-700 | | |
| 272 | Continental Abstract Corporation Settlement Statement | 8/25/2014 | Almaty-BTA0155787 | ** | |
| 273 | Email chain between Cerrito and Yassik re: Triadou SPV SA - Taxes | 9/25/2014 | TRIA0001190-94 | ** | |
| 277 | Email chain between Cerrito and Krasnov re: Triadou Accounting movements | 10/8/2014 | TRIA0001177-79 | ** | |
| 278 | Letter from Swiss Prosecutor to Chabrier, with English translation | 10/8/2014 | TRIA0013365-66 | * | |
| 280 | Email from Bourg to Chetrit re: various | 10/20/2014 | CHETRIT00000116-17 | * | |
| 281 | Letter from Cerrito on behalf of Triadou to Graff | 10/31/2014 | TRIA0005529 | ** | |
| 282 | Text Message Transcription | Nov-14 | KHRAPUNOV0000160-76 | * | |
| 283 | Email chain between Artal and Graff copying Chetrit and others re: Notice of Default, with attachment | 11/5/2014 | Almaty-BTA0153232-35 | ** | |
| 284 | Email chain between Krasnov and Cerrito re: Niel | 11/7/2014 | TRIA0000333-34 | ** | |
| 285 | Email from Krasnov to Cerrito re: Niel, with attachment | 11/7/2014 | TRIA0000336-38 | ** | |
| 286 | Email chain between Cerrito and Bourg copying others re: Triadou, with attachments | 11/7/2014 | TRIA0006758-78 | ** | |
| 287 | Email from Chabrier to Fiscus re: Triadou's Director, with attachment | 11/12/2014 | TRIA0005541-43 | ** | |
| 288 | Email from Bourg to Chetrit and copying others re: deal ADIC, with attachment | 11/14/2014 | CHETRIT00000103-13 | ** | |
| 289 | Email from Artal to Graff copying Chetrit and others re: Agreement to Assign, with attachment | 11/25/2014 | Almaty-BTA0153268-70 | ** | |
| 290 | Resolution Adopted by the Sole Member of Syracuse Center, LLC | 11/25/2014 | TRIA0000185-87 | ** | |
| 291 | Letter from Beauregard, Burke & Franco to Chetrit Group, with attachment | 1/22/2015 | Almaty-BTA0127189-91 | ** | |
| 292 | Email from Krasnov to Glatz copying Cerrito re: Chetrit - additional info, with attachments | 1/26/2015 | TRIA0000211-13 | ** | |
| 293 | Email from Krasnov to Glatz, copying Cerrito and others re: Your call with Joe | 3/6/2015 | TRIA0000188-89 | ** | |
| 294 | Transcription of March 22, 2015 Audio Recording | 3/22/2015 | Almaty-BTA0127645-47 | * | |
| 295 | Litco Formation Information | 3/23/2015 | N/A | * | |
| 297 | Share Transfer Order | 5/5/2015 | TRIA0013367 | ** | |
| 298 | Email from Glatz to Cerrito re: Documents From Opposing Counsel - Federal Litigation - California, with attachment | 5/12/2015 | TRIA0004379-419 | ** | |
| 299 | Chart of Zhaikmunai Loan Agreements and Repayments to BTA, with English translation | Various | Almaty-BTA0250502-03 | | |
| 300 | Email chain between Sater, Wolf, and Garske re: Hudson Yards Area Will Get a Chetrit Group Tower After All | 8/7/2015 | Almaty-BTA0396775-76 | * | |
| 301 | Memo On Triadou: Flatotel and Cabrini Investments | 8/27/2015 | MEYER0001624-28 | * | |
| 302 | Email chain between Sater and Garske re: LITCO - Invoices, with attachment | 9/8/2015 | Almaty-BTA0396506-11 | * | |
| 303 | Email chain between Sater and Garske re: LITCO - Invoices | 9/9/2015 | Almaty-BTA0396520-21 | * | |
| 304 | Email chain between Sater and Garske, copying Wolf re: Monte Carlo Tuesday morning meeting | 9/20/2015 | Almaty-BTA0396557 | * | |
| 305 | Email chain between Sater and Garske, copying Wolf re: Monte Carlo Tuesday morning meeting | 9/20/2015 | Almaty-BTA0396560 | * | |
| 306 | Email from Sater to Garske and Wolf, copying Bourg re: Meeting | 9/21/2015 | Almaty-BTA0396561 | * | |
| 307 | Email from Sater to Garske and Wolf, re: Luxembourg Update | 10/6/2015 | Almaty-BTA0396727-28 | * | |
| 308 | Invoice for Arbitration | 10/28/2015 | Almaty-BTA0150290-93 | | |
| 309 | Niel Corporate Presentation | Jan-16 | Almaty-BTA0232029-46 | | |
| 310 | Invoice for Arbitration | 2/2/2016 | Almaty-BTA0150288-89 | | |
| 311 | Bankruptcy Summons | 2/12/2016 | Almaty-BTA0150280-84 | | |
| 312 | Affidavit of Joseph Chetrit in Support of Defendants' Order to Show Cause and exhibits attached thereto | 3/10/2016 | N/A | * | |
| 313 | Affidavit of Cesare Cerrito | 5/11/2016 | N/A | * | |
| 314 | Reply Declaration of Nicolas Bourg | 5/14/2016 | N/A | ** | |
| 316 | Calvin Humphrey Web Biography, Arcanum | 2019 | N/A | | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 317 | M. Ron Wahid Web Biography, Arcanum | 2019 | N/A | | |
| 318 | Flatotel unit financials | 8/8/2016 | Almaty-BTA0152009-11 | | |
| 319 | Letter from Segal of Sukenik, Segal & Graff to Schwartz of Boies Schiller & Flexner, with attachment | 8/17/2016 | Almaty-BTA0153292-93 | | |
| 320 | Email from Bourg to Hoffman re: Docs Requested following interview of Monday August 22 | 8/24/2016 | Almaty-BTA0233359-62 | * | |
| 321 | Email from Lakoutine to Aggarwal re: Petelin Folder | 9/13/2016 | PETELIN000108 | | |
| 322 | Flatotel costs and financials | 10/31/2016 | Almaty-BTA0154760-845 | ** | |
| 323 | Email from Sater to Humphrey and Goldin, copying Wolf re: Monetization Memo | 11/25/2016 | Almaty-BTA0396707 | * | |
| 324 | Affidavit of Richard Ian Lewis | 3/14/2017 | KHRAPUNOV0003915-57 | * | |
| 325 | First Witness Statement of Frank Monstrey | 4/10/2017 | N/A | * | |
| 326 | Agreement between Total Recovery Solutions, Bourg, and Foucher | 4/13/2017 | Almaty-BTA0231177-85 | ** | |
| 327 | Letter from Petelina to Fincogest | 4/24/2017 | PETELIN000051 | * | |
| 328 | Subpoena to Kevin Meyer | 4/28/2017 | N/A | * | |
| 329 | Share Transfer Agreement | 6/1/2017 | N/A | * | |
| 330 | RBS Payment Debit Advice | 8/9/2017 | N/A | * | |
| 331 | LinkedIn Page, Kevin Meyer | 10/4/2017 | N/A | * | |
| 332 | Email from Venter to Harrison, copying others re: Claremont/BTA | 2/9/2018 | Almaty-BTA0252909-11 | | |
| 333 | Email from Foster to Harrison, copying Venter re: FM/BTA | 6/18/2018 | Almaty-BTA0252912-13 | | |
| 334 | LinkedIn Page, Felix Sater | 9/12/2018 | N/A | * | |
| 335 | Letter from Schwartz to Wolf | 10/9/2018 | Almaty-BTA0252926-28 | * | |
| 336 | Arbitration filing by Litco against Kazakh Entities | 10/12/2018 | Almaty-BTA0252938-50 | * | |
| 337 | Halyk Bank SWIFT Confirmation | 11/21/2018 | N/A | * | |
| 338 | European Parliament - Policy Dep't for External Relations, "Study, Misuse of Interpol's Red Notices and impact on human rights - recent developments" | 1/17/2019 | N/A | * | BTA MIL 2 |
| 339 | Letter from BTA to Kazakh Anti-Corruption Agency Requesting Documents, with English translation | 2/6/2019 | Almaty-BTA_GP0001-02 | * | |
| 340 | Email from Kayani to Pisarenko, copying others, re: Account closing instructions | 9/13/2019 | Almaty-BTA0399184-86 | * | |
| 341 | Email from Kayani to Pisarenko and others, re: Account closing instructions | 9/16/2019 | Almaty-BTA0399187-88 | * | |
| 342 | Compilation of Balgaven Invest Inc. corporate documents | Various | Almaty-BTA0115466-77 | ** | |
| 343 | Email from Zharimbetov to Efimova re: Companies | 12/26/2005 | Almaty-BTA0077309-10 | ** | |
| 344 | BTA Mintex Trading Ltd spreadsheet (Russian and English language) | Undated | Almaty-BTA0078521-22 | * | BTA MIL 4 |
| 345 | BTA Carsonway Ltd spreadsheet (Russian and English language) | Undated | Almaty-BTA0078525-26 | * | BTA MIL 4 |
| 346 | BTA Solent Management Ltd spreadsheet (Russian and English language) | Undated | Almaty-BTA0079544-45 | * | BTA MIL 4 |
| 347 | BTA York Resources Capital Corp. spreadsheet (Russian and English language) | Undated | Almaty-BTA0079554-55 | * | BTA MIL 4 |
| 348 | Email from Kalenova to Efimova and Nachinkina, copying Junussova (Russian and English language versions) | 12/21/2007 | Almaty-BTA0079991-92 | * | BTA MIL 4 |
| 349 | Email from Kalenova to Junussova, copying Nachinkina | 12/24/2007 | Almaty-BTA0080001-02 | * | BTA MIL 4 |
| 350 | Email from Salyuleva to Nachinkina and Junussova with attachment | 1/11/2008 | Almaty-BTA0080199 | ** | BTA MIL 4 |
| 351 | Email from Junussova to Kanaphina with attachments | 4/22/2008 | Almaty-BTA0082037-96 | * | BTA MIL 4 |
| 352 | Trast.Net TKB Account Statements for AEG Systems, 2004 to 2009 | Undated | Almaty-BTA0229628-49 | * | BTA MIL 4 |
| 353 | Trast.Net TKB Account Statements for Ergen Trading Ltd, 2004 to 2009 | Undated | Almaty-BTA0230339-49 | * | BTA MIL 4 |
| 354 | Trast.Net TKB Account Statements Centile Resources, 2003 to 2011 | Undated | Almaty-BTA0229912-17 | * | BTA MIL 4 |
| 355 | SDG Capital Board Meeting Minutes | 6/22/2012 | TRIA0011465-69 | * | BTA MIL 5 |
| 356 | SDG Capital Board Meeting Minutes | 12/10/2012 | TRIA0010584-89 | * | BTA MIL 5 |
| 357 | SDG Capital Board Meeting Minutes | 12/20/2012 | TRIA0010617-20 | * | BTA MIL 5 |
| 358 | SDG Capital Board Meeting Minutes | 3/4/2013 | TRIA0010064-68 | * | BTA MIL 5 |
| 360 | SDG Capital Board Meeting Minutes | 6/26/2013 | TRIA0011238 | * | BTA MIL 5 |
| 361 | SDG Capital Board Meeting Minutes | 10/2/2013 | TRIA0011286-91 | * | BTA MIL 5 |
| 362 | SDG Capital Board Meeting Minutes | 11/1/2013 | TRIA0009575-79 | * | BTA MIL 5 |
| 363 | SDG Capital Board Meeting Minutes | 11/27/2013 | TRIA0011303-05 | * | BTA MIL 5 |
| 365 | SDG Capital Board Meeting Minutes | 2/6/2014 | TRIA0011244-49 | * | BTA MIL 5 |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 366 | SDG Capital Board Meeting Minutes | 4/28/2014 | TRIA0011399-401 | * | BTA MIL 5 |
| 367 | SDG Capital Board Meeting Minutes | 5/1/2014 | TRIA0011340-41 | * | BTA MIL 5 |
| 368 | SDG Capital Board Meeting Minutes | 5/8/2014 | TRIA0011438-45 | * | BTA MIL 5 |
| 369 | SDG Capital Board Meeting Minutes | 6/4/2014 | TRIA0011392-98 | * | BTA MIL 5 |
| 370 | SDG Capital Board Meeting Minutes | 8/20/2014 | TRIA0005840-45 | * | BTA MIL 5 |
| 372 | SDG Capital Board Meeting Minutes | 10/7/2014 | TRIA0011420-23 | * | BTA MIL 5 |
| 373 | Triadou state court action orders, No. 653462/2014 | Various | N/A | * | |
| 374 | Triadou state court action orders, No. 650239/2015 | Various | N/A | * | |
| 375 | Triadou state court action orders, No. 154681/2015 | Various | N/A | * | |
| 376 | Triadou state court action orders, No. 156907/2015 | Various | N/A | * | |
| 377 | Litco LLC Invoice to Arcanum (Asia) Limited | 7/1/2015 | Almaty-BTA0252807 | * | |
| 378 | Litco LLC Invoice to Arcanum (Asia) Limited | 7/1/2015 | Almaty-BTA0252808 | * | |
| 379 | Litco LLC Expense Invoice to Arcanum Global | Aug-15 | Almaty-BTA0252809-10 | * | |
| 380 | Litco LLC Invoice to Arcanum (Asia) Limited | 8/1/2015 | Almaty-BTA0252811 | * | |
| 381 | Litco LLC Invoice to Arcanum (Asia) Limited | 9/9/2015 | Almaty-BTA0252812 | * | |
| 382 | Litco LLC Invoice to Arcanum Global | Oct-15 | Almaty-BTA0252813 | * | |
| 383 | Litco LLC Invoice to Arcanum Global | 11/6/2015 | Almaty-BTA0252814 | * | |
| 384 | Litco LLC Invoice to Arcanum Global | Dec-2015 | Almaty-BTA0252815 | * | |
| 385 | Litco LLC Invoice to Arcanum Global | Jan-2016 | Almaty-BTA0252853 | * | |
| 386 | Litco LLC Invoice to Arcanum Global | Feb-2016 | Almaty-BTA0252854 | * | |
| 387 | Litco LLC Invoice to Arcanum Global | Mar-2016 | Almaty-BTA0252858 | * | |
| 388 | Litco LLC Invoice to Arcanum Global | Apr-2016 | Almaty-BTA0252855-57 | * | |
| 389 | Litco LLC Invoice to Arcanum Global | May-2016 | Almaty-BTA0252859 | * | |
| 390 | Litco LLC Invoice to Arcanum Global | Jun-2016 | Almaty-BTA0252860 | * | |
| 391 | Litco LLC Invoice to Arcanum Global | Jul-2016 | Almaty-BTA0252876 | * | |
| 392 | Litco LLC Invoice to Arcanum Global | Aug-2016 | Almaty-BTA0252882 | * | |
| 393 | SWIFT Confirmation of Payment from RJI Middle East to Litco LLC | 5/12/2016 | Almaty-BTA0399158-59 | * | |
| 394 | SWIFT Confirmation of Payment from RJI Middle East to Litco LLC | 5/18/2016 | Almaty-BTA0399160-61 | * | |
| 395 | SWIFT Confirmation of Payment from RJI Middle East to Litco LLC | 9/10/2016 | Almaty-BTA0399162-65 | * | |
| 396 | SWIFT Confirmation of Payment from RJI Middle East to Litco LLC | 9/10/2016 | Almaty-BTA0399168-69 | * | |
| 397 | SWIFT Confirmation of Payment from RJI Middle East to Litco LLC | 9/10/2016 | Almaty-BTA0399170-71 | * | |
| 399 | View Transaction Details - Beneficiary Payment - Transfer of $168,816.15 | 2/28/2018 | Almaty-BTA0399182 | * | |
| 400 | Moses & Singer LLP Invoice re: Litco LLC | 7/15/2015 | Almaty-BTA0253258-62 | * | |
| 401 | Moses & Singer LLP Invoice re: Litco LLC | 8/28/2015 | Almaty-BTA0253263-68 | * | |
| 402 | Moses & Singer LLP Invoice re: Litco LLC | 10/14/2015 | Almaty-BTA0253269-72 | * | |
| 403 | Moses & Singer LLP Invoice re: Litco LLC | 11/20/2015 | Almaty-BTA0253273-77 | * | |
| 404 | Moses & Singer LLP Invoice re: Litco LLC | 12/10/2015 | Almaty-BTA0253278-81 | * | |
| 405 | Moses & Singer LLP Invoice re: Litco LLC | 1/19/2016 | Almaty-BTA0253282-84 | * | |
| 406 | Moses & Singer LLP Invoice re: Litco LLC | 2/17/2016 | Almaty-BTA0253285-87 | * | |
| 407 | Moses & Singer LLP Invoice re: Litco LLC | 3/7/2016 | Almaty-BTA0253288-90 | * | |
| 408 | Moses & Singer LLP Invoice re: Litco LLC | 4/11/2016 | Almaty-BTA0253291-94 | * | |
| 409 | Moses & Singer LLP Invoice re: Litco LLC | 5/11/2016 | Almaty-BTA0253295-304 | * | |
| 410 | Moses & Singer LLP Invoice re: Litco LLC | 7/14/2016 | Almaty-BTA0253305-09 | * | |
| 411 | Moses & Singer LLP Invoice re: Litco LLC | 8/5/2016 | Almaty-BTA0253310-12 | * | |
| 412 | Moses & Singer LLP Invoice re: Litco LLC | 1/31/2017 | Almaty-BTA0253313-15 | * | |
| 413 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 3/29/2016 | Almaty-BTA0399172-73 | * | |
| 414 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 5/11/2016 | Almaty-BTA0399156-57 | * | |
| 415 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 9/14/2016 | Almaty-BTA0399174-75 | * | |
| 416 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 9/14/2016 | Almaty-BTA0399176-77 | * | |
| 417 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 9/14/2016 | Almaty-BTA0399178-79 | * | |
| 418 | SWIFT Confirmation of Payment from RJI Middle East to Moses & Singer | 9/14/2016 | Almaty-BTA0399180-81 | * | |
| 420 | View Transaction Details - Beneficiary Payment - Transfer of 2016 and 2017 Invoice Balances | 2/28/2018 | Almaty-BTA0399183 | * | |
| 421 | BTA Objections and Responses to Khrapunovs' First Set of RFAs | 10/13/2017 | N/A | * | |
| 422 | BTA's First Set of RFAs to Ablyazov | 11/27/2017 | N/A | * | |
| 423 | Ablyazov Responses to BTA's First Set of RFAs | 1/31/2018 | N/A | * | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 424 | BTA's Second Set of RFAs to Ablyazov | 7/27/2018 | N/A | * | |
| 425 | I. Khrapunov Responses and Objections to BTA's Second Set of RFAs | 8/24/2018 | N/A | * | |
| 426 | Ablyazov Responses and Objections to BTA's Second Set of RFAs | 8/27/2018 | N/A | * | |
| 427 | BTA's Responses and Objections to Triadou's Third Set of Interrogatories | 10/5/2018 | N/A | ** | |
| 428 | BTA's Responses and Objections to the Khrapunovs' Third Set of RFAs | 10/5/2018 | N/A | ** | |
| 429 | Appendix A to BTA's Responses and Objections to Triadou's Third Set of Interrogatories | 10/5/2018 | N/A | | |
| 430 | First Amended Appendix A to BTA's Responses and Objections to Triadou's Third Set of Interrogatories | 11/13/2018 | N/A | ** | |
| 431 | BTA's First Amended Responses and Objections to Triadou's First Set of RFAs | 11/13/2018 | N/A | ** | |
| 432 | Expert Report of S. Ilan Guedj, PHD | 4/19/2019 | N/A | * | |
| 433 | Rebuttal Expert Report of S. Ilan Guedj, PHD | 6/28/2019 | N/A | * | |
| 434 | Rebuttal Expert Report of Ryan C. Pisarik, CPA, CFF, CFE, CAMS | 6/28/2019 | N/A | * | |
| 435 | KTR Review and Rebuttal of Appraisal Report prepared by BDO USA | 6/28/2019 | N/A | * | |
| 436 | IHS Global Insight, "Former Energy Minister Charged with Abusing Position" | 3/28/2002 | N/A | | BTA MIL 2 |
| 437 | RadioFreeEurope, "Kazakhstan: Tensions High Following After Arrest of Opposition Leader" | 3/29/2002 | N/A | * | BTA MIL 2 |
| 438 | Agence France Presse - English, "US Voices concern about Kazakhstan 'intimidation'" | 3/29/2002 | N/A | * | BTA MIL 2 |
| 439 | Agence France Presse - English, "Trial begins of Kazakhstan's former energy minister" | 6/24/2002 | N/A | * | BTA MIL 2 |
| 440 | Agence France Presse - English, "Former Kazakh energy minister says case against him political" | 6/25/2002 | N/A | * | BTA MIL 2 |
| 441 | Associated Press Int'l, "Court sentences Kazakh opposition leader to six years, large fine" | 7/18/2002 | N/A | * | BTA MIL 2 |
| 442 | Federal News Service, State Department Regular Briefing by spokesman Richard Boucher | 7/18/2002 | N/A | | BTA MIL 2 |
| 443 | Agence France Presse - English, "US 'increasingly concerned' by anti-democratic developments in Kazakhstan | 7/18/2002 | N/A | * | BTA MIL 2 |
| 444 | Europe-Asia Studies article, "Unidentified Shareholders": The Impact of Oil Companies on the Banking Sector in Russia | May-05 | N/A | * | BTA MIL 2 |
| 445 | RadioFreeEurope, "How Far Will Nazarbaev Go to Take Down Mukhtar Ablyazov" | 6/7/2013 | N/A | * | BTA MIL 2 |
| 446 | Crain's, "Real estate baron Chetrit settles money-laundering case" | 11/13/2015 | N/A | * | BTA MIL 2 |
| 447 | The Diplomat, "Why Kazakhstan Goes to Court in the United States" | 2/7/2017 | N/A | * | BTA MIL 2 |
| 448 | Open Dialogue Article, "INTERPOL recognizes political motivations behind Kazakhstani Red Notice requests" | 7/26/2017 | N/A | * | BTA MIL 2 |
| 449 | RadioFreeEurope, "Journalist Known for Criticism of Kazakh Government Goes on Trial" | 8/14/2017 | N/A | * | BTA MIL 2 |
| 450 | Financial Times, "Spies, lies and the oligarch: inside London's booming secrets industry" | 9/28/2017 | N/A | * | BTA MIL 2 |
| 451 | Reuters, "Kazakh tycoon wants Petropavlovsk ex-CEO back, sees M&A opportunities" | 1/18/2018 | N/A | * | BTA MIL 2 |
| 452 | Eurasia.net, "Kazakhstan: Businessman a Hostage in Astana-Ablyazov Feud?" | 1/22/2018 | N/A | * | BTA MIL 2 |
| 453 | Eurasia.net, "Kazakhstan: Tokmadi Murder Plea Only Creates More Mystery" | 2/16/2018 | N/A | * | BTA MIL 2 |
| 454 | Reuters, "Kazakhstan outlaws exiled banker's political movement" | 3/13/2018 | N/A | * | BTA MIL 2 |
| 455 | RadioFreeEurope, "European Delegates Meet Kazakh Prisoners, Hear Torture Claim" | 4/17/2018 | N/A | * | BTA MIL 2 |
| 456 | Daily News, "Trump associate received more than $21M in Kazakh oligarchs' alleged money laundering scheme" | 4/25/2018 | N/A | * | |

| DTX | Description | Date(s) | Bates Range | *No Objection to Authenticity **No Objection On Any Ground | Subject to MIL |
|---|---|---|---|---|---|
| 457 | The Economist, "Tilting at balloons; Kazakhstan's government squelches the least hint of dissent" | 4/26/2018 | N/A | * | BTA MIL 2 |
| 458 | Reuters, "Kazakh police detain dozens at anti-government rally" | 5/10/2018 | N/A | * | BTA MIL 2 |
| 459 | Financial Times, "Russia-born dealmaker linked to Trump assists laundering probe" | 7/6/2017 | N/A | * | BTA MIL 2 |
| 460 | The Sundaily, "Kyrgyzstan to extradite activist to Kazakhstan despite torture concern" | 6/26/2018 | N/A | * | BTA MIL 2 |
| 461 | The Diplomat, "Even the Ghost of a Possible Protest Spooks Kazakhstan" | 6/26/2018 | N/A | * | BTA MIL 2 |
| 462 | McClatchy, "How allegedly tainted money bought Trump SoHo condos" | 6/26/2018 | N/A | * | |
| 463 | The Diplomat, "Who Will Run Post-Nazarbayev Kazakhstan" | 10/30/2018 | N/A | * | BTA MIL 2 |
| 464 | Central NY News Article, "Syracuse seizes ruined Developmental Center and 47 acres of land for back taxes" | 8/21/2019 | N/A | * | |
| 465 | Tages-Anzeiger article, "Maurer on the Eve of a Delicate Trip to Kazakhstan. Switzerland Sends Kazakhstan Packing" | 11/20/2019 | N/A | * | BTA MIL 2 |
| 466 | US Department of State, Country Report for Human Rights, Kazakhstan, 2019 | 2019 | N/A | | BTA MIL 2 |
| 467 | US Department of State, Country Report for Human Rights, Kazakhstan, 2020 | 2020 | N/A | | BTA MIL 2 |
| 468 | Letter from US Senators to President of Kazakhstan | 6/29/2020 | N/A | | BTA MIL 2 |
| 469 | The Diplomat, "Italian Policemen Sentenced for Kidnapping Kazakh Ex-Banker's Family" | 10/19/2020 | N/A | * | BTA MIL 2 |
| 470 | The Bureau of Investigative Journalism, "The power of money: how autocrats use London to strike foes worldwide" | 6/18/2021 | N/A | * | BTA MIL 2 |
| 471 | RadioFreeEurope, "'They Would Hang Me By The Arms': Hundreds Of Letters From Kazakh Prisons Describe Alleged Torture" | 7/22/2021 | N/A | * | BTA MIL 2 |
| 472 | The Foreign Policy Centre, "Retreating Rights - Kazakhstan: Introduction" | 7/22/2021 | N/A | * | BTA MIL 2 |
| 473 | RadioFreeEurope, "Another Kazakh Activist Jailed Over Links to Ablyazov's Banned Political Group" | 8/3/2021 | N/A | * | BTA MIL 2 |
| 474 | RadioFreeEurope, "More Kazakh Activists Sentenced Over Ties to Fugitive Banker's Banned Political Group" | 8/4/2021 | N/A | * | BTA MIL 2 |
| 475 | Human Rights Watch, "Kazakhstan" | 1/4/2022 | N/A | * | BTA MIL 2 |
| 476 | Amnesty International, "Kazakhstan 2020" | 1/4/2022 | N/A | * | BTA MIL 2 |
| 477 | Financial Times, "Kazakhstan protests mark end of Nazarbayev era" | 1/6/2022 | N/A | * | BTA MIL 2 |
| 478 | New York Times, "In Kazakhstan, Putin Again Seizes on Unrest to Try to Expand Influence" | 1/7/2022 | N/A | * | BTA MIL 2 |
| 479 | Financial Times, "Nazarbayev and the power struggle over Kazakhstan's future" | 1/13/2022 | N/A | * | BTA MIL 2 |
| 480 | The Diplomat, "Mixed Feelings as Kazakhstan Looks Back on a Bloody January" | 1/31/2022 | N/A | * | BTA MIL 2 |
| 481 | UK House of Commons Hansard Vol. 708, Kazakhstan: Anti-corruption Sanctions | 2/3/2022 | N/A | | BTA MIL 2 |
| 482 | Deutsche Welle, "Nazarbayev family owns German luxury real estate" | 2/14/2022 | N/A | * | BTA MIL 2 |
| 483 | Bureau of Investigative Journalism, "Kazakh ex-dictator used UK company to help protect his $8 billion business empire" | 2/17/2022 | N/A | * | BTA MIL 2 |
| 484 | RadioFreeEurope, "Jailed Kazakh Businessman Calls on President to Revise His Case, Retracts Testimony Against Ablyazov" | 3/9/2022 | N/A | * | BTA MIL 2 |
| 485 | Eurasia.net, "Kazakhstan: Ex-security services boss in frame for treason also accused of corruption" | 3/10/2022 | N/A | * | BTA MIL 2 |