

BOIES
SCHILLER
FLEXNER

CRAIG WENNER
Tel.: (212) 909-7625
E-mail: cwenner@bsfllp.com

August 5, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
            Case No. 15 Civ. 5345 (JKG) (KHP)

Dear Judge Koeltl:

We represent Plaintiff BTA Bank JSC. We write to respectfully request that the Court accept for filing under seal the following documents, as provided in the Court's July 6 and July 29, 2022 Orders [ECF Nos. 1509, 1565]:

- Plaintiff's memorandum of law in opposition to Defendant's Motion *In Limine* # 5, along with the parties' charts of the deposition designations and objections to that testimony;

- Portions of Plaintiff's responses to Defendant's proposed findings of fact and conclusions of law

In accordance with the Court's Individual Practices Section VI, BTA is filing the proposed sealed documents and exhibits on the Court's ECF system. BTA is filing these documents and exhibits under seal because they contain references to evidence designated confidential by third parties under the Court's Protective Order in this case. [ECF No. 253]. BTA makes no claim of confidentiality with respect to these documents, but consistent with the Court's orders of July 6 and July 29, these documents are being provisionally filed under seal to permit third parties the opportunity to submit a letter-motion to the Court identifying the basis for maintaining these documents under seal by August 17, 2022.

Thank you for your consideration.

Respectfully,

/s/ *Craig Wenner*
Craig Wenner

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/5/22

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com