```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,
                            Plaintiffs,                        ORDER

              -against-                                        15-CV-05345 (JGK) (KHP)

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV, and TRIADOU SPV S.A.,

                            Defendants.
---------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court will be holding a Show Cause Hearing in this matter utilizing Microsoft Teams on **Tuesday, August 16, 2022 at 9:00 a.m.**  Defendant Mukhtar Ablyazov may dial in to this proceeding with his interpreter by dialing **1(646) 453-4442** at the scheduled time.

**SO ORDERED.**

Dated: August 13, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1