```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────
CITY OF ALMATY, ET AL.,
                    Plaintiffs,         15-cv-5345 (JGK)

     - against -                        ORDER

MUKHTAR ABLYAZOV, ET AL.,
                    DefendantS.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The request by Mr. Monstrey for limited redaction, ECF No. 1603, is granted. There are no other requests for sealing at this time.

SO ORDERED.
Dated:   New York, New York
         August 23, 2022

                                   /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge