```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
CITY OF ALMATY, ET AL.,
                    Plaintiffs,          15-cv-5345 (JGK)

       - against -                       ORDER

MUKHTAR ABLYAZOV, ET AL.,
                    DefendantS.
───────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

    The Clerk is directed to place Docket No. 1613 under seal.

SO ORDERED.
Dated:    New York, New York
          August 26, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge