UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN, and BTA BANK JSC,

                Plaintiffs,                15 **CIVIL** 5345 (JGK)

    -against-                         **JUDGMENT**

MUKHTAR ABLYAZOV, ET AL.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 21, 2022, the Court has adopted Magistrate Judge Parker's Report and Recommendation, overruled Ablyazov's objection, and found that Ablyzov is in contempt of this Court's October 18, 2021 Order. Judgment is entered against Ablyazov for $140,115.60. Beginning November 1, 2022, Ablyazov shall be fined $1,000 per day until he pays the judgment. The plaintiffs may periodically refresh the judgment with the Clerk to include unpaid sanctions amounts and/or interest.

**Dated:** New York, New York
          October 24, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                **BY:**   *K. Mango*
                                                        **Deputy Clerk**