UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

    - against -

MUKHTAR ABLYAZOV, ET AL.,

                Defendants.

---

15-cv-5345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference on October 24, 2022, BTA Bank JSC and Triadou SPV S.A. each will have 22 hours for the examination of witnesses at trial.

SO ORDERED.

Dated:    New York, New York
            October 25th, 2022

                                        John G. Koeltl
                                    United States District Judge