UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, et al.,
                              Plaintiffs,

                                                                15 civ 5345 (JGK)

       -against-

MUKHTAR ABLYAZOV, et al.,
                              Defendants.
-----------------------------------------------------------X

**ORDER**

Trial in this matter is **adjourned from Monday, November 28, 2022 to Tuesday, November 29, 2022.**

**SO ORDERED.**

                                                             JOHN G. KOELTL
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 7, 2022