```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,

   - against -

MUKHTAR ABLYAZOV, ET AL.,

                Defendants.

15-cv-5345 (JGK)

ORDER

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference this afternoon:

Each party will have 20 hours, not 22 hours, for the examination of witnesses at trial.

By **November 15, 2022,** the parties should submit a letter with their realistic schedule for their submission to the Court of revised deposition designations, objections, and responses.

By **November 17, 2022,** BTA should submit its response to Triadou's November 9, 2022 letter concerning the testimony of Cesare Cerrito. See ECF No. 1630.

By **November 18, 2022,** BTA should submit documentation to substantiate Zaure Junussova's and Nurlan Mukhametzhanov's inability to travel to New York for trial.

By **November 21, 2022,** each side shall submit a good-faith order of potential witnesses. Each side should advise the other side promptly if its order of witnesses changes.

For each witness that will testify at trial, the party calling the witness should provide to the other side a list of the exhibits to be used with that witness **at least five (5) days** before the witness testifies. The following day, the other side should respond with a list of objections. The following day, the party calling the witness should either respond to the objections or withdraw the exhibits. The party calling the witness should then submit to the Court the list of exhibits, any objections, and any responses.

BTA should provide its first list of exhibits by **November 21, 2022**. Triadou should provide any objections by **November 22, 2022**. BTA should provide any response by **November 23, 2022**. BTA should then submit to the Court the list of exhibits, objections, and responses by **November 25, 2022.**

BTA should provide its second list of exhibits by **November 22, 2022**. Triadou should provide any objections by **November 23, 2022**. BTA should provide any response by **November 25, 2022**. BTA should then submit to the Court the list of exhibits, objections, and responses by the end of the day on **November 25, 2022.**

As soon as practicable, BTA should submit its updated list of attorneys and other individuals who will be participating during the trial.

The Court will hold a conference on **November 28, 2022 at 2:30 p.m.** in Courtroom 14A, 500 Pearl Street, to discuss any final pretrial issues.

SO ORDERED.

Dated:   New York, New York
         **November 14, 2022**

_____
John G. Koeltl
United States District Judge