UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

          Plaintiffs,

- against -

MUKHTAR ABLYAZOV, ET AL.,

          Defendants.

15-cv-5345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Triadou may respond to BTA's sixth motion in limine, ECF No. 1636, by **Friday, November 18, 2022.**

SO ORDERED.

Dated:    New York, New York
           November 15, 2022

                                          John G. Koeltl
                                      United States District Judge