

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

November 23, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             **Case No. 15 Civ. 5345 (JGK) (KHP)**

Dear Judge Koeltl:

    We represent Plaintiff BTA Bank JSC in the above-captioned matter. We write on behalf of BTA and Defendant Triadou SPV S.A. to provide the Court designations with objections and responses for the deposition of Triadou's corporate representative, Cesare Cerrito.

    Attached to this letter are BTA and Triadou's designation charts with objections and responses as exhibits A and B respectively. As with prior designations, the parties will submit a flash drive to the Court containing the electronically filed charts and highlighted transcripts.[1]

    The parties will also submit to the Court a replacement flash drive containing the full set of marked trial exhibits.

    We thank the Court for its attention to these matters.

                                            Respectfully,

                                            /s/ *Craig Wenner*
                                            Craig Wenner

---

[1] To the extent there are any inadvertent inconsistencies between the highlighted transcripts and the charts, the parties agree that the charts are controlling.