

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

December 2, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
           **Case No. 15 Civ. 5345 (JGK) (KHP)**

Dear Judge Koeltl:

    Pursuant to the Court's November 14, 2022, order, I attach BTA's fifth list of exhibits, along with Triadou's objections and BTA's responses for the Court's consideration.

    Thank you for your consideration.

                                                          Respectfully,

                                                         /s/ Matthew L. Schwartz
                                                         Matthew L. Schwartz

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, <br><br> Crossclaim Plaintiffs, <br><br> - against - <br><br> MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., <br><br> Crossclaim Defendants. | ECF Case <br><br> No. 1:15-cv-05345 (JGK) (KHP) |

**PLAINTIFF BTA BANK JSC'S FIFTH LIST OF EXHIBITS, TRIADOU SPV S.A.'S OBJECTIONS, AND BTA'S RESPONSES**

Plaintiff BTA Bank JSC ("BTA") and Defendant Triadou SPV S.A. ("Triadou") respectfully submit the following fifth list of exhibits to potentially be offered by BTA during the trial in this case; Triadou's objections to those exhibits; and BTA's responses.

I.  **Exhibits Shared by BTA on November 30, 2022**

| BTA's Proposed Exhibits | Triadou's Objections | BTA's Response |
|---|---|---|
| **Martin Dowd** | | |
| PTX 598 | | |
| PTX 599 | | |
| PTX 605 | | |
| PTX 607 | | |
| PTX 609 | | |
| PTX 610 | | |
| PTX 612 | | |
| PTX 613 | | |
| PTX 614 | | |
| PTX 615 | | |
| PTX 616 | | |
| | | |
| **Felix Sater** | | |
| PTX 337 | | |
| PTX 424 | | |
| PTX 433 | | |
| PTX 503 | | |
| PTX 527 | | |
| PTX 539 | | |
| PTX 540 | | |
| PTX 549 | | |
| PTX 619 | | |
| PTX 620 | | |
| PTX 622 | | |
| PTX 630 | | |
| PTX 631 | | |
| PTX 632 | FRE 403 (unfair prejudice as to unsubstantiated allegations; unfair prejudice, confusing, and misleading where it discusses Viktor Khrapunov's alleged misconduct); FRE 802; FRE 805; Foundation | 802, 805: Not offered for its truth. This document was sent to Daniel Ridloff at his @sdg-if.com account. This document demonstrates that following the purported sale to Phillippe Glatz, SDG was aware of serious concerns about the Khrapunov and Ablyazov family's source of wealth, and the legitimacy of the sale of SDG to Glatz. This document further demonstrates that any third party who conducted basic due diligence on Triadou and |

| | | |
|---|---|---|
| | | SDG would have been aware of these concerns.

<u>403</u>:  For the reasons just given, this document is highly relevant.  This document does not appear to contain information different in kind about Ablyazov, Khrapunov, or Glatz than that which has already been admitted in evidence, so it is unclear how it could be unfairly prejudicial.

<u>Foundation</u>:  It is not clear what Triadou's foundation objection is.  This is a document sent by Ridloff from his SDG e-mail account. |
| PTX 653 | | |
| PTX 654 | | |
| PTX 659 | | |
| PTX 666 | | |
| PTX 667 | | |
| PTX 668 | | |
| PTX 670 | | |
| PTX 672 | | |
| PTX 673 | | |
| PTX 682 | | |
| PTX 689 | | |
| **Cesare Cerrito** | | |
| PTX 414 | | |
| PTX 427 | | |
| PTX 445 | | |
| PTX 449 | | |
| PTX 461 | | |
| PTX 469 | | |
| PTX 478 | | |
| PTX 500 | | |
| PTX 581 | | |