UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BTA BANK, JSC

                     Plaintiff,

      -against-

TRIADOU, SPV,

                   Defendant.
-------------------------------------------------------------X

15 civ 5345 (JGK)

OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

IT IS HEREBY ORDERED, that the Jurors empaneled and sworn in the above-entitled case be provided with the necessary meals and/or refreshments during trial and deliberations.

Should the deliberating jury panel remain in the Courthouse and necessary meals and/or refreshments are brought in, a gratuity of 15% of the total bill is authorized.

| Date | Restaurant | Amount |
|---|---|---|
| 12/8/2022 | Café Lorenzo (#2036) | $242.00 |
| 12/9/2022 | Café Lorenzo (#2037) | $242.00 |
| 12/12/2022 | Café Lorenzo (#2066) | $215.00 |
| 12/13/2022 | Café Lorenzo (#2067) | $215.00 |
| 12/14/2022 | Café Lorenzo (#2068) | $172.00 |
| 12/14/2022 | Café Lorenzo (#2069) | $132.00 |

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 19, 2022