UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BTA BANK JSC,

                 Plaintiff,

     -against-

TRIADOU SPV,

                 Defendant.
-----------------------------------------------------------X

15 civ 5345 (JGK)

## ORDER

     The Clerk is directed to strike Document 1685. The document was submitted on the ECF System, in error.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         December 19, 2022