# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone: (212) 885-5148
Fax: (917) 591-7897
Email: deborah.skakel@blankrome.com

December 23, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court – S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re: *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*, **No. 1:15-cv-05345 (JGK) (KHP)**

Dear Judge Koeltl:

We represent Triadou SPV S.A. ("Triadou") in the above-captioned matter and write on behalf of Triadou and Plaintiff BTA Bank JSC ("BTA") as instructed by the Court at the close of trial on December 14, 2022, regarding a proposed briefing schedule for post-trial motions.

The parties respectfully request that the Court extend the time to submit a proposed briefing schedule until January 13, 2023. The parties are still discussing a proposed schedule for briefing related to BTA's remaining claims and potential motions by Triadou pursuant to Federal Rules of Civil Procedure 50 and 59. In particular, Triadou intends to use the additional time to better evaluate which post-trial motions, if any, it may pursue.

Thank you for your consideration.

Respectfully submitted,

*/s/ Deborah A. Skakel*
Deborah A. Skakel

APPLICATION GRANTED
SO ORDERED

12/23/22

John G. Koeltl, U.S.D.J.