# EXHIBIT B

| | |
|---|---|
| **From:** | Andrew Solomon |
| **To:** | Craig Wenner |
| **Cc:** | Sabina Mariella; Matthew L. Schwartz |
| **Subject:** | Re: City of Almaty, et al. v. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345 |
| **Date:** | Friday, November 4, 2022 9:36:17 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Craig

I am going to talk to Ilyas about this and see what can be done.

Andrew

On Fri, Aug 26, 2022 at 11:44 AM Craig Wenner <cwenner@bsfllp.com> wrote:

> Hi Andrew,
>
> We have not yet received Mr. Khrapunov's payment of $221,285.31 that was due by June 3 under Judge Parker's May 5 Order. If we do not receive payment by Friday, September 2, we will ask the Court to hold Mr. Khrapunov in contempt of Judge Parker's order. Our earlier letter with payment instructions is attached again for your convenience.
>
> Also attached is a courtesy copy of an order we recently obtained against Mukhtar Ablyazov certifying facts constituting contempt for failing to pay a similar sanctions award.
>
> Thanks,
>
> Craig
>
> **Craig Wenner**
> (he/him/his)
>
> Partner
>
> BOIES SCHILLER FLEXNER LLP
>
> 55 Hudson Yards
>
> New York, NY 10001

(t) +1 212 909 7625

cwenner@bsfllp.com

www.bsfllp.com

---

**From:** Craig Wenner
**Sent:** Friday, June 17, 2022 11:59 PM
**To:** Andrew Solomon <asolomon@solomoncramer.com>
**Cc:** Sabina Mariella <SMariella@BSFLLP.com>; Matthew L. Schwartz <mlschwartz@BSFLLP.com>
**Subject:** FW: City of Almaty, et al. v. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345

Hi Andrew,

I write to follow up on Mr. Khrapunov's payment of $221,285.31 that was due by June 3 under Judge Parker's May 5 Order. Please advise on the status of the payment by next Thursday, June 23. If Mr. Khrapunov has paid any amount of the sanctions award, please let us know the date, amount, and payor.

Thanks,

Craig

**Craig Wenner**
Partner

---

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(t) +1 212 909 7625

cwenner@bsfllp.com

www.bsfllp.com

**From:** Sabina Mariella <SMariella@BSFLLP.com>
**Sent:** Thursday, May 5, 2022 3:22 PM
**To:** asolomon@solomoncramer.com
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Craig Wenner <cwenner@BSFLLP.com>
**Subject:** City of Almaty, et al. v. Mukhtar Ablyazov, et al., Case No. 15 Civ. 5345

Mr. Solomon,

Please see the attached correspondence from Matthew Schwartz.

Thank you,

**Sabina Mariella**

Associate

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(t) +1 212 754 4541

(m) +1 973 634 7734

smariella@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

--

Andrew T. Solomon
Attorney at Law
**Solomon & Cramer LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
asolomon@solomoncramer.com
(t) (212) 884-9102 ext. 700
(f) (516) 368-3896

www.solomoncramer.com

Notices: This message, including attachments, is confidential and may contain privileged information.  If you are not the addressee, any disclosure, copying, distribution, or use of this message or its attachments is prohibited.   If you have received this email in error, please destroy it and notify me immediately.