**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5148
Fax:     (917) 591-7897
Email:   deborah.skakel@blankrome.com

January 13, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court – S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
       **No. 1:15-cv-05345 (JGK) (KHP)**

Dear Judge Koeltl:

We represent Triadou SPV S.A. ("Triadou") in the above-captioned matter and write on behalf of Triadou and Plaintiff BTA Bank JSC ("BTA") as instructed by the Court at the close of trial regarding a proposed briefing schedule for post-trial motions.

The parties respectfully propose the following briefing schedule that will cover any post-trial motions Triadou may file and BTA's submissions concerning its remaining claims:

- Opening Briefs: March 2, 2023

- Opposition Briefs: April 4, 2023

- Reply Briefs: May 5, 2023

Thank you for your consideration.

Respectfully submitted,

 */s/ Deborah A. Skakel*
Deborah A. Skakel