UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,

        Plaintiffs,

-against-

MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,

        Defendants.

15 Civ. 5345 (JGK) (KHP)

**REPLY DECLARATION OF MATTHEW L. SCHWARTZ**

1. I am a partner in the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in the above-captioned case. I make this declaration in further support of Plaintiffs' motion for an order holding Ilyas Khrapunov in contempt and for entry of a judgment of the amount of past-due sanctions he owes Plaintiffs.

2. Attached hereto as Exhibit A is a true and correct copy of Kobre & Kim LLP's Objections and Responses to BTA Bank JSC's Information Subpoena and Subpoena Duces Tecum in *BTA Bank JSC v. Mukhtar Ablyazov*, Index No. 155684/2021 (N.Y. Sup. Ct.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 3, 2023

/s/ Matthew L. Schwartz
Matthew L. Schwartz