```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__03/02/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                            Plaintiffs,

             -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                          Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING
EVIDENTIARY HEARING**

**15-CV-05345 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On **Friday, March 10, 2023  at 10:00 a.m.** the Court will hold an evidentiary hearing on

Plaintiffs' motion to hold Ilyas Khrapunov in contempt of Court for failure to pay sanctions

previously awarded to Plaintiffs.  The hearing will be held over Microsoft Teams.  The Court will

email the Teams link to counsel.  Any member of the public wishing to observe my dial the

following number **(646) 453-4442** and shall keep their microphone on mute.  The Court

prohibits recording and rebroadcasting of Court proceedings and any person who violates this

rule will be subject to sanctions.

     Khrapunov should be prepared to testify about his alleged inability to pay.  A week in

advance of the conference, Khrapunov must submit certified translations of the tax and other

financial documents he submitted in connection with his opposition to the motion.  Absent

certified translations, the Court cannot consider the documents.

2

**SO ORDERED.**

Dated: March 2, 2023
       New York, New York

KATHARINE H. PARKER
United States Magistrate Judge

2