# Fw: Companies

| | |
|---|---|
| From: | zharimbetov@bta.kz |
| To: | "Вероника Ефимова" <"CN=Вероника Ефимова/OU=Almaty/O=ТуранАлем"> |
| Date: | Mon, 26 Dec 2005 15:32:25 +0600 |

----- Переслано: Жаксылык Жаримбетов/Almaty/ТуранАлем дата: 26.12.2005 15:29 -----

| | | | |
|---|---|---|---|
| "Alexander Udovenko" <aau@eastbridgecapital.com> <br> 23.12.2005 19:38 | | Кому: | <zharimbetov@bta.kz>, |
| | | Копия: | [     ] |
| | | Тема: | Companies |

Я в спешке просмотрел активные компании.  Не вижу, чтобы нижеперечисленные фирмы где-то использовались:

| |
|---|
| Advisys Ltd. |
| Tradestock Inc. |
| Finex Global |
| Highview Limited |
| Maden Holding Inc. |
| Solent Management Ltd. |
| Aurland Production Inc. |

Они все под нашим контролем.  Нашел еще много интересных вещей. Буду в Алматы во вторник.  Давай обсудим.



PLAINTIFF'S TRIAL EXHIBIT 7

Almaty-BTA0077309

| | |
|---|---|
| **From:** | Zhaksylyk Zharimbetov [CN=Zhaksylyk Zharimbetov/OU=Almaty/O=BTA Bank JSC] on behalf of Zhaksylyk Zharimbetov |
| **Sent:** | 26 December 2005 09:32 |
| **To:** | Veronika Yefimova |
| **Subject:** | Fw: Companies |

----- Forwarded to: Zhaksylyk Zharimbetov/Almaty/BTA Bank JSC date: 26.12.2005 15:29 -----

| "Alexander Udovenko" aau@eastbridgecapital.com<br><br>23.12.2005 19:38 | To:<br>Copy:<br>Subject: |
|---|---|

In a hurry I reviewed active companies. I don't see the below companies mentioned anywhere:

| |
|---|
| Advisys Ltd. |
| Tradestock Inc. |
| Finex Global |
| Highview Limited |
| Maden Holding Inc. |
| Solent Management Ltd. |
| Aurland Production Inc. |

All these companies are under our control. I also found a lot of interesting facts. I'll be in Almaty on Tuesday. Let's talk it over.