**From:** Cesare Cerrito
**Sent:** Wednesday, January 09, 2013 9:22 AM
**To:** awilliams@banking.bz
**Subject:** shareholders of SDG Capital SA
**Attachments:** 31.05.2012 - Registre des actions.pdf (00103157).pdf

Good Morning,

Please find attached the document in subject line.

Kind regards,
Cesare Cerrito

Cesare Cerrito
CFO

SWISS DEVELOPMENT GROUP
20 Rue Philippe-Plantamour
1201 Genève Switzerland

T +41 22 545 03 00

www.sdg.ch

 Before printing, think about the environment !





Confidential
TRIA0009380

Confidential
TRIA0009381

# REGISTRE DES ACTIONS

## SDG CAPITAL S.A.

Capital-actions de CHF 10'000'000

| Titulaire | Nombre actions | Genre | Valeur nominale | Certificat N° | Actions N° | Date inscription | Date Radiation | Nantissement O/N |
|---|---|---|---|---|---|---|---|---|
| HARLEM SECURITES LTD | 100 | Nominatives | CHF 1000 | 1 | 1 à 100 | 24.07.2008 | 12.06.2009 | N |
| Elvira KUDRYASHOVA | 100 | Nominatives | CHF 1000 | 2 | 1 à 100 | 12.06.2009 | 07.07.2009 | N |
| Elvira KUDRYASHOVA | 10000 | Nominatives | CHF 1000 | 3 | 1 à 10000 | 07.07.2009 | 29.04.2012 | N |
| Elvira KUDRYASHOVA | 4000 | Nominatives | CHF 1000 | xxx | | 29.04.2012 | 31.05.2012 | N |
| Michel GILLIERON | 3000 | Nominatives | CHF 1000 | 7 | N° 4'001 à 7000 | 20.04.2012 | | N |
| Erich SAGER | 3000 | Nominatives | CHF 1000 | 6 | N° 7001 à 10'000 | 20.04.2012 | | N |
| Elvira KUDRYASHOVA | 3700 | Nominatives | CHF 1000 | 4 | N°1 à 3700 | 31.05.2012 | | N |
| Nicolas GARNIER | 300 | Nominatives | CHF 1000 | 5 | N° 3701 à 4000 | 31.05.2012 | | N |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

M. Marc GILLIERON

Administrateur

Date: 21. 5. 2012