UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                          Plaintiffs,                    15-cv-5345 (JGK)

            - against -                                  ORDER

MUKHTAR ABLYAZOV, ET AL.,

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of
Magistrate Judge Parker dated March 15, 2023. See ECF No. 1739
(the "Report"). Pursuant to 28 U.S.C. § 636(e)(6), the Report
certifies that the plaintiffs have set forth a prima facie case
for contempt based on defendant Ilyas Khrapunov's failure to pay
the plaintiffs $221,285.31 in attorney's fees to compensate the
plaintiffs for Khrapunov's discovery misconduct. Report at 2; see
also ECF No. 1494. Nonetheless, the Report recommends that no
order of contempt be issued because Khrapunov has demonstrated
that he is unable to pay the sanctions at this time. Report at 5-
6. However, the Report does recommend that a judgment be issued
against Khrapunov in the amount of $221,285.31 and that federal
post-judgment interest rates be applied to that judgment. Id. at
6. The Report further recommends that Khrapunov be required to
submit a sworn declaration quarterly updating the Court on his
ability to pay and his payment of the judgment. Id. The Report
recommends that such sworn declarations be submitted beginning

1

June 30, 2023 and at the end of each quarter thereafter (i.e.,
September 30, December 31, March 31, and June 30) until the
judgment is paid. Id.

After a thorough review, the Court concurs with the findings
of Magistrate Judge Parker and adopts them. Where the magistrate
judge has certified facts constituting contempt, the district
court must make an independent determination of the facts
certified and consider any additional evidence. 28
U.S.C. § 636(e)(6). In this case, neither party has objected to
Magistrate Judge Parker's factual findings and legal conclusion
that the plaintiffs have satisfied the prima facie elements of
contempt based on Khrapunov's failure to comply with a clear and
unambiguous court order. See Parademics Electromedicina Comercial,
Ltda. v. GE Med. Sys. Info. Techs., Inc., 369 F.3d 645, 655 (2d
Cir. 2004). The parties also have not objected to Magistrate Judge
Parker's recommendation that no order of contempt should issue
because Khrapunov has shown plainly and unmistakably that he is
unable to pay the amount ordered. See Huber v. Marine Midland
Bank, 51 F.3d 5, 10 (2d Cir. 1995) (explaining that inability to
pay is a defense to civil contempt). After an independent review,
the Court adopts these findings and conclusions, which are all
supported by straightforward evidence in the record. The Court
therefore will not issue an order of contempt at this time.

The Court also finds, however, that judgment should be issued

2

against Khrapunov for $221,285.31; that federal post-judgment interest rates should be applied to that judgment; that Khrapunov should submit a sworn declaration quarterly updating the Court on his ability to pay and his payment of the judgment; and that these sworn declarations should be submitted beginning June 30, 2023 and at the end of each quarter thereafter until the judgment is paid. Khrapunov did not object to these recommendations, which are fully justified by the record before the Court.

CONCLUSION

For the foregoing reasons, the Court adopts Magistrate Judge Parker's Report and Recommendation and **grants in part and denies in part** the plaintiffs' motion for an order holding Ilyas Khrapunov in contempt and for entry of judgment for the amount of past due sanctions. See ECF No. 1713. The Clerk is directed to enter a judgment in favor of the plaintiffs and against Ilyas Khrapunov in the amount of $221,285.31. Beginning June 30, 2023 and continuing until the judgment is paid, Khrapunov shall submit a sworn declaration quarterly updating the Court on his ability to pay and his payment of the judgment. The Clerk is directed to close ECF No. 1713.

**SO ORDERED.**

**Dated:      New York, New York**
                **April 4, 2023**

                                            John G. Koeltl
                                    United States District Judge