UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                       Plaintiffs,

      -against-                                 15 **CIVIL** 5345 (JGK)

                                                               **JUDGMENT**

MUKHTAR ABLYAZOV, ET AL.,

                       Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2023, Magistrate Judge Parker's Report and Recommendation is adopted and the plaintiffs' motion for an order holding Ilyas Khrapunov in contempt and for entry of judgment for the amount of past due sanctions is granted in part and denied in part. See ECF No. 1713. Judgment is entered in favor of the plaintiffs and against Ilyas Khrapunov in the amount of $221,285.31. Beginning June 30, 2023 and continuing until the judgment is paid, Khrapunov shall submit a sworn declaration quarterly updating the Court on his ability to pay and his payment of the judgment.

**Dated:**  New York, New York

      April 5, 2023

                                                                   **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                    **Deputy Clerk**