UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>　　　　Crossclaim Plaintiffs,<br><br>　- against -<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>　　　　Crossclaim Defendants. | ECF Case<br><br>No. 15-cv-05345 (JGK) (KHP) |

**NOTICE OF MOTION OF BLANK ROME LLP
TO WITHDRAW AS COUNSEL FOR DEFENDANT TRIADOU SPV S.A.**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Alex E. Hassid, Blank Rome LLP will move this Court, before the Honorable John G. Koeltl, at the U.S. District Courthouse for the Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, for an order pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Blank Rome LLP as attorneys of record for Defendant Triadou SPV S.A. and any other relief that this Court deems just and proper.

Dated: New York, New York
       April 13, 2023

Respectfully submitted,

**BLANK ROME LLP**

By:   /s/ *Alex E. Hassid*
      Deborah A. Skakel
      Alex E. Hassid
      Robyn L. Michaelson
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Deborah.Skakel@blankrome.com
Alex.Hassid@blankrome.com
Robyn.Michaelson@blankrome.com

Steven J. Roman (admitted *pro hac vice*)
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Steve.Roman@blankrome.com

*Counsel for Crossclaim Defendant Triadou SPV S.A.*