```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BTA BANK JSC,

                Plaintiff,

  - against -

TRIADOU SPV S.A.,

                Defendant.

15-cv-5345 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Blank Rome LLP has moved to withdraw as counsel for defendant Triadou SPV S.A. Triadou should respond to this motion by **April 28, 2023**. Any other party may submit a statement of position by the same date. Blank Rome may reply by **May 5, 2023**.

By **April 18, 2023**, Blank Rome should serve a copy of this Order on Mr. Philippe Glatz as the principal for Triadou as well as on Petr Krasnov, a consultant from the firm of Fiscus, S.A., and file proof of service with the Court by **April 20, 2023**.

This action is **stayed** pending a decision on this motion to withdraw as counsel.

SO ORDERED.

Dated:    New York, New York
           April 15, 2023

                                            John G. Koeltl
                                    United States District Judge