UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,,

        Plaintiff,

  -v-

MUKHTAR ABLYAZOV, VICTOR
KHRAPUNOV and TRIADOU SPV S.A.,

        Defendants

-----------------------------------------------------------------X

15 Civ. 5345(JGK)(KHP)

## **DECLARATION OF ILYAS KHRAPUNOV**

Ilyas Khrapunov, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am the defendant in this action. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. Following Honorable Judge Parker's decision dated 15th March 2023, I am making my first quarterly update on any material change to my inability to pay the sanctions payment.

3. There is no material change to report for this quarter.

4. I am making an effort in getting traction with becoming a litigation consultant. I have entered into Master's program for law in Switzerland.

5. There is no significant update on the Swiss case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2023.

*/s/ Ilyas Khrapunov*