UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                Plaintiffs,          15-cv-5345 (JGK)

     - against -               ORDER

MUKHTAR ABLYAZOV, ET AL.,

                Defendants.

———————————————————————————————

JOHN G. KOELTL, District Judge:

    BTA Bank JSC is directed to email Word versions (.docx) of
its unopposed Proposed Findings of Fact and Conclusions of Law
(ECF No. 1731) and its unopposed Proposed Judgment (ECF No.
1730-1) to the Court at koeltlnysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    New York, New York
          July 11, 2023

                                  John G. Koeltl
                      United States District Judge