UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF ALMATY, KAZAKHSTAN, et al.,,
                Plaintiff(s)

     -against-

MUKHTAR ABLYAZOV, et al.,
                Defendant(s).
------------------------------------------------------------X

15 civ 5345 (JGK)

19 civ 2645 (JGK)

## ORDER

The parties shall provide status letters for cases 15 civ 5345 (JGK) and 19 civ 2645 (JGK) by **August 2, 2023**. A status conference will be held on **August 9, 2023, at 4:00pm.**

Dial-in: 888 363-4749, with access code 8140049.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 26, 2023