# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5268
Fax:      (212) 202-3932
Email:    alex.hassid@blankrome.com

August 1, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court – S.D.N.Y.
500 Pearl Street
New York, New York 10007

      Re:  *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
           **No. 1:15-cv-05345 (JGK) (KHP)**

Dear Judge Koeltl:

      We write for Blank Rome LLP ("Blank Rome") to inform the Court that Blank Rome's attorneys have not received any ECF filing notifications in the above-captioned against since the Court granted Blank Rome's withdrawal request on May 23, 2023, and despite Blank Rome's obligation to act as designated agent for service of Defendant Triadou SPV S.A. (ECF 1750). It appears that Blank Rome's attorneys were removed from the service list after the Court terminated Blank Rome as Triadou's counsel, and as a result, we did not receive any notification for filings made or issued in the case since May 23, 2023.

      We discovered this issue for the first time today, when we learned of the Court's judgment (issued yesterday). We have already gathered all filings for which Blank Rome had not received electronic notification and transmitted them to Triadou by email.

      Blank Rome does not seek any relief through this letter, which it submits only to inform the Court regarding the timing of service and so that the electronic notification issue can be corrected going forward, to the extent the Court wishes for Blank Rome to continue to act as agents of service for Triadou now that judgment has been entered. (*See* ECF 1750 at 1 ("Blank Rome shall continue to accept papers on behalf of Triadou until further order of the Court")).

      Thank you for your consideration.

                              Respectfully submitted,

                              */s/ Alex E. Hassid*
                              Alex E. Hassid