```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

BTA BANK JSC,

              Plaintiff,

   - against -

TRIADOU SPV S.A.,

              Defendant.

------------------------------------

15-cv-5345 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

Triadou SPV S.A. may respond to BTA Bank JSC's motion for attorney's fees (ECF No. 1763) by **August 29, 2023.** BTA may reply by **September 8, 2023.**

**SO ORDERED.**

Dated:    New York, New York
           August 15, 2023

/s/ John G. Koeltl
_____
**John G. Koeltl
United States District Judge**