```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————————

BTA BANK JSC,

                    **Plaintiff,**

    - against -

TRIADOU SPV S.A.,

                    **Defendant.**

15-cv-5345 (JGK)

ORDER

———————————————————————————

**JOHN G. KOELTL, District Judge:**

    The Court is advised that Triadou's former counsel at Blank Rome received electronic notification of the Court's order setting a briefing schedule on BTA Bank's motion for attorney's fees but did not receive electronic notification of the motion itself and its supporting papers.

    The Blank Rome attorneys are advised that they should email ecfsupport@nysd.uscourts.gov for instructions on manually restoring their notifications for all filings in this case.

**SO ORDERED.**

Dated:    New York, New York
            August 15, 2023

                                      /s/ John G. Koeltl
                                           **John G. Koeltl**
                                **United States District Judge**