UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN and BTA
BANK JSC.,

Plaintiffs,

-against-

MUKHTAR ABLYAZOV, VIKTOR
KHRAPUNOV, ILYAS KHRAPUNOV, and
TRIADOU SPV S.A.,,

Defendants

No. 1:15-cv-05345 (JGK) (KHP)

## STIPULATION

WHEREAS, pursuant to a Monitorship Order entered by the New York State Supreme

Court, New York County (Cohen, J.) in the action captioned *Triadou SPV S.A., v. CF Flat LLC,*

*CF 135 West Member LLC, and The Cherit Group LLC*, Index No. 653462/2014, dated May 4,

2016 (NYSCEF Doc. No. 163), the State Court appointed the Hon. Herman Cahn (Ret.), who is

Special Counsel to Wolf Haldenstein Adler Freeman & Herz LLP, to serve as Monitor over

certain assets (the "Monitorship Funds") and Justice Cahn has served in that capacity since his

appointment;

WHEREAS, the parties instructed Justice Cahn to hold the Monitorship Assets subject to

the Monitorship Order in a segregated non-interest bearing account at Signature Bank (now

Flagstar Bank);

WHEREAS, as instructed by the parties, Justice Cahn has held the Monitorship Assets

subject to the Monitorship Order, now equal to $27,511,878.95, in a segregated non-interest

bearing account at Signature Bank (now Flagstar Bank);

WHEREAS, on July 31, 2023, a judgment (the "Judgment") was entered in this action in

favor of plaintiff BTA Bank JSC and against defendant Triadou SPV, S.A., in the amount of $193,345,024.65 (ECF No. 1757);

WHEREAS, as set forth in the Monitorship Order, the parties agreed to abide by the decision of the Court in the Federal Action;

WHEREAS, the Monitorship Account is the subject of an attachment order in this action entered on July 18, 2016 (ECF No.  192);

WHEREAS, among other things, the Judgment imposed a constructive trust in favor of BTA the Monitorship Funds held in escrow by Justice Cahn pursuant to the Monitorship Order;

BTA HEREBY ACKNOWLEDGES AND AGREES, that upon delivery to counsel for plaintiff BTA Bank JSC all the Monitorship Funds on hand in the segregated non-interest bearing account created by Justice Cahn as Monitor, Justice Cahn will have fully and faithfully performed his duties as Monitor pursuant to the Monitorship Order;

BTA FURTHER ACKNOWLEDGES AND AGREES,  that upon delivery to counsel for plaintiff BTA Bank JSC all the Monitorship Funds on hand in the segregated non-interest bearing account created by Justice Cahn as Monitor,  Signature Bank (now Flagstar Bank) will have fully and faithfully performed its duties regarding the Monitorship Funds;


[Continued on next page]

2

BTA FURTHER ACKNOWLEDGES AND AGREES, that counsel for plaintiff BTA Bank JSC shall confirm to Justice Cahn their receipt of all the Monitorship Funds on hand in the segregated non-interest bearing account created by Judge Cahn as Monitor at Signature Bank (now Flagstar Bank) within 24 hours of receipt thereof;

Dated:  August **5**, 2023

BOIES SCHILLER FLEXNER LLP

By: _____
        Craig A. Wenner, Esquire
55 Hudson Yards
New York, NY 10001
212-446-2300

*Attorneys for Plaintiff BTA Bank JSC*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
        Mark C. Rifkin, Esquire
270 Madison Ave.
9th Floor
New York, NY  10016
212-545-4600

*For the Monitor*

BTA FURTHER ACKNOWLEDGES AND AGREES, that counsel for plaintiff BTA Bank JSC shall confirm to Justice Cahn their receipt of all the Monitorship Funds on hand in the segregated non-interest bearing account created by Judge Cahn as Monitor at Signature Bank (now Flagstar Bank) within 24 hours of receipt thereof;

Dated:  August 15, 2023

BOIES SCHILLER FLEXNER LLP


By: _____
     Craig A. Wenner, Esquire
55 Hudson Yards
New York, NY 10001
212-446-2300

*Attorneys for Plaintiff BTA Bank JSC*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP


By: _____
     Mark C. Rifkin, Esquire
270 Madison Ave.
9th Floor
New York, NY  10016
212-545-4600

*For the Monitor*


/s/ John G. Koeltl
**John G. Koeltl, U.S.D.J.**
New York, New York
August 22, 2023