

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

September 1, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
              **Case No. 15 Civ. 5345 (JGK) (KHP)**

Dear Judge Koeltl:

    We represent BTA Bank JSC and write to respectfully request that the Court treat BTA's unopposed Motion for Attorneys' Fees and Costs [ECF No. 1763], as fully submitted. Defendant Triadou SPV S.A.'s deadline to oppose the motion was August 29, 2023 [ECF No. 1766 (Order)], and BTA will not be making any further submissions in support of the motion.

    We thank the Court for its consideration.

                                                                           Respectfully,

                                                                           /s/ *Craig Wenner*
                                                                           Craig Wenner

cc:    Blank Rome LLP, Triadou's service agent (via ECF and email)