**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC, <br><br> Plaintiffs, <br><br> -against- <br><br> MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A., <br><br> Defendants. | 15 Civ. 5345 (JGK) (KHP) <br><br> [~~PROPOSED~~] ORDER RELEASING UNDERTAKING |

**JOHN G. KOELTL, District Judge:**

WHEREAS, on July 27, 2016, the Cashier's Office registered a deposit in this matter of $200,000 by Plaintiff BTA Bank JSC as an undertaking;

WHEREAS, on July 31, 2023, the Court entered judgment in BTA Bank JSC's favor and has since closed the case;

IT IS HEREBY ORDERED that the Cashier's Office shall release the $200,000 deposit to Boies Schiller Flexner LLP, counsel to BTA Bank JSC, to be paid from the Court's Registry;

IT IS FURTHER ORDERED that Boies Schiller Flexner LLP, counsel to BTA Bank JSC, shall contact the Court's finance department to provide the necessary disbursing information.

**SO ORDERED.**

Dated: September 6, 2023
New York, New York

_____
John G. Koeltl
United States District Judge

1