

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

September 11, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

[signature]
9/19/23
John G. Koeltl, U.S.D.J.

Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.,*
Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)

Dear Judge Koeltl:

We represent Plaintiffs, the City of Almaty, Kazakhstan and BTA Bank, and write pursuant to Rule 21.8 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and Paragraph 8 of the Court's Stipulated Protective Order in this case [ECF No. 51] to request that Plaintiffs' accompanying opposition papers to MeM Energy Partners LLC's motion for summary judgment be provisionally filed under seal.

Among the documents that Plaintiffs cite in their opposition to MeM Energy's motion for summary judgment are documents that have been designated confidential by the defendants or their agents in this action. Additionally, Plaintiffs include two expert reports that cite and rely on similar information designated confidential by the defendants. As such, Plaintiffs request that the Court maintain our opposition papers – which includes a redacted memorandum, redacted Rule 56.1 response, and certain exhibits – under seal until such time that the defendants can explain why the materials should remain under seal. To be clear, Plaintiffs take no position on the sealing of these papers.

We thank the Court for its attention to this matter.

Respectfully,

/s/ *Craig Wenner*
Craig Wenner