UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

            Plaintiffs,

- against -

FELIX SATER, ET AL.,

            Defendants.

---

15-cv-5345 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated November 8, 2023. ECF No. 1769. The Report recommends that the Court grant the fee application of Plaintiff BTA Bank JSC ("BTA"). ECF No. 1763.

No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment as follows: BTA's fee application is granted, and BTA is awarded $794,544.39 in attorney's fees and $7,073.96 in costs, for a total award of $801,618.35. Post-judgment interest will accrue pursuant to 28 U.S.C. § 1961 from entry of this judgment. The Clerk is also directed to close ECF No. 1763.

SO ORDERED.

Dated:    New York, New York
         November 28, 2023

                                  John G. Koeltl
                               United States District Judge