

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

May 9, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *City of Almaty, Kazakhstan, et ano. v. Felix Sater, et al.*,
     **Case No. 19 Civ. 2645 [rel. 15 Civ. 5345] (JGK) (KHP)**

Dear Judge Koeltl:

  We represent Plaintiffs City of Almaty, Kazakhstan and BTA Bank (the "Kazakh Entities") and write to respectfully request the correction of a filing made in error. On April 17, 2024, we filed a version of Plaintiffs' Memorandum of Law In Support of the Kazakh Entities' Motion in Limine #1, [ECF No. 527], which contained privileged work product comments from an attorney. On April 30, we explained this issue to Court's Deputy, who requested that this docket entry be temporarily sealed and instructed that we submit a letter asking for the striking of this filing and its substitution with the revised version. Appended to this letter is an otherwise identical version of ECF No. 527 but with the privileged work product comments removed. Accordingly, we respectfully request that the Court instruct the Southern District's Clerk's Office to replace the filing at ECF No. 527 with the revised version.

  We thank the Court for its attention to this matter.

                  Respectfully,

                  /s/ *Craig Wenner*
                  Craig Wenner

*Application granted.*
*So ordered.*
*5/9/24 /s/ John G. Koeltl*
     *USDJ*

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com