UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CITY OF ALMATY, KAZAKHSTAN, ET AL.,

                    Plaintiffs,

       - against -

MUKHTAR ABLYAZOV, ET AL.,

                  Defendants.
_____

15-cv-5345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court transmits to the parties the attached letters that were received by the Court.

SO ORDERED.

Dated:    New York, New York
           August 1, 2024

                          John G. Koeltl
                    United States District Judge



República et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

CR/47/2020 5 IMI XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 76898 7 CH
Please scan - Signature required
Veuillez scanner - Remise contre
signature

**A-PRIORITY**
Avis de réception

UNITED STATES DISTRICT
COURTFOR THE SOUTHERN
DISTRICT OF NY
The Honorable Alison J. Nathan
Thurgood Marshall US Courthouse
40 Foley Square
10007 New York
ETATS-UNIS

Réf : **CR/47/2020** 5 IMI XCR
à rappeler lors de toute communication

Dans le cadre de la procédure citée en référence, nous vous communiquons ci-joint la copie du courrier du 1er juillet 2024 et son annexe déposés par Leila KHRAPUNOVA et Iliyas KHRAPUNOV.



RECEIVED
AUG 0 1 2024
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

 République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

Réf : **CR/47/2020-5**

 à rappeler lors de toute communication

## ORDONNANCE DU 20 JUIN 2024

Rendue dans le cadre de l'entraide judiciaire internationale CR/47/2020 - 5

requise par the Honorable Alison J. Nathan, Juge auprès de la UNITED STATES DISTICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Ce jour, le Tribunal rend l'ordonnance suivante :

Vu la procédure CR/47/2020,

Vu l'ordonnance du Tribunal du 24 janvier 2023 rejetant les arguments de refus de collaborer
soutenus par Leila KHRAPUNOVA et Iliyas KHRAPUNOV les 13 mai et 26 octobre 2022,
transmettant la liste des questions à ces derniers et leur impartissant un délai pour cas échéant
faire valoir leur motif de refus de répondre pour chaque question concernée, et réservant la
suite de la procédure,

Vu l'ordonnance du Tribunal du 27 février 2023 annulant le délai imparti à Leila KHRAPUNOVA
et Iliyas KHRAPUNOV selon ordonnance du 24 janvier 2023, compte tenu du recours qu'ils ont
formé contre l'ordonnance du Tribunal du 24 janvier 2023,

Vu l'arrêt de la Cour de justice ACJC/483/2024 du 16 avril 2024 rejetant le recours formé contre
l'ordonnance du Tribunal du 24 janvier 2023,

Vu le recours interjeté par Leila KHRAPUNOVA et Iliyas KHRAPUNOV par-devant le Tribunal
fédéral (procédure 4A/310/2024) contre l'arrêt de la Cour de justice ACJC/483/2024 du 16 avril
2024, avec requête d'effet suspensif,

Vu le courrier de Me BOURQUI et DEWAELE du 18 avril 2024,

Vu le courrier de Me GROSS et FERRO-LUZZI du 26 avril 2024, ainsi que son annexe,

Vu le courrier de Me BOURQUI et DEWAELE du 13 mai 2024 ainsi que son annexe,

Vu le courrier de Me GROSS et FERRO-LUZZI du 27 mai 2024,

Vu les art. 1 et ss du Code de procédure civile,

Considérant que compte tenu du recours interjeté par Leila KHRAPUNOVA et Iliyas
KHRAPUNOV par-devant le Tribunal fédéral (procédure 4A/310/2024) contre l'arrêt de la Cour



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Page 2/2

de justice ACJC/483/2024 du 16 avril 2024, avec requête d'effet suspensif, il y a lieu de réserver la suite de la présente procédure, à tout le moins jusqu'à droit jugé par le Tribunal fédéral sur requête d'effet suspensif.

**Par ces motifs,**
**LE TRIBUNAL**

- Réserve la suite de la procédure jusqu'à droit jugé par le Tribunal fédéral dans la procédure 4A/310/2024, à tout le moins jusqu'à droit jugé sur la requête d'effet suspensif du recours.

- Invite Leila KHRAPUNOVA et Iliyas KHRAPUNOV à remettre au Tribunal l'arrêt du Tribunal fédéral sur requête d'effet suspensif, dès réception.

Catherine HEKIMI
Juge

La présente ordonnance est communiquée pour notification à Mes Matthias BOURQUI et Léa DEWAELE, Mes Balz GROSS et Soumeya FERRO-LUZZI, et Me Jill LEVI par le greffe le 2 0 JUIN 2024

Copie en est transmise à The Honorable Alison J. NATHAN, Juge auprès de United States District Court for the Southern District of New York.



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal civil**

Genève, date du timbre postal

CR/47/2020 5 IMI XCR

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 76565 4 CH

Please scan - Signature required
Veuillez scanner - Remise contre
signature

**A-PRIORITY**

Avis de réception

UNITED STATES DISTRICT
COURTFOR THE SOUTHERN
DISTRICT OF NY
The Honorable Alison J. Nathan
Thurgood Marshall US Courthouse
40 Foley Square
10007 New York
ETATS-UNIS

Réf : **CR/47/2020 5 IMI XCR**
à rappeler lors de toute communication

Nous vous remettons ci-joint l'ordonnance dans la cause mentionnée sous rubrique.



RECEIVED
AUG 01 2024
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

# HABEAS
## AVOCATS

# COPIE

**Matthias Bourqui**
Avocat – Associé
mb@habeas.ch

**Léa Dewaele**
Avocate
lde@habeas.ch



RECU
PAR LA POSTE
LE

- 2 JUIL. 2024

RÉP. ET CANTON
DE
GENÈVE

TRIBUNAL DE PREMIÈRE INSTANCE

**Par pli recommandé**
Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
1211 Genève 3

À l'attention de Madame Catherine
Hekimi, Présidente

Genève, le 1er juillet 2024

**Concerne :    CR/47/2020 5 IMI XCR**
**Leila Khrapunova et Iliyas c. Ville d'Almaty et JSC BTA Bank**

Madame la Présidente,

Vous nous savez représenter les intérêts de Madame Leila Khrapunova et Monsieur Iliyas
Khrapunov dans le cadre de la procédure susvisée.

Dans le prolongement de notre courrier du 21 juin 2024, vous trouverez, en annexe des
présentes, une ordonnance du Tribunal fédéral du 27 juin 2024, notifiée ce jour, accordant
l'effet suspensif au recours en matière de droit civil formé par Leila Khrapunova et Ilyas
Khrapunov.

Nos mandants vous en souhaitent bonne réception et ne manqueront pas de tenir le Tribunal
informé de toute décision du Tribunal fédéral dès réception.

Nous vous remercions par avance de l'attention accordée à ces lignes et vous prions de
recevoir, Madame la Présidente, nos salutations respectueuses.

Matthias Bourqui

Léa Dewaele

*Annexe mentionnée*

---

HABEAS Avocats Sàrl
20, rue du Général-Dufour
Case postale - 1211 Genève 4

T : +41 (0)22 705 10 50
F : +41 (0)22 705 10 51
www.habeas.ch

REÇU LE  0 1 JUIL. 2024

Recommandé (R) Retour non recommandé

Matthias Bourqui et
Léa Dewaele
Avocats
Habeas Avocats Sàrl
Case postale
1211 Genève 4

**Bundesgericht**
**Tribunal fédéral**
**Tribunale federale**
**Tribunal federal**



4A_310/2024 /CAO

## Ordonnance du 27 juin 2024
## Ire Cour de droit civil

Composition

Mme la Juge fédérale Jametti, Présidente.

Participants à la procédure

1. Leila **Khrapunova**,
route de Choulex 177, 1244 Choulex,
2. Iliyas **Khrapunov**,
chemin de la Ruite 14b, 1252 Meinier,
tous deux représentés par Mes Matthias Bourqui et
Léa Dewaele, avocats,
rue du Général-Dufour 20, 1204 Genève,
recourants,

**contre**

1. **Ville d'Almaty,**
c/o the State-Owned Institution,
Public Assets Office of Almaty,
97 Ablai Khan Avenue, 050000 Almaty,
Kazakhstan,
2. **BTA BANK JSC,**
c/o Matthew L. Schwartz C. Wenner,
Boies Schiller Flexner LLP,
55 Hudson Yards, 10001 New York,
États-Unis,
toutes deux représentées par Mes Balz Gross et
Soumeya Ferro-Luzzi, avocats,
Hardstrasse 201, 8005 Zurich,
intimées.

**Considérant en fait et en droit :**

**1.**

Le 24 novembre 2020, le Tribunal de première instance genevois a reçu de la part d'un juge siégeant au sein de la "United States District Court for the Southern District of New York" une requête d'entraide judiciaire en matière civile tendant à l'audition en qualité de témoins de Leila Khrapunova et Iliyas Khrapunov dans le cadre d'une procédure civile divisant la Ville d'Almaty et BTA BANK JSC d'avec plusieurs défendeurs.

Le 13 mai 2022, les deux personnes concernées appelées à témoigner se sont opposées à l'exécution de ladite requête. Elles ont soutenu que celle-ci était abusive et que son exécution contreviendrait aux principes fondamentaux du droit de procédure civile suisse. Elles ont également invoqué leur droit de refuser de répondre, au vu du risque que l'État dont elles sont originaires utilise leurs réponses à leur détriment.

Par ordonnance du 24 janvier 2023, le Tribunal de première instance genevois a rejeté les arguments avancés par Leila Khrapunova et Iliyas Khrapunov, leur a transmis une liste de questions qui leur étaient destinées et leur a imparti un délai au 27 février 2023 pour faire valoir leurs éventuels motifs de refus de répondre pour chaque question concernée.

**2.**

Le 6 février 2023, Leila Khrapunova et Iliyas Khrapunov ont recouru contre cette décision. Ils ont sollicité l'octroi de l'effet suspensif.

Le 27 février 2023, l'autorité de première instance a annulé le délai imparti aux prénommés pour faire valoir leurs éventuels motifs de refus de répondre aux questions qui leur étaient destinées, en raison du recours formé par eux contre l'ordonnance du 24 janvier 2023.

Statuant par arrêt du 16 avril 2024, la Chambre civile de la Cour de justice du canton de Genève a rejeté le recours interjeté par Leila Khrapunova et Iliyas Khrapunov à l'encontre de cette ordonnance.

**3.**

Le 21 mai 2024, Leila Khrapunova et Iliyas Khrapunov (ci-après: les recourants) ont formé un recours en matière civile, assorti d'une requête d'effet suspensif, à l'encontre de cet arrêt.

Dans leur réponse du 30 mai 2024, la Ville d'Almaty et BTA BANK JSC (ci-après: les intimées) ont conclu au rejet tant du recours que de la demande d'effet suspensif.

La cour cantonale s'est référée aux considérants de son arrêt et a indiqué s'en remettre à justice s'agissant de la requête d'effet suspensif.

Les recourants ont répliqué spontanément, suscitant le dépôt d'une duplique de la part des intimées.

Le 25 juin 2024, les intimées ont produit une ordonnance rendue le 20 juin 2024 par le Tribunal de première instance genevoise, au terme de laquelle celui-ci a réservé la suite de la procédure, à tout le moins jusqu'à droit jugé sur la requête d'effet suspensif formée devant le Tribunal fédéral.

**4.**
En règle générale et selon l'art. 103 al. 1 de la loi fédérale sur le Tribunal fédéral (LTF), le recours au Tribunal fédéral ne suspend pas l'exécution de la décision attaquée; l'art. 103 al. 3 LTF habilite toutefois le juge instructeur à accorder l'effet suspensif d'office ou sur requête d'une partie.

Selon la pratique de la Cour de céans, l'octroi de l'effet suspensif se justifie notamment si cette mesure est nécessaire au maintien de l'état de fait ou à la sauvegarde des intérêts compromis. En l'occurrence, il y a lieu d'admettre que les recourants disposent d'un intérêt prépondérant au maintien de l'état de fait existant jusqu'à droit jugé sur leur recours. Si l'effet suspensif n'était pas accordé au recours, ce dernier risquerait en effet de devenir pratiquement illusoire puisqu'il vise à empêcher la mise en œuvre de la commission rogatoire litigieuse. Il n'est au demeurant pas possible, sur la base d'un premier examen sommaire du dossier, de conclure d'emblée à l'irrecevabilité ou à l'absence de tout fondement du recours, étant précisé qu'il n'appartient pas à la Présidente soussignée de préjuger le sort que la Ire Cour de droit civil elle-même réservera aux conclusions des recourants. Dans ces conditions, il se justifie de faire droit à la requête d'effet suspensif.

**Par ces motifs, la Présidente de la Ire Cour de droit civil ordonne :**

**1.**

L'effet suspensif est octroyé au recours.

**2.**

La présente ordonnance est communiquée aux mandataires des parties et à la Chambre civile de la Cour de justice du canton de Genève.

Lausanne, le 27 juin 2024

Au nom de la Ire Cour de droit civil
du Tribunal fédéral suisse

La Présidente :

Jametti

Page 5