USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                                Plaintiffs,

            -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**EVIDENTIARY HEARING**

15-CV-05345 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On **Thursday, March 27, 2025 at 10:00 a.m.**, the Court will hold an evidentiary hearing on this matter in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007 on Plaintiffs' motion to hold Ilyas Khrapunov in contempt of Court for failure to pay sanctions previously awarded to Plaintiffs.   In light of the fact that Khrapunov does not reside in the United States, the Court will permit Khrapunov to attend the conference, testify, and offer evidence via a Microsoft Teams Link.  Counsel for the Plaintiffs will be sent a Microsoft Teams invitation by Judge Parker's chambers in advance of this proceeding and are directed to serve this invitation on Ilyas Khrapunov.

        Khrapunov should be prepared to testify about his alleged inability to pay.  A week in advance of the conference, Khrapunov must submit certified translations of the tax and other financial documents he submitted in connection with his opposition to the motion.  Absent certified translations, the Court cannot consider the documents.

        **SO ORDERED.**

Dated: February 24, 2025
      New York, New York

1

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge