```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                    Plaintiffs,

    -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER CONCERNING EVIDENTIARY HEARING**

**15-CV-05345 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The evidentiary hearing in this matter previously scheduled for **Thursday, March 27, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007 **will now take place in Courtroom 23-B.** Counsel for the Plaintiffs were sent a Microsoft Teams invitation by Judge Parker's chambers on **February 24, 2025** and are directed to serve this invitation on Ilyas Khrapunov.

       SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge