**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __03/04/2025__

March 4, 2025

<u>**Via ECF**</u>

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *City of Almaty, Kazakhstan, et al. v. Mukhtar Ablyazov, et al,* 15-cv-05345 (JGK)(KHP) –
        Evidentiary Hearing Scheduled for March 27, 2025

Dear Judge Parker:

This firm has been retained to represent Ilyas Khrapunov for purposes of the evidentiary hearing
on Plaintiffs' motion to hold him in contempt, which is currently scheduled for March 27, 2025
at 10:00 AM via Microsoft Teams (ECF 1793 and 1794). <u>I am writing to request an adjournment
of the hearing to April 10, 2025. The reason for the request is that I will be traveling on March
27th.</u>

<u>This is the first request for an adjournment of this hearing. I have conferred with counsel for the
Plaintiffs and they consent to the adjournment.</u>

Respectfully yours,

*[signature]*
Andrew T. Solomon
asolomon@solomoncramer.com
(m) 917-664-5575

cc: All Counsel (via ECF)

> <u>**APPLICATION GRANTED:**</u>  **The evidentiary hearing in
> this matter scheduled for Thursday, March 27, 2025 at
> 10:00 a.m. in Courtroom 23-B, United States
> Courthouse, 500 Pearl Street, New York, New York
> 10007 is hereby rescheduled to <u>Thursday, April 10, 2025
> at 10:00 a.m.</u>**
>
> **APPLICATION GRANTED**
>
> *[signature]*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **03/04/2025**