# SOLOMON CRAMER & SUMMIT LLP

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

April 2, 2025

**Via ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *City of Almaty, Kazakhstan, et al. v. Mukhtar Ablyazov, et al,* 15-cv-05345 (JGK)(KHP) –
      Evidentiary Hearing Scheduled for March 27, 2025

Dear Judge Parker:

This firm represents Ilyas Khrapunov for purposes of the evidentiary hearing on Plaintiffs' motion to hold him in contempt, which is now scheduled for April 10, 2025 at 10:00 AM via Microsoft Teams (ECF 1796). Per the Court's order (ECF 1793), I am attaching certified translations of the French-language exhibits that Mr. Khrapunov had attached to his letter to the Court dated December 12, 2024 (ECF 1792).

Under separate cover, I will electronically file additional, more-recent documents, which further demonstrate Mr. Khrapunov's inability to pay

Respectfully yours,

/s/Andrew T. Solomon

Andrew T. Solomon
asolomon@solomoncramer.com
(m) 917-664-5575

Enclosures: As described.

cc: All Counsel (via ECF)

 

# Certification of Translation Accuracy

Translation of **Tax Statement** from **French** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____
Mike Bortscheller
Authorized Representative
Order Date: March 20, 2025

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

 

Case 1:15-cv-05345-JGK-KHP    Document 1792    Filed 12/12/24    Page 3 of 6

[LOGO: POST TENEBRAS LUX]

REPUBLIC AND CANTON OF GENEVA
Finance Department
**Cantonal Tax Administration**

**Direct Federal Tax / 2023 / 1**

**Mr. KHRAPUNOV ILIYAS**
**Mrs.**

**Tax file No.:**
**Account No.:**

**Status of your account as of 12/08/2024**
Recent payments may not appear on this statement.

| Value | Deal | Transactions | Debit | Credit |
|---|---|---|---|---|
| | | Totals | | |
| | | **Balance** | | **0.00** |

*Please note that this statement is for informational purposes only.*

Page 1/1
Generated on the Tax Administration website on 12/09/2024 at 4:42:50 p.m.

Order #30805-1047755                                                    Page 2 of 5

 

Case 1:15-cv-05345-JGK-KHP   Document 1792   Filed 12/12/24   Page 4 of 6

[LOGO: POST TENEBRAS LUX]   REPUBLIC AND CANTON OF GENEVA
Finance Department
**Cantonal Tax Administration**

**Direct Federal Tax / 2023 / 1**

**Mr. KHRAPUNOV ILIYAS**
**Mrs.**

**Tax file No.:**
**Account No.:**

**Status of your account as of 12/08/2024**
Recent payments may not appear on this statement.

| Value | Deal | Transactions | Debit | Credit |
|---|---|---|---|---|
| | | Totals | | |
| | | **Balance** | | **0.00** |

*Please note that this statement is for informational purposes only.*

Page 1/1
Generated on the Tax Administration website on 12/09/2024 at 4:42:31 p.m.

Order #30805-1047755                                                                 Page 3 of 5

 

Case 1:15-cv-05345-JGK-KHP    Document 1792    Filed 12/12/24    Page 5 of 6

[LOGO: POST TENEBRAS LUX]

**REPUBLIC AND CANTON OF GENEVA**
Finance Department
**Cantonal Tax Administration**

**Direct Federal Tax / 2024 / 1**

**Mr. KHRAPUNOV ILIYAS**
**Mrs.**

**Tax file No.:**
**Account No.:**

**Status of your account as of 12/08/2024**
Recent payments may not appear on this statement.

| Value | Deal | Transactions | Debit | Credit |
|---|---|---|---|---|
| | | Totals | | |
| | | **Balance** | | **0.00** |

*Please note that this statement is for informational purposes only.*

Page 1/1
Generated on the Tax Administration website on 12/09/2024 at 4:41:27 p.m.

Order #30805-1047755    Page 4 of 5

 

[LOGO: POST TENEBRAS LUX]  REPUBLIC AND CANTON OF GENEVA
Finance Department
**Cantonal Tax Administration**

**Direct Federal Tax / 2024 / 1**

**Mr. KHRAPUNOV ILIYAS**
**Mrs.**

**Tax file No.:**
**Account No.:**

**Status of your account as of 12/08/2024**
Recent payments may not appear on this statement.

| Value | Deal | Transactions | Debit | Credit |
|---|---|---|---|---|
| | | Totals | | |
| | | **Balance** | | **0.00** |

*Please note that this statement is for informational purposes only.*

Page 1/1
Generated on the Tax Administration website on 12/09/2024 at 4:41:39 p.m.