UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF ALMATY, KAZAKHSTAN, ET AL.,
                    Plaintiffs,

- against -

MUKHTAR ABLYAZOV, ET AL.,
                    Defendants.

15-cv-5345 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Katherine H. Parker dated June 25, 2025. The Report recommends that (1) the plaintiffs' motion to hold Defendant Khrapunov in contempt be granted; and (2) the motion to compel discovery be granted in part and denied in part.

No objections have been filed to the Report, and the time for any objections has passed. With respect to the motion to compel discovery, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report to the extent of granting the plaintiffs' motion to compel discovery of information that Soloman Cramer & Summitt LLP has already agreed to produce to the plaintiffs, in redacted form, showing that Khrapunov's mother has been funding his legal defense. The Court further adopts the Report's recommendation that the plaintiffs' motion to compel be denied as it relates to all other discovery.

The Report also certifies the facts relevant to the motion for contempt and recommends that the plaintiffs' motion to hold Defendant Khrapunov in contempt be granted and that Khrapunov be

fined $1,000 and required to pay the plaintiffs' costs and attorney's fees associated with this motion for contempt. As the Report correctly observes, "[t]he district court, upon certification of the facts supporting a finding of contempt, is then required to conduct a de novo hearing at which issues of fact and credibility determinations are to be made." Bowens v. Atl. Maintenance Corp., 546 F. Supp. 2d 55, 71 (E.D.N.Y. 2008) (citing Taberer v. Armstrong World Indus., Inc., 954 F.2d 888, 907–08 (3d Cir. 1992) (holding that it was error for the district court not to conduct a de novo hearing after the magistrate judge issued a certification of contempt)).

The parties are directed to appear for a de novo hearing on the motion for contempt on **August 6, 2025**, at **10:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007. The plaintiffs should advise the Court by **July 16, 2025**, whether they wish to proceed with the motion for contempt. If the hearing proceeds, Mr. Khrapunov may make arrangements to appear remotely.

**SO ORDERED.**
Dated:     **New York, New York**
           **July 11, 2025**

_____
John G. Koeltl
United States District Judge