

CRAIG WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

July 16, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.*,
             **Case No. 15 Civ. 5345 (JGK) (KHP)**

Dear Judge Koeltl:

We represent BTA Bank JSC and the City of Almaty, Kazakhstan ("Plaintiffs") in write in response to the Court's July 11, 2025 Order, [ECF No. 1812], directing Plaintiffs to advise the Court whether they wish to proceed with the pending motion for contempt against Ilyas Khrapunov.

Plaintiffs confirm that they intend to proceed with the motion for contempt and will be prepared for the *de novo* hearing on August 6, 2025. We have confirmed with counsel for Mr. Khrapunov that he is also able to proceed with the hearing on that date.

We thank the Court for its attention to this matter.

                        Respectfully,

                        /s/ *Craig Wenner*
                        Craig Wenner

cc:    Andrew Solomon via ECF (counsel to Khrapunov)