# SOLOMON CRAMER & SUMMIT LLP

25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

August 4, 2025

Via ECF

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *City of Almaty, Kazkahstan, et al., v. Mukhtar Ablyazov, et al.*, 15-cv-5345(JGK)(KHP)

Dear Judge Koeltl:

I am responding to Mr. Wenner's letter of today (ECF 1816).

Mr. Khrapunov will not contest the Certified Facts made by Judge Parker in her R&R (ECF 1810). We disagree, however, with the conclusion of contempt (for the reasons largely stated in ECF 1808) and the $1,000 fine (which was not remedial), but do not intend to adduce any additional or contradictory facts. As previously noted, the clarity of the judgment and the failure to file the reports on time cannot be disputed. We are thus satisfied if the Court were to review those certified facts and make its own *de novo* determination as to whether and to what extent it is appropriate to adopt Judge Parker's recommendation.

 Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon