UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>                   Plaintiffs,<br><br>    -against-<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>                   Defendants. | 15 Civ. 5345 (JGK) (KHP) |

**NOTICE OF PLAINTIFFS' MOTION FOR
APPROVAL OF APPLICATION FOR ATTORNEYS' FEES**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Craig Wenner, Plaintiffs the City of Almaty, Kazakhstan and BTA Bank JSC, by and through their attorneys Boies Schiller Flexner LLP, will move this Court before the Honorable John G. Koeltl, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time the Court sets, for approval of an application for attorneys' fees.

Dated: August 20, 2025
      New York, New York                                     Respectfully,

                                                            /s/    *Craig Wenner*
                                                           Craig Wenner
                                                           BOIES SCHILLER FLEXNER LLP
                                                           55 Hudson Yards
                                                           New York, New York 10001
                                                          Telephone: (212) 446-2300
                                                          Facsimile: (212) 446-2350