# Exhibit 1

**Exhibit 1 – Fees Associated with the Motion for Contempt Against Ilyas Khrapunov**

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| **Matthew Schwartz** | 11/14/2024 | Draft letter to Judge Koeltl regarding IK affidavit of financial condition | 1.0* | 1,180.00 | 1180.00 |
| | 12/05/2024 | Revise letter to Judge Koeltl regarding IK contempt | 0.4* | 1,180.00 | 472.00 |
| | 12/30/2024 | Attention to email regarding IK quarterly update and contempt | 0.2 | 1,180.00 | 236.00 |
| | 01/30/2025 | Revise letter to Judge Parker regarding IK | 0.6* | 1,180.00 | 708.00 |
| | 02/21/2025 | Revise letter to Judge Parker regarding IK evidentiary hearing | 0.3* | 1,180.00 | 354.00 |
| | 04/01/2025 | Prepare for evidentiary hearing | 1.2* | 1,180.00 | 1416.00 |
| | 04/02/2025 | Analyze declaration and supporting materials filed by IK in support of sanctions opposition | 0.6* | 1,180.00 | 708.00 |
| | 04/07/2025 | Prepare for sanctions hearing against IK; conference with C. Wenner regarding strategy | 4.2 | 1,180.00 | 4956.00 |
| | 04/08/2025 | Prepare for sanctions hearing; attention to potential exhibits and witness outline; conference with C. Wenner regarding case strategy | 3.6 | 1,180.00 | 4248.00 |
| | 04/09/2025 | Prepare for sanctions hearing | 2.1* | 1,180.00 | 2478.00 |
| | 04/30/2025 | Revise supplemental memorandum of law in support of IK contempt | 2.1 | 1,180.00 | 2478.00 |
| | 05/01/2025 | Revise post-hearing motion for contempt regarding IK | 3.4 | 1,180.00 | 4012.00 |
| | 05/02/2025 | Review and finalize post-hearing briefing on motion for contempt | 2.1* | 1,180.00 | 2478.00 |
| | 05/31/2025 | Initial review and analysis of IK opposition to sanctions motion | 1.4 | 1,180.00 | 1652.00 |
| | 06/26/2025 | Analyze Judge Parker's report and recommendation regarding sanctions against IK; emails with C. Wenner regarding potential resolution | 0.8* | 1,180.00 | 944.00 |
| | 06/30/2025 | Attention to Ilyas quarterly reporting deadline | 0.2 | 1,180.00 | 236.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 06/30/2025 | Analyze sanctions Report & Recommendation | 0.3 | 1,180.00 | 354.00 |
| | 07/16/2025 | Draft and finalize response to court | 0.4* | 1,180.00 | 472.00 |
| | 07/17/2025 | Conference with C. Wenner regarding hearing strategy and exhibits | 0.8 | 1,180.00 | 944.00 |
| | 07/30/2025 | Prepare for contempt hearing against IK; analyze and select exhibits for use in cross-examination of IK | 3.2 | 1,180.00 | 3776.00 |
| | 08/04/2025 | Revise response to court order re IK contempt hearing; research re contempt hearing; analyze IK opposition; analyze further submission from IK; review transcript of prior contempt hearing; prepare for contempt hearing | 2.3 | 1,180.00 | 2714.00 |
| | 08/05/2025 | Conf w/ C Wenner & P Skinner re hearing; prepare for hearing; attention to court order; research re contempt fines | 1.4 | 1,180.00 | 1652.00 |
| **Peter Skinner** | 03/05/2025 | Analyze contempt filings and Khrapunov declarations | 0.4 | 1,150.00 | 460.00 |
| | 04/17/2025 | Analyze issues for post-hearing brief | 0.8 | 1,150.00 | 920.00 |
| | 04/30/2025 | Revise post-hearing brief | 0.5 | 1,150.00 | 575.00 |
| | 05/01/2025 | Revise contempt post-hearing brief | 0.8 | 1,150.00 | 920.00 |
| | 07/14/2025 | Analyze order re de novo hearing on contempt motion | 0.2 | 1,150.00 | 230.00 |
| | 8/3/2025 | Analyze correspondence and order re de novo hearing | 0.2 | 1,150.00 | 230.00 |
| | 8/4/2025 | Analyze contempt filings | 0.4 | 1,150.00 | 460.00 |
| | 8/5/2025 | Prepare for contempt hearing | 1.0 | 1,150.00 | 1,150.00 |
| | 8/6/2025 | Prepare for contempt hearing | 1.8 | 1,150.00 | 2,070.00 |
| | 8/6/2025 | Conduct contempt hearing | 1.8 | 1,150.00 | 2,070.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| **Craig Wenner** | 10/11/2024 | Research re and drafting motion for contempt re I. Khrapunov violation of court order | 1.3 | 840.00 | 1092.00 |
| | 12/05/2024 | Revising I. Khrapunov motion for contempt per comments from M. Schwartz | 1.0* | 840.00 | 840.00 |
| | 12/19/2024 | Analyze Khrapunov opposition to sanctions and contempt motion, preparing reply | 0.8 | 840.00 | 672.00 |
| | 01/14/2025 | Drafting reply in further support of sanctions and contempt against I. Khrapunov | 0.9 | 840.00 | 756.00 |
| | 02/24/2025 | Analyze court order re I. Khrapunov evidentiary hearing, related fact investigation and drafting subpoenas, preparing for hearing | 2.5* | 840.00 | 2100.00 |
| | 02/26/25 | Analyze court order re evidentiary hearing, serve on I. Khrapunov, preparation for hearing and drafting subpoenas | 0.9 | 840.00 | 756.00 |
| | 03/06/2025 | Revising Khrapunov subpoenas, prepare for evidentiary hearing | 0.6* | 840.00 | 504.00 |
| | 03/13/2025 | Preparation for I. Khrapunov evidentiary hearing | 1.1* | 840.00 | 924.00 |
| | 03/25/2025 | Confs. w/ P. Skinner and w/ S. Roytblat re preparation for I. Khrapunov contempt hearing | 0.4* | 840.00 | 336.00 |
| | 04/03/2025 | Preparation for hearing on I. Khrapunov contempt motion | 1.4* | 840.00 | 1176.00 |
| | 04/04/2025 | Revising Khrapunov questions for hearing | 1.0* | 840.00 | 840.00 |
| | 04/07/2025 | Conf. w/ M. Schwartz re case strategy and Khrapunov hearing, prepare for hearing | 0.6* | 840.00 | 504.00 |
| | 04/08/2025 | Preparing for evidentiary hearing, meet w/ M. Schwartz re same | 3.9 | 840.00 | 3276.00 |
| | 04/09/2025 | Prepare for Khrapunov contempt hearing | 9.0 | 840.00 | 7560.00 |
| | 04/10/2025 | Prepare for and attend hearing on Khrapunov contempt of court | 3.1* | 840.00 | 2604.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 04/15/2025 | Analyze Khrapunov hearing transcript, comments to S. Roytblat re post-hearing submission | 1.9* | 840.00 | 1596.00 |
| | 04/17/2025 | Drafting post-hearing briefing for Khrapunov contempt sanctions | 0.5 | 840.00 | 420.00 |
| | 04/22/2025 | Revising post-hearing brief re Khrapunov contempt | 0.4* | 840.00 | 336.00 |
| | 04/28/2025 | Research re and drafting post-hearing submission in supp. of Khrapunov contempt | 0.8* | 840.00 | 672.00 |
| | 04/29/2025 | Research re and drafting post-hearing submission in supp. of Khrapunov contempt | 2.8 | 840.00 | 2352.00 |
| | 04/30/2025 | Revising post-hearing submission re Khrapunov contempt | 1.1* | 840.00 | 924.00 |
| | 05/01/2025 | Revising post-hearing brief in support of Khrapunov contempt | 2.4* | 840.00 | 2016.00 |
| | 05/23/2025 | Analyze Khrapunov opp'n to sanctions | 0.2* | 840.00 | 168.00 |
| | 06/26/2025 | Analyze decision holding I. Khrapunov in contempt | 0.3* | 840.00 | 252.00 |
| | 06/27/2025 | Review Khrapunov contempt decision, corresp. w/ opposing counsel | 0.2* | 840.00 | 168.00 |
| | 07/16/2025 | Corresp. w/ Khrapunov counsel re contempt hearing, draft corresp. to Court re same | 0.3* | 840.00 | 252.00 |
| | 07/17/2025 | Preparing for contempt hearing | 0.3* | 840.00 | 252.00 |
| | 07/29/2025 | Preparing for I. Khrapunov contempt hearing | 2.2 | 840.00 | 1848.00 |
| | 07/30/2025 | Preparing for Khrapunov contempt hearing, including preparing exhibits and serving on opposing counsel | 1.6 | 840.00 | 1344.00 |
| | 08/01/2025 | Analyze Khrapunov letter to court requesting conference | 0.8 | 840.00 | 672.00 |
| | 08/04/2025 | Research re and drafting letter to court re contempt hearing order | 2.5 | 840.00 | 2100.00 |
| | 08/05/2025 | Drafting letter to Court re Khrapunov contempt hearing | 1.0* | 840.00 | 840.00 |
| | 08/19/2025 | Drafting fee application | 4.9 | 840.00 | 4116.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 08/20/2025 | Drafting fee application | 0.5 | 840.00 | 420.00 |
| Sophie Roytblat | 12/05/2024 | Edited, finalized and filed letter to court re contempt and sanctions motion against Ilyas Khrapunov. | 1.0 | 375.00 | 375.00 |
| | 12/13/2024 | Analyzed response from I. Khrapunov re motion for contempt and sanctions. | 0.2 | 375.00 | 75.00 |
| | 02/24/2025 | Meeting with C. Wenner re judgment enforcement subpoenas re Ilyas sanctions evidentiary hearing (0.1) and analysis of case law re same (0.9) | 1.0 | 375.00 | 375.00 |
| | 03/25/2025 | Meeting with C. Wenner re strategy and workstreams in preparation for evidentiary hearing re Khrapunov sanctions and contempt motion | 0.4 | 375.00 | 150.00 |
| | 03/31/2025 | Drafted letter to court re motion to compel judgment enforcement subpoena responses | 3.1 | 375.00 | 1162.50 |
| | 04/01/2025 | Planned and prepared for evidentiary hearing re Khrapunov judgment | 0.9 | 375.00 | 337.50 |
| | 04/02/2025 | Legal analysis re contempt remedies available in preparation for evidentiary hearing re Khrapunov judgment | 3.5 | 375.00 | 1312.50 |
| | 04/03/2025 | Analyzed case and other materials and drafted argument and examination outline in preparation for evidentiary hearing re Khrapunov judgment enforcement | 7.0 | 375.00 | 2625.00 |
| | 04/03/2025 | Meeting with C. Wenner re preparation for Khrapunov judgment enforcement evidentiary hearing | 0.3 | 375.00 | 112.50 |
| | 04/04/2025 | Drafted, edited, finalized and filed letter to court re motion to compel Solomon Cramer subpoena response | 2.3 | 375.00 | 862.50 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 04/07/2025 | Planned and prepared for evidentiary hearing re Khrapunov judgment enforcement and corresponded with C. Wenner re same | 0.8 | 375.00 | 300.00 |
| | 04/08/2025 | Planned, prepared for and attended technology run through at Court in preparation for evidentiary hearing re Khrapunov contempt motion | 1.7 | 375.00 | 637.50 |
| | 04/08/2025 | Planned and prepared for evidentiary hearing re contempt motion against Khrapunov in Flatotel action | 7.4 | 375.00 | 2775.00 |
| | 04/09/2025 | Planned and prepared for evidentiary hearing re contempt motion against Khrapunov in Flatotel action. | 8.1 | 375.00 | 3037.50 |
| | 04/10/2025 | Planned, prepared for and attended evidentiary hearing re motion for contempt against Khrapunov | 3.1 | 375.00 | 1162.50 |
| | 04/10/2025 | Prepared and corresponded with A. Solomon and S. Cullinan re exhibits submitted in evidentiary hearing re Khrapunov contempt motion | 0.3 | 375.00 | 112.50 |
| | 04/16/2025 | Legal analysis and drafting re post-hearing brief for Khrapunov contempt motion | 3.5 | 375.00 | 1312.50 |
| | 04/17/2025 | Legal analysis and drafting re post-hearing brief for Khrapunov contempt motion | 1.9 | 375.00 | 712.50 |
| | 04/18/2025 | Drafted post-hearing brief re Khrapunov motion for contempt | 6.2 | 375.00 | 2325.00 |
| | 04/20/2025 | Drafted post-hearing brief re Khrapunov motion for contempt | 5.2 | 375.00 | 1950.00 |
| | 04/21/2025 | Drafted post-hearing brief re Khrapunov motion for contempt | 2.5 | 375.00 | 937.50 |
| | 04/22/2025 | Edited post-hearing brief re Khrapunov motion for contempt and meeting with C. Wenner re same | 1.4 | 375.00 | 525.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 04/30/2025 | Prepared materials re post-hearing brief on Ilyas contempt motion and corresponded with M. Schwartz and P. Skinner re same | 0.2 | 375.00 | 75.00 |
| | 05/01/2025 | Edited, finalized and filed supplemental brief re Khrapunov motion for contempt | 5.8 | 375.00 | 2175.00 |
| | 06/26/2025 | Attention to Judge Parker decision re motion for contempt and motion to compel discovery re Khrapunov judgment enforcement | 0.5 | 375.00 | 187.50 |
| | 07/11/2025 | Attention to court order re Khrapunov sanctions hearing and correspondence with O. Hill re same | 0.3 | 375.00 | 112.50 |
| | 8/4/2025 | Correspondence with P. Skinner, C. Wenner, O. Hill and S. Lissy re preparation for evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 0.8 | 375.00 | 300.00 |
| | 8/4/2025 | Planned and prepared for evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 4.1 | 375.00 | 1537.50 |
| | 8/5/2025 | Planned and prepared for evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 3.4 | 375.00 | 1275.00 |
| | 8/5/2025 | Call with C. Wenner re preparation for evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 0.1 | 375.00 | 37.50 |
| | 8/5/2025 | Call with P. Skinner re preparation for evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 0.1 | 375.00 | 37.50 |
| | 8/6/2025 | Planned, prepared for and participated in evidentiary hearing re motion for contempt against Ilyas Khrapunov. | 2.5 | 375.00 | 937.50 |
| | 8/7/2025 | Correspondence with O. Hill and S. Lissy re briefing schedule for plaintiffs' motion for fees and costs related to motion for contempt against Ilyas Khrapunov. | 0.2 | 375.00 | 75.00 |

| TIME KEEPER | DATE | WORK PERFORMED | TIME | RATE ($) | TOTAL ($) |
|---|---|---|---|---|---|
| | 8/18/2025 | Call with C. Wenner re plaintiffs' motion for fees and costs related to motion for contempt against Ilyas Khrapunov. | 0.1 | 375.00 | 37.50 |
| | 8/18/2025 | Prepared and transmitted materials to C. Wenner re plaintiffs' motion for fees and costs related to motion for contempt against Ilyas Khrapunov. | 0.5 | 375.00 | 187.50 |
| | 8/20/2025 | Prepared, drafted and finalized for filing fee application | 2.0 | 375.00 | 750.00 |
| **SUBTOTAL** | | | | | **$ 123,141.00** |