UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,

        Plaintiff,

-v-                                                  Case No. 15-cv-5345 (JGK)(KHP)

MUKHTAR ABLYAZOV, VICTOR
KHRAPUNOV and TRIADOU SPV S.A.,
        Defendants

------------------------------------------------------------------X

## DECLARATION OF ILYAS KHRAPUNOV

Ilyas Khrapunov, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

I am the defendant in this action. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

Following Honorable Judge Parker's decision dated 15th March 2023, I am making my quarterly update on any material change to my inability to pay the sanctions payment.

There is no material change to report for this quarter.

There is still no update on the Swiss case. We are still awaiting the official closure of the criminal case.

I have taken additional efforts and spoken with a few friends about the possibility of working together. The consensus was that they would have their bank accounts closed if they made any bank transfer to me, and especially if it were to be revealed that we work together. Their suggestion of first having no negative press publications on the internet is an impossibility in my situation, especially, since the plaintiffs push an endless amount of articles such as this: https://kaztag.kz/en/news/us-court-finds-ilyas-khrapunov-guilty-in-lawsuit-filed-by-almaty-and-bta-bank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2025.

Ilyas Khrapunov