UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF ALMATY, KAZAKHSTAN, ET AL.,        15-cv-5345 (JGK)

          Plaintiffs,        ORDER

- against -

MUKHTAR ABLYAZOV, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 1821).

SO ORDERED.

Dated:    New York, New York
          October 14, 2025

                                      John G. Koeltl
                                United States District Judge