UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC.

-v-

    Plaintiff,

MUKHTARABLYAZOV, VICTOR
KHRAPUNOV and TRIADOU SPV S.A.,
      Defendants

----------------------------------------------------------------X

## DECLARATION OF ILYAS KHRAPUNOV

Ilyas Khrapunov, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

I am the defendant in this action. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

Following Honorable Judge Parker's decision dated 15th March 2023, I am providing my quarterly update on any material change regarding my inability to pay the sanctions payment.

The Swiss criminal case was finally closed by the Public Prosecutor's Office of Geneva on November 6, 2025. I was only awarded CHF 7,267 in compensation by the State. On November 17, I appealed not against the case closure but regarding the amount of compensation. I maintain that I should receive partial compensation of CHF 411,042.25 for legal costs, a total of CHF 2,312,515.92 for economic losses, and an additional CHF 5,000 in punitive damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2025.

Ilyas Khrapunov