UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CITY OF ALMATY, KAZAKHSTAN and
BTA BANK JSC,,

        Plaintiff,

    -v-


MUKHTARABLYAZOV, VICTOR
KHRAPUNOV and TRIADOU SPV S.A.,
       Defendants

-----------------------------------------------------X

### DECLARATION OF ILYAS KHRAPUNOV

Ilyas Khrapunov, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

I am the defendant in this action. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

Following Honorable Judge Parker's decision dated 15th March 2023, I am p r o v i d ing my quarterly update on any material changes regarding my inability to pay the sanctions.

No material changes to report this quarter. The appeal against the amount of compensation awarded by the Geneva Prosecutor's Office is still pending before the first-instance court.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 23, 2026.


Ilyas Khrapunov